IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AAB JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1719C |
| | ) | (Chief Judge Damich) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including March 2, 2005, within which to respond to plaintiff's complaint. Defendant's answer is presently due January 31, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

Promptly after being served with a copy of the original complaint, we notified the United States Army Corps of Engineers ("the Corps"), the interested agency in this case, and requested litigation reports pursuant to 28 U.S.C. § 520. However, we have not yet received a litigation report, and the Corps will need additional time within which to prepare one. We have recently been informed that the Corps' Europe District, located in Wiesbaden, Germany, is responsible for gathering the information necessary for the ltigation report and for the Government's response to the complaint, and that the Europe District did not did not receive a copy of the complaint and a request for the necessary information until January 4, 2005. (The referral of our request to the Corps' Europe District may have taken more time than usual because of the holiday season in late December.) Meanwhile, on December 20, 2004, plaintiff filed an amended complaint, which we

forwarded directly to the Europe District as soon as we learned that the latter office wouild be preparing the litigation report.

The preparation of the litigation report is likely to be particularly difficult and time-consuming because of the nature of this case. The original complaint contains ten counts alleging differing site conditions. The amended complaint also contains ten counts, but these include additional claims and additional factual allegations. The claims involve considerable geological data, drawn from a several hundred acre site in Israel. Records are located in the project site in Israel, and in Wiesbaden, Germany. An appropriate response to plaintiff's allegations will require considerable technical coordination with construction personnel. However, construction personnel, and other individuals likely to possess knowledge of pertinent facts, are located in several different countries. Finally, agency counsel does not have the benefit of a final contracting officer's decision, because no final contracting officer's decision was issued on the underlying claim. All of these circumstances increase the difficulty of collecting and coordinating responsive information.

The enlargement of time we are requesting is necessary to allow agency counsel in Wiesbaden to obtain the necessary records and prepare the litigation report, and to allow the undersigned Government counsel adequate time to review the report and accompanying documents and prepare the response to the complaint.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

January 19, 2005