# In the United States Court of Federal Claims

**NOTICE**

**AAB JOINT VENTURE**

**No. 04-1719 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., January 31, 2005**

To Attorney of Record, Assistant Attorney General, and Chief Judge Damich:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed January 19, 2005, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop
Brian Bishop, Clerk