# In the United States Court of Federal Claims

No. 04-1719 C
(Filed: April 26, 2004)

```
***********************************
AAB JOINT VENTURE,                 *
                                   *
              Plaintiff,           *
                                   *
     v.                            *
                                   *
THE UNITED STATES,                 *
                                   *
              Defendant.           *
                                   *
***********************************
```

**ORDER**

The Court hereby ORDERS that the parties shall appear for a preliminary status conference on **May 12, 2005**, at 10:00 am Eastern Time. Furthermore, the status conference will also serve as the preliminary status conference for *AAB Joint Venture v. United States*, No. 04-1792 C. In addition, the parties shall be prepared to discuss the basic aspects of the other cases before this Court that are captioned *AAB Joint Venture v. United States* (Nos. 05-114 C, and 05-466 C), such as the viability of consolidation of any of these cases. All parties shall appear by telephone for the status conference, which will be held off the record unless a party requests otherwise at least five business days in advance. One business day before the conference, counsel shall call the judicial assistant to Chief Judge Damich, Ms. Shirley Scott, at (202) 357-6483 to provide the number where he or she can be reached.

/s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge