IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1719C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE APPENDIX IN CD ROM FORMAT**

Pursuant to Rule 7 and Paragraph 4(k) of Appendix A to the Rules of the United States Court of Federal Claims, Plaintiff A.A.B Joint Venture ("AAB") requests leave of court to file the Appendix to the Joint Preliminary Status Report in CD ROM format in lieu of filing the Appendix by the electronic case format process. The documents in the Appendix are voluminous and it would require an extended length of time to file same through the electronic case format process. A copy of the CD ROM and a hard copy of the documents will also be delivered to chambers.

WHEREFORE, the forgoing considered, Plaintiff A.A.B Joint Venture requests that the Court grant Plaintiff leave to file its Appendix to the Joint Preliminary Status Report in CD ROM format.

Respectfully submitted,

Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street, N.W.
Suite 1200
Washington, D.C. 20036
(202) 955-6836
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Leave to File Appendix in CD ROM format was served by electronic transmission and first class mail this 19th day of May, 2005 on:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 8012
Classification Unit
Washington, D.C. 20530

Robert J. Sciaroni