# In the United States Court of Federal Claims

**04-1719C**

**Filed: May 19, 2005**

**A.A.B. JOINT VENTURE**

**v.**

**THE UNITED STATES**

**APPENDIX TO JOINT PRELIMINARY STATUS REPORT (FOUR VOLUMES)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.