IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1719C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's Order dated May 13, 2005, Plaintiff A.A.B Joint Venture ("AAB") and Defendant the United States files the following Status Report.

I. Translator

The parties have exchanged names of potential translators and are in the process of reviewing their respective qualifications.

Plaintiff acknowledges that Section 00700, Clause 52.225-7041 and Section 00800, SR-6 of its contract with defendant requires all communications with defendant, including proposals, change orders, shop drawings and submittals, quality control reports and calculations and correspondence pertaining to the contract shall be in the English or provided with an English translation. The parties agree that these contract provisions do not require plaintiff to bear the burden of translation of documents that plaintiff produces in discovery. The parties propose that documents be produced in discovery in their original form, i.e., English or Hebrew, and the party reviewing documents will be responsible for translating them. If a party desires to use a Hebrew language document as an exhibit in a pleading or in a deposition or at trial, the document should be translated by the agreed-on translator prior to its use.

II. Discovery After Completion of Fact Discovery

Plaintiff proposes that the schedule for discovery after Fact Discovery is completed be the durations proposed by the parties in the Joint Preliminary Status Report as follows:

| | |
|---|---|
| Plaintiff's Expert Report | May 1, 2006 |
| Defendant's Expert Report | June 1, 2006 |
| Plaintiff's Rebuttal Expert Report | June 15, 2006 |
| Complete Expert Discovery | August 1, 2006 |
| Trial | 90 days after completion of Expert Discovery |

Respectfully submitted,

Bell, Boyd & Lloyd PLLC

**s/** Brian Cohen
__________________________
Brian Cohen, Esq.
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W.
Suite 1200
Washington, DC
(202) 955-6823 (phone)
(202) 835-4130 (fax)

*Attorneys for Plaintiffs*

Dated: May 26, 2005

**Filed Electronically**
**With the consent of the**
**Attorney for Defendant**

PETER D. KEISLER
Assistant Attorney General

**s/** David M. Cohen [By Brian Cohen]
__________________________
DAVID M. COHEN
Director

**s/** Shalom Brilliant [By Brian Cohen]
__________________________
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: May 26, 2005