# In the United States Court of Federal Claims

Nos. 04-1719C and 04-1792C
(NOT CONSOLIDATED)

(Filed: June 7, 2005)

***********************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

**Translation of Documents**

On May 26, 2005, the parties filed a status report in both 04-1719 C and 04-1792 C regarding the timing of discovery and the issue of translating documents from Hebrew to English. In those reports, (1) the parties state that they have exchanged names of possible translators and are reviewing their qualifications; (2) the Plaintiff acknowledges that the contract at issue requires that "all communications with defendant, including proposals, changes orders, shop drawings and submittals, quality control reports and calculations and correspondence pertaining to the contract shall be in [] English or provided with an English translation"; and (3) the parties agree that "these contract provisions do not require plaintiff to bear the burden of translation of documents that plaintiff produces in discovery."

The parties propose that: (1) the reviewing party shall be responsible for translating any Hebrew or English documents that are produced during discovery (which will be produced in their original form); and (2) if a party decides to use a Hebrew document as an exhibit in a pleading or deposition or at trial, the agreed-upon translator will translate the document prior to its use.

The Court hereby ADOPTS the parties' proposal regarding translation of documents and ORDERS that the parties adhere to the rules contained therein. The Court further ORDERS that the

parties shall file the name of the agreed-upon translator on or before **June 27, 2005**.

**Discovery**

Fact discovery closes on December 15, 2005, in 04-1792 C, and on February 28, 2006, in 04-1719 C. Therefore, the parties propose the following schedules for expert discovery:

**04-1792 C**

Plaintiff's Expert Report shall be due on or before **February 15, 2006**.
Defendant's Expert Report shall be due on or before **March 15, 2006**.
Plaintiff's Rebuttal Expert Report shall be due on or before **March 31, 2006**.[1]
Expert Discovery Completion will occur on **May 15, 2006**.
The tentative date for the beginning of trial is **August 14, 2006**.

**04-1719 C**

Plaintiff's Expert Report shall be due on or before **May 1, 2006**.
Defendant's Expert Report shall be due on or before **June 1, 2006**.
Plaintiff's Rebuttal Expert Report shall be due on or before **June 15, 2006**.
Expert Discovery Completion will occur on **August 1, 2006**.
The tentative date for the beginning of trial is **October 30, 2006**.

The Court hereby ADOPTS the above schedules and ORDERS that the parties shall adhere to them.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

[1] The parties actually proposed April 1, 2006, as the deadline for Plaintiff's Rebuttal Expert Report in 04-1792 C. However, since April 1, 2006, is a Saturday, the Court has moved this deadline to the preceding Friday.