**DECLARATION UNDER OATH**

I, William D. Mills, for my Declaration state under oath:

1. I am a Contracting Officer for the United States Army, Corps of Engineers. My primary work station is in the European District. As part of my duties, I am the Contracting Officer for Contract No. DACA90-01-C-0043, awarded to A,A.B. Joint Venture ("Contractor") for $124,089,176. The information contained in this declaration was obtained as a result of my position as the sole Contracting officer on this contract.

2. A major and early component of this contract is the earthwork and preparation for buildings at the Nachshonim Military Storage Base, near Elad, Israel. Two of the subcontractors, who did this earthwork and preparation were Biri Barashi, Land Works, Development Infrastructure and Road, Ltd ("Barashi") and Rolider, Ltd ("Rolider").

3. As the Contracting Officer for Contract No. DACA90-01-C-0043, all Requests for Equitable Adjustments and all Claims would come to me and my office.

4. As the Contracting Officer for this Contract, I received the following certified claims concerning subsurface materials:

a. By letter dated July 23, 2003, the Contractor submitted its certified claim for an equitable adjustment in the amount of $6,885,115 for the alleged unanticipated costs related to the excess material disposal on the site. None of this claim mentioned excavation and subgrade fill operation by Barashi.

b. By letter dated November 23, 2003, the Contractor submitted its certified claim for alleged additional costs associated with Rolider's excavation operations in the amount of $4,037,203.

5. During the time of this contract, I am not aware of any certified claim in the amount of $629,070 or in any amount associated with Barashi's excavation operations in this Contract.

THIS DECLARATION given under oath this 10th day of June, 2005.

WILLIAM D. MILLS

**VERIFICATION**

I, William D. Mills, do hereby verify that the above statements are true and correct to the best of my ability and belief.

WILLIAM D. MILLS

ACKNOWLEDGMENT

WITH THE UNITED STATES ARMED FORCES IN WIESBADEN, GERMANY

By the authority granted to me under Title 10, United States Code, Section 1044a: I, NED ROD MCCRACKEN, JR., the undersigned attorney acting as notary public, do hereby attest and certify that on this 10th day of June 2005, before me personally appeared William D. Mills, known to me to be the person described in the foregoing Declaration Under Oath as the executor thereof, who signed and executed said Declaration Under Oath in my presence, and acknowledged to me that he did so as his free and lawful act and deed. I attest and certify that on the date of this *Acknowledgment*, I am a civilian attorney assigned to and employed in the service of the United States Armed Forces in Germany. In witness hereof, I have subscribed my name and affixed my official seal this 10th day of June 2005.

WITNESS MY HAND AND SEAL:

10 Jun 05

NED ROD MCCRACKEN, JR.
Assistant District Counsel
U.S. Army Corps of Engineers,
Europe District
Konrad-Adenauer-Ring 39
65187 Wiesbaden