# In the United States Court of Federal Claims

No. 04-1719 C
(Filed: December 15, 2005)

```
***********************************
A.A.B JOINT VENTURE,                *
                                    *
                  Plaintiff,        *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
                  Defendant.        *
                                    *
***********************************
```

**ORDER**

On November 9, 2005, Plaintiff filed a Motion for Issuance of Requests for International Judicial Assistance. Plaintiff's motion is GRANTED.

On or before **January 4, 2006**, Plaintiff is ordered to deliver to the Court an original copy of each of the letters of request, as well as a Hebrew translation of each request. The Court will work with the Plaintiff to ensure that the letters of request are delivered to the appropriate authority in Israel.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge