**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | Nos. 04-1719C, 04-1792C, 05-114C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ISSUANCE OF AN ORDER**
**GOVERNING INADVERTENT**
**DISCLOSURE OF DOCUMENTS DURING DISCOVERY**

Plaintiff and defendant respectfully request that the Court enter the attached consent order setting forth the procedures governing the inadvertent disclosure of documents during discovery. Because of the large volume of documents that the parties may produce during discovery in these cases, the parties may inadvertently or mistakenly produce documents that could have been withheld in whole or in part upon the basis of privilege or some other protection.

The attached order specifies the procedures to be utilized by the parties in the event of an inadvertent disclosure of documents. Both parties have consented to the terms of the agreement.

For these reasons, the parties respectfully requests that the Court grant their motion for issuance of an order governing inadvertent disclosure of documents during discovery.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/** David M. Cohen

______________________________
DAVID M. COHEN
Director

**s/** Shalom Brilliant

______________________________
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: December 22, 2005

Bell, Boyd & Lloyd PLLC

s/ Brian Cohen

______________________________
Brian Cohen, Esq.
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W.
Suite 1200
Washington, DC
(202) 955-6823 (phone)
(202) 835-4130 (fax)

*Attorney for Plaintiff*

Dated: December 22, 2005

**Filed Electronically**
**With the consent of the**
**Attorney for Plaintiff**