**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | Nos. 04-1719C, 04-1792C, 05-114C |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER GOVERNING INADVERTENT
DISCLOSURE OF DOCUMENTS DURING DISCOVERY

It is hereby AGREED BETWEEN THE PARTIES AND THEIR COUNSEL AND ORDERED BY THE COURT:

Because of the large volume of documents that the parties may produce during discovery in these cases, the parties may inadvertently or mistakenly produce documents that could have been withheld in whole or in part upon the basis of privilege or some other protection.

Therefore, mere production of all or part of a document shall not constitute a waiver of any evidentiary privilege in this or any other proceeding, provided that, upon discovery of the inadvertence or mistake, and no later than 30 days after receipt of the document in question by the other party's counsel of record, the party claiming inadvertence or mistake notifies the other party's counsel of record, in writing, of the mistake. Upon receipt of notification, counsel shall return or destroy the inadvertently or mistakenly produced document, shall destroy any reproduction, by any means, of the document, any portion of the document, or any information contained in the document, and shall not make any use of the document or any information contained in the document.

ORDERED:

________________________________
Edward J. Damich, Chief Judge
United States Court of Federal Claims

AGREED:

Bell, Boyd & Lloyd PLLC

s/ Brian Cohen

Brian Cohen, Esq.
Bell, Boyd & Lloyd PLLC
1615 L Street, N.W.
Suite 1200
Washington, DC
(202) 955-6823 (phone)
(202) 835-4130 (fax)

*Attorney for Plaintiff*

Dated: December 22, 2005

**Filed Electronically**
**With the consent of the**
**Attorney for Plaintiff**

PETER D. KEISLER
Assistant Attorney General

**s/** David M. Cohen

DAVID M. COHEN
Director

**s/** Shalom Brilliant

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: December 22, 2005