# In the United States Court of Federal Claims

No. 04-1719 C
(Filed: January 3, 2006)

***********************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**PROTECTIVE ORDER**

It is hereby AGREED BETWEEN THE PARTIES AND THEIR COUNSEL AND ORDERED BY THE COURT:

Because of the large volume of documents that the parties may produce during discovery in this case, the parties may inadvertently or mistakenly produce documents that could have been withheld in whole or in part upon the basis of privilege or some other protection.

Therefore, mere production of all or part of a document shall not constitute waiver of any evidentiary privilege in this or any other proceeding, provided that, upon discovery of the inadvertence or mistake, and no later than 30 days after receipt of the document in question by the other party's counsel of record, the party claiming inadvertence or mistake notifies the other party's counsel of record, in writing, of the mistake. Upon receipt of notification, counsel shall return or destroy the inadvertently or mistakenly produced document, shall destroy any reproduction, by any means, of the document, any portion of the document, or any information contained in the document, and shall not make any use of the document or any information contained in the document.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge