United States Court of Federal Claims
717 MADISON PLACE, NW
WASHINGTON, D.C. 20005

CHAMBERS OF
CHIEF JUDGE EDWARD J. DAMICH
[redacted]

January 18, 2006

Mr. Brian Zeitman
Director of Courts
22 Kanfei Nesharim St.
Jerusalem 95464
ISRAEL

Dear Mr. Zeitman,

Enclosed you will find five letters of request for service of documents on third parties, pursuant to the Hague Convention, in *A.A.B Joint Venture v. United States* (Case No. 04-1719 C), a proceeding currently before me. Since I have received no reply to the fascimile that was sent to you on December 15, 2005, I am assuming that there is no fee associated with this request.

If you require any additional information, please feel free to contact me via e-mail at Damich_chambers@ao.uscourts.gov, fascimile, or telephone.

Sincerely,

Edward J. Damich
Chief Judge