IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 04-1719C<br>Judge Damich |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**UNTIMELY MOTION TO EXTEND TIME**
**FOR RESPONSE TO MOTION TO CONSOLIDATE**

Plaintiff hereby moves the Court, with the consent of counsel for the United States, for leave to file an untimely motion to extend the time within which to respond to the United States' Motion to Consolidate. In support of this Motion plaintiff represents as follows:

By Motion dated February 8, 2006, defendant moved in Case No. 04-1719 to consolidate that matter with cases 05-114C, 05-1172C, and 06-49C. A similar Motion was filed on February 14, 2006 in cases 05-114C, 05-1172C, and 06-49C. Plaintiff's counsel inadvertently scheduled the response to all four such motions for the due date for the last three, March 3, 2006. The response to the first motion was due on February 27, 2006.

It appears highly likely that no hearing will be necessary on the pending motions, since counsel have been working diligently to attempt to work out a proposed revised schedule for all remaining discovery and trial, and need roughly an additional week to schedule a meeting, and then obtain approval of the parties.

Leave to file a Motion to Extend Time in which to respond to the pending Motion to Consolidate, in the event the parties are unable to agree to a schedule, is hereby requested.

Respectfully submitted,

__/s/ Brian Cohen_______________
Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that the foregoing document will be served automatically via "shalom.brilliant.usdoj.gov" upon ECF filing this 1st day of March, 2006 upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

__/s/ Brian Cohen_____
Brian Cohen