IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 04-17198C, 05-114C, |
| | ) | 05-1172C & 06-49C.05-1172C |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | Judge Damich |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM IN RESPONSE TO**
**DEFENDANT'S MOTION TO CONSOLIDATE**

Plaintiff A.A.B Joint Venture, in response to the Motion to Consolidate filed by the United States, states and represents as follows:

Plaintiff has no objection to the consolidation of Case Nos. 05-114C, 05-1172C and 06-49C. Defendant's counsel will shortly submit a proposed schedule for these three proposed consolidated cases.

With respect to Case No. 04-1719, the parties have agreed not to pursue consolidation of 04-1719 with the other, aforementioned cases. Defendant's counsel will be submitting a proposed amendment to the existing Scheduling Order that sets forth a independent, revised schedule for that matter.

Respectfully submitted,

/s/ Brian Cohen

Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

**CERTIFICATE OF SERVICE**

In addition to the electronic copy which is automatically sent to opposing counsel by the Court, I hereby certify that a paper copy of the foregoing filing was served by mail on counsel for the United States, addressed as follows:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

this 9th day of March, 2006.

___/s/ Brian Cohen___________