# In the United States Court of Federal Claims

No. 04-1719 C
(Filed: March 8, 2006)

***********************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On February 8, 2006, Defendant filed a Motion to Consolidate, recommending that this case be consolidated with three similarly-captioned cases, No. 05-114, No. 05-1172, and No. 06-49. Defendant argued that all of the cases concern the same parties and the same contract, and there is substantial overlap in the facts and issues among the cases. Defendant, however, did not request consolidation with a fifth case, No. 04-1792, stating that although the parties and the contract are the same, the issues are distinct from the issues presented in the other four cases.

On March 9, 2006, Plaintiff filed its Response to Defendant's Motion to Consolidate, agreeing that cases No. 05-114, No. 05-1172, and No. 06-49 should be consolidated, but stating without explanation that the Parties have agreed not to pursue consolidation of the three cases with this case.

The Court, however, is inclined in favor of consolidating all five cases and therefore ORDERS the Parties to file a Joint Status Report on or before **March 31, 2006**, explaining with specificity why such consolidation would not likely conserve the Court's and the Parties' resources or promote an efficient determination of the actions. In addition, the Parties shall report on the status of discovery in each of the five cases.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge