# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: April 12, 2006)

**********************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
**********************************

**ORDER**

On February 8, 2006, Defendant filed a Motion to Consolidate in this case, requesting the Court to consolidate *A.A.B Joint Venture v. United States* (No. 04-1719 C), *A.A.B Joint Venture v. United States* (No. 05-114 C), *A.A.B Joint Venture v. United States* (No. 05-1172 C), and *A.A.B Joint Venture v. United States* (No. 06-49 C). Defendant's motion is hereby GRANTED.

The scheduling order issued in this case on June 7, 2005, is rescinded.

The Court DIRECTS the Clerk of the Court to consolidate this case with *A.A.B Joint Venture v. United States* (No. 05-114 C), *A.A.B Joint Venture v. United States* (No. 05-1172 C), and *A.A.B Joint Venture v. United States* (No. 06-49 C). All future filings shall be made in this case, as captioned above.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge