# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: April 12, 2006)

************************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

Pursuant to the Status Conference held on April 11, 2006, the Court ORDERS the following:

1. On or before, **May 15, 2006**, Defendant shall file a notice with the Court, informing the Court if and when it intends to file a motion to dismiss Plaintiff's claim relating to the subgrade material (¶ 37 of the Am. Compl. in No. 04-1719, filed December 20, 2004).

2. The Parties shall adhere to the following discovery schedule in this consolidated case:

| | |
|---|---|
| Fact Discovery ends | **December 15, 2006** |
| Plaintiff's Expert Reports due | **February 15, 2007** |
| Defendant's Expert Reports due | **March 15, 2007** |

| | |
|---|---|
| Plaintiff's Rebuttal Expert Reports due | **March 29, 2007** |
| Expert Discovery (All Discovery) ends | **May 17, 2007** |

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge