IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1719C, No. 05-114C, No. 05-1172C, |
| | ) | and No. 06-49C |
| THE UNITED STATES, | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |
| Defendant. | ) | |

DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT

Pursuant to the order issued by the Court on April 12, 2006, please take notice that defendant intends to file a motion to dismiss plaintiff's claim relating to the subgrade material, referenced in paragraph 37 of the amended complaint in No. 04-1719C (¶ 37 of the Am. Compl. in No. 04-1719. Defendant intends to file the motion within 21 days after the completion of briefing of cross-motions for summary judgment in No. 04-1792C. We presently anticipate that briefing of the latter motions will be completed by June 30, 2006, and that a motion to dismiss the above-referenced subgrade material claim in No 04-1719C will be filed by 21, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**Filed electronically**

OF COUNSEL:

PAUL CHEVERIE
Command Counsel
BRETT R. HOWARD
Assistant Command Counsel
Europe District
U.S. Army Corps of Engineers

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

May 15, 2006