**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **A.A.B JOINT VENTURE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 04-1719C (Consolidated with** |
| | ) | **Nos. 05-114C, 05-1172C and 06-49C)** |
| **v.** | ) | |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR ISSUANCE OF**
**REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Plaintiff A.A.B. Joint Venture ("AAB JV"), through counsel, hereby requests that this Court issue the attached four Requests for International Judicial Assistance, seeking production of documents and depositions of third parties in Israel, that are relevant to the issues presented in this case. In support of this Motion plaintiff states as follows:

This matter involves a claim pursuant to the Contract Disputes Act, 41 U.S.C. §§ 601-613, which arises out of a contract between AAB JV and the United States Corps of Engineers ("USACE") for the construction of the Nachshonim Military Storage Base, near Elad, Israel ("the Project").

The primary issue in No. 1719C is the adequacy and accuracy of the Geotechnical Report and attached Site Investigation. The four Requests are for the following:

Amos Israeli (Deposition). Mr. Israeli is the author of the geological survey attached to the Geotechnical Report.

M.M. Braun, Geo-Prospect, Ltd. (Deposition). Mr. Braun is a consultant to the Israeli Defense Force, and participated in the preparation of the Geotechnical Report.

Israel Klar, Engineering Services, Ltd. (Deposition). Mr. Klar participated in the drafting of the Geotechnical Report.

Blank-Lehrer, Ltd. (Document request and Rule 30(B)(6) deposition). Blank-Lehrer assisted in the drafting of the Earthworks portion of the Project Specifications, and also participated in the test borings.

Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, the proper procedure is for the court of the requesting party's country to make a request of the Central Authority of the country of the party to whom the Request is being submitted. The Central Authority of that country is then charged with responsibility for arranging service of the Request.

The four Hague Convention Requests are being submitted concurrently herewith.[1]

Counsel for the United States, Shalom Brilliant, Esq., has advised that he has no objection to this Motion.

Respectfully submitted,

/s/ Brian Cohen
Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

1. Counsel for plaintiff has been advised that the translations of the Requests have been completed, but return was delayed by an Israeli National Holiday. Copies of the translations will be hand-delivered to the Court upon notification that this Motion has been granted.

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that the foregoing document was served by email (shalom.brilliant.usdoj.gov) and by first class mail, postage prepaid, this 1st day of June 2006, on:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

_/s/ Brian Cohen_________
Brian Cohen