# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: June 2, 2006)

| | |
|---|---|
| **A.A.B JOINT VENTURE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |

**ORDER**

On June 1, 2006, Plaintiff filed an Unopposed Motion for Issuance of Requests for International Judicial Assistance. Plaintiff's motion is GRANTED.

The Court ORDERS Plaintiff to deliver to the Court an original copy of each of the letters of request, as well as a Hebrew translation of each letter, on or before **June 9, 2006**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge