United States Court of Federal Claims
717 MADISON PLACE, NW
WASHINGTON, D.C. 20005

CHAMBERS OF
CHIEF JUDGE EDWARD J. DAMICH
[redacted]

June 12, 2006

Mr. Brian Zeitman
Director of Courts
22 Kanfei Nesharim St.
Jerusalem 95464
ISRAEL

Dear Mr. Zeitman,

Enclosed you will find four requests for international judicial assistance pursuant to the Hague Convention, in *A.A.B Joint Venture v. United States* (Case No. 04-1719 C), a proceeding currently before me. I ask your assistance in arranging depositions and in document production.

If you require any additional information, please feel free to contact me via e-mail at Damich_chambers@ao.uscourts.gov, fascimile, or telephone.

Sincerely,

Edward J. Damich
Chief Judge