IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1719C, No. 05-114C, No. 05-1172C, |
| | ) | and No. 06-49C |
| THE UNITED STATES, | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of nine days, to and including August 11, 2006, within which to respond to plaintiff’s sixth set of interrogatories and sixth request for production of documents. Defendant’s response is presently due on August 2, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

Plaintiff’s sixth set of interrogatories contains 55 numbered interrogatories, many of which contain numerous discrete subparts, generally relating to the claims asserted in No. 05-1172C. Plaintiff’s sixth request for production of documents contains 53 separate paragraphs requesting various categories of documents, also generally relating to the claims asserted in No. 05-1172C. Promptly after these discovery requests were served upon Government counsel, copies of the requests were forwarded to agency counsel at the agency involved, the United States Army Corps of Engineers (“USACE”). Agency counsel and others at USACE have been diligently working on gathering the information and documentation necessary for an appropriate response. The preparation of the Government’s response, however, will require consultation between Government counsel and agency counsel, and the opportunity for such consultation will be very limited during late July 2006. In particular, during the week of July 24, 2006, Government counsel is scheduled to be in Tel Aviv, Israel, attending depositions that plaintiff has noticed in this case.

Further, the persons likely to possess the requisite information are various distant locations, including Israel (the location construction project at issue), Germany (the location of agency counsel and certain other agency officials who may possess relevant knowledge), and the United States (where certain agency officials who were involved in the project are presently located). Because of the distances and time differences between these locations, the communication required for the preparation of our response is likely to require more time than would normally be required.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

July 17, 2006