IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 04-1719C, 04-1792C, and |
| | ) | 05-114C (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE THE INDEX TO APPENDIX AND APPENDIX IN CD ROM FORMAT**

Pursuant to Rule 7 of the United States Court of Federal Claims, Plaintiff A.A.B Joint Venture ("AAB") requests leave of court to file the Index to Appendix and Appendix to the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Answers to Interrogatories in Case Nos. 04-1719C, 04-1792C AND 05-114C in CD ROM format in lieu of filing the Index to Appendix and Appendix through the electronic case format process. The documents in the Appendix are voluminous and it would require an extended length of time to file same through the electronic case format process. A copy of the CD ROM and a hard copy of the documents will be delivered to chambers.

WHEREFORE, the forgoing considered, Plaintiff A.A.B Joint Venture requests that the Court grant Plaintiff leave to file its Index to Appendix and Appendix to the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Answers to Interrogatories in Case Nos. 04-1719C, 04-1792C AND 05-114C in CD ROM format.

Respectfully submitted,

/s/________________________
Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street, N.W.
Suite 1200
Washington, D.C. 20036
(202) 955-6836
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion for Leave to File the Index to Appendix and Appendix in CD ROM format was served by electronic transmission and first class mail this 4th day of August, 2006 on:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 8012
Classification Unit
Washington, D.C. 20530

/s/____________________
Brian Cohen