IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 04-1719C, 04-1792C, and |
| | ) | 05-114C (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to File the Index to Appendix and Appendix to the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Answers to Interrogatories in Case Nos. 04-1719C, 04-1792C AND 05-114C in CD ROM format, and it appearing that the motion is well-founded, it is hereby

ORDERED, that Plaintiff is granted leave to file its Index to Appendix and Appendix to the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Answers to Interrogatories in Case Nos. 04-1719C, 04-1792C AND 05-114C in CD ROM format, and it is further

ORDERED, that Plaintiff shall file with the Clerk's office its Index to Appendix and Appendix to the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Answers to Interrogatories in Case Nos. 04-1719C, 04-1792C AND 05-114C in CD ROM format and shall provide a courtesy copy in CD ROM format and hard copy to the Judge's chambers.

________________________________________

Judge, United States Court of Federal Claims