**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **A.A.B JOINT VENTURE,** | ) | |
| | ) | |
| ` **Plaintiff,** | ) | |
| | ) | **Case Nos. 04-1719C, 04-1792C, and** |
| **v.** | ) | **05-114C (CONSOLIDATED)** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOVERY WITH RESPECT TO DEFENDANT'S ANSWERS TO INTERROGATORIES IN CASE NOS. 04-1719C, 04-1792C AND 05-114C**

Plaintiff, A.A.B Joint Venture, by and through counsel, and pursuant to Rules 5.2, 7(b), 26 and 37 of the United States Court of Federal Claims, respectfully moves the Court for an Order compelling Defendant the United States to answer certain interrogatories in accordance with Plaintiff's Memorandum filed contemporaneously herewith. In addition, Plaintiff seeks attorney's fees and costs associated with filing this motion.

Pursuant to Paragraph 8(d) of the Special Procedures Order the undersigned certifies that he communicated with counsel for Defendant numerous times in writing; specifically by letters dated September 20, 2005, November 10, 2005, December 12, 2005 and February 22, 2006, and on the telephone in an effort to reach agreement with opposing counsel on the disputed matters. Despite these good faith efforts the parties were not able to resolve their differences.

August 4, 2006

Respectfully submitted

/s/______________________________

Brian Cohen
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W.
Suite 1200
Washington, DC 20036
(202) 466-6300

Attorney for Plaintiff