**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **A.A.B JOINT VENTURE,** | ) | |
| | ) | |
| ` **Plaintiff,** | ) | |
| | ) | **Case Nos. 04-1719C, 04-1792C, and** |
| **v.** | ) | **05-114C (CONSOLIDATED)** |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCOVERY WITH RESPECT TO DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS IN CASE NOS. 04-1719C, 04-1792C AND 05-114C**

Plaintiff, A.A.B Joint Venture, by and through counsel, and pursuant to Rules 5.2, 7(b), 26 and 37 of the Rules of The United States Court of Federal Claims, respectfully moves the Court for an Order compelling Defendant The United States to produce certain documents and make certain declarations/certifications as enumerated herein, in accordance with Plaintiff's Memorandum filed contemporaneously herewith. In addition, Plaintiff seeks attorney's fees and costs associated with filing this motion.

Pursuant to Paragraph 8(d) of the Special Procedures Order the undersigned certifies that he and co-counsel have communicated with counsel for Defendant numerous times in writing; specifically by letters dated November 11, 2005, December 8, 2005, January 13, 2006 and February 22, 2006; in person, and on the telephone in a good faith effort to reach agreement with

opposing counsel on the disputed matters. Despite a good faith effort to do so, the parties were not able to resolve their differences.

August 4, 2006

Respectfully submitted

/s/_______________________________

Brian Cohen
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W.
Suite 1200
Washington, DC 20036
(202) 466-6300

Attorney for Plaintiff