IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 04-1719C, 04-1792C, |
| | ) | 05-114C and 06-49C |
| THE UNITED STATES OF AMERICA | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME**
**FOR RESPONSE TO MOTION TO DISMISS**

Plaintiff hereby moves the Court, with the consent of counsel for the United States, for an extension of time within which to respond to defendant's pending Motion to Dismiss Plaintiff's Claim Concerning Subgrade Material Asserted In Paragraph 37 Of The Amended Complaint In No. 04-1719C until Monday, August 28, 2006. In support of this Motion plaintiff represents as follows:

By Motion to Dismiss dated July 21, 2006, defendant moved in Case No. 04-1719C to dismiss plaintiff's subgrade material claim. Plaintiff's response to the motion is due on August 21, 2006.

During the week of August 14-18, 2006 plaintiff made several attempts to discuss a possible resolution of this issue with defendant. Counsel for defendant was on leave August 14 – August 16, 2006. It was not until August 18, 2006 that counsel were able to discuss this issue. Given the fact that defendant's field office in Israel is not open on Fridays as well as the distances and time differences involved in communications to Israel and Germany defendant will be unable to respond to plaintiff's proposal to resolve the pending issue until next week.

The parties need until August 28, 2006 to fully discuss this issue, including all necessary client input, to determine if the motion can be resolved by agreement. If by that date agreement cannot be reached plaintiff will file its opposition to the pending motion on August 28, 2006.

Respectfully submitted,

___s/ Brian Cohen ____________
Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that the foregoing document will be served automatically via "shalom.brilliant.usdoj.gov" upon ECF filing this 18th day of August, 2006 upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

__s/ Brian Cohen_____
Brian Cohen