IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1719C, No. 05-114C, No. 05-1172C, |
| | ) | and No. 06-49C |
| THE UNITED STATES, | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 11 days, to and including September 1, 2006, within which to respond to Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Answers to Interrogatories In Case Nos. 04-1719C, 04-1792C and 05-114C, and Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Responses to Plaintiff's Requests for Production of Documents in Case Nos. 04-1719C, 04-1792C and 05-114C. Defendant's response is presently due on August 21, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

The briefs filed by plaintiff in support of these two motions to compel are 17 pages and 34 pages in length, respectively. The appendices filed in support in support of these motions are 148 pages and 349 pages in length, respectively. The task of reviewing these voluminous motion papers and preparing appropriate responses is extremely time consuming. Additionally, Government counsel was on leave from August 14 through 16, 2006. During this absence, a number of unanticipated matters arose that required Government counsel's attention during much of August 17 and 18, 2006, and limited our progress in preparing responses to plaintiff's motions. Finally, Government counsel requires time for additional consultation with agency counsel in Wiesbaden, Germany, and may also require time for consultation with personnel located in Israel, in order to complete the Government's response to plaintiff's motions.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

August 18, 2006