A.A.B JOINT VENTURE
ABB SUSA\ A. ARENSON\ BARAN GROUP
NACHSHONIM STORAGE BASE, ELAD

א.א.ב – מיזם משותף
אבב – סוסה/ א. ארנסון/ קבוצת ברן
פרוייקט בסיס אחסון נחשונים, אלעד

11 August 2002

Ref. USACE/02-0177

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

**SUBJECT: Unanticipated Subsurface Conditions – Subbase Replacement Segment #45 DSB Type A**

Dear Sir,

In reference to USACE/02-0083 dated 22 January 2002 and the USACE response, COE-02-007 dated 06 February 2002, the Contractor offers the following.

With reference to Section 00800-6, FAR 52.236-2, Differing Site Conditions, the Contractor offers the following comparison between Geotechnical Report Nachshonim Base Report No. 2/3293-99/00 (Geotechnical Report), actual Micropile Drilling Logs Segment #45 (Annex 1) and Geotechnical Engineer's Recommendations for Subbase Replacement (Annex 2) for the 12 DSB Type A structures in Segment #45.

1. **Geotechnical Report - 4. Description of Rock – General states:**

   A. ***"4.1 The rock in most of the building area is limy dolomite rock, mostly massive and hard."***

The building area of Segment #45 showed nearly zero "dolomite" (calcium magnesium carbonate) and only 9% hard limestone. The first meter of the drilling logs averaged only 6% hard rock, 3% fat clay and 10% clay with rock fragments. See Average Classification of First Meter of Drilling Logs (Annex 3). Much of the clayey material required replacement to form a stable subbase.

   B. ***"4.2 The upper few meters of the rock is cracked and zones of weathered weak rock are expected."***

The upper few meters (average 3.1 meters for Segment #45) was excavated to subgrade. The first meter of subbase (Annex 3), the 4th meter, contained an average 58% clay and weak rock. Over 1/2 of the material could hardly be described as "zones".

   C. ***"4.3 Clay penetrations may be found mainly in the upper 2-3 meters."***

ALL-STATE LEGAL®
EXHIBIT
2



משרד האתר: ת״ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

The average excavation for DSB Type A lots was 3.1 meters. Therefore "clay penetrations" should have been negligible at level of subbase. In reference to the Subbase Summary Segment #45 (Annex 4), in the top 1 meter of subbase, 4 lots of the 12 lots contained fat, saturated clay and 10 lots contained clay with rock fragments. On the average, this condition was present in 13% of all material in the first meter of subbase (Annex 3). Most of this material required replacement to provide for stability of the slab-on-grade floor.

D. "4.4 ***Generally, the strength and integrity of the rock mass increase with the depth."***

In reference to Micropile Drilling Logs Segment #45 (Annex 1), over 49% of pile logs show strength and integrity of material reversing strength with depth.

45A7- 1 pile-rock mass decreased w/depth

45A8-2 pile-rock mass decreased w/depth

45A9-23 pile-rock mass decreased w/depth

45A10-15 pile-rock mass decreased w/depth

45A11-18 pile-rock mass decreased w/depth

45A12-5 pile-rock mass decreased w/depth

45A13-22 pile-rock mass decreased w/depth

45A14-29 pile-rock mass decreased w/depth

45A15-25 pile-rock mass decreased w/depth

45A16-25 pile-rock mass decreased w/depth

45A18-33 pile-rock mass decreased w/depth

45A19-24 pile-rock mass decreased w/depth

The above data was taken into consideration in the Geotechnical Engineer's inspection and recommendations for subbase replacement.

E. "4.5 ***Based on our experience in the region, and the analysis of the findings of the test drillings, it can be assumed that the uniaxial compressive strength of the rock mass is in the order of 500-800 kg/sq. cm.***

Compressive strength of 500 – 800 kg/cm$^2$ describes medium hard to hard rock, which covers only 30% of the rock encountered in the Micropile Drilling Log Summaries Segment #45 (Annex 5). From the Drilling Log Summaries the assumed strength of the rock mass is 250 – 800 kg/cm$^2$, or weak (soft) rock to hard rock. The 250 kg/cm$^2$ compressive strength material covers 47% of the rock encountered in the full length and 58% of the material encountered in the first 1 meter of subbase (Annex 3).

F. "4.6 ***In isolated locations above the hills, a formation of coarse conglomerate and Nari was detected. This material is composed of stone fragments cemented by carbonatic material.***



משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקסי: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

***The conglomerate is friable and separated into large lumps producing a terraced landscape."***

According to Geotechnical Report Drawing 3 – Field Results, this Classification II bn should only occur in Segments 67 (67A9, 10, 13, 14, 18, 19), 45 (45H6, $E_3$3) and 91 (91B20). Additionally, the depth of excavation in these lots should have removed Nari ("caliche" – a surface deposit consisting of sand or clay impregnated with crystalline salts, such as sodium nitrate or sodium chloride), stone fragments and friable conglomerate (easily crumbled, consolidated gravel). Although the Geotechnical Report showed no condition of this sort in Segment 45 DSB Type A, the first meter of subgrade showed an average 13% clay with rock fragments (Annex 3).

2. **Geotechnical Report - 6. Conclusions states:**

A. ***"6.1 Most of the area will be excavated in hard limestone and dolomite. Weathered rock areas in depths exceeding 3.0 m. would be small."***

The drilling logs start at an elevation minus 3.1 meters of excavation. Drilling Log Summaries (Annex 5) showed over 47% of material at depth exceeding 3.1 meters (from start of cut) to be clay and/or rock fragments and weak, soft chalk.

Drilling logs for first meter of subbase averaged 58% fat clay, clay with rock fragments and weak rock (chalk) (Annex 3).

Dr. Saltzman's 03 July 2002 Report (Annex 6) states:

"7. Single, sets or swarms of joints - of various attitudes & extension – cross the Nachshonim site. No order could be established for the existing joint patterns. Few small faults are encountered in the jointed pattern. Joints weaken the mass of rock & contribute to (or trigger) an enhanced process of weathering which affect the rock.

8. Weathering effects include:

A. Narification of chalk & weak limestones.

B. The formation of a horizontal "weakness zone" inside the narified chalk or along the upper two bedding plains.

C. Development of karstic dependent features including:

(1) Caves in strong limestones,

(2) Increased opening of cracks and bedding plains,

(3) Development of erosional pockets on the surface of the area, which are later filled with top soil,

(4) Development of disconnected or detached bodies of rock, sometimes of blocky size,

(5) Extensive weakening (by solution cavities or by the detachment of contacts between crystals or grains) of the



משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

rock mass existing between the previous described features.

D. Most of the described openings created by weathering processes in the rock, tend to be filled with clay, washed into the open spaces by the percolating and flowing water.

E. Penetration of clay particles into the weakened rock (described in 8-C-5) and especially Un porous chalks.

9. The depth of the influence of the weathering processes range generally between about 1-10 m'."

3. **Geotechnical Report - 6. Conclusions states:**

A. *"6.4 The excavated rock is hard and solid, enabling the construction of the buildings on flat foundations."*

**and;**

**Geotechnical Report - 7.2 Foundations states:**

*"7.2.1.1 It is recommended that buildings situated in excavation zones deeper than 2.0 m. be based on spread footing foundation (single or combined footing)."*

Geotechnical Report 7.2.5.6 "Recommended Foundation method" does not indicate building numbers, but recommends footings for excavations between 2.0 meters and 7.0 meters, yet spread footings were not practical due to the lack of solid rock at foundation elevation. See M. Yuger 26 May 2002 Report (Annex 4) below.

B. *"7.2.2.2 The recommended allowable end bearing for footing design s 6.0 kg/sq. cm. The minimum foundation size shall be 60/60 cm."*

6.0 kg/cm$^2$ represents only hard rock, encountered in only 9% of the Drilling Log Summaries (Annex 5) and only 6% in the first meter of subbase (Annex 3).

C. *"7.2.4.2 One may assume an allowable horizontal pressures of at least 20 ton/sq. m."*

A horizontal pressure of a minimum of 20 ton/m$^2$ means well-embedded and solid rock, encountered in only 9% of the Drilling Log Summaries (Annex 5) and only 6% in the first meter of subbase (Annex 3).

D. **Geotechnical Report – 8. Summary and Conclusions states:**

***"The rocky substrate constitutes a suitable foundation for the planned buildings and roads"***

Spread footings, as indicated in the Geotechnical Report were not practical per M. Yuger 26 May 02 Report (Annex 7):



משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

"5b. The option of spread footing due to actual soil conditions is not practical any more because of the heterogeneity of soil condition. The decision to use only pile foundations, instead of spread footing, was obviously correct, even if the assumption of relatively short piles in this case could not be materialize under the present soil findings.

5c. The amount of shallow layers and pockets of expansive clay increases the thickness of sub grade layers needed under the cast on sub grade floors, from mostly 20 cm' in sound rock to 40 cm', 60 cm' and even more. Due to the heterogeneity and variety, it become necessary for me to carefully analysis each and every site."

In Segment #45, 4 DSB Type A lots out of 12 required a total of 1,100 $M^3$ saturated clay and clay with rock fragments excavated and replaced with select material in 20 cm lifts. (Annex 4).

4. **Geotechnical Report - Site Investigation Survey – states:**

A. **1. Main Findings** – **states:**

***"Almost the entire site destined for Nahshonim base is situated in an environment of hard to medium-hard rocks, partly weathered."***

Segment #45 showed only 30% medium hard to hard rock for full length of drilling logs (Annex 1) and an average of only 19% medium hard to hard rock in the first 1 meter (Annex 3), after 3.1 meters of excavation.

B. **2. Surface Morphology – states:**

***"Their surface is rocky with the occasional presence of small cliffs due to the existence of thick, hard layers."***

After 3.1 meters excavation, only an average of 6% of the drilling logs in the first 1 meter showed hard rock (Annex 3).

C. **3. Regional Geology – states:**

***"According to this regional mapping almost all the site is in Bina (stratified to massive Limestone) formation rocks. The formation. thickness is tens of metres."***

This is a description for a very successful commercial quarry, for which Nachshonim site was not selected. After an average 3.1m excavation, the average 6.0m drill hole showed an average of only 50cm hard rock (Annex 5) and an average of only 6cm in the first 1 meter (Annex 3). At least the first 10 meters had extremely little "massive Limestone".

Dr. Saltzman's 03 July 2002 Report (Annex 6) states:

"4. The geometrical as well as the volumetric relationship between limestones & chalks has been both complex and irregular. It is believed that the mass of rock consists of a sedimentary accumulation of intermingled fusiform shaped lenses, i.e., thick in the middle and tapering towards it sides. The exact shape & dimensions of the lenses' as well as the volumetric proportions of its constituents are neither consistent nor could it be precisely defined.



משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקסי: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

The lengths of the lenses might vary between tens and hundreds of meters while its thickness might vary between single meters and several tens of meters.

The irregular differences in the composition & internal configuration of the rocks in the lenses has been demonstrated in the unforeseen & irregular changes defined in the performed drill holes. Not only have we located differences in rock assemblages within the areas of single buildings, but also among buildings belonging to a certain lot and as well as when comparing lots.

Generally speaking, lot 45 presents higher percentage of limestones while lots 56 & 67 present lower percentage of limestones and higher percentage of weathered-weaker rock and soils."

**D. 4. Mapping Units and structure – states:**

*"4.1 Unit I – Limestone & Dolomite hard to weathered – Predominant rock mass - Almost the whole area contains rocks of limestone and dolomite, hard to medium-hard, partly weathered."*

**and;**

**7. Geo-Engineering Conditions states:**

*"The combined findings of mapping and of the drillings indicate a site in which partly weathered hard to medium rocks predominate."*

**and; Geotechnical Report – 8. Summary and Conclusions states:**

*"Hard to medium limestone and dolomite rocks, partly weathered, are present in almost the entire area"*

The amount of qualitative superlatives above lead the Contractor to assume that in "almost the entire" site limestone and dolomite "predominate", when actual data in Segment #45 indicated only 21% medium hard and 9% hard rock in drilling logs (Annex 5) and 13% medium hard and 6% hard rock in the first meter of subbase (Annex 3).

Contrary to Geotechnical Report descriptions, Dr. Saltzman 03 July 2002 Report (Annex 6) describes the site conditions:

"3. The major rock constituents of the Nachshonim Base are Limestones of various degrees of strengths & densities. Chalk forms a secondary constituent, that might reach locally up to a 1/3 by volume."

Drilling Log Summaries in Segment #45 (Annex 5) indicate the material to be:

2% Fat Clay and 3% in the first meter of subbase

6% Clay with Rock Fragments and 10% in the first meter of subbase

39% Weak Rock (soft) and 45% in the first meter of subbase

23% Medium Strength Rock and 24% in the first meter of subbase

21% Medium Hard Rock and 13% in the first meter of subbase



משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקסי: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

9% Hard Rock and 6% in the first meter of subbase

E. 4. **Mapping Units and structure – states:**

*"4.3 Unit III - Stony Clayey Soil, as local Cover and Alluvium - This unit features as a thin local cover on saddles and wide gulches...*

*Generally speaking, as a field definition, the material is basically reddish-brown clay, medium to fat, containing a certain amount of gravel and rock fragments. It seems that the cover thickness on saddles and in gulches does not exceed about 1 m."*

Since there was an average of 3.1 meters of excavation in Segment #45, this alluvium (a deposit of sand, mud, etc., formed by flowing water) was expected to have been totally excavated before drilling the pile, but 8% was still present between –3.1 meters and –9.1 meters below the surface (Annex 5) and 13% between –3.1 meters and –4.1 meters (Annex 3), over 3 times the depth as stated in the Geotechnical Report.

Dr. Saltzman's 03 July 2002 Report (Annex 6) states:

"5. The largest lensses are composed, generally, of a bedded configuration with relatively high volume of limestones & reduced volumes of chalks. This type of lenses does exist in the Nachshonim Quarry. However, it is believed that a second type of lenses does also exist, interfingering with the bedded ones. The second type comprises a chaotic mixture of the basic ingredients, with higher volumes of chalks, & fragmented limestone bodies or blocks interbedded in the chalk"

F. **Geotechnical Report – 6. Drilling Results states:**

*"Also common are small solution cavities indicating the possible presence of karst. Also, in the majority of drillings there was loss of circulation to most of their length, which lends support to such a possibility. As to intermediate horizons of marl and/or pockets of clay - these appear in negligible quantities."*

Geotechnical Report BH-8 (Annex 8) is 10.2m in depth and excavation to top of pile was 3.1m, leaving 6.8m of "very hard" (96%) and 0.3m of "decomposed" rock (4%) near the bottom of the borehole (Annex2). In the subbase range of –3.1 meters and –4.1 meters BH-8 showed 100% "Limestone, grayish white, f. crystalline, very hard, some small solution cavities". At this elevation range, DSB 45A19 (adjacent to BH-8) showed an average of only 1% (1cm) hard rock and 22% (22cm) clay with rock fragments (Annex 3), the virtual opposite from what the Geotechnical Report lead the Contractor to believe. Actual Classification for full pile length and elevation –3.1 meters to –4.1 meters for directly adjacent structure 45A19 (Annex 3 & 5) is:

Fat Clay – 4% and 9% in the first meter of subbase

Clay w/Rock Fragments – 4% and 13% in the first meter of subbase

Weak Rock (soft) – 35% and 51% in the first meter of subbase



משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

Medium strength rock – 16% and 17% in the first meter of subbase

Medium Hard Rock – 28% and 11% in the first meter of subbase

Strong Rock (hard) – 13% and 1% in the first meter of subbase

9 drilling logs in 45A19 had Fat Clay between 0.0m and 2.5m deep.

The geological qualitative descriptions in the Geotechnical Report are universal for all geology in the area surrounding the site, but lack any quantitative guidance, except for superlatives (most, mostly, almost the entire site, almost the entire area, predominate, does not exceed). The geological description especially depicts hard rock conditions at exposed commercial quarries in the area, which are almost inversely related to conditions recorded in the drilling logs. Furthermore, with this unquantified guidance, the geotechnical conclusions and recommendations for foundation design were very precisely offered with unequivocal values (allowable friction 15kg/cm$^2$, allowable horizontal pressures of at least 20 ton/m$^3$, allowable end bearing for footing design 6.0 kg/cm$^2$ and compressive strength of the rock mass is in the order of 500-800 kg/cm$^2$) that lead the Contractor to assume "Hard to medium limestone and dolomite rocks, partly weathered, are present in almost the entire area.".

Please refer to USACE/02-0083 dated 22 January 2002, where Contractor gives notice in accordance with Special Contract Requirements, Section 00800-6, FAR 52.236-2, Differing Site Conditions, as follows:

1. Subsurface and latent physical conditions at the site which differ materially from those indicated in the Contract; and
2. Unknown physical conditions at site, of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided for in the Contract.

In accordance with Special Contract Requirements, Section 00800-7, FAR 52.236-3, Site Investigation and Conditions Affecting the Work, Contractor acknowledges that it had taken steps reasonably necessary, before submitting its bid, to ascertain the nature and location of the work, and that Contractor satisfied itself as to the character, quality, and quantity of surface and subsurface materials or obstacles to be encountered insofar as this information was reasonably ascertainable from the access to and inspection of the site, including all exploratory work done by the Government, as well as from the drawings and specifications made a part of the Contract. As "access difficulties and site availability" did not allow the Contractor to reasonably ascertain the character, quality and quantity of subsurface materials, the Contractor relied entirely on the geotechnical information provided in the RFP and what could be observed from "similar" sites to which the RFP directed the bidders to inspect. In particular, Contractor based its bid on the Geotechnical Report Nachshonim Base Report No. 2/3293-99/00, its conclusions, recommendations and annexed Geological Survey and boring log records.

Of the nine items referenced in USACE/02-0083, the Contractor requests consideration, in accordance with Contract Clauses, Section 00700-33, FAR 52.243-4, Changes, for an equitable adjustment for the costs for subbase replacement, over and above that which could be reasonable anticipated from the Geotechnical Report, for 12 Type A DSBs in Segment #45. See Proposal for Change Order for Replacement of Subbase – Segment #45 DSB Type A (Annex 9). The



משרד האתר: ת״ד 37, ראש העין, טל: 03-933-1473 פקס׳: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

Contractor shall request geologist and geotechnical engineer subbase inspections for each group of structures, and similarly compare actual results with the Geotechnical Report.

Please be advised the balance of items in USACE/02-0083 and possibly future variances of actual conditions, compared to those that could be reasonably determined from the Contract, are of an ongoing nature and will be documented throughout the performance of the work and submitted to the USACE for review in a mutually agreed format and schedule.

Sincerely,

S. D. Keeney
Project Director

**Attachments:**

Annex 1 - Micropile Drilling Logs Segment #45 DSB Type A

Annex 2 - Geotechnical Engineer's Recommendations for Subbase Replacement Segment #45 DSB Type A

Annex 3 - Average Classification of First Meter of Drilling Logs Segment #45 DSB Type A

Annex 4 - Subbase Summary Segment #45 DSB Type A

Annex 5 - Micropile Drilling Log Summaries Segment #45 DSB Type A

Annex 6 - Dr. Saltzman 03 July 2002 Report

Annex 7 – M. Yuger 26 May 2002 Report

Annex 8 - Geotechnical Report BH-8

Annex 9 - Proposal for Change Order for Replacement of Subbase - Segment #45 DSB Type A



משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366