**From:** Roach, Michael A NAU [Michael.A.Roach@NAU02.USACE.ARMY.MIL]
**Sent:** Friday, August 30, 2002 9:45 AM
**To:** Deni Keeney (E-mail)
**Subject:** Mod Log

Deni,

Hope this helps:

<<Modificaton Log 18 Augl02.xls>> <<RFI Log-D.xls>>

Note, these are changing due to the design process. I anticipate the activity in the enclosed logs to slow considerably after Seg 4 is accepted for construction. This will be the appropriate time to address the modifications. At this time I'm just capturing the items as they come up so they are not forgotten. The RFI log is not up to date.

Thanks,

Mike R

ALL-STATE LEGAL®
EXHIBIT
3

**NACHSHONIM STORAGE BASE**
**El'ad, Israel**
**DACA90-01-C-0043**

## COMPLETED MODIFICATIONS

| P-No.: | M-No.: | Description | Cat. Code | Time Extension | Completed *Act. Cost* | Signature Date |
|---|---|---|---|---|---|---|
| P-00001 | M-1001 | Box Culvert Redesign | 1 | 0 | 150,000 | 17-Sep-01 |
| P-00002 | n/a | Address Change | | 0 | 0 | 10-Jan-02 |
| P-00003 | M-1001 | Box Culvert Redesign Part II | 1 | 0 | 100,442 | 28-Jan-02 |
| P-00004 | M-1003 | Additional Security Requirements | V | 0 | 131,157 | 29-Jan-02 |
| P-00005 | M-1004 | Design Reviews in Israel | 4 | 0 | -29,016 | 28-Jan-02 |
| P-00006 | M-1002 | Electrical Metering | 4 | 0 | 17,843 | 8-Mar-02 |
| P-00007 | M-1005 | Adverse Weather Dec 01, Jan, Feb 02 | E | 30 | 0 | 8-Mar-02 |
| P-00008 | M-1013 | Adverse Weather Mar, Apr 02 | E | 10 | 0 | 20-May-02 |
| P-00009 | M-1014 | Design Meeting 13 Dec 01 | V | 0 | 0 | 31-May-02 |

| | | |
|---|---|---|
| **Total - Completed Time Extensions** | **40** | |
| **Total - Completed Modifications** | | **$370,426.00** |

**NACHSHONIM STORAGE BASE**
**El'ad, Israel**
**DACA90-01-C-0043**

## PENDING MODIFICATIONS

| M-No.: | Description | Cat. Code |
|---|---|---|
| M-1006 | Enlarge Transformers at T-7, D-59, D-67, D86R1 | 1 |
| M-1007 | 5 M Logistics Workshop gate | 1 |
| M-1008 | Additional Sensors, RFI D-101 | 4 |
| M-1009 | Bldg 10/8 RFI D-74 | 4 |
| M-1010 | Road 16 Excavation, C-29 | 7 |
| M-1011 | BMS Additional Points, D-73 | 4 |
| M-1012 | FSH Fire Protection, D-95 | 1 |
| M-1015 | Road 12 Stabilization Sector 67 | 7 |
| M-1016 | Additional Data Jacks Bldg R/RA, D-109 | 4 |
| M-1017 | Bldg 1008 Changes, D-106, D-135 | 4 |
| M-1018 | Add BMS Station to Building 10/08 | 4 |
| M-1019 | Access Control Red Comms Rms | 4 |
| M-1020 | Exhaust Fan in Kitchen, RFI 83 | 1 |
| M-1021 | Logistics Battery Chargers | 4 |
| M-1022 | Raise Height of ASP's, D-127 | 4 |
| M-1023 | DSB Ramp Material Change, D-76 | 4 |
| M-1024 | Red Comms Room A/C, D-102 | 1 |
| M-1025 | Geo-Sector 56-Pile Lengths | 7 |
| M-1026 | Geo-Sector 56-Undercutting | 7 |
| M-1027 | Demolition IDF Structures | 4 |
| M-1028 | Lighting in Synagogue, D-129 | 1 |
| M-1029 | Shelving Reduction, D-130 | 4 |
| M-1030 | R and Ra AC , D-132 | 4 |
| M-1031 | Armor Vehicle Exhaust, D-136 | 4 |
| M-1032 | Paint Cell Wall Protection, D-138 | 4 |
| M-1033 | Fuel Farm Spill Protection, D-140 | 1 |
| | Logistics Changes | 4 |
| | Geo-Sector 45- Pile Lengths | 7 |
| | Geo-Sector 45-Undercutting | 7 |

# REQUEST FOR INFORMATION LOG - TYPE D

## Nachshonim Storage Base

Updated: **8/28/06**

| RFI No. | Date Sent | Description | Outstanding Over 14 Days | Date Returned | Contract Change | Status |
|---|---|---|---|---|---|---|
| D-1 | 07/19/01 | Table Arrangement - Dining Hall | | 08/31/01 | | |
| D-2 | 07/19/01 | Window Elevation - Dining Hall | | 08/31/01 | | |
| D-3 | 07/19/01 | Window Design - Dining Hall | | 08/31/01 | | |
| D-4 | 07/19/01 | Acoustical Ceiling - Dining Hall | | 08/31/01 | | |
| D-5 | 07/19/01 | Plaster on Outside Walls - Dining Hall | | 08/31/01 | | |
| D-6 | 07/19/01 | Ramp Section - DSB | | 08/31/01 | | |
| D-7 | 07/19/01 | Height Change - DSB | | 08/31/01 | | |
| D-8 | 07/19/01 | Floor Slope - DSB | | 08/31/01 | | |
| D-9 | 07/19/01 | PreCast Construction - DSB | | 08/31/01 | | |
| D-10 | 07/19/01 | Layout of Type M1 - DSB | | 08/31/01 | | |
| D-11 | 07/19/01 | Scale of Drawings - DSB | | 08/31/01 | | |
| D-12 | 07/19/01 | Safety Regulations/Fire Doors - Logistics Bldg | | 08/31/01 | | |
| D-13 | 07/19/01 | Toilet Location - Logistics Bldg | | 08/31/01 | | |
| D-14 | 07/19/01 | Building Symmetry - Logistics Bldg | | 08/31/01 | | |
| D-15 | 07/19/01 | Terrazzo Floors Locations - Logistics Bldg | | 08/31/01 | | |
| D-16 | 07/19/01 | Floors Elevations - Logistics Bldg | | 08/31/01 | | |
| D-17 | 07/19/01 | Roof Slopes - Logistics Bldg | | 08/31/01 | | |
| D-18 | 07/19/01 | Expansion Joints - Logistics Bldg | | 08/31/01 | | |
| D-19 | 07/19/01 | Window Size - Logistics Bldg | | 08/31/01 | | |
| D-20 | 07/19/01 | Roof Structure - Logistics Bldg | | 08/31/01 | | |
| D-21 | 07/19/01 | Exterior Wall Thickness - Logistics Bldg | | 08/31/01 | | |
| D-22 | 07/19/01 | Scale of Drawings - Logistics Bldg | | 08/31/01 | | |
| D-23 | 07/19/01 | Floor Plan - ClassRoom/Synagogue | | 08/31/01 | | |
| D-24 | 07/19/01 | Window Size - ClassRoom/Synagogue | | 08/31/01 | | |
| D-25 | 07/19/01 | Window Box - ClassRoom/Synagogue | | 08/31/01 | | |
| D-26 | 07/19/01 | Window Type/Size - Office/Dorm | | 08/31/01 | | |
| D-27 | 07/19/01 | Fire Doors - Office/Dorm | | 08/31/01 | | |
| D-28 | 07/19/01 | Window Flower Boxes - Office/Dorm | | 08/31/01 | | |
| D-29 | 07/19/01 | Drafting Standard - General | | 08/31/01 | | |
| D-30 | 07/19/01 | Drawing Sizes - Genera | | 08/31/01 | | |
| D-31 | 07/19/01 | Title Block and Drawing Numbering - General | | 08/31/01 | | |
| D-32 | 07/30/01 | Missing Detailed Design - Box Culvert | | 08/08/01 | | |
| D-33 | 07/19/01 | Floor Expansion Joints - DSB | | 08/21/01 | | |
| D-34 | 08/30/01 | Alternative Design Restrooms - Logistics Bldg | | 09/11/01 | | |

# REQUEST FOR INFORMATION LOG - TYPE D

## Nachshonim Storage Base

Updated: **8/28/06**

| RFI No. | Date Sent | Description | Outstanding Over 14 Days | Date Returned | Contract Change | Status |
|---|---|---|---|---|---|---|
| D-35 | 08/30/01 | Substitute GP Tiles for Terrazzo - Logistics Bldg | | 09/13/01 | | |
| D-36 | 08/30/01 | Relocate Gutters inside Gate-Lines - Logistics Bldg | | 09/11/01 | | |
| D-37 | 08/30/01 | Changes in Grade - Logistics Bldg | | 09/11/01 | | |
| D-38 | 08/30/01 | Battery Harness - DSB | | 09/11/01 | | |
| D-39 | 08/30/01 | Switch Board Arrangement - DSB | | 09/13/01 | | |
| D-40 | 08/30/01 | Cable Connections - Transformer Stations | | 09/11/01 | | |
| D-41 | 08/30/01 | Ground Fault Protection | | 09/11/01 | | |
| D-42 | 08/30/01 | Main Low Voltage Switchgear | | 09/11/01 | | |
| D-43 | 08/30/01 | Transformer Stations T2 - T9 Layout | | 09/13/01 | | |
| D-44 | 09/05/01 | Reinforcing switch to mesh - Box culvert | | 09/17/01 | | |
| D-45 | 09/13/01 | Storage Classification - Logistics Bldg | | 09/17/01 | | |
| D-46 | 09/13/01 | Missing Drawings | | | | |
| D-47 | 09/13/01 | Safety Exits - Logistics Bldg | | 09/17/01 | | |
| D-48 | 09/12/01 | Definition, Storage Cond. In Arms storage | | 11/13/01 | | |
| D-49 | 10/14/01 | Nachshonim - Box Culvert | | 11/09/01 | | |
| D-50 | 10/17/01 | Levels around Bldg. Type R | | 10/26/01 | | |
| D-51 | 10/17/01 | Air Conditioning in Kitchen | | 10/26/01 | | |
| D-52 | | Not used | | | | |
| D-53 | 10/28/01 | Battery charging layout | | 11/12/01 | | |
| D-54 | 10/28/01 | Car wash facility | | 11/12/01 | | |
| | | Not used | | | | |
| D-56 | 11/13/01 | Lightning Protection criteria | | 11/15/01 | | |
| D-57 | 11/14/01 | Emergency Power for DSB smoke extraction blower | | 11/16/01 | | |
| D-58 | 11/21/01 | Electric connection to Nachshonim Base | | 11/21/01 | | |
| D-59 | 11/26/01 | Transformer House T-7 | | 01/08/02 | M-1006 | |
| D-60 | 01/01/02 | Com & Ops Center Bldg 10/8 UPS Rm | | 01/18/02 | | |
| D-61 | 12/31/01 | Floor Levels for DSB type H | | 01/08/02 | | |
| D-62 | 01/01/02 | Fire Detection Single FCP for up to 6 DSB's | | 01/15/02 | | |
| D-63 | 01/01/02 | BMS Monitoring of Dehumidifiers | | 01/09/02 | | |
| D-64 | 01/01/02 | Duplicate DSB Occupancy Sensing; Access Control | | 01/09/02 | | |
| D-65 | 02/03/02 | High Voltage Loop | | 02/25/02 | | |
| D-66 | 02/06/02 | DSB E-5 - Emergency Exits | | 02/26/02 | | |
| D-67 | 02/07/02 | Transformer House T-7/Bldg 34/25 | | 02/26/02 | M-1006 | |
| D-68 | 02/07/02 | Transformer House T-1/Building 10/11 | | 02/26/02 | | |
| D-69 | 02/10/02 | Conventional Steel Structures - Bolt Strength | | 02/26/02 | | |

# REQUEST FOR INFORMATION LOG - TYPE D

## Nachshonim Storage Base

Updated: **8/28/06**

| RFI No. | Date Sent | Description | Outstanding Over 14 Days | Date Returned | Contract Change | Status |
|---|---|---|---|---|---|---|
| D-70 | 02/10/02 | Main Water Storage-Capacity & Water Pressure | | 02/20/02 | | |
| D-71 | 02/10/02 | Antenna Mast near the Logistics Building | | 03/07/02 | | |
| D-72 | 02/11/02 | Logistics Center - BMS | | 03/05/02 | | |
| D-72R1 | 02/11/02 | Logistics Center - BMS | | 04/18/02 | M-1021 | |
| D-73 | 02/22/02 | BMS Requirements - Building Locations | | 03/05/02 | M-1011 | |
| D-73R1 | | BMS Requirements - Building Locations | | 04/25/02 | | |
| D-74 | | Building 10/8 Operation & Communications Room | | 04/25/02 | M-1009 | |
| D-74R1 | 05/12/02 | Bldg 10/8 | | 06/04/02 | | |
| D-74R2 | 05/12/02 | Bldg 10/8 | | 05/21/02 | | |
| D-74R3 | 05/12/02 | Bldg 10/8 | | 05/24/02 | | |
| D-75 | 02/24/02 | Steel Structures - Cleaning before Galvanizing | | 03/05/02 | | |
| D-76 | 06/03/02 | Credit for ramp | | 07/18/02 | M-1023 | |
| D-77 | 03/14/02 | SH Building - Floor Levels | | 03/18/02 | | |
| D-78 | 03/14/02 | GS Building - Area Development | | 03/18/02 | | |
| D-79 | 02/26/02 | Antenna Mast Location Logistics Building | | 04/26/02 | | |
| D-80 | 03/26/02 | Roof slopes in DSB | | 04/25/02 | | |
| D-81 | 03/27/02 | Maximum Heights in DSB | | 04/25/02 | | |
| D-82 | 03/26/02 | Separation of Road and Perimeter lighting | | 04/25/02 | | |
| D-83 | 04/23/02 | Kitchen Makeup Air and Hood Exhaust | | 04/25/02 | M-1020 | |
| D-84 | 03/26/02 | Battery Chargers in the Logistics Complex | | 04/25/02 | | |
| D-85 | 03/26/02 | Cooling Loads in Entrance Building 89/3 | | 05/06/02 | | |
| D-86 | 04/11/02 | Transformer Houses T1/Bldg 10/11 | | 04/25/02 | M-1006 | |
| D-86R1 | 05/28/02 | Transformer Houses T1/Bldg 10/11 | | 06/17/02 | M-1006 | |
| D-87 | 04/21/02 | Clarification on IDS Request | | 05/03/02 | | |
| D-88 | 04/21/02 | Clarification on IDS Request | | 04/25/02 | | |
| D-89 | 04/21/02 | Firefighting Access and Capability in DSBs | | 05/06/02 | | |
| D-90 | 04/21/02 | Gas Storage Requirements in GS buildings. | | 04/25/02 | | |
| D-91 | 04/21/02 | Out-door Speakers | | 04/25/02 | | |
| D-92 | 05/01/02 | Lighting Levels in DSB | | 05/15/02 | | |
| D-93 | 04/25/02 | Logistics Wall Finishes | | 06/04/02 | | |
| D-94 | 04/28/02 | Furniture Bldg 89/3 | | 05/03/02 | | |
| D-95 | 04/28/02 | Fire Protection in GS Building | | 05/06/02 | M-1012 | |
| D-96 | 04/28/02 | Fire Protection in CH Buildings | | 05/07/02 | | |
| D-97 | 04/28/02 | Fire Protection in FSH Buildings | | 05/07/02 | | |
| D-98 | 04/28/02 | Clarification of Louver in 10/7 | | 05/13/02 | | |

# REQUEST FOR INFORMATION LOG - TYPE D

## Nachshonim Storage Base

Updated: **8/28/06**

| RFI No. | Date Sent | Description | Outstanding Over 14 Days | Date Returned | Contract Change | Status |
|---|---|---|---|---|---|---|
| D-99 | 05/28/02 | DSB L - Supporting Columns (column protection) | | 06/11/02 | | |
| D-100 | 05/12/02 | Emergency Stair Width | | 05/24/02 | | |
| D-100R1 | 07/16/02 | Emergency Stair Width | | 07/22/02 | | |
| D-101 | 05/12/02 | Security Sensors | | 05/13/02 | M-1008 | |
| D-102 | 05/02/02 | Logistics-Heat Consumption in Red Comm | | 05/13/02 | | |
| D-102R1 | 05/27/02 | Logistics-Heat (contractural or not?) | | 06/20/02 | | |
| **D-102R2** | **05/27/02** | **Logistics-Heat (contractural or not?)** | | | | |
| D-103 | 05/21/02 | Door Finish - Residential Bldg #10/1 | | 05/28/02 | | |
| D-104 | 05/22/02 | Door Frame | | 05/23/02 | | |
| D-105 | 05/23/02 | Kitchen Steamer Gas vs Electricity | | 06/10/02 | | |
| D-106 | 05/23/02 | Floor Plan 1008 | | 06/17/02 | M-1017 | Will formalize after design of Seg 4 |
| D-107 | 05/23/02 | DSB Type H Site Work | | 05/31/02 | | |
| D-108 | 05/23/02 | Outlets for ASP's | | 06/20/02 | | |
| D-109 | 05/23/02 | Additional Data Jacks for Bldg Types R&Ra | | 06/20/02 | M-1016 | |
| D-110 | 06/13/02 | FCC Touch Screen | | 06/20/02 | | |
| D-111 | 06/13/02 | Redundant Power | | 06/20/02 | | |
| D-112 | | **NOT USED** | | | | |
| D-113 | 05/27/02 | Chilled Water Branch Piping Connections | | 07/02/02 | | |
| D-114 | 06/13/02 | AV/DS Controls | | 06/20/02 | | |
| D-115 | 06/13/02 | PA Reporting | | 06/20/02 | M-1018 | |
| D-116 | 05/12/02 | Clarification of Room Numbers - 60% Logistics Rev | | 06/10/02 | | |
| D-117 | 06/13/02 | PA Routing | | 06/20/02 | | |
| D-118 | 06/13/02 | CATV | | | | |
| D-119 | 06/13/02 | Access control Red Comms Rooms | | 06/20/02 | M-1019 | |
| D-120 | 06/03/02 | Vent for Pump Room | | 07/01/02 | M-???? | |
| D-121 | 06/03/02 | Kitchen Hood | | 06/25/02 | | |
| D-122 | 06/10/02 | DSB Height | | 06/20/02 | | |
| D-123 | 06/13/02 | Indoor Lighting | | 06/20/02 | | |
| D-124 | 06/16/02 | Light Air Handling Units | | 07/03/02 | | |
| D-125 | 06/16/02 | Tire Repair Cage | | 07/03/02 | | |
| D-126 | 07/25/02 | Crane Motor | | 18-Aug-02 | | |
| D-127 | 07/17/02 | Bldg "AS" Height Increase | | 07/16/02 | M-1022 | |
| D-128 | 07/25/02 | Checkpoints | | 18-Aug-02 | | |
| D-129 | 07/25/02 | Synagogue Lighting | | 18-Aug-02 | M-1028 | |
| D-130 | 07/25/02 | Logistics Shelving | | 18-Aug-02 | M-1029 | |

# REQUEST FOR INFORMATION LOG - TYPE D

## Nachshonim Storage Base

Updated: **8/28/06**

| RFI No. | Date Sent | Description | Outstanding Over 14 Days | Date Returned | Contract Change | Status |
|---|---|---|---|---|---|---|
| D-131 | 07/25/02 | Chiller Condersor Coil Requirements | | 18-Aug-02 | | |
| D-132 | 07/25/02 | Bldg R/Ru A/C | | 18-Aug-02 | M-1030 | |
| D-133 | 07/25/02 | Red Conduit Connection Details | | 18-Aug-02 | | |
| **D-133** | **08/19/02** | **Proximity Card Reader Height** | | | | |
| **D-134** | **08/19/02** | **Work Station Recepts** | | | | |
| D-135 | 08/06/02 | Bldg 10/8 Changes | | 18-Aug-02 | M-1017 | |
| D-136 | 08/06/02 | Armored Veh Exhaust | | 18-Aug-02 | M-1031 | |
| D-137 | 08/06/02 | Logistics Oil Tank Fill Location | | 18-Aug-02 | | |
| D-138 | 08/06/02 | Paint Cell | | 18-Aug-02 | M-1032 | |
| D-139 | 08/06/02 | Bldg 10/8 Smoke Release | | 18-Aug-02 | | |
| D-140 | 08/06/02 | Fuel Farm | | 18-Aug-02 | M-1033 | |
| **D-141** | **08/06/02** | **Logistics Sockets and Lighting** | | | | |
| D-142 | 08/06/02 | Bldg R/Ru Refreshment Area Load (power) | | 18-Aug-02 | | |
| D-143 | 08/06/02 | Bldg 1012 Sales Area Loads (power) | | 18-Aug-02 | | |
| D-144 | 08/06/02 | Tire Repair Floor Requirements | | 18-Aug-02 | | |
| **D-145** | **08/19/02** | **Clerestory Window in Logistics** | | | | |
| **D-146** | **08/19/02** | **Concentrated Loads in Armory Veh Workshop** | | | | |
| **D-147** | **08/19/02** | **Lighting on Lifts in Logistics Bldg** | | | | |
| D-148 | | **Not Issued Yet** | | | | |
| **D-149** | **08/19/02** | **Logistics Delivery Ramp "A" Socket** | | | | |