**A.A.B JOINT VENTURE**

ABB SUSA A. ARENSON / BARAN GROUP

NACHSHONIM STORAGE BASE, ELAD

פרוייקט בסיס אחסון נחשונים, אלעד

26 March 2003

Ref. USACE/03-0278

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043

NACHSHONIM STORAGE BASE

**SUBJECT: Unanticipated Subsurface Conditions**
**Outstanding Requests for Equitable Adjustment**

Dear Sir,

Please reference the following requests for equitable adjustment for additional pile length:

USACE/02-0157, dated 16 July 2002 – Additional Pile Length – Segment #56 DSB Type A

USACE/02-0165, dated 25 July 2002 – Additional Pile Length – Segment #56 DSB Type A - Addendum

USACE/02-0169, dated 02 August 2002 – Additional Pile Length – Segment #45 DSB Type A

Together we have specified, performed and analyzed a successful pile load test program, which completed nearly 4 months ago. Several discussions have taken place over the months on this subject. The AAB JV would appreciate knowing the USACE's plan for completing the review.

Please reference the following requests for equitable adjustment for subbase replacement:

USACE/02-0163, dated 29 July 2002 – Subbase Replacement Segment #56 DSB Type A

USACE/02-0177, dated 11 August 2002 - Subbase Replacement Segment #45 DSB Type A

The AAB JV and the USACE are negotiating a unit cost for this work. We would appreciate an update on the USACE's review.

The JV is presently updating data for piling and subgrade replacement activities on the above segments and other completed segments.

Sincerely,

S. Denison Keeney

Project Director

ALL-STATE LEGAL® EXHIBIT 4

0028