## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: Construction

PAGE OF PAGES: 1 | 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If Applicable)* |
|---|---|---|---|
| P00046 | SEE BLOCK 16C | W2SD0611560876 | |

6. ISSUED BY CODE IP-C

Central Resident Office
Unit 7228, Box 42
APO AE 09830

7. ADMINISTERED BY *(If other than Item 6)* CODE IP-C

Central Resident Office
Unit 7228, Box 42
APO AE 09830

8. NAME AND ADDRESS OF CONTRACTOR *(No., Street, County, State and Zip Code)*

ABB SUSA/A. Arenson/BaranGroup
P. O. Box 37
Rosh Ha'ayin
Israel 68100

CODE | FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER: DACA90-01-C-0043 NA

10B. DATED *(SEE ITEM 13)*: 05 Jun 2001

### 11. THIS ITEM APPLIES ONLY TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitations and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA
97-11-X-8242-ISO1 2K73K6
Contract Amount Increased $73,100.00.

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify Authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(Such as changes in paying office,* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
52.0243-0004- CHANGES

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return original and 3 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Contract for Nachshonim Storage Base at El'ad, Israel.

Reference No. R00083

CR014 Road. 16 Add Excavation, C-29 (M-1010)

See Page 2.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*: S. Denison Keeney

16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*: J. W. Blackburn Jr., P.E. Administrative Contracting Officer

15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign)

15C. DATE SIGNED: 29 Jan 04

16B. UNITED STATES OF AMERICA BY (Signature of Contracting Officer)

16C. DATE SIGNED: 30 JAN 04

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

EXHIBIT 5

ALL-STATE LEGAL®

STANDARD FORM 30 (REV. 10-83)
PRESCRIBED BY GSA
FAR (48 CFR) 53.243

0029

**MODIFICATION OF CONTRACT**

| DA GNED | PAGE OF PAGES | |
|---|---|---|
| See Block 16C | 2 | 2 |

Contract No: DACA90-01-C-0043 NA Reference No. R00083
Modification No: P00046
Contractor: ABB SUSA/A. Arenson/BaranGroup
Contract Title: Nachshonim Storage Base
Location: El'ad, Israel

**14. DESCRIPTION OF MODIFICATION** (Continued)

## A. SCOPE OF WORK

**CR014** **Road. 16 Add Excavation, C-29 (M-1010)**

Provide additional roadway excavation on Road 16. Work includes:

1. Perform engineering and survey layout work, excavate and remove and dispose of additional earthwork/rock material, and perform other necessary work in order to provide a 1:1 roadway blackslopes with benches. The original roadway design was a 4:1 backslopes. Work will be performed on Road 16, Station 1605 - 1617.

2. Contractor's proposal (JV Letter 02-0149) is attached and made part of this change.

## B. CHANGE IN CONTRACT PRICE

Total contract price is increased by $73,100.00.

Unit Price Changes

| CLIN No. | DESCRIPTION | QUANTITY | CHANGE IN UNIT PRICE | CHANGE AMOUNT |
|---|---|---|---|---|
| 0004 | Site Infrastructure (Section 02-001) | 1.00 LS | $73,100.00 | $73,100.00 |

Total Change Amount $73,100.00

## C. CHANGE IN CONTRACT TIME

The contract completion date shall remain unchanged by this modification.

## D. CLOSING STATEMENT

It is understood and agreed, pursuant to the above, that the contract amount is increased by $73,100 US. The contract time for performance remains unchanged; and the contract adjustment in this modification includes all cost for the change and all claims incidental thereto have been satisfied.