IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1719C, No. 05-114C, No. 05-1172C, |
| | ) | and No. 06-49C |
| THE UNITED STATES, | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven days, to and including September 8, 2006, within which to respond to Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Answers to Interrogatories In Case Nos. 04-1719C, 04-1792C and 05-114C, and Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Responses to Plaintiff's Requests for Production of Documents in Case Nos. 04-1719C, 04-1792C and 05-114C. Defendant's response is presently due on September 1, 2006. This is our second request for an enlargement of time for this purpose, the Court having previously granted our unopposed motion for an 11-day enlargement of time. Plaintiff's counsel has informed is that plaintiff opposes this motion.

As noted in our previous request for an enlargement of time, the briefs filed by plaintiff in support of these two motions to compel are 17 pages and 34 pages in length, respectively. The appendices filed in support in support of these motions are 148 pages and 349 pages in length, respectively. Government counsel and agency counsel have engaged in the time-consuming task of reviewing these voluminous motion papers, conferring about the matters raised in these papers, and preparing appropriate responses and supporting papers. Significant progress has been made in this effort, and we had hoped to have all necessary papers completed and ready for filing by September 1, 2006. The drafts that have been prepared, however, are not yet complete, and will require some supplementation and revision. Because of the six-hour time

difference between the office of Government counsel and that of agency counsel in Wiesbaden, Germany, there will be very little opportunity for further consultation between these attorneys between now and September 1, 2006. We will be unable, therefore, to complete and file appropriate responses plaintiff's motions by September 1, 2006, and will require several additional days within which to do so. Because of the intervening Labor Day holiday, the granting of the requested enlargement of time will extend our time by only four business days.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

August 31, 2006