IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | Case Nos. 04-1719C, 04-1792C, and 05-114C (CONSOLIDATED) (Chief Judge Damich) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S**
**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff respectfully requests that the Court deny Defendant's Motion For An Enlargement of Time until September 8, 2006 to respond to Plaintiff's Motion For Order Compelling Discovery With Respect To Defendant's Answers To Interrogatories in Case Nos. 04-1719C, 04-1792C and 05-114C, and Plaintiff's Motion For Order Compelling Discovery With Respect To Defendant's Responses to Plaintiff's Requests For Production Of Documents in Case Nos. 04-1719C, 04-1792C and 05-114C.

These motions were filed on August 4, 2006 and if the Court grants Defendant's Motion for Enlargement the result will be to accord the Government 35 days to respond to the motions. Plaintiff submits that is excessive and unwarranted.

Defendant's reference to the "voluminous motion papers" is both misleading and unavailing. As the Court will note, the overwhelming majority of the exhibits included in the appendices consistent of prior correspondence between counsel and the interrogatories, requests for production and responses thereto which are at issue. Moreover, the overwhelming majority of the issues raised in both motions have been the subject of a continuing stream of correspondence (from Plaintiff) and various phone conversations over the last 11 months.

Finally, in counsel's letter of December 12, 2005 plaintiff threatened to file a motion to compel by December 19, 2005. Thereafter, by letter dated February 22, 2006 counsel repeated its intention to file a motion to compel.

In short, Defendant has been well aware of virtually all of the issues raised in the motions for many months, as well as Plaintiff's intention to file motions to compel with respect to those issues. In spite of that, Plaintiff agreed to the 11 day enlargement of time until September 1, 2006. Given the above, that should have been more than sufficient. Plaintiff requests that the Court deny Defendant's motion.

September 1, 2006

Respectfully submitted

s/ Brian Cohen

Brian Cohen
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W.
Suite 1200
Washington, DC 20036
(202) 466-6300

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's Response To Defendant's Motion For Enlargement Of Time, was served by electronic transmission this 1st day of September, 2006 on:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 8012
Classification Unit
Washington, D.C. 20530

s/ Brian Cohen
Brian Cohen