**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **A.A.B JOINT VENTURE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 04-1719-C** |
| | ) | **(Consolidated)** |
| **v.** | ) | |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ISSUANCE OF REQUEST**
**FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Plaintiff A.A.B. Joint Venture ("AABJV"), through counsel, hereby requests that this Court issue the attached Request for International Judicial Assistance, seeking the deposition and production of documents by a third party in Israel, that is relevant to the issues presented in this case.

Counsel for the United States has advised that his position with respect to this Motion is as follows: The Government has no objection, but it reserves the right to object, as may be appropriate, to production of particular documents or the provision of particular items of information.

In support of this Motion plaintiff states as follows:

This matter involves a claim pursuant to the Contract Disputes Act, 41 U.S.C. §§ 601-613, which arises out of a contract between AABJV and the United States Corps of Engineers ("USACE") for the construction of the Nachshonim Military Storage Base, near Elad, Israel ("the Project").

With respect to that portion of the cases dealing with the Dry Storage Buildings (including the pressure tests and the paint specifications), AABJV desires to obtain documents from and to take the deposition of the Dry Storage Building designer, Mr. Assa Aharoni, principal of Aharoni Consulting Engineers, Ltd.

Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, the proper procedure is for the court of the requesting party's country to make a request of the Central Authority of the country of the party to whom the Request is being submitted. The Central Authority of that country is then charged with responsibility for arranging service of the Request.

As with Plaintiff's prior Motions for Issuance of Requests for International Judicial Assistance, Plaintiff respectfully requests that if this Motion is granted that the Court is requested to advise counsel that the Court's Order is ready to be released, at which time counsel will transmit to the Court by messenger any required filing fee and a translation of the Order in Hebrew.

Respectfully submitted,

__/s/ Brian Cohen________________

Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that the foregoing document was served by the Court's ECF system via email (shalom.brilliant.usdoj.gov) and by first class mail, postage prepaid, this 12th day of September, 2006, on:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

/s/ Brian Cohen
Brian Cohen