**Request for International Judicial Assistance**
**pursuant to the Hague Convention of 18 March 1970**
**on the Taking of Evidence Abroad in Civil or Commercial Matters**

# Request for Production of Documents and Oral Deposition of Assa Aharoni

| | |
|---|---|
| 1. Sender: | Honorable Judge Edward J. Damich, Chief Judge<br>United States Court of Federal Claims<br>717 Madison Place<br>Washington, D.C. 20001 |
| 2. Central Authority of the Requested State: | Director of Courts<br>22 Kanfei Nesharim St.<br>Jerusalem, 95464 Israel<br>Telephone (972) (2) 655-6843<br>Facsimile (972) (2) 655-6846 |
| 3. Person/entity to whom the executed request is to be served upon: | Mr. Assa Aharoni<br>Assa Aharoni Consulting Engineers, Ltd.<br>P.O.B. 2072<br>Tirat Carmel, Israel |
| **IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:** | |
| 4. a. Requesting judicial authority (article 3,a): | Honorable Judge Edward J. Damich, Chief Judge<br>United States Court of Federal Claims<br>717 Madison Place<br>Washington, D.C. 20001 |
| b. To the competent authority of (article 3,a): | The State of Israel |
| c. Name of the case and any identifying number: | A.A.B Joint Venture v. United States, United States Court of Federal Claims, Case No. 04-1719-C (Consolidated) |

| | |
|---|---|
| 5. Name and addresses of the parties and their representatives (including representatives in the requested State) (article 3,b) | |
| a. Plaintiff: | A.A.B Joint Venture<br>P.O. Box 37, Rosh HaAyin, 68100 Israel<br>Attn: Mr. S. Denison Keeney |
| Representatives/Attorneys: | Brian Cohen, Esquire<br>Lawrence M. Prosen, Esquire<br>Philip Clark Jones, Esq.<br>Bell, Boyd & Lloyd PLLC<br>1615 L Street, N.W.<br>Suite 1200<br>Washington, D.C. 20036-5610 USA<br>202-955-6834 (telephone)<br>202-955-4117 (facsimile)<br>bcohen@bellboyd.com<br><br>Devorah M. Patt. Adv.<br>P.O. Box 2221<br>Sayvon, Israel<br>972 3 7369844 |
| b. Defendant: | United States of America |
| Representatives/Attorneys: | Shalom Brilliant, Esquire<br>Senior Trial Counsel<br>Commercial Litigation Branch, Civil Division<br>United States Department of Justice<br>Attention: Classification Unit<br>8th Floor, 1100 L Street, N.W.<br>Washington, D.C. 20530 USA<br>202-305-7561 (telephone)<br>202-305-7643 (facsimile)<br>Shalom.Brilliant@usdoj.gov |
| c. Other parties: | None |
| d. Representatives: | None |

| | |
|---|---|
| 6. a. Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (article 3,c): | Claim by contractor for equitable adjustment of contract price pursuant to Federal Contract Disputes Act, arising out of construction of Nachshonim Military Storage Base, Elad, Israel. |
| b. Summary of complaint: | Contractor asserts claims for extra compensation and time extensions arising out of the earthworks, construction of dry storage buildings, and paint selection. |
| c. Summary of defense and counterclaim: | The United States denies liability. |
| d. Other necessary information or documents: | None |
| 7. a. Evidence to be obtained or other judicial act to be performed (article 3,d): | AAB Joint Venture seeks to take the oral testimony, under oath, of Mr. Assa Aharoni concerning the topics described in Exhibit B.<br><br>Unless the parties agree to different time or place, the deposition (oral examination) will be conducted as follows:<br><br>**Time / Date:** 9:30 a.m. on Thursday October 26, 2006<br>**Place:** Fischer Behar Chen & Co.<br>3 Daniel Frisch Street<br>Tel Aviv 64731, Israel |
| b. Purpose of the evidence or judicial act sought: | Collection of evidence in aid of prosecuting the litigation identified above in Block 6. |
| 8. Identity and address of any person to be examined (article 3,e): | Mr. Assa Aharoni<br>Assa Aharoni Consulting Engineers, Ltd.<br>P.O.B. 2072<br>Tirat Carmel, Israel |
| 9. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (article 3,f): | See Exhibit B for the topics on which AAB Joint Venture seeks to examine Mr. Assa Aharoni |

| | |
|---|---|
| 10. Documents or other property to be inspected (article 3,g): | No less than one week prior to the scheduled deposition, Mr. Assa Aharoni shall produce for inspection and copying the documents described in Exhibit C. If no time and place are agreed to between the parties, the documents will be produced as follows:<br>**Time/ Date:** 9:30 a.m., Thursday, October 19, 2006,<br>**Place:** Fischer Behar Chen & Co.<br>3 Daniel Frisch Street<br>Tel Aviv 64731, Israel |
| 11. Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3,h): | The oral examination will be under oath or affirmation. |
| 12. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (articles 3,i and 9): | The examination by the attorney for the AAB Joint Venture of Mr. Aharoni will be conducted by oral questions and answers to be recorded and transcribed verbatim. If counsel for the United States so desires he may cross examine the witness. |
| 13. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (article 7): | Please notify Plaintiff's Counsel, Brian Cohen, Esquire, Bell, Boyd & Lloyd PLLC, 1615 L Street, N.W., Suite 1200, Washington, D.C. 20036-5610 USA; 202-955-6834 (telephone), 202-955-4117 (facsimile); bcohen@bellboyd.com, both verbally and in writing immediately upon service of this document upon the party identified in block 3 above.<br><br>Note: Coordination of the time and place of the document production and deposition should be coordinated with:<br><br>Devorah M. Patt. Adv.<br>P.O. Box 2221<br>Sayvon, Israel<br>972 3 7369844<br>dpatt@netvision.net.il |
| 14. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (article 8): | Not applicable |

| | |
|---|---|
| 15. Specification of privilege or duty to refuse to give evidence under the law of the State of origin (article 11,b): | Not applicable |
| 16. The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention will be borne by:<br><br>DATE OF REQUEST<br><br>SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY | Plaintiff, A.A.B Joint Venture, care of<br>Brian Cohen, Esquire<br>Bell, Boyd & Lloyd PLLC<br>1615 L Street, N.W.<br>Suite 1200<br>Washington, D.C. 20036-5610 USA<br>202-955-6834 (telephone)<br>202-955-4117 (facsimile)<br>bcohen@bellboyd.com<br><br>So requested this ______ day of _______________, 2006.<br><br>_______________________________<br>The Honorable Edward J. Damich<br>Chief Judge, United States Court of Federal Claims |

**Exhibit A – Instructions and Definitions**

All of the topics for oral examination (Exhibit B) and the documents to be produced for inspection and copying (Exhibit C) relate to the Nachshonim Military Storage Base, near Elad, Israel ("the Project"), which was constructed by the A.A.B Joint Venture under Contract No. DACA90-01-C-0043 with the United States Army Corps of Engineers.

With respect to the deposition (oral inquiry, under oath), Mr. Aharoni will be examined on all aspects of the design of the Dry Storage Buildings and the paint specification for the Dry Storage Building exterior panels. Exhibit B sets forth some of the specific topics of inquiry, but the examination will not be limited to just those topics.

In the Topics for Inquiry, "your" refers both to Mr. Assa Aharoni personally as well as to Assa Aharoni Consulting Engineers, Ltd.

**EXHIBIT B – Topics for Inquiry – Mr. Assa Aharoni**

1. Describe in detail your educational and professional background, and the experience and areas of specialty of your firm.

2. Describe in detail your involvement in the design and construction of the Dry Storage Buildings, from the start of negotiations of your contract to the completion of the Project.

3. Describe your previous experience in designing dry storage buildings.

4. Describe in detail your involvement in the preparation of the specifications for the Project.

5. Identify any other buildings that were visited by you in connection with your design (prior to bids, or after the commencement of construction), specifically with regard to the sealing of the envelope, placement of steel, and pressure testing.

6. Identify each design professional in your firm that participated in the Project, and the details of each such person's involvement.

7. Identify all design professionals outside your firm with whom you consulted concerning the design of the Dry Storage Buildings, and the details of the advice or information provided by each such design professional.

8. Describe in detail your involvement in establishing the criteria for the pressure tests, all sources of information you consulted with respect to such pressure tests, and your involvement in the performance of the pressure tests.

9. Describe in detail your involvement or participation in the Project after award of the contract to A.A.B Joint Venture.

10. Describe in detail your involvement in responding to requests on the part of the Contractor to change the design requirements and/or the air tightness requirements for the Dry Storage Buildings.

11. Describe in detail your involvement in responding to requests on the part of the Contractor to change the required tests for air tightness of the Dry Storage Buildings.

12. Describe in detail the reasons and engineering justification for the requirement for external panel cladding and internal structural steel.

13. Describe in detail the reasons and engineering justification for the requirement that the exterior panels meet a L/600 deflection requirement.

14. Describe in detail the reasons and engineering justification for the initial choice of "M-20" space frame bolts, and reasons for any changes that were made to this requirement.

15. Describe in detail your involvement in preparation of any cost estimates (prior to or after contract award) for construction of the Dry Storage Buildings or any components thereof.

16. Identify all meetings you or your professional staff attended related in any way to the design or construction of the Dry Storage Buildings (including but not limited to panel cladding, roof, walls, and/or placement of structural steel), identify the date of each such meeting, the identity of the attendees, and if no written record of such meeting was prepared, to the best of your recollection the details of the subjects or issues that were discussed at each such meeting.

17. Describe in detail each site visit you or your professional staff made to the Project, including the date thereof, what you observed, who was present, and the details of what was discussed during such visit.

18. State whether you are aware of any other buildings in existence in the world that maintained equal or nearly equal pressure to that required for the design of the Dry Storage Buildings.

19. Describe exactly what was being tested for in the required pressure tests, that is,

whether the test was to determine the degree to which the building could contain the air inside the building, or the degree to which external air was allowed into the building.

20. Describe in detail your knowledge and opinions concerning the mock-up of the Dry Storage Building panels that was performed by the A.A.B. Joint Venture in Ashdod.

21. State whether prior to bid or at any point after bid you became aware of any concern or doubt on the part of any person, including the Israeli Defense Forces, Ministry of Defense or United States Corps of Engineers, concerning the feasibility of meeting the pressure test requirements for the Dry Storage Buildings, and if so, identify each such person and relate the full details of what was expressed and when and to whom it was expressed.

22. State whether in your professional opinion the ability of the Dry Storage Buildings to meet the required pressure tests is dependent on or relevant to the placement (internal versus external) of the structural steel.

23. Describe in detail each change to the design requirements for the Dry Storage Buildings that was made after issuance of the contract by the U.S. Corps of Engineers to the A.A.B. Joint Venture, and the reasons for each such change.

24. State whether in your professional opinion based on the information available to you today the pressure test requirements as set forth in the original contract requirements were capable of being met..

25. Describe in detail your involvement in the preparation of the specifications for the paint on the Dry Storage Building panels, including but not limited to all source of information consulted with respect to the preparation of such specifications.

26. Describe in detail the reasons and engineering justification for each of the requirements for the Dry Storage Building panel paint.

27. Describe in detail your involvement in consideration of requests on the part of the A.A.B. Joint Venture for changes / proposed alternates to the paint specifications, and the

reasons and engineering justification for your recommendations with respect to each such request for changes / proposed alternates.

**Exhibit C – Documents to be Produced for Inspection and Copying**

1. Your contract for the performance of design and other services for the Project.

2. The final drawings for the Dry Storage Buildings, and all earlier drafts.

3. The final specifications for the Dry Storage Buildings and panel paint, and all earlier drafts.

4. All communications with other persons / institutions related to the Project, including but not limited to letters, emails, notes, reports, submittals, etc. Your response should include (but not be limited to) all communications with the United States Corps of Engineers, Israeli Defense Forces, Ministry of Defense, and outside consultants or design professionals.

5. All internal documents related to the Project, including but not limited to meeting minutes, inspection reports, trip reports, memoranda, speed memos, etc.

6. All documents related to the deflection requirements for exterior panels.

7. All documents related to the choice of bolt size for the space frame.

8. All documents related to the specifications for the paint for the Dry Storage Building panels.

9. All documents related to requests by the Contractor for changes in the specifications.