# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: September 12, 2006)

| | |
|---|---|
| ********************************** | |
| **A.A.B JOINT VENTURE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On September 12, 2006, Plaintiff filed an Unopposed Motion for Issuance of Request for International Judicial Assistance. Plaintiff's Motion is GRANTED.

The Court ORDERS Plaintiff to deliver to the Court an original copy of the letter of request, as well as a Hebrew translation of the letter, on or before **September 19, 2006**. Plaintiff shall revise the letter of request so that Exhibit C begins on a new page.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge