United States Court of Federal Claims
717 MADISON PLACE, NW
WASHINGTON, D.C. 20005

CHAMBERS OF
CHIEF JUDGE EDWARD J. DAMICH
[redacted]

September 20, 2006

Mr. Brian Zeitman
Director of Courts
22 Kanfei Nesharim St.
Jerusalem 95464
ISRAEL

Dear Mr. Zeitman,

Enclosed you will find a request for international judicial assistance pursuant to the Hague Convention, in *A.A.B Joint Venture v. United States* (Case No. 04-1719 C), a proceeding currently before me. I ask your assistance in arranging the deposition and in document production.

If you require any additional information, please feel free to contact me via e-mail at Damich_chambers@ao.uscourts.gov, fascimile, or telephone.

Sincerely,

Edward J. Damich

Edward J. Damich
Chief Judge