IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| Plaintiff, | ) | |
| v. | ) | Case Nos. 04-1719C, 04-1792C, 05-114C (CONSOLIDATED) (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME FOR**
**REPLY TO RESPONSE TO MOTIONS TO COMPEL**

Plaintiff hereby moves the Court, with the consent of counsel for the United States, for an extension of time until September 27, 2006 to file its replies to: (1) Defendant's response to Plaintiff's motion for order compelling discovery with respect to Defendant's responses to Plaintiff's requests for production of documents in Case Nos. 04-1719C, 04-1792C and 05-114C, and (2) Defendant's response to Plaintiff's motion for order compelling discovery with respect to Defendant's answers to interrogatories in Case Nos. 04-1719C, 04-1792C and 05-114C. In support of this motion Plaintiff represents as follows.

On August 4, 2006 Plaintiff filed a motion for order compelling discovery with respect to Defendant's answers to interrogatories in Case Nos. 04-1719C, 04-1792C and 05-114C and a motion for order compelling discovery with respect to Defendant's responses to Plaintiff's requests for production of documents in Case Nos. 04-1719C, 04-1792C and 05-114C. On September 7, 2006 Defendant filed its response to Plaintiff's motion for order compelling discovery with respect to Defendant's answers to interrogatories. On September 8, 2006 Defendant filed its response to Plaintiff's motion for order compelling discovery with respect to

Defendant's responses to Plaintiff's requests for production of documents. Plaintiff's replies are due respectively on September 21, 2006 and September 22, 2006.

Subsequent to the establishment of the due dates for Plaintiff's replies an unanticipated family medical issue arose which will require Plaintiff's counsel to be unavailable for most of September 21, 2006 and out of town on September 22, 2006. Further given the distances and time differences involved in communications to Israel additional time will be needed for consultation with Plaintiff in regard to the replies.

In light of the above, Plaintiff respectfully requests that the Court grant Plaintiff a time extension until September 27, 2006 to file its replies to Defendant's responses to Plaintiff's motions.

Dated: September 20, 2006

Respectfully submitted,

s/ Brian Cohen

Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Unopposed Motion To Extend Time For Reply To Response To Motions To Compel was served by electronic transmission this 20th day of September, 2006 upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

s/ Brian Cohen
Brian Cohen