IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1719C, No. 05-114C, 05-1172C and No. 06-49C (CONSOLIDATED) (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S UNNUMBERED SET OF INTERROGATORIES DATED MAY 5, 2006

Pursuant to Rule 33 of the Rules of United States Court of Federal Claims, and without waiving any previously-asserted objections, defendant provides the following supplemental response to Interrogatory No. 5(f) of plaintiff's unnumbered set of interrogatories dated May 5, 2006.

INTERROGATORY No. 5

As to data backups performed on all computer systems currently or previously in use since 1999, identify the following:

* * *

(f) Provide a detailed list of all backup sets, regardless of the magnetic media on which they reside, showing current location, custodian, date of backup, a description of backup content and a full inventory of all archives.

RESPONSE

In addition to the information provided in defendant's original response to this interrogatory, which included a chart listing all backup tapes still in existence that originated in Israel, below is a chart listing all backup tapes still in existence that originated in Wiesbaden,

EXHIBIT 2

Germany. These tapes, like those previously listed, are currently housed in the Wiesbaden IM Office under the supervision of Hal Moncrief.

**Wiesbaden Tape Storage**

| Email | File Server #1 | File Server #2 | File Server #3 |
|---|---|---|---|
| 31 Mar 05 X2 | 30 Aug 05 X2 | 30-Jun-04 | 29-Oct-04 |
| 14 Apr 05 X2 | 20 Sep 05 X2 | 30-Jul-04 | 31-Jan-05 |
| 22 Apr 05 X2 | 4 Oct 05 X2 | 31-Aug-04 | 28-Feb-05 |
| 29 Apr 05 X2 | 30 Oct 05 X2 | 30-Sep-04 | 31-Mar-05 |
| 31 May 05 X2 | 19 Dec 05 X2 | 29-Oct-04 | 29-Apr-05 |
| 30 Jun 05 X2 | 16-Jan-06 | 30-Nov-04 | 31-May-05 |
| 30-Aug-05 | 13 Mar 06 X3 | 30-Dec-04 | 30 Jun 05 X2 |
| 21 Sep 05 X2 | 17 Apr 06 X3 | 31-Jan-05 | 29 Jul 05 X2 |
| 2-Nov-05 | 9 May 06 X3 | 28-Feb-05 | 31 Aug 05 X2 |
| 21-Dec-05 | 20 May 06 X2 | 31-Mar-05 | 30 Sep 05 X2 |
| 19-Jan-06 | | 28-Apr-05 | 31 Oct 05 X2 |
| 13 Mar 06 X2 | | 31 May 05 X2 | 30-Nov-05 |
| 27 Mar 06 X2 | | 30 Jun 05 X2 | 30-Dec-05 |
| 10 Apr 06 X2 | | 31 Aug 05 X2 | 7 May 06 X3 |
| 19 Apr 06 X2 | | 30 Sep 05X2 | 21-May-06 |
| 9 May 06 X2 | | 31 Oct 05 X2 | |
| 21 May 06 X2 | | 30 Nov 05 X2 | |
| | | 31 Jan 06 X2 | |
| | | 3 Feb 06 X2 | |
| | | 10 Feb 06 X2 | |
| | | 17 Feb 06 X2 | |
| | | 28-Feb-06 | |
| | | 3-Mar-06 | |
| | | 10-Mar-06 | |
| | | 17-Mar-06 | |
| | | 24-Mar-06 | |
| | | 5-May-06 | |
| | | 19-May-06 | |

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

OF COUNSEL:

PAUL CHEVERIE
Command Counsel
BRETT R. HOWARD
Assistant Command Counsel
Europe District
U.S. Army Corps of Engineers

August 25, 2006

**CERTIFICATION**

I am authorized to make this verification on behalf of the U.S. Army Corps of Engineers. I have read DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S UNNUMBERED SET OF INTERROGATORIES DATED MAY 5, 2006 and know its contents. To the best of my knowledge and belief the matters stated therein are true and on that ground certify or declare under penalty of perjury under the laws of the United States that the same are true and correct.

Date 25 Aug 06

Hal Moncrief

Chief Information Manager
U.S. Army Corps of Engineers
Europe District

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury, that on August 25, 2006, by means of

- ☐ electronic mail (BCohen@bellboyd.com)
- ☐ facsimile
- ☐ hand delivery
- ☐ overnight mail
- ☒ United States mail

copies of "DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S UNNUMBERED SET OF INTERROGATORIES DATED MAY 5, 2006" were served upon the following person(s):

Brian Cohen
BELL, BOYD & LLOYD PLLC
1615 L Street, N.W.
Suite 1200
Washington, D.C. 20036

Attorney for Plaintiff

[signature]