DEPARTMENT OF THE ARMY
U.S. Army Corps of Engineers
Washington, DC 20314-1000

ER 1110-1-8159

CECW-ETE

Regulation
No. 1110-1-8159

10 May 2001

Engineering and Design
DRCHECKS

1. Purpose. This regulation provides policy and procedures for implementing the Design Review and Checking System (DrChecks).

2. Applicability. This regulation applies to all USACE Commands having design responsibility.

3. Distribution Statement. Approved for public release; distribution is unlimited.

4. Background.

a. During the 13-15 June 2000 *Directors of Programs Management/Engineering Technical Services (DPM/DETS) Laydown*, there was a decision to adopt DrChecks--with its embedded Corporate Lessons Learned (CLL) Module--as the Corps' official project review, lessons learned, and feedback system. DrChecks is an automated, easy-to-use design quality tool that empowers project teams and individual users to improve design quality through an integrated web-based business process. CLL provides an integrated way to capture repetitive deficiencies identified during the review process. Field-testing of DrChecks with its embedded CLL Module was successfully completed in the Fall of 1999, offering the possibility for integrating corporate lessons learned capabilities across a number of other key Corps business processes.

b. For project managers, DrChecks supports both small and large project reviews. Design-build projects are also easily set up using the system. DrChecks allows managers to track submitted comments, automatically submit manager email to project participants, and check the status of a project in one "snapshot" report.

c. DrChecks allows reviewers to add comments, provide file attachments, quickly apply discipline-specific checklist items, incorporate lessons learned, and document potential value engineering proposals. Comment entry can be accomplished with as few as three mouse clicks.

d. The lessons learned approach and functionality designed into DrChecks is in full compliance with the Command Letter, subject: CORPS-WIDE LESSONS LEARNED APPROACH, dated 9 April 2001.

5. Implementation.

a. DrChecks supersedes the Automated Review Management System (ARMS) as the required repository for collating and transmitting project review comments. Consistent with this policy, the Engineer Regulation that mandated ARMS was rescinded on 4 October 2000.

EXHIBIT 4

b. Use of DrChecks is mandatory for all military and civil projects requiring design review. This policy is effective at startup of the next logical design phase for military projects (e.g., "Code 6"), regardless of program year, and for all new civil project starts originating in FY02.

c. During the transition to DrChecks, users may provide comments in *.cmt file format from PC ARMS through FY02. DrChecks accepts *.cmt files for import. An alternative MS Word@ template is also available for those in remote offices without reliable connections to the World Wide Web.

d. DrChecks is available from the USACE Engineering Research and Development Center (CEERD) Internet site at http://www.buildersnet.org/drchecks/. For access, each district is charged an annual subscription fee for help-line support and unlimited use of the system by government and private sector personnel assigned project review responsibility by a district. The initial FY02 fee also covers the cost of office set-up, two conference-call training sessions, and up to 40 help-line calls during the year. Budget guidance is issued to field office commanders each year in the third quarter to establish subscription fees for the next fiscal year. Commanders must ensure that adequate funding is budgeted for FY02 and subsequent years.

e. To facilitate initial DrChecks implementation, designation of one oversight point of contact (POC) and two implementation POCs are required at each district. The oversight POC is expected to shepherd the transition to DrChecks and should be a senior level employee. The implementation POCs will assist CEERD in the set-up of DrChecks for each specific office. Once identified, district POCs, along with other appropriate district representatives, should arrange a tele-demonstration with the CEERD office indicated below in paragraph 7. This demonstration is often sufficient to begin immediate use of DrChecks on an upcoming project. If requested, a one-day on-site visit may also be arranged to discuss implementation planning upon receipt of the required subscription fee.

6. Coordination. This policy has been coordinated with the Director, Corporate Information, CECI-ZA; the Directorate of Resource Management, CERM-B; and the Military and Civil Works Programs Management Divisions, CEMP-M and CECW-B, respectively.

7. Proponency and Technical Support. The HQUSACE proponent for DrChecks is the Engineering and Construction Division, Directorate of Civil Works, ATTN: CECW-ETE. Support for DrChecks startup may be obtained from the USACE Engineering Research and Development Center, Construction Engineering Research Laboratory, ATTN: CEERD-CF-N at j-kirby@cecer.army.mil or b-east@cecer.army.mil). technical support may be obtained from Resource Center Enterprises at jmoll@rcesupport.com.

FOR THE COMMANDER:

ROBERT L. DAVIS
Colonel, Corps of Engineers
Chief of Staff

DEPARTMENT OF THE ARMY
U.S. Army Corps of Engineers
Washington, DC 20314-1000

ER 1110-1-8159

CECW-ETE

Regulation
No. 1110-1-8159

10 May 2001

Engineering and Design
DRCHECKS

1. Purpose. This regulation provides policy and procedures for implementing the Design Review and Checking System (DrChecks).

2. Applicability. This regulation applies to all USACE Commands having design responsibility.

3. Distribution Statement. Approved for public release; distribution is unlimited.

4. Background.

a. During the 13-15 June 2000 *Directors of Programs Management/Engineering Technical Services (DPM/DETS) Laydown*, there was a decision to adopt DrChecks--with its embedded Corporate Lessons Learned (CLL) Module--as the Corps' official project review, lessons learned, and feedback system. DrChecks is an automated, easy-to-use design quality tool that empowers project teams and individual users to improve design quality through an integrated web-based business process. CLL provides an integrated way to capture repetitive deficiencies identified during the review process. Field-testing of DrChecks with its embedded CLL Module was successfully completed in the Fall of 1999, offering the possibility for integrating corporate lessons learned capabilities across a number of other key Corps business processes.

b. For project managers, DrChecks supports both small and large project reviews. Design-build projects are also easily set up using the system. DrChecks allows managers to track submitted comments, automatically submit manager email to project participants, and check the status of a project in one "snapshot" report.

c. DrChecks allows reviewers to add comments, provide file attachments, quickly apply discipline-specific checklist items, incorporate lessons learned, and document potential value engineering proposals. Comment entry can be accomplished with as few as three mouse clicks.

d. The lessons learned approach and functionality designed into DrChecks is in full compliance with the Command Letter, subject: CORPS-WIDE LESSONS LEARNED APPROACH, dated 9 April 2001.

5. Implementation.

a. DrChecks supersedes the Automated Review Management System (ARMS) as the required repository for collating and transmitting project review comments. Consistent with this policy, the Engineer Regulation that mandated ARMS was rescinded on 4 October 2000.

EXHIBIT 4

b. Use of DrChecks is mandatory for all military and civil projects requiring design review. This policy is effective at startup of the next logical design phase for military projects (e.g., "Code 6"), regardless of program year, and for all new civil project starts originating in FY02.

c. During the transition to DrChecks, users may provide comments in *.cmt file format from PC ARMS through FY02. DrChecks accepts *.cmt files for import. An alternative MS Word@ template is also available for those in remote offices without reliable connections to the World Wide Web.

d. DrChecks is available from the USACE Engineering Research and Development Center (CEERD) Internet site at http://www.buildersnet.org/drchecks/. For access, each district is charged an annual subscription fee for help-line support and unlimited use of the system by government and private sector personnel assigned project review responsibility by a district. The initial FY02 fee also covers the cost of office set-up, two conference-call training sessions, and up to 40 help-line calls during the year. Budget guidance is issued to field office commanders each year in the third quarter to establish subscription fees for the next fiscal year. Commanders must ensure that adequate funding is budgeted for FY02 and subsequent years.

e. To facilitate initial DrChecks implementation, designation of one oversight point of contact (POC) and two implementation POCs are required at each district. The oversight POC is expected to shepherd the transition to DrChecks and should be a senior level employee. The implementation POCs will assist CEERD in the set-up of DrChecks for each specific office. Once identified, district POCs, along with other appropriate district representatives, should arrange a tele-demonstration with the CEERD office indicated below in paragraph 7. This demonstration is often sufficient to begin immediate use of DrChecks on an upcoming project. If requested, a one-day on-site visit may also be arranged to discuss implementation planning upon receipt of the required subscription fee.

6. Coordination. This policy has been coordinated with the Director, Corporate Information, CECI-ZA; the Directorate of Resource Management, CERM-B; and the Military and Civil Works Programs Management Divisions, CEMP-M and CECW-B, respectively.

7. Proponency and Technical Support. The HQUSACE proponent for DrChecks is the Engineering and Construction Division, Directorate of Civil Works, ATTN: CECW-ETE. Support for DrChecks startup may be obtained from the USACE Engineering Research and Development Center, Construction Engineering Research Laboratory, ATTN: CEERD-CF-N at j-kirby@cecer.army.mil or b-east@cecer.army.mil). technical support may be obtained from Resource Center Enterprises at jmoll@rcesupport.com.

FOR THE COMMANDER:

ROBERT L. DAVIS
Colonel, Corps of Engineers
Chief of Staff