# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **A.A.B JOINT VENTURE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 04-1719-C** |
| | ) | **(Consolidated)** |
| **v.** | ) | |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE

Plaintiff A.A.B Joint Venture ("AABJV"), through counsel, hereby requests that this Court issue the attached three Requests for International Judicial Assistance, seeking the deposition and production of documents by third parties in Israel which are relevant to all of the issues presented in this case.

Counsel for the United States has advised that his position with respect to this Motion is that he has no objection to the Court's issuance of the Request, but reserves the right to object to production of specific documents.

In support of this Motion plaintiff states as follows:

This matter involves a claim pursuant to the Contract Disputes Act, 41 U.S.C. §§ 601-613, which arises out of a contract between AABJV and the United States Army Corps of Engineers ("USACE") for the construction of the Nachshonim Military Storage Base, near Elad, Israel ("the Project").

The initial design of the military base at issue was prepared under the supervision of the Israel Defense Forces ("IDF") for whose use the Project was built. The Israel Ministry of

Defense ("MOD") took an active role in the design and construction process. The member of the IDF design team who was responsible for the structural engineering for the dry storage buildings was Luis Labaton. The Hague Convention Requests at issue are directed to IDF, MOD and Labaton.

Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, the proper procedure is for the court of the requesting party's country to make a request of the Central Authority of the country of the party to whom the Request is being submitted. The Central Authority of that country is then charged with responsibility for arranging service of the Request.

Dated: September 29, 2006

Respectfully submitted,

s/ Brian Cohen

Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that the foregoing document was served by email (shalom.brilliant.usdoj.gov) and by first class mail, postage prepaid, this 29th day of September, 2006, on:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

s/ Brian Cohen
Brian Cohen