# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: October 2, 2006)

************************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

On September 29, 2006, Plaintiff filed an Unopposed Motion for Issuance of Requests for International Judicial Assistance. Plaintiff's Motion is GRANTED.

The Court ORDERS Plaintiff to deliver to the Court an original copy of each letter of request, as well as a Hebrew translation of each letter, on or before **October 13, 2006**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge