A-E

**Request for International Judicial Assistance
pursuant to the Hague Convention of 18 March 1970
on the Taking of Evidence Abroad in Civil or Commercial Matters**

# Request for Production of Documents and Oral Deposition of Luis Labaton

| | |
|---|---|
| 1. Sender: | Honorable Judge Edward J. Damich, Chief Judge<br>United States Court of Federal Claims<br>717 Madison Place<br>Washington, D.C. 20001 |
| 2. Central Authority of the Requested State: | Director of Courts<br>22 Kanfei Nesharim St.<br>Jerusalem, 95464 Israel<br>Telephone (972) (2) 655-6843<br>Facsimile (972) (2) 655-6846 |
| 3. Person/entity to whom the executed request is to be served upon: | Mr. Luis Labaton<br>Sircovich-Labaton & Partners<br>54 Derech Beit Lehem Road<br>Jerusalem 93504, Israel |
| **IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:** | |
| 4. a. Requesting judicial authority (article 3,a): | Honorable Judge Edward J. Damich, Chief Judge<br>United States Court of Federal Claims<br>717 Madison Place<br>Washington, D.C. 20001 |
| b. To the competent authority of (article 3,a): | The State of Israel |
| c. Name of the case and any identifying number: | A.A.B Joint Venture v. United States, United States Court of Federal Claims, Case No. 04-1719-C (Consolidated) |

A-E

| | |
|---|---|
| 5. Name and addresses of the parties and their representatives (including representatives in the requested State) (article 3,b) | |
| a. Plaintiff: | A.A.B Joint Venture<br>P.O. Box 37, Rosh HaAyin, 68100 Israel<br>Attn: Mr. S. Denison Keeney |
| Representatives/Attorneys: | Brian Cohen, Esquire<br>Lawrence M. Prosen, Esquire<br>Philip Clark Jones, Esq.<br>Bell, Boyd & Lloyd PLLC<br>1615 L Street, N.W.<br>Suite 1200<br>Washington, D.C. 20036-5610 USA<br>202-955-6834 (telephone)<br>202-955-4117 (facsimile)<br>bcohen@bellboyd.com<br><br>Yoram Bonen, Adv.<br>Noya Kislev, Adv.<br>Fischer Behar Chen Well Orion & Co.<br>3 Daniel Frisch Street<br>Tel Aviv 64731, Israel<br>T+972.3.6944249 F+972.3.6944265<br>nkislev@fbclawyers.com |
| b. Defendant: | United States of America |
| Representatives/Attorneys: | Shalom Brilliant, Esquire<br>Senior Trial Counsel<br>Commercial Litigation Branch, Civil Division<br>United States Department of Justice<br>Attention: Classification Unit<br>8th Floor, 1100 L Street, N.W.<br>Washington, D.C. 20530 USA<br>202-305-7561 (telephone)<br>202-305-7643 (facsimile)<br>Shalom.Brilliant@usdoj.gov |
| c. Other parties: | None |
| d. Representatives: | None |

| | |
|---|---|
| 6. a. Nature of the proceedings (divorce, paternity, breach of contract, product liability, etc.) (article 3,c): | Claims by contractor for equitable adjustment of contract price and time pursuant to Federal Contract Disputes Act, arising out of construction of Nachshonim Military Storage Base, Elad, Israel. |
| b. Summary of complaint: | Contractor asserts claims for extra compensation (including delay damages) and time extensions arising out of the inconsistencies between the Geotechnical Report and actual subsurface conditions, issues concerning performance of earthworks, issues concerning the design and construction of the dry storage buildings, issues concerning the paint selection for dry storage building panels, and Governmental restrictions on the use of Third Country National labor. |
| c. Summary of defense and counterclaim: | The United States denies liability. |
| d. Other necessary information or documents: | None |
| 7. a. Evidence to be obtained or other judicial act to be performed (article 3,d): | AAB Joint Venture seeks to take the oral testimony, under oath, of Mr. Luis Labaton concerning the topics described in Exhibit B.<br><br>Unless the parties agree to different time or place, the deposition (oral examination) will be conducted as follows:<br><br>**Time / Date:** 9:30 a.m., Wednesday, November 29, 2006<br>**Place:** Fischer Behar Chen Well Orión & Co.<br>3 Daniel Frisch Street<br>Tel Aviv 64731, Israel |
| b. Purpose of the evidence or judicial act sought: | Collection of evidence in aid of prosecuting the litigation identified above in Block 6. |
| 8. Identity and address of any person to be examined (article 3,e): | Mr. Luis Labaton<br>Sircovich-Labaton & Partners<br>54 Derech Beit Lehem Road<br>Jerusalem 93504, Israel |

| | |
|---|---|
| 9. Questions to be put to the persons to be examined or statement of the subject-matter about which they are to be examined (article 3,f): | See Exhibit B for the topics on which AAB Joint Venture seeks to examine Mr. Luis Labaton. |
| 10. Documents or other property to be inspected (article 3,g): | No less than one week prior to the scheduled deposition, Mr. Luis Labaton shall produce for inspection and copying the documents described in Exhibit C. If no time and place are agreed to between the parties, the documents will be produced as follows:<br>**Time/ Date:** 9:30 a.m., Wednesday, November 22, 2006<br>**Place:** Fischer Behar Chen Well Orion & Co.<br>3 Daniel Frisch Street<br>Tel Aviv 64731, Israel |
| 11. Any requirement that the evidence be given on oath or affirmation and any special form to be used (article 3,h): | The oral examination will be under oath or affirmation. |
| 12. Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (articles 3,i and 9): | The examination by the attorney for the AAB Joint Venture of Mr. Labaton will be conducted by oral questions and answers to be recorded and transcribed verbatim. If counsel for the United States so desires he may cross examine the witness. |
| 13. Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (article 7): | Please notify Plaintiff's Counsel, Brian Cohen, Esquire, Bell, Boyd & Lloyd PLLC, 1615 L Street, N.W., Suite 1200, Washington, D.C. 20036-5610 USA; 202-955-6834 (telephone), 202-955-4117 (facsimile); bcohen@bellboyd.com, both verbally and in writing immediately upon service of this document upon the party identified in block 3 above.<br><br>Note: Coordination of the time and place of the document production and deposition should be coordinated with:<br><br>Noya Kislev, Adv., or Yoram Bonen, Adv.<br>Fischer Behar Chen Well Orion & Co.<br>3 Daniel Frisch Street<br>Tel Aviv 64731, Israel<br>T+972.3.6944249 F+972.3.6944265<br>nkislev@fbclawyers.com |

A-E

| | |
|---|---|
| 14. Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request (article 8): | Not applicable |
| 15. Specification of privilege or duty to refuse to give evidence under the law of the State of origin (article 11,b): | Not applicable |
| 16. The fees and costs incurred which are reimbursable under the second paragraph of article 14 or under article 26 of the Convention will be borne by: | Plaintiff, A.A.B Joint Venture, care of<br>Brian Cohen, Esquire<br>Bell, Boyd & Lloyd PLLC<br>1615 L Street, N.W.<br>Suite 1200<br>Washington, D.C. 20036-5610 USA<br>202-955-6834 (telephone)<br>202-955-4117 (facsimile)<br>bcohen@bellboyd.com |
| DATE OF REQUEST | So requested this 18th day of October, 2006. |
| SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY | Edward J. Damich<br>The Honorable Edward J. Damich<br>Chief Judge, United States Court of Federal Claims |

A-E

**Exhibit A – Instructions and Definitions**

All of the topics for oral examination (Exhibit B) and the documents to be produced for inspection and copying (Exhibit C) relate to the Nachshonim Military Storage Base, near Elad, Israel ("the Project"), which was constructed by the A.A.B Joint Venture under Contract No. DACA90-01-C-0043 with the United States Army Corps of Engineers.

With respect to the deposition (oral inquiry, under oath), Mr. Labaton will be examined on all aspects of the design of the Dry Storage Buildings and the paint specification for the Dry Storage Building exterior panels. Exhibit B sets forth some of the specific topics of inquiry, but the examination will not be limited to just those topics.

In the Topics for Inquiry, "your" refers both to Mr. Luis Labaton personally as well as to Sircovich-Labaton & Partners.

A-E

**EXHIBIT B – Topics for Inquiry – Mr. Luis Labaton**

1. Describe in detail your educational and professional background, and the experience and areas of specialty of your firm.

2. Describe in detail your involvement in the design and construction of the Dry Storage Buildings, from the start of negotiations of your contract to the completion of the Project.

3. Describe in detail the reasons and engineering justification for the requirement that the exterior panels meet an L/600 deflection requirement.

4. Describe in detail the reasons and engineering justification for the initial choice of "M-20" space frame bolts, the reasons for any changes that were made to this requirement, and whether the space frame design was based on a particular manufacturer.

5. Describe in detail your involvement in the preparation of any cost estimates (prior to or after contract award) for construction of the Dry Storage Buildings or any components thereof.

6. Identify all meetings you or your professional staff attended related in any way to the design or construction of the Dry Storage Buildings (including but not limited to panel cladding, roof, walls, and/or placement of structural steel), identify the date of each such meeting, the identity of the attendees, and if no written record of such meeting was prepared, to the best of your recollection describe the details of the subjects or issues that were discussed at each such meeting.

7. Describe in detail each site visit you or your professional staff made to the Project, including the date thereof, what you observed, who was present, and the details of what was discussed during such visit.

A-E

8. State whether prior to bid or at any point after bid you became aware of any concern or doubt on the part of any person, including but not limited to the Israel Defense Forces, Ministry of Defense or United States Army Corps of Engineers, concerning the feasibility of meeting the pressure test requirements for the Dry Storage Buildings, and if so, identify each such person and relate the full details of what was expressed and when and to whom it was expressed.

9. Describe in detail each change or RFP amendment to the design requirements for the Dry Storage Buildings with which you were involved or consulted that was made either prior to or after issuance of the contract by the U.S. Corps of Engineers to the A.A.B Joint Venture, and the reasons for each such change.

10. Describe in detail your involvement in responding to requests by A.A.B to use smaller than M-20 bolts in the space frames for the Dry Storage Buildings.

11. Describe in detail your involvement in responding to requests by A.A.B to design the insulated panels with greater than L/600 deflection criteria, or allowing greater panel deflection for the Dry Storage Buildings.

12. Describe in detail the reasons and engineering justification for the requirement for external panel cladding and internal structural steel.

13. Explain in detail whether in your professional opinion compliance with the required pressure tests is effected in any way by whether the structural steel is placed internally or externally the placement (internal versus external) of the structural steel.

A-E

**Exhibit C – Documents to be Produced for Inspection and Copying**

1. Your firm's contract for the performance of design and other services for the Project.

2. The final drawings and specifications for those portions of the Project in which you were involved, and all earlier drafts.

3. All communications between you and other persons / institutions related to the Project, including but not limited to letters, emails, notes, reports, submittals, etc. Your response should include (but not be limited to) all communications with the United States Army Corps of Engineers, Israel Defense Forces, Ministry of Defense, and outside consultants or design professionals.

4. All internal documents related to the Project, including but not limited to meeting minutes, inspection reports, trip reports, memoranda, speed memos, etc.

6. All documents related to the deflection requirements for exterior panels.

7. All documents related to the choice of bolt size for the space frame.

8. All documents related to requests by the Contractor for changes in the specifications with which you were involved.

9. All documents related to the project.

10. All documents related to the pressure test requirement.

11. All documents related to the panel cladding.

12. All documents related to the structural steel.

## CERTIFICATE OF TRANSLATION

I, Yuval Rosen, bearer of Israeli Identity Document No. 054757828, of 27 Soutine Street, Tel Aviv, Israel, HEREBY DECLARE AND CERTIFY as follows:

1. I was admitted as an Advocate of the Israel Bar on 31st May 1994 and I am proficient in both the English and Hebrew languages.

2. I am self-employed as legal counsel and translator and specialise in the translation of legal documentation.

3. I have extensive experience in both the drafting and translation of legal documentation.

4. In the course of my employment as aforesaid, I translated the English documentation annexed hereto and marked "A-E" into Hebrew to the best of my ability, and my interpretation and translation of the said documentation, which is annexed hereto and marked "A-H", is, to the best of my knowledge and belief, reasonable and accurate.

AS WITNESS my hand this 11th day of October 2006

יובל רוזן, עו"ד
מ.ר. 16485
רח' סוטין 27 ת"א 64684
03-5291456 [illegible] 03-[illegible]

Yuval Rosen, Adv.

A-A

**בקשה לעזרה משפטית בינלאומית**
**בהתאם לאמנה בדבר גביית ראיות בחוץ לארץ בעניינים אזרחיים או מסחריים**
**שנחתמה בהאג ביום 18 במארס 1970**

**בקשה להמצאת מסמכים**
**ועדות בעל פה של לואיס לבטון**

| | |
|---|---|
| 1. השולח: | כב' השופט אדוארד ג'יי דאמיך, שופט ראשי,<br>בית המשפט של ארצות הברית לתביעות פדראליות<br>717 Madison Place<br>Washington, D.C. 20001 |
| 2. הרשות המרכזית של המדינה המתבקשת: | מנהל בתי המשפט<br>רח' כנפי נשרים 22<br>ירושלים 95464, ישראל<br>טלפון 655-6843 (2) (972)<br>פקסימיליה 655-6846 (2) (972) |
| 3. האדם / הגוף שיש להמציא לו את הבקשה החתומה: | מר לואיס לבטון<br>סירקוביץ – לבטון ושות'<br>דרך בית לחם 54<br>ירושלים 93504, ישראל |
| **בהתאם לסעיף 3 של האמנה, מתכבד המבקש החתום מטה להגיש את הבקשה המפורטת להלן:** | |
| 4. א. הרשות המשפטית המבקשת (סעיף 3, א): | כב' השופט אדוארד ג'יי דאמיך, שופט ראשי<br>בית המשפט של ארצות הברית לתביעות פדראליות<br>717 Madison Place<br>Washington, D.C. 20001 |
| ב. אל הרשות המוסמכת של (סעיף 3, א): | מדינת ישראל |
| ג. שם התיק וכל מספר מזהה: | א. א. ב. מיזם משותף נ' ארצות הברית, בית המשפט של ארצות הברית לתביעות פדראליות, תיק מס' 04-1719-C (תיק מאוחד) |

A-H

| | |
|---|---|
| 5. שמות הצדדים ונציגיהם ומעניהם (לרבות נציגים במדינה המתבקשת) (סעיף 3. ב) | |
| א. התובע: | א. א. ב. מיזם משותף<br>ת"ד 37, ראש העין, 68100, ישראל<br>לידיעת: מר ס. דניסון קיני |
| נציגים / באי כח: | בריאן כהן, עורך דין<br>לורנס מ. פרוסן, עורך דין<br>פיליפ קלארק ג'ונס, עורך דין<br>בל, בויד ולויד, משרד עורכי דין<br>1615 L Street, N.W.<br>יחידה 1200<br>Washington, D.C. 20036-5610 USA<br>טלפון: 202-955-6834<br>פקסימיליה: 202-955-4117<br>com.bellboyd@bcohen<br><br>יורם בונן, עו"ד<br>נויה כסלו, עו"ד<br>פישר, בכר, חן, וול, אוריון ושות'<br>רח' דניאל פריש 3<br>תל אביב, ישראל 64731<br>טל' +972.3.6944249, פקס' +972.3.6944265<br>nkislev@fbclawyers.com |
| ב. הנתבעת: | ארצות הברית של אמריקה |
| נציגים / באי כח: | שלום בריליאנט, עורך דין<br>עורך דין בכיר המנהל את התיק בבית המשפט<br>המחלקה לליטיגציה בעניינים מסחריים, חטיבה אזרחית<br>משרד המשפטים של ארצות הברית<br>לידיעת: יחידת הסיווג<br>8th Floor, 1100 L Street, N.W.<br>Washington, D.C. 20530 USA<br>טלפון 202-305-7561<br>פקסימיליה 202-305-7643<br>Shalom.Brilliant@usdoj.gov |
| ג. צדדים אחרים: | אין |
| ד. נציגים: | אין |

A-H

| | |
|---|---|
| 6. א. אופי ההליכים (גירושים, הורות, הפרת חוזה, אחריות בגין מוצרים פגומים וכו') (סעיף 3, ג): | תביעה של קבלן לביצוע התאמה מן הצדק במחיר ובזמן שנקבעו בחוזה בהתאם לחוק בעניין סכסוכים בהסכמים פדראליים, הנובעת מבניית בסיס מחסני חירום נחשונים, באלעד, ישראל. |
| ב. תקציר התביעה: | הקבלן העלה בתביעתו דרישות לקבל גמול נוסף (לרבות נזקים עקב עיכובים) ולארכות זמן, הנובעות מאי התאמות בין הדוח הגיאוטכני לבין תנאי תת הקרקע שהתגלו בפועל, טענות בקשר לביצוע עבודות עפר, עניינים הנוגעים לתכנון ובניית מבנים לאחסון יבש, עניינים הנוגעים לבחירת הצבע עבור לוחות המבנים לאחסון יבש, והגבלות ממשלתיות על שימוש בעבודה של עובדים שהם נתינים של מדינות שלישיות. |
| ג. תקציר ההגנה והתביעה שכנגד: | ארצות הברית טוענת שלא חלה עליה אחריות. |
| ד. מידע או מסמכים נחוצים אחרים: | אין |
| 7. א. הראיות שיש לגבות או הפעולה המשפטית האחרת שיש לבצע (סעיף 3, ד): | א. א. ב. מיזם משותף מבקש לגבות עדות בעל פה, בשבועה, ממר לואיס לבטון, בנושאים המתוארים בנספח ב.<br><br>אם לא יוסכם על ידי הצדדים על מקום ומועד אחרים, גביית העדות (חקירה בעל פה) תתנהל כמפורט להלן:<br><br>**תאריך / זמן:** 9:30 לפני הצהריים, ביום רביעי, 29 לנובמבר 2006,<br>**מקום:** פישר, בכר, חן, וול, אוריון ושות'<br>רח' דניאל פריש 3<br>תל אביב, ישראל 64731 |
| ב. מטרת הראיות או הפעולה המשפטית המבוקשת: | איסוף ראיות במסגרת המשפט המתנהל כמפורט בתיבה 6 לעיל. |
| 8. זהותו וכתובתו של כל אדם שיש לחקור (סעיף 3, ה): | מר לואיס לבטון<br>סירקוביץ – לבטון ושות'<br>דרך בית לחם 54<br>ירושלים 93504, ישראל |
| 9. שאלות שיש לשאול לאנשים שיש לחקור או פירוט הנושא שבו יש לחקור אותם (סעיף 3, ו): | ר' בנספח ב', את הנושאים שבהם א. א. ב. מיזם משותף מבקש לגבות עדות ממר לואיס לבטון. |

A-H

| | |
|---|---|
| 10.מסמכים או חפצים אחרים שיש לבדוק (סעיף 3, ז): | לפחות שבוע לפני מועד המתוכנן לגביית העדות, יעמיד מר לואיס לבטון לעיון והעתקה את המסמכים המתוארים בנספח ג. אם לא יוסכם על מקום וזמן בין הצדדים, יש להמציא את המסמכים כמפורט להלן:<br>**תאריך / זמן:** 9:30 לפני הצהריים, ביום רביעי, 22 לנובמבר 2006,<br>**מקום:** פישר, בכר, חן, וול, אוריון ושות'<br>רח' דניאל פריש 3<br>תל אביב, ישראל 64731 |
| 11.כל דרישה לגביית הראיות בשבועה, בהן צדק או בכל צורה מיוחדת אחרת (סעיף 3, ח): | העדות בעל פה תהיה בשבועה או בהן צדק. |
| 12.דרך מיוחדת לביצוע הבקשה (לדוגמא, בעל פה או בכתב, רישום מילולי, תעתיק או תקציר, חקירה נגדית וכו') (סעיפים 3, ט ו – 9): | החקירה של מר לבטון על ידי בא כוחו של א. א. ב. מיזם משותף תתנהל בדרך של שאלות בעל פה ותשובות שיוקלטו וירשמו באופן מילולי. אם בא כח ממשלת ארצות הברית יהיה מעוניין בכך, תהיה לו אפשרות לחקור את העד חקירה נגדית. |
| 13.בקשה להודעה על המקום והזמן לביצוע הבקשה וזהות וכתובת כל אדם שיש להודיע לו (סעיף 7): | נא להודיע לבא כח התובע, בריאן כהן, עורך דין,<br>Bell, Boyd & Lloyd PLLC, 1615 L Street, N.W., Suite 1200, Washington, D.C. 20036-5610 USA;<br>טלפון 202-955-6834; פקסימיליה 202-955-4117;<br>bcohen@bellboyd.com; הן בכתב והן בעל פה מייד עם המצאת מסמך זה לצד הנקוב בתיבה 3 לעיל.<br><br>הערה: את תיאום המקום והזמן להמצאת המסמכים יש לבצע עם:<br><br>נויה כסלו, עו"ד, או יורם בונן, עו"ד<br>פישר, בכר, חן, וול, אוריון ושות'<br>רח' דניאל פריש 3<br>תל אביב, ישראל 64731<br>טל' +972.3.6944249, פקס' +972.3.6944265<br>nkislev@fbclawyers.com |
| 14.בקשה להתייצבות או השתתפות של נציגים של הרשות המבקשת בביצוע מכתב הבקשה (סעיף 8): | אינו חל |
| 15.פירוט חיסיון או חובה לסרב להעיד לפי חוקי מדינת המקור (סעיף 11, ב): | אינו חל |

A-H

| | |
|---|---|
| 16.המיסים וההוצאות המזכים בקבלת החזר בהתאם לפסקה השניה של סעיף 14 או בהתאם לסעיף 26 של האמנה, יכוסו על ידי: | התובע א. א. ב. מיזם משותף, באחריותו של<br>בריאן כהן, עורך דין<br>בל, בויד ולויד, משרד עורכי דין<br>1615 L Street, N.W.<br>יחידה 1200<br>Washington, D.C. 20036-5610 USA<br>טלפון: 202-955-6834<br>פקסימיליה: 202-955-4117<br>bcohen@bellboyd.com |
| **תאריך הבקשה** | זו הבקשה, היום ה - _____ ל - _______ , 2006. |
| **חתימה וחותם של הרשות המבקשת** | _______________________<br>כב' השופט אדוארד ג'יי. דאמיך<br>שופט ראשי, בית המשפט של ארצות הברית לתביעות פדראליות |

A-H

**נספח א – הוראות והגדרות**

כל הנושאים לחקירה בעל פה (נספח ב) והמסמכים שיש להציג לעיון ולהעתקה (נספח ג) מתייחסים לבסיס מחסני חירום נחשונים, ליד אלעד, ישראל (ה"פרויקט"), אשר הוקם על ידי א. א. ב. מיזם משותף לפי הסכם מס' DACA90-01-C-0043 עם חיל ההנדסה של צבא ארצות הברית.

בנוגע לעדות (חקירה בעל פה, בשבועה), מר לבטון ייחקר על כל ההיבטים של תכנון המבנים המיועדים לאחסון יבש ומפרט הצבע ללוחות החיצוניים של המבנים המיועדים לאחסון יבש. נספח ב מפרט אחדים מהנושאים הספציפיים של החקירה, אולם החקירה לא תוגבל לנושאים אלה בלבד.

בנושא החקירה "שלך" או "שלכם" מתייחס למר לואיס לבטון באופן אישי, וכן לסירקוביץ – לבטון ושות'.

A-H

## נספח ב – נושאים לחקירה – מר לואיס לבטון

1. תאר באופן מפורט את השכלתך והרקע המקצועי שלך, ואת התחומים שבהם יש לפירמה שלך ניסיון ומומחיות.

2. נא תאר באופן מפורט את מעורבותך בתכנון ובבניה של המבנים המיועדים לאחסון יבש, מתחילת המשא ומתן על ההסכם שלך ועד להשלמת הפרויקט.

3. נא תאר בפירוט את הסיבות והנימוקים ההנדסיים לדרישה לכך שלוחות החיפוי החיצוניים יעמדו בדרישת הטייה (deflection) של L/600.

4. נא תאר בפירוט את הסיבות והנימוקים ההנדסיים לבחירה הראשונית בברגים מסוג "M-20" לעיגון השלד שיצר את חלל המבנה, את הנימוקים לשינויים שנעשו בדרישה זו, והאם תכנון השלד שיצר את חלל המבנה היה מבוסס על יצרן מסוים.

5. נא תאר בפירוט את המעורבות שלך בהכנת אומדני העלויות (קודם לזכייה בהסכם או אחריה) לבניית המבנים המיועדים לאחסון יבש או כל מרכיב שלהם.

6. נא ציין את כל הישיבות שבהן השתתפתם, אתה או העובדים המקצועיים שלך הקשורים בדרך כלשהי לתכנון או בניית המבנים המיועדים לאחסון יבש (לרבות, אך לא רק, לוחות החיפוי, גג, קירות ו/או הנחת פלדת המבנה); נא ציין את התאריך של כל ישיבה כאמור, נא ציין את שמות המשתתפים, ואם לא הוכן תיעוד בכתב מישיבה זו, נא תאר על פי מיטב זיכרונך את פרטי הנושאים או הבעיות שנדונו בכל ישיבה כזו.

7. נא תאר בפירוט כל אתר שאתה או אנשי הצוות המקצועי שלך ביקרתם בו בקשר לפרויקט, לרבות תאריך הביקור, מה ראית, מי היה נוכח, והפרטים שנדונו במסגרת ביקור זה.

8. נא ציין האם לפני המכרז או בכל שלב אחרי המכרז נודע לך על חששות או ספקות שהתעוררו אצל אדם כלשהו, לרבות אך לא רק, בצה"ל, משרד הביטחון או חיל ההנדסה של צבא ארצות הברית, בנוגע לאפשרות לעמוד בדרישות בדיקות הלחץ עבור המבנים המיועדים לאחסון יבש, ואם כן, נא ציין כל אדם כזה ומסור את מלוא הפרטים בנוגע למה שנאמר, למועד שבו נאמרו הדברים, ולפני מי הם הוצגו.

A-H

9. נא תאר בפירוט כל שינוי או תיקון בבקשה להציע הצעות לדרישות התכנון של המבנים המיועדים לאחסון יבש שבהם היית מעורב או שלהם יעצת, אשר בוצעו לפני או אחרי הוצאת ההסכם על ידי חיל ההנדסה של צבא ארצות הברית ל – א. א. ב. מיזם משותף, ואת הסיבות לכל שינוי כזה.

10. נא תאר בפירוט את המעורבות שלך בתגובה לבקשות של א. א. ב. להשתמש בברגים קטנים יותר מאשר M-20 לשלד המקיף את החלל של המבנים המיועדים לאחסון יבש.

11. נא תאר בפירוט את המעורבות שלך בתגובה לבקשות של א. א. ב. לתכנן את הלוחות המבודדים לפי קריטריונים של הטייה גדולים מ- L/600, או לאפשר הטייה גדולה יותר של הלוחות של המבנים המיועדים לאחסון יבש.

12. נא תאר בפירוט את הסיבות והנימוקים ההנדסיים לדרישה לחיפוי חיצוני בלוחות ושלד פלדה פנימי.

13. הסבר בפירוט האם לדעתך המקצועית העמידה בבדיקות הלחץ הנדרשות מושפעת בדרך כלשהי ממיקום הפלדה המבנית בצד הפנימי או בצד החיצוני (הנחה חיצונית לעומת הנחה חיצונית של הפלדה המבנית).

A-H

**נספח ג – מסמכים שיש להציג לצורך עיון והעתקה**

1. ההסכם של החברה שלך לביצוע שירותי התכנון ושירותים אחרים עבור הפרויקט.

2. השרטוטים והמפרטים הסופיים לחלקים של הפרויקט שבהם היית מעורב, וכל הטיוטות המוקדמות.

3. כל התקשורות בינך לבין אנשים / מוסדות אחרים בקשר לפרויקט, לרבות אך לא רק, מכתבים, מסרים בדואר אלקטרוני, הערות, רשימות, דוחות, חומר שהוגש וכדומה. עליך לכלול בתשובתך (בין השאר אך לא רק) את כל התקשורות עם חיל ההנדסה של צבא ארצות הברית, צה"ל, משרד הביטחון ויועצים חיצוניים או אנשי מקצוע בתחום התכנון.

4. כל המסמכים הפנימיים בקשר לפרויקט, לרבות אך לא רק, פרוטוקולים של ישיבות, דוחות על בדיקות, דיווחים על נסיעות, מזכרים, תזכירים וכדומה.

6.<המספור כך במקור> כל המסמכים הקשורים לדרישות ההטייה של הלוחות החיצוניים.

7. כל המסמכים הנוגעים לבחירת גודל הברגים של השלד שיצר את חלל המבנה .

8. כל המסמכים המתייחסים לבקשות של הקבלן לשינויים במפרטים שבהם היית מעורב.

9. כל המסמכים הקשורים לפרויקט.

10. כל המסמכים הקשורים לבדיקות דרישות הלחץ.

11. כל המסמכים הקשורים לחיפוי בלוחות.

12. כל המסמכים הקשורים לפלדה המבנית.