IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **A.A.B JOINT VENTURE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 04-1719-C** |
| | ) | **(Consolidated)** |
| **v.** | ) | |
| | ) | **(Chief Judge Damich)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ISSUANCE OF REQUESTS**
**<u>FOR INTERNATIONAL JUDICIAL ASSISTANCE</u>**

Plaintiff A.A.B Joint Venture ("AABJV"), through counsel, hereby requests that this Court issue the attached Request for International Judicial Assistance, seeking the production of documents by a third party in Israel which are relevant to the issues presented in this case.

Counsel for the United States has advised that his position with respect to this Motion is that he has no objection to the Court's issuance of the Request, but reserves the right to object to production of specific documents.

In support of this Motion plaintiff states as follows:

1. This matter involves a claim pursuant to the Contract Disputes Act, 41 U.S.C. §§ 601-613, which arises out of a contract between AABJV and the United States Army Corps of Engineers ("USACE") for the construction of the Nachshonim Military Storage Base, near Elad, Israel ("the Project").

2. The initial design of the military base at issue was prepared under the supervision of the Israel Defense Forces ("IDF") for whose use the Project was built. Tahal

Consultant Engineers, Ltd. actively participated in the design and construction process. The Hague Convention Request at issue is directed to Tahal.

3. Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, the proper procedure is for the court of the requesting party's country to make a request of the Central Authority of the country of the party to whom the Request is being submitted. The Central Authority of that country is then charged with responsibility for arranging service of the Request, and to transmit the evidence produced in response to the requesting party.

WHEREFORE, Plaintiff A.A.B Joint Venture hereby requests that the Court issue and file directly with the Israeli Central Authority the attached Hague Convention Request for International Judicial Assistance (with Hebrew translation and filing fee); that the Court provide its signature and raised seal on each such document pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters; and that this Court grant such other and further relief as it deems just and proper.

Dated: November 9, 2006 Respectfully submitted,

s/ Brian Cohen
Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that the foregoing Motion for Issuance of Requests For International Judicial Assistance was served by email (shalom.brilliant.usdoj.gov) and by first class mail, postage prepaid, this 9th day of November, 2006, on:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

___s/ Brian Cohen_____________
Brian Cohen