# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: November 14, 2006)

***********************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

On November 9, 2006, Plaintiff filed an Unopposed Motion for Issuance of Request for International Judicial Assistance. Plaintiff's Motion is GRANTED.

The Court ORDERS Plaintiff to deliver to the Court an original copy of the request, as well as a Hebrew translation of the request, on or before **November 28, 2006**. Plaintiff shall correct the first page of the request to recite the correct case number, 05-114 rather than 04-114.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge