IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 04-1719C, 04-1792C, and |
| | ) | 05-114C (CONSOLIDATED) (Chief |
| THE UNITED STATES OF AMERICA | ) | Judge Damich) |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITIONS**

PLEASE TAKE NOTICE that commencing at 9:30 a.m. on Monday, December 4, 2006, plaintiff will take the depositions, pursuant to Rules 26 and 30 of the Rules of the Court of Federal Claims, of:

| | |
|---|---|
| Gordon Simmons | Michael Iarosis |
| William Thievon | Mark Shore |
| Jody Blackburn | William Mills |
| Larry Lucken | Ezra Abraham |
| Colonel Lee Staab | Douglas Bonham |
| Michael Roach | Ragan Glandon |
| Ron McPeters | |

The depositions will be conducted at Bell, Boyd & Lloyd PLLC, 1615 L Street, N.W., Suite 1200, Washington, D.C. 20036 and will continue day to day until complete, subject to the provisions of RCFC 30(d)(2). The depositions will be taken upon oral examination before an official court reporter pursuant to RCFC 30, and will be taken for the purpose of discovery, for use at trial and other purposes as authorized by law.



ALL-STATE LEGAL®
PLAINTIFF'S EXHIBIT
B

Respectfully submitted,

Brian Cohen
BELL, BOYD & LLOYD, PLLC
1615 L Street, NW
Suite 1200
Washington, D.C. 20036
(202) 955-6836

November 1, 2006

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED DOES HEREBY CERTIFY that a copy of the foregoing NOTICE OF DEPOSITIONS was served upon The United States of America by e-mail transmission and by first class mail, postage prepaid this 1st day of November, 2006, upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

Brian Cohen