## Cohen, Brian

**From:** Shalom.Brilliant@usdoj.gov
**Sent:** Friday, October 13, 2006 12:21 PM
**To:** Cohen, Brian
**Cc:** Brett.R.Howard@nau02.usace.army.mil
**Subject:** Wiesbaden depositions

Brian,

I've just been informed that most of the people you listed in your notice of deposition in Wiebaden are no longer there. Current locations are as follows:

Gordon Simmons - Savannah, Georgia

Mike Iarosis - Washington DC

William Thievon - Wiesbaden, Germany (but cannot confirm availability yet; he is out of the office until 10/25)

Mark Shore - Washington DC

Jody Blackburn - Fort Hamilton, New York

William Mills - Last day in Wiesbaden was 10/12-- on 10/16 new location will be Huntsville, Alabama

Larry Lucken - No longer with the Corps, whereabouts unknown.

Ezra Abraham - Tel Aviv, Israel (also cannot confirm availability; he is out of the office on family leave- no return date given).

ALL-STATE LEGAL®
EXHIBIT
2