IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 04-1719C, 05-114C, |
| | ) | 05-1172C, and 06-49C |
| THE UNITED STATES OF AMERICA | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |
| Defendants. | ) | |

**UNOPPOSED MOTION TO EXTEND TIME FOR SUBMISSION OF PLAINTIFF'S EXPERT REPORTS AND OTHER RELIEF**

Plaintiff hereby moves the Court for an extension of time within which to submit its expert reports. Counsel for the United States does not oppose this motion. In support of this motion Plaintiff represents as follows:

1. By Order dated April 12, 2006 the Court established February 15, 2007 as the date for submission of Plaintiff's expert reports. The Order also established that Defendant's expert reports were due March 15, 2007; Plaintiff's rebuttal expert reports were due March 29, 2007 and expert discovery was to be completed by May 17, 2007.

2. Plaintiff has been working diligently to meet the February 15, 2007 date. However, Mr. Stephen Denison Keeney, Plaintiff's Project Manager, with whom Plaintiff has been working closely in preparing the expert reports, has been unavailable for the last several days due to his wife's emergency abdominal surgery. In addition, Plaintiff received a DVD containing approximately 1 gigabyte of documents from counsel for the Government late on February 7, 2007. These documents were provided in partial response to Plaintiff's Motion to

Compel. Plaintiff is currently in the process of reviewing this information and has already identified several significant new documents which have been transmitted to its experts to be utilized in the preparation of its expert reports.

3. In light of Mr. Keeney's family medical emergency and the need to review and analyze the voluminous documents recently provided by the Government, Plaintiff requests that the Court grant it a seven (7) day extension until February 22, 2007 for submission of its expert reports. Plaintiff also requests that the date for submission of Defendant's expert reports be changed to March 22, 2007 and the date for Plaintiff's rebuttal expert reports be changed to April 5, 2007. The May 17, 2007 date for completion of all discovery and the anticipated August 2007 trial date should remain unchanged.

Date: February 13, 2007

Respectfully submitted,

s/ Brian Cohen

Brian Cohen
BELL BOYD & LLOYD, LLP
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Brian Cohen, hereby certify under penalty of perjury that the foregoing Unopposed Motion to Extend Time For Submission of Plaintiff's Expert Reports and Other Relief will be served automatically via "shalom.brilliant.usdoj.gov" upon ECF filing this 13th day of February, 2007 upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

s/ Brian Cohen
Brian Cohen