# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: February 15, 2006)

****************************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On February 13, 2006, Plaintiff filed an unopposed motion for extension of time to serve expert reports.

In view of Plaintiff's pending motion to compel production of documents and motion to compel answers to interrogatories, the Court hereby stays expert discovery. Consequently, Plaintiff's motion for extension of time to serve expert reports is DENIED as moot.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge