# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: February 28, 2007)

***********************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

**ORDER**

Fact discovery in this case closed on December 15, 2006. On that same date, Plaintiff filed a motion for enlargement of time in order for Plaintiff to complete depositions of fact witnesses and for Defendant to supplement its discovery responses, if necessary, in view of Plaintiff's motions to compel answers to interrogatories and production of documents.

On February 28, 2007, the Court issued opinions on Plaintiff's two motions to compel, wherein the Court ordered Defendant to supplement in part its discovery responses and ordered the parties to file a joint status report setting forth a proposed discovery schedule, including a date for completion of fact witness depositions.

In view of the Court's opinions, Plaintiff's motion for enlargement of time is DENIED as moot. A revised schedule for completion of discovery will be addressed following the filing of the joint status report.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge