**Cohen, Brian**

---

**From:** Shalom.Brilliant@usdoj.gov
**Sent:** Thursday, November 16, 2006 1:23 PM
**To:** Cohen, Brian
**Cc:** Brett.R.Howard@nau02.usace.army.mil
**Subject:** document production

Brian,

My latest information from USACE is that, according to the vendor, all the documents on the backup tapes have now been restored. They said they should all fit on a 300 GB hard-drive, which they are going to send to USACE (in Wiesbaden). The restoration issue is now moot.

The question is how to wade through 300 GB (One GB = 50,000 pages or 20 boxes). We should have a complete, "de-duped" directory within a few days. As I mentioned in my previous e-mail, it's estimated that the final, combined directory will be about 2500 pages long, and keyword searching seems to be the most efficient way to go. If you have any other ideas based on a review of the 1400 page directory I sent you yesterday, let me know.

Shalom



PLAINTIFF'S EXHIBIT 2