# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: March 12, 2007)

| | |
|---|---|
| ********************************** | |
| **A.A.B JOINT VENTURE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On March 9, 2007, Plaintiff filed a motion for reconsideration, asking the Court to modify its February 28, 2007, opinion and order granting-in-part and denying-in-part Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Responses to Plaintiff's Requests for Production of Documents in Case Nos. 04-1719C, 04-1792C and 05-144C. In the motion for reconsideration, Plaintiff asks the Court to modify its order to require Defendant to restore at its expense all electronic back-up tapes in its possession and to file a sworn declaration explaining in detail why any back-up tapes cannot be produced, and to provide that the Court reassess imposition of sanctions based on the declaration. Plaintiff also asks the Court, without explanation, to modify the opinion and order to change the deadline for filing of the joint status report to April 7, 2007.[1]

Plaintiff's motion for reconsideration is DENIED. The February 28, 2007, opinion and order required Defendant to restore at its expense "at least one-fourth of the total back-up tapes in its possession," but did not prohibit Defendant from producing more. The opinion and order further required Defendant to produce e-mails or other electronic documents from July 2002 to the present and to provide a sworn declaration for those time periods for which Defendant is unable to produce such electronic documents. The opinion and order specifically denied

---

[1] Plaintiff similarly requests that the deadline for filing of the joint status report be changed in the Court's concurrent February 28, 2007, opinion and order granting-in-part and denying-in-part Plaintiff's Motion for Order Compelling Discovery with Respect to Defendant's Answers to Interrogatories in Case Nos. 04-1719C, 04-1792C and 05-144C.

Plaintiff's motion for award of sanctions, and Plaintiff provides no basis for the Court to reconsider that decision. The Court ordered the joint status report to be filed on April 25, 2007, to give the parties time to work out remaining discovery disputes before the filing of the joint status report. The purpose of the joint status report is to give the parties an opportunity to bring before the Court any remaining issues regarding production of documents and answers to interrogatories. The Court notes that some issues are indeed better addressed in a joint status report rather than by the filing of a motion.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge