IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1719C, No. 05-114C, No. 05-1172C, |
| | ) | and No. 06-49C |
| THE UNITED STATES, | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven days, to and including May 2, 2007, for the parties to file the joint status report required by the Court's two Opinions and Orders of February 28, 2007, relating to plaintiff's motions to compel interrogatory answers and production of documents. The joint status report is currently due on April 25, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has informed us that plaintiff does not oppose this motion.

In the referenced Opinions and Orders, the Court directed the parties to file a joint status report discussing the outstanding disputes that remain regarding document production, the status of restoration and screening of electronic documents, and answers to interrogatories, as well as proposing a revised discovery schedule. Counsel for the parties have been diligently working toward the formulation of a joint status report that fairly and accurately addresses these topics. The task has been rendered more difficult and time-consuming than anticipated, in part because of the large volume of electronic material produced by the Government several weeks ago. This material, which includes e-mails and other documents restored from backup tapes and produced in the form of a hard drive and several DVDs, contains roughly 39 gigabytes of information. Counsel for both parties have had to review this material for the purpose, among others, of assessing whether and to what extent it resolves outstanding disputes. This task has been time-consuming not only because of the volume of material to be reviewed, but also because of

various technical hurdles involved in accessing the individual files contained in the electronic media in question.

The parties do not believe that the enlargement of time requested will necessitate any postponement of the status conference currently scheduled in this matter for May 9, 2007.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**Filed electronically**

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

April 25, 2007