IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-114C |
| | ) | (Consolidated with Case Nos. 04-1719C, |
| THE UNITED STATES OF AMERICA | ) | 05-1172C and 06-49C |
| | ) | (Chief Judge Damich) |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE**
**MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**
**EXCEEDING PAGE LIMITATION**

Plaintiff A.A.B. Joint Venture, through counsel, hereby moves the Court for leave to file its Motion for Summary Judgment, which references a Memorandum in Support of Motion for Summary Judgment containing 42 pages, 2 pages in excess of the 40 page limitation set forth at Rule 5(B)(1). The Motion for Summary Judgment, Proposed Findings of Uncontroverted Fact in Support of such Motion, Appendix and the applicable Memorandum are appended hereto. In support of this Motion counsel states as follows:

1. Plaintiff's Motion for Summary Judgment and its Supporting Memorandum were completed and ready for filing when Government counsel turned over to plaintiff's counsel a large database containing roughly 52,000 documents. Plaintiff's counsel ran an initial search through the database in question for documents containing references to "TCN." The results of that search disclosed numerous documents containing very significant admissions by the Defendant concerning virtually all of the issues raised in the underlying Motion for Summary Judgment. Rather than putting the Joint Venture to the cost of redrafting the Memorandum, counsel simply added the relevant findings of the aforementioned search to the pre-existing Memorandum.

2. Since the cause of exceeding the page limitation was the delay on the part of the Government in producing the documents in question, leave is requested, in the interest of justice, to file the brief as revised.

Date: May 1, 2007

Respectfully submitted,

s/ Brian Cohen

Brian Cohen
BELL BOYD & LLOYD LLP
1615 L Street N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Brian Cohen, hereby certify under penalty of perjury that the foregoing A.A.B's Motion For Leave to File Memorandum Exceeding Page Limitation, with the attached Motion for Summary Judgment and supporting memoranda, affidavits and exhibits will be served automatically via ECF filing this 1st day of May, 2007 upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

s/ Brian Cohen_______________
Brian Cohen