No. 05-114C
(Consolidated with Case Nos.
04-1792C, 05-1172C, and 06-49C)
(Chief Judge Damich)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

A.A.B JOINT VENTURE

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

APPENDIX TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

---

Respectfully submitted,

Filed electronically:

BRIAN COHEN
Bell, Boyd & Lloyd LLP
1615 L Street, N.W.
Suite 1200
Washington, D.C. 20036
(202) 466-6300

May 1, 2007

Attorney for Plaintiff

104304/F/2

# INDEX TO APPENDIX



| EXHIBIT | TITLE | PAGE |
|---|---|---|
| 1 | Affidavit of S. Denison Keeney | 001 |
| 2 | The Corps of Engineers' announcement | 081 |
| 3 | Yehuda Segev Deposition | 083 |
| 4 | Affidavit of Avie Joel Arenson | 121 |
| 5 | Deposition of Avie Arenson | 135 |
| 6 | Affidavit of Micky Moav | 174 |
| 7 | January 3, 2002 Minutes of Meeting USACE/.I8DF/MOD/ABB/JV | 176 |
| 8 | January 4, 2002 Weekly Status Update - USACE | 177 |
| 9 | January 25, 2002 Weekly Status Update USACE | 182 |
| 10 | February 8, 2002 Weekly Status Update USACE | 188 |
| 11 | August 8, 2002 Minutes of Meeting SACE/IDF/MOD/AABJV | 193 |
| 12 | May 1, 2003 Minutes of Meeting-USACE/IDF/MOD/AABJV | 194 |
| 13 | Payment Application - July 2003 | 195 |
| 14 | Payment Application - June 2003 | 196 |
| 15 | Detailed analysis of the various restrictions the Government of Israel had placed on importing TCNs for submission to the Corps of Engineers. | 197 |
| 16 | Certified Claim | 216 |
| 17 | Contractor's Narrative Report for the month of April 2002 | 253 |
| 18 | Contractor's Report for March 2003 | 254 |
| 19 | Contractor's Report February 2005 | 255 |
| 20 | Request for Time Extension and Equitable Adjustment-March 16, 2003 | 257 |
| 21 | Schedule analysis showing the projected impact on Project completion assuming three different scenarios of labor availability. | 259 |
| 22 | Notice to the Corps of the continuing impact of the lack of TCN labor on job progress | 263 |
| 23 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - September 5, 2002 | 264 |
| 24 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - September 19, 2002 | 265 |
| 25 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - October 31, 2002 | 266 |
| 26 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - February 20, 2003 | 267 |
| 27 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - April 10, 2003 | 271 |
| 28 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - April 24, 2003 | 272 |

| | | |
|---|---|---|
| 29 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - May 22, 2003 | 273 |
| 30 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - June 26, 2003 | 274 |
| 31 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - July 3, 2003 | 275 |
| 32 | Reports which evidenced the impact the lack of TCNs was having throughout the Project -August 28, 2003 | 276 |
| 33 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - October 23, 2003 | 277 |
| 34 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - November 13, 2003 | 278 |
| 35 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - December 18, 2003 | 279 |
| 36 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - January 8, 2004 | 280 |
| 37 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - February 26, 2004 | 281 |
| 38 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - March 4, 2004 | 282 |
| 39 | Reports which evidenced the impact the lack of TCNs was having throughout the Project - April 22, 2004 | 283 |
| 40 | Situation Report - May 9, 2002 | 284 |
| 41 | IPO Top Ten List | 288 |
| 42A | July 19, 2002 Weekly Status Update | 289 |
| 42B | Draft of letter from US Embassy to Government of Israel | 292 |
| 43 | July 26, 2002 Weekly Status Update | 294 |
| 44 | September 26, 2002 Weekly Status Update | 295 |
| 45 | November 1, 2002 Weekly Status Update | 297 |
| 46 | February 14, 2003 Weekly Status Update | 300 |
| 47 | Jones May 15, 2002 email re Draft letter for Coordination responding to MOD concerns regarding USACE Costs | 302 |
| 48 | June 12, 2002 Roach email re: Nachshonim Payment No. 9 | 303 |
| 49 | July 12, 2002 Roach email re: Nachshonim PE 10 | 304 |
| 50 | USACE April 11, 2002 Memorandum re: Request for Assistance in Obtaining TCN Worker Visas | 305 |
| 51 | USACE May 16, 2002 Letter to Abraham Haber, Construction Department, Government of Israel | 307 |
| 52 | October 4, 2002 USACE Memorandum to Haber re Increased Program Costs | 311 |
| 53 | November 12, 2002 USACE Memorandum to Haber re IPR #7 | 312 |
| 54 | Israel Court Complaint filed by The Joint Venture | 316 |
| 55 | Urgent Request for Assistance in Implementing the Permit for the Employment of Foreign Workers - March 25, 2003 | 342 |
| 56 | Urgent Request for Assistance in Implementing the Permit for | 353 |

| | | |
|---|---|---|
| | the Employment of Foreign Workers - April 3, 2003 | |
| 57 | Urgent Request for Assistance in Implementing the Permit for the Employment of Foreign Workers - May 27, 2003 | 355 |
| 58 | Nachschonim Minutes of Meeting USACE/IDF/MOD/AABJV May 29, 2003 | 360 |
| 59 | Deposition of Michael Anthony Roach, USACE - December 12, 2006 | 361 |
| 60 | June 18, 2002 Blackburn email re TCN non-availability | 367 |
| 61 | Memorandum for Record - June 30, 2003 re Nachshonim Storage Base El'ad, Israel, Contract Number DACA90-01-C-0043, Meeting with IDF, MOD regarding TCNs | 368 |
| 62 | July 1, 2003 Roach email re TCN Issues | 372 |