| AAB JOINT VENTURE | NACHSHONIM STORAGE & LOGISTIC BASE | | CONTRACT No. : DACA90-01-C-0043 |
|---|---|---|---|
| | | | COUNTRY : ISRAEL |
| | PROGRESS PAYMENT NO : 08 | FOR THE MONTH OF : APRIL 2002 | REF. NO |

## A. NARRATIVE REPORT

### A.01 Summary

**Summary**

Based on the actual work performed during the month of April 2002, the project achieved a progress of 1.21% against early progress of 2.35% and late progress of 2.18%. The progress to date is **18.30%** against early progress of 19.44% and late progress of 19.27%, respectively. The variance in the schedule is **(1.14%)** and **(0.97%)**, respectively. The primary cause of delay is attributed to the unavailability of TCN labor due to the Israeli Government continuing restrictions on importing foreign labor.

The 18 days total float from the previous update was consumed, resulting in a negative float of 5 days, for early completion on **23 July 2004.** Please refer to the Total Float Report for detail (C.02). We anticipate an additional time extension due to adverse weather conditions during the months of March and April.

### A.02 Progress Accomplished During the Month (April 2002)

**Progress Table**

| DESCRIPTION | WT % | PERIOD | % PROGRESS | | |
|---|---|---|---|---|---|
| | | | PLANNED | ACTUAL | VARIANCE |
| GENERAL MOBILIZATION | 6.07% | MO. | | | |
| | | CUM. | 100.00% | 100.00% | |
| LIVING ACCOMODATION-(SR-9) | 0.73% | MO. | 2.00% | 2.00% | |
| | | CUM. | 48.00% | 48.00% | |
| OFFICE FACILITIES-(SR-8) | 0.14% | MO. | 2.00% | 2.00% | |
| | | CUM. | 48.00% | 48.00% | |
| ENGINEERING & DESIGN | 4.59% | MO. | 4.33% | 5.21% | 0.88% |
| | | CUM. | 71.73% | 72.61% | 0.88% |
| GENERAL EARTHWORKS | 12.62% | MO. | 13.75% | 5.80% | ( 7.95 %) |
| | | CUM. | 64.00% | 56.05% | ( 7.95 %) |
| MAIN CULVERT | 1.00% | MO. | 18.27% | 12.90% | ( 5.37 %) |
| | | CUM. | 93.05% | 87.68% | ( 5.37 %) |
| DEEP UTILITIES | 2.88% | MO. | | | |
| | | CUM. | | | |
| EXTERNAL UTILITIES | 0.71% | MO. | | | |
| | | CUM. | 30.26% | 30.26% | |
| SEGMENT 10 | 5.90% | MO. | | | |
| | | CUM. | | | |
| SEGMENT 11 | 4.83% | MO. | | | |
| | | CUM. | | | |
| SEGMENT 12 | 8.96% | MO. | | | |
| | | CUM. | | | |
| SEGMENT 23 | 5.25% | MO. | | | |
| | | CUM. | | | |



EXHIBIT 17

**Note:** (*) Progress Payment No. sequence is revised from 19 to 23 per COE request to tie in to RMS and CEFMS.

## A. NARRATIVE REPORT

### A.01 Summary

**Summary**

The project achieved a progress of **0.98%** against the average planned progress of **3.19%.** Progress to date is **32.42%** against the target early progress of **45.35%** and late progress of **35.22%** on the approved revised baseline schedule. On the average, the slippage is **(7.87%)** on the baseline schedule and **(0.81%)** on the recovery schedule.

| Description | Contract Amount | Progress | Earned Value | Wt % |
|---|---|---|---|---|
| Indirect | 9,748,216.90 | 85.24% | 8,308,982.02 | 6.67% |
| Design and Eng. | 5,715,000.00 | 100.00% | 5,715,000.00 | 4.58% |
| Direct (Site Works) | 108,625,958.60 | 23.91% | 24,752,974.29 | 19.86% |
| Material on site | | | 1,219,631.20 | 0.98% |
| Change Orders | 557,779.00 | 73.19% | 408,253.94 | 0.33% |
| **Total** | **124,646,954.50** | | **40,404,841.45** | **32.42%** |

9 days were lost in March to the critical path due to weather. Additionally, and continuing as a prime concern, is continuing lack of ability to import foreign labor, both for the JV and subcontractors. JV is using the available workers to their optimum by increasing working hours. In March the JV experienced a 30% labor turnover due to TCNs lost to Immigration authorities, as visas had expired. Most were replaced with Israeli Arabs, which are 50% more costly and 50% less productive. The JV has lost 4 of 5 experienced concrete foremen. Labor brokers advise extremely low availability of TCN labor.

General site earthworks preparation is considered substantially complete. Blasting works were completed in Segments 91, 23 and 11. Final grading for the last three segments is in progress. Stone-faced walls in Segment 67, 56 and 91 are in progress. Earthworks for the bunker area shall commence in April.

As of March 2003, pile drilling is complete on 93 DSB's, 6 "M" buildings, 2 "R" buildings, 3 "TR" buildings, "MC" building, 16 Office & Public buildings and 3 vehicle parking sheds. 900 of 955 piles are drilled in Logistics complex. Concrete works are complete for 20 DSB's, 29 with floor slabs in progress, 6 buildings with complete walls and 4 buildings with walls in progress. Concrete is complete in 10/2, 10/4 and 10/5 roofs, 10/3 and 10/6 first floor slab, Dining Room roof, Kitchen precast roof, 10/1 and 10/9 walls in progress, 10/12 roof in progress, 10/7 ground slab, 89/1 and 89/2/3 pile caps, MC cable trench and 10/8 and 10/11 piles.

Second and final test for Pilot DSB was performed successfully and punch lists have been issued by the USACE for action.

The JV received two change orders. Change order P00020 was issued for a time extension of 57 days for a total of 99 days due to weather and strike. Change Order



**EXHIBIT 18**

December 2003. Received (13 January 04) extensive written questions and submitted responses 02 March 2004. After this extensive exercise, the JV was told only that the responses were disappointing and offered nothing new.

c. Costs expended to date are causing extreme financial hardship to the JV.

d. JV met with USACE 21, 25 May 04 and again 29 July 04 and discussed mutual concerns towards any claim settlement discussions and pending Contracting Officer's Decision, which the USACE stated would be rendered by October 2004, fifteen months after first certified claim. Eleven months after the JV certified this claim, the USACE demanded (June 04) submittal of Certified Cost or Pricing Data ("CCPD"), which is not required by FAR or Contracts Disputes Act until merit and price are established.

e. The JV submitted CCPD 30 September 04 for Additional Pile Length Claim. USACE stated in 22 October 04 Meeting that several questions concerning this CCPD would be received 25 October 04. These questions were never received.

f. At USACE / JV / IDF Meeting of 22 October 04, USACE again extended the date for Contracting Officer's Decision for 30 days. Additionally, USACE stated these claims have no merit.

g. In 23 November 04 letter, giving dates for CODs, USACE failed to give a date for these claims. For over 19 months from claims certification, the Government has failed to abide by the rules stipulated in the Contracts Disputes Act.

h. The JV filed a complaint in U.S. Court of Federal Claims on 30 Nov 04. Government answered 02 March 05 with denial of claim

3. **TCN Labor**

There continues a shortage of TCN labor and lack of Israeli labor with adequate craft skills, which has severely impacted the costs to perform the work in both efficiency and time of completion. GOI "closed skies" policy has severely limited the TCNs available for work in Israel.

After terminating BP/Izopoli for supply and installation of insulated panels, the JV negotiated a supply agreement with Izopoli (23 June 03). Due to the lack of experienced and qualified labor to meet the contract rigid quality, safety and sealing requirements for panel installation and the experience of installing Izopoli panels, installation subcontractors demanded additional compensation to start Italpannelli panel installation.

- **Corrective Action:**

a. Continue search for and training more expensive Israeli labor with adequate skills.

b. Pay the going rate to secure experienced TCN labor.



**EXHIBIT 19**

c. Subcontract for additional costs to work with Israeli labor.

d. JV submitted certified claim 30 July 2004 for 55-day compensable time extension (increased to 103 days in complaint), additional costs for available labor, additional costs for inefficiency of less skilled workers and additional costs to subcontract work with traditional foreign labor content.

e. Costs expended to date are causing extreme financial hardship to the JV.

f. USACE have demanded CCPD so as not to delay a Contracting Officer's Decision. JV has stated CCPD is not required.

g. At USACE / JV / IDF Meeting of 22 October 04 USACE stated a date for Contracting Officer's Decision would be given on 25 October 04. In USACE 23 November 04 letter, this date of May 2005 was finally received for COD 10 months after certification.

h. As the USACE has failed to comply with the Contracts Disputes Act requirements for Contracting Officer's Decision, the JV has deemed this claim denied and filed 14 January 2005 complaint in the U. S. Court of Federal Claims.

4. **Insulated Panels**

After the JV identified the defective and failed paint system on Izopoli insulated panels, panel installation was suspended 09 December 2003 and Izopoli negotiations failed to achieve an equitable arrangement for panel replacement. Izopoli's subcontract has been terminated.

- **Corrective Action:**

a. After COE gave written notice (09 Dec 03) that the COE would review an alternate to the specification for the unique panel paint system, this was rescinded (25 March 04).

b. To stop the continued project delay for which the USACE continued retention, the JV, submitted and the USACE approved (30 April 04) the Italpannelli / La Magona 20/20/20 paint system, which exceeds the paint thicknesses specified. JV submitted certified claim 03 August 2004 for 129-day compensable time extension and additional costs to procure panels with paint system exceeding specifications.

c. A panel supply agreement was signed with Italpannelli and fabrication commenced in June 04 for replacement panels.

d. Costs expended to date and forecasted future costs to replace panels are causing extreme financial hardship to the JV.

e. Projected future costs without USACE claim settlements will require additional large amounts of funding to keep the project solvent.

f. JV expedited panel delivery and installation to recover some of the nearly 8 months delay (09 December 03 – 31 July 04) to the

A.A.B JOINT VENTURE
ABB SUSA\ A. ARENSON\ BARAN GROUP

א. א. ב. - ליגם משותף
אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

16 March 2003

Ref. USACE/03-0270

FAX TO: Arenson
ATTN: A. Arenson, A. Glick
FAX: Baran
ATTN: Yom-Tov Samia, I. Friedman
Ram Nahum, S. Vaxman
FAX: ABB SUSA
ATTN: P. Salvato, E. Poponski, R. Delim
FAX: BARATZ
ATTN: YAEL BARATZ

**DISTRIBUTION**

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | |
| CH DESIGN ENG | | |
| SITE MGR | | ✓ |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | | |
| SAFETY MGR | | |
| SCHEDULER | | ✓ |
| | | |
| STANLEY | | |
| ARENSON | | ✓ |
| BARAN | | ✓ |
| ABB.N.J. OFFICE | | ✓ |
| Yael Baratz | | ✓ |
| | | |
| | | |
| SUBJECT FILE | 1.01 | |

15.10.06

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043

NACHSHONIM STORAGE BASE

**SUBJECT: TCN Labor Delays – Request for Time Extension and Equitable Adjustment**

Dear Sir,

In reference to USACE/02-0214 dated 27 October, 2002 Subject: TCN Labor Delays, and the critical path analysis for project delays due to lack of ability to import TCN labor attached thereto, the AAB JV offers the following.

The referenced critical path analysis justifies a project delay of 29 days due to the shortage of TCN labor for the months of May 02 through August 2002. In reference to USACE/02-0125 dated 01 May 2002, and in accordance with Contract Clauses, Section 00700-33, FAR 52.243-4, Changes, Contractor requests consideration for (1) a time extension of 29 days to the project schedule and (2) an equitable adjustment for additional costs incurred due to the obstacles imposed by the Israeli government on the import and employment of TCN labor.

The AAB JV continues to track and document the cost impact as follows:

1. Additional indirect costs resulting from extension of the duration of the project sustained by Contractor and its subcontractors
2. Additional costs for the Contractor and subcontractors to substitute Israeli labor, to the extent available, for TCN labor
3. Additional costs for retaining the services of past and presently employed TCN labor
4. Additional costs for legal efforts to mitigate the problem, according to Contract section 00700, 252.222-7002 (c) COMPLIANCE WITH LOCAL LABOR LAWS (OVERSEAS) (JUN 1997)
5. Other additional costs as elaborated in Contractors 05 March 2003 presentation to the USACE and potential costs, yet unknown.

As stated in COE-02-019 dated 06 June 2002, should the USACE "not consider this to be a matter for which an equitable adjustment is appropriate under the changes clause", the AAB JV requests a time extension for an excusable delay as per Contract Section 00700, 52.249-

EXHIBIT 20

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

10 DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984), while reserving its right to compensable costs under the Change provision.

Project schedule impact, if any, as from September 2002 and a breakdown of compensable costs incurred as from May 2002 shall be submitted in due course.

Sincerely,

S. Denison Keeney

Project Director

ABB SUSA\ A. ARENSON\ BARAN GROUP אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD פרוייקט בסיס אחסון נחשונים, אלעד

08 June 2003

Ref. USACE/03-0315

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043

NACHSHONIM STORAGE BASE

**SUBJECT: Schedule versus Scenarios of Labor Availability**

Dear Sir,

Per discussion in COE/IDF/JV Meeting of 29 May 03, attached please find a schedule analysis assuming 3 scenarios of labor availability, as follows:

| No. Concrete Workers | Concrete Completion | Project Completion | Remarks |
|---|---|---|---|
| 150 – 200 | July 2004 | March 2005 | DSBs to be delayed |
| 200 – 250 | April 2004 | January 2005 | DSBs partially delayed |
| 300 - 350 | February 2004 | November 2004 | |

Due to recent purging of the JV concrete workforce by the immigration police, many workers without valid visas were removed from the site and the attached schedule analysis immediately became more of a reality.

The JV has related actions being taken to alleviate this continuing and accelerating labor shortage problem. Again, we request the USACE, MOD and/or IDF to assist the JV in our constant attempts to provide an adequate number of experienced workers to complete this project on schedule or at least in a reasonable timeframe.

We remain at your disposal to discuss this Schedule analysis.

Sincerely,

S. Denison Keeney

Project Director

**EXHIBIT 21**

**DISTRIBUTION**

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | |
| CH DESIGN ENG | | ✓ |
| SITE MGR | | ✓ |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | | |
| SAFETY MGR | | ✓ |
| SCHEDULER | | ✓ |
| | | |
| STANLEY | | |
| ARENSON | | ✓ |
| BARAN | | ✓ |
| ABB.N.J. OFFICE | | ✓ |
| | | |
| | | |
| | 15/9 06 | |
| SUBJECT FILE | 601 | |

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקס: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

# NACHSHONIM LOGISTICS & STORAGE BASE
# PROJECT COMPLETION

**Project Status**

The project is in its most critical stage. As of April 2003 update, the project is only 33.30% complete and consuming 57.50% of the contract duration. The slow progress is the effect of the following constraints:

1. Intermittent weather condition. The USACE have granted a total of 97 days time extension and 14 days (Mar-Apr 2003) under review
2. Government strike – 2 days extension granted and 9 days under review
3. Change in spatial frame subcontractor from USKON to MERO (2 months delay)
4. Conventional steel structure delay due to galvanization quality problem (1 month delay)
5. Mid-May 2003, immigration raids reduced workforce causing 1 week delay through 23 May 03
6. Inability to import TCN labors (approximately 2 months to date)

Out of the above major concerns, the TCN labor is the most critical and a continuing factor that has a direct impact on the project completion. As of this report (23 May), the project is having difficulty in replacing concrete workers lost to immigration authorities, as visas had expired. JV is trying to replace the lost TCNs with Israeli Arabs, which are 50% more costly and 50% less productive. Additionally, if we hire 50, after a week of training / testing / performance, we end up retaining only 10~15 workers

From May 2002 until April 2003 the average increase in concrete manpower is about 19 workers per month. With the magnitude of concrete work, this rate of increase is not adequate to reach our theoretical maximum number of 350 workers by 01 June 2003.

The following report is directed only to concrete workforce. The steel structures and insulated panels are also in critical status and continuing constraints on TCN labor requirements will have a direct impact on the schedule to complete. Moreover, although landscaping (stone work, rockeries, etc.) is not yet on the critical path, the slow progress due to lack of experienced manpower may push these activities to be critical. It should be noted that these activities are in some cases predecessors to the laying of electrical low voltage and communication conduits.

**Concrete Works**

As of May 23, 2003, concrete works achieved a cumulative progress of **59,334m³** out of a total **124,572m³**, which is about **47.63%** complete.

Based on the concrete past history, the average production can be calculated as 1.3m³/man-days. Production lost an average of 38% under summer production during wintertime. See attachment 1 and 2

The concrete is now again one of the major critical activities due to manpower crisis. Out of the 310 manpower required for this month, there is only an average of 179 concrete workers from May 01-23 and only 130 workers on site presently. From February 2003, concrete production should start to peak as planned. However, targets for the last three months were never attained. See table below.

| Description | | 2003 | | | |
|---|---|---|---|---|---|
| | | Feb | Mar | Apr | May (*) |
| Concrete | Plan | 7,665 | 8,768 | 8,494 | 8,433 |
| | Actual | 4,309 | 6,380 | 4,952 | 3,625 |
| | Variance | (3,356) | (2,388) | (3,542) | (4,808) |
| Manpower | Plan | 232 | 232 | 240 | 310 |
| | Actual | 189 | 189 | 258 | 179 |
| | Variance | (43) | (43) | 18 | (131) |

* As of 23 May 2003

**What If?**

Due to the unavailability of TCN workforce, the project must work according to priority, as opposed to maximizing volume of works. The list below is the priority works

1. Completion of 67TR25, 56TR25, 45TR25, 10/09 and 10/11. These buildings are requirement for the HV cable laying
2. Conventional steel structure DSB in segments 34 and 23
3. Completion of entrance beam and stairwell wall for spatial steel structure DSB in segments 67, 56 and 45

Analysis is also made for possibilities such as;

1. What if we can only attain 150~200 workers
2. What if we can only attain 200~250 workers
3. What if we can attain required 350 workers

**What if we can only attain 150~200 workers**

Reference – Attachment No. 3

This scenario of having manpower less than 200 will bring the completion of the project to March 2005 and will have the following features:

1. Concrete works for DSB building will be completed in July 2004
2. Auxiliary buildings will be working only for priority buildings such as M and TR buildings in all segments before working for R, Vehicle Parking Shed and then the Armory buildings
3. Concrete crew for segment 10, 89 and 78 will not be increased. Buildings will be completed in December 2003
4. Manpower on Logistics complex will be increase gradually and will delay its completion until May 2004
5. An average of 5,000m³ concrete should be achieved per month

**What if we can only attain 200~250 manpower**

Reference – Attachment No. 4

This scenario of having manpower less than 250 will bring the completion of the project to January 2005 and will have the following features:

1. Concrete works for DSB building will be completed in April 2004
2. Auxiliary buildings will be working only for priority buildings such as M and TR buildings in all segments before working for R, Vehicle Parking Shed and then the Armory buildings
3. Concrete crew for segment 10, 89 and 78 will not be increased. Buildings will be completed in December 2003
4. Manpower on Logistics complex will be increase gradually and will delay its completion until May 2004
5. An average of 6,000m³ concrete should be achieved per month

**What if we can only attain less than 300~350 manpower**
Reference – Attachment No. 5
This scenario of having manpower of 300~350 will bring the completion of the project to November 2004 and will have the following features:

1. Concrete works for DSB building will be completed in February 2004
2. Auxiliary buildings will be working only for priority buildings such as M and TR buildings and two R buildings a month before working Vehicle Parking Shed and then the Armory buildings
3. Concrete crew for segment 10, 89 and 78 will not be increased. Buildings will be completed in December 2003
4. Manpower on Logistics complex will be increase gradually and will delay its completion until February 2004
5. An average of 7,500~8,000$m^3$ concrete should be achieved per month

**Summary of the three scenarios;**

| Description | Concrete Completion | Project Completion | Remarks |
|---|---|---|---|
| 150~200 Workers | Jul – 04 | Mar – 05 | DSB to be delayed |
| 200~250 Workers | Apr – 04 | Jan – 05 | DSB partially delayed |
| 300~350 Workers | Feb – 04 | Nov – 04 | |

**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP
NACHSHONIM STORAGE BASE, ELAD

א. א. ב. - יזם משותף
אבב – סוסה/ א. ארנסון/ קבוצת ברן
פרוייקט בסיס אחסון נחשונים, אלעד

28 July 2003

15.10.06
9.06

To: A. Arenson Co.
Attention: Shilo Vardizer

RE: DACA90-01-C-0043 - NACHSHONIM STORAGE BASE

**SUBJECT: Project Schedule**

Per your request, please find below description of the present updated project schedule at Nachshonim.

**Nachshonim Project Status**

The project had been progressing gradually for the past few months. The reason for this gradual progress is due to the main scheduling constraint, which is the inability to import Third Country National (TCN) labor. There have been a number of immigration police raids that caused the JV to hire inexperienced Israeli Arab and Druses and rework the project labor workforce more than once. This continual training and sorting labor for experienced teams has a negative affect on quality and slows the production.

The USACE have already granted a total of 113 days non-compensable time extension, broken down as follows:

1. 111 days due to intermittent weather condition
2. 2 days for the government strikes

As of this writing the project completion date is 9 October 2004, from the original 18 June 2004. However, based on the history of the weather condition for the past 2 years, it is expected that another 50 - 60 days will be granted to the project for the next winter.

It is the objective of the AAB Joint Venture to complete the project on time, as extended by the USACE. Actions and plans have been prepared to mitigate incurred delays and to minimized future delays. Some of these actions are as follows:

1. Utilize additional subcontractors and compete them for production versus award of more of the work in a particular activity.
2. Recent legal suits to attain the ability to import foreign workers have been put on hold, as there has been a ruling to allow contractors to hire foreign workers already in Israel for less than 54 months.
3. Continue to request and propose change orders for less labor-intensive alternates for certain works

The JV can document approximately 2 months additional delay in the project critical path due to the inability to import foreign workers. The USACE has stated that they are somewhat receptive to a justification for non-compensable time extension, but will defend against a claim for compensable time extension. Therefore, there is an exposure to extended site overhead costs, but the exposure to liquidated damages for late completion are fairly small at this time.

Sincerely,

S. Denison Keeney, Project Director

משרד האתר: ת״ד 37, ראש העין, טל: 03-933-1473 פקס׳: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366

**EXHIBIT**
**22**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV
**05 SEPTEMBER 2002**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | imminent Annual Safety & Quality review. | |
| | | |
| 4 | **ADMINISTRATION** | |
| 4.1 | **TCN Labor:** Formalities to register ABB SUSA as a foreign contractor ongoing simultaneously with request for exemption to register.<br>Lack of TCN labor affecting JV morale with increase in work activities and increased scrutiny on safety, quality and environmental concerns.<br>JV now receiving subcontractors' claims due to shortage of TCN labor. | **AAB** |
| | | |
| 5. | **SCHEDULES** | |
| 5.1 | Conrado is back from vacation and to concentrate on RMS programming as soon as August Pay Estimate is submitted. | **AAB** |
| | | |
| 6 | **DESIGN** | |
| 6.1 | **Submittals:** 100% Segment #4 Back Check almost completed. Meeting next Monday to discuss final LV comments.<br>Meeting on perimeter security to be scheduled.<br>Submittal for construction to be completed within 2 weeks. | **AAB/COE**<br><br>**AAB** |
| 6.2 | **Battery Chargers:** Met with Motorola and agreed on configuration. To present configuration before demonstration. Finalizing to present in about 2 weeks. | **AAB** |
| 6.3 | **Dehumidifiers:** Completed testing of first unit. Report (CD) to be submitted to COE today.<br>Designer (Gilboa) to review and sign off on first test results next week.<br>Second unit to be tested following review of first unit test results. | **AAB** |
| 6.4 | **Vapor Barrier:** JV submitted DC RFI on form 4025. | **AAB** |
| | | |
| 7 | **SECURITY** | |

**EXHIBIT**
**23**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV
**19 SEPTEMBER 2002**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | Spatial frame markings are in place on elements and submitted in erection plans.<br>2 blasts scheduled for today in Seg. 23 and 11<br>Cut slope on Road 16 has some silt pockets. Will leave as is and see what rain does to it.<br>COE noted no way to check grade on 10/10. Need string lines.<br>QC to be last to sign concrete pour card.<br>Need to agree on patch work to form ties. | |
| | | |
| **4** | **ADMINISTRATION** | |
| **4.1** | **TCN Labor:** Formalities to register ABB SUSA as a foreign contractor ongoing simultaneously with request for exemption to register at Companies Registrar. Recent National Holidays delaying progress. Expect to finalize in about 10 days.<br>Lack of TCN labor affecting job progress. Another complaint received from Subcontractor on lack of TCN labor to start Rockeries and stone walls activity. | **AAB** |
| | | |
| **5.** | **SCHEDULES** | |
| **5.1** | Latest Master Schedule update shows 22 days negative float.<br>COE expressed doubts over present negative float being inadequate and called for a realistic review of all activities for the next update. | **AAB** |
| | | |
| **6** | **DESIGN** | |
| **6.1** | **Submittals:** 100% Segment #4 Back Check almost completed. Meeting today to resolve final comments and submit on Monday 23 September.<br>Meeting on perimeter security to be scheduled.<br>Submittal of construction Drawings to be completed within 2 weeks. | **`AAB/COE**<br><br>**AAB** |
| **6.2** | **Battery Chargers:** Met with Motorola and agreed on configuration.<br>To present configuration before demonstration. Finalizing to present by mid-October. | **AAB** |
| **6.3** | **Dehumidifiers:** Completed testing of first unit. Report (CD) submitted. | **AAB** |

**EXHIBIT 24**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV
**31 OCTOBER 2002**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | Increased labor on entrance beams and stairs.<br>First test on stabilized cemented fill being made today with 3 more to follow. To start backfill in Seg. 56 next week. Prep meeting scheduled for Monday 04 November at 10.30.<br>DSB door submittal coming shortly.<br>**Office & Public Buildings:** Completed piling for 6 + buildings. 10/2 & 10/4 floors poured. 10/5 pile caps poured. 10/10 basement completed.<br>COE commented on much better coordination in 10/4 floor casting, following last week's meeting on concrete placement.<br>**Precast walls:** Forms and beams to be cast in ceiling ready at Plant. Steel Drawings to be completed this week and submitted. | |
| **2.3** | **Pile Tests:** Drilling ongoing, to complete 10 piles by next Monday. Cages and jacks delivered to job site. | **AAB** |
| **3** | **<u>QUALITY CONTROL</u>** | |
| **3.1** | **Spatial Frame:** During assembly of pilot frame, 19 nodes found cracking at threads. New nodes ordered and expected on site 05 November. | **AAB** |
| **3.2** | **Panels:** Submittal under review, response expected next week. | **COE** |
| **3.3** | **Segment 10 Buildings:** COE requested an embedment plan for Seg.10 buildings. JV to give Designers embed locations to receive coordinates. | **AAB** |
| **3.4** | **Comments/Action on other QC issues:**<br>• COE requested back check on certificates and stamp on submittals. All certificates from Designers are now up to date.<br>• Prep meeting held on electrical & systems rough-ins. JV provided additional guidance to OEK for electrical installations and pipe.<br>• QC reporting on RMS crashed several times. To send database to L.A. for debugging.<br>Deficiencies: 131 items have been closed, 19 remain open. Meeting to be held monthly. | |
| 4 | **<u>ADMINISTRATION</u>** | |
| **4.1** | **TCN Labor:** 135 labor now on site for AAB with 4 more expected today.<br>Analysis of Critical Path days lost due to labor shortage showing 29 days delay through September 2002 submitted to COE.<br>Meeting with COE in Wiesbaden to discuss labor issues being rescheduled for early December. | **AAB** |

**EXHIBIT 25**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**20 FEBRUARY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | **COE announcement:** The absence of Ron McPeters, Major Einat Rosen and Rami Kerekesh from the meeting is due to their conducting training for MOD Personnel to replace COE Personnel, should they have to evacuate. | |
| 1 | **SAFETY** | |
| 1.1 | 2 lost time accidents recorded in 611 days. | **AAB** |
| 1.2 | 58 new employees trained, 863 trained to date. | **AAB** |
| 1.3 | Coordination between subcontractors working inside buildings is required for safe movement of material, scaffolding, equipment, tools, temporary lighting, etc. | **AAB** |
| 1.4 | Scaffolding: Safety Training resulted in much improved performance by both JV and Subcontractors personnel.<br>Safety requested checklist for compliance to Red Book Requirements. If such checklist does not exist, Safety to develop one. | **AAB** |
| 1.5 | Temporary Lighting: Handling of electrical cables remains a problem. JV to meet with Helmut Walter to discuss and implement acceptable method. | **AAB** |
| 1.6 | Foremen meeting: Next meeting scheduled for 24 February at 11.00. Agenda being developed. | **AAB** |
| 1.7 | Attempts to connect Safety Computer to the network for RMS reporting on safety issues have failed so far. Technician installing larger cable today. | |
| 1.8 | JV handed out new safety rules for visitors. | **AAB** |
| 1.9 | New Subcontractors: Essential for all new subcontractors coming on site to meet with Safety for proper adherence to safety rules. | **AAB** |
| | | |
| 2 | **CONSTRUCTION** | |
| 2.1 | **Earthworks:** Heavy rains continue to cause delay in most activities. Rains are directly affecting work on critical path, subgrade replacement for conventional steel structures.<br>Shortage of labor for "stoneworks" poses serious problem. Such work is usually done with Palestinians and Arabs. Foreign Labor urgently needed for retaining walls, curb, stones, small rockeries, etc. | **AAB** |
| | **Rolider: Weather permitting, work to resume in the following Segments and Roads:** | |

EXHIBIT 26

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**20 FEBRUARY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | Segment 56: Excavating for retaining walls, access culverts along Road 6. Final shaping of development around pilot building 56A8 and completing rockery. | |
| | Segment 34: Final shaping of roads and development areas. Replacement of clay material on building subgrades. Subgrade replacement plan submitted to COE. | |
| | Segment 23: Two blastings last week, only two more to complete within 2 weeks. Excavation 85% complete. 6 of 16 building lots completed and ready for piling. Remaining 10 lots will be completed by month-end, weather permitting. | |
| | Segment 12: Fill almost completed-final shaping in progress. Same for Roads 2, 12, 13 & 14. | |
| | Storm Drainage: Access culvert along Roads 4, 3 and 11 completed, 6 of 8 completed along Road 5. | |
| | Sewage Works: Seg. 56, 45, 34: Pipe laying and manholes completed, backfill 95% complete in Seg. 56 and Seg. 45, 90% in Seg. 34. Seg. 23 excavation in progress and material is on site. | |
| | Preparation of materials: 2 Crushers and 1 Vibrating Screen on site. | |
| | **Barashi: Weather permitting, work to resume in the following Segments and Roads.** | |
| | Segment 91: Earthworks almost completed. Building Lots: 2 lots pile drilled, 10 lots ready for drilling, additional 5 lots to be completed within 2 weeks. Lots 19B and 20B to be completed after blasting on Road 9. | |
| | Segment 11: Drilling & blasting completed, Excavation 90% complete. Building lots: 8 lots ready for drilling, 7 lots to be completed by end of February. | |
| | Segment 78 and 89: Fill completed. | |
| | Roads: Road 17 excavation is complete. Replacement of subgrade clay material in progress. Fill is 90% complete. Road 8 corner with road 12 blasted and excavation is in progress.<br>Road 7 final earthworks in progress. Road 9 drilling in progress. | |
| | Storm Drainage: Access culverts along Road 6 are complete. Construction of culverts along Road 1 is complete. | |
| | Sewage: Sewage line along Road 7 is 80% complete. Sewage line in Seg. 91 in progress. | |

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**20 FEBRUARY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | Retaining walls: Cast two sections in Seg. 67. | |
| | Preparation of materials: 2 Crushers and 1 Vibrating Screen on site. | |
| 2.2 | **External Utilities:** Work ongoing, Bezeq excavating manholes and trenches. Heavy rains delaying progress. | **AAB** |
| 2.3 | **Structures:** | **AAB** |
| | **Piling:** Rains affecting drilling for most of last 2 weeks. | |
| | **DSB:** Working DSB Types E, H in Seg. 45, 56 and 67 and L & G in Seg. 34. Rain affecting waterproofing (water from slab bulging external membrane). JV stated this activity has been stopped until weather improves. Need for mechanical locks on DSB doors, for security reasons, discussed. COE expressed reluctance to allow temporary locks of any kind. JV and COE to work jointly in seeking solution to the problem. | **AAB / COE** |
| | **Office & Public Buildings**: Work continuing. Precast elements for 10 Feb. on site Sunday 23 February. To start bushhammering 10 Feb. on Sunday. | |
| | **Auxiliary Buildings:** Started on M and R buildings in Seg. 67. Started Logistics Bldg. pile caps. Continuing $56M_11$ and started $67M_11$. | |
| | **Segment 10:** Organizing submittals for finish materials and mockups. Block mockup ready for review. Met with COE/IDF. JV preparing color boards for color selection. | |
| 2.4 | **Pilot DSB Pressure Tests:** Received agreement from COE to change specified test to ASTM-779. JV to resubmit test procedure and requests Change Order to be issued. Second test now scheduled for 10 March. Meeting held to discuss panel corner solution. JV to submit 3 solutions with pros and cons. Minutes of meeting to be issued. | **AAB** |
| 2.5 | **Structural Steel:** Erected truss in $56E_54$. Continuing structural elements, except purlins, where solution on galvanization problem being worked out. This matter is urgent, as panel installation is held up. Koor starting $56E_33$ and $67E_33$ Sunday. COE has some concerns in $56E_54$. JV to check with QC and advise fix. Need for Structural Engineer to visit site to review solutions for erected trusses. | **AAB** |
| 2.6 | **DSB Slabs:** Repair method for Seg. 45 & 67 Slabs being finalized. Meeting with SIKA representative held, recommendations received and JV working on submittal. | **AAB** |

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**20 FEBRUARY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 2.7 | **Cement Stabilized Fill:** Another meeting with COE/IDF scheduled for Thursday 27 February at 11.00 to hopefully finalize the mix design issue. | **AAB/COE/ IDF** |
| 2.8 | **Retaining Walls:** JV to propose change from retaining walls with rock to concrete (form-finish) due to lack of labor. | **AAB** |
| 2.9 | **OEK Subcontract:** OEK informed the JV of decision to delete ONN from their JV and ELCO will take over lead in JV. ONN in financial dilemma.<br>EK to urgently appoint new plumbing subcontractor to keep Seg.10 going. | **AAB** |
| | | |
| **3** | **QUALITY CONTROL** | |
| | **Comments/Action on QC Issues:** Not discussed in detail due to absence of Leo Price, away on a QC inspection of MERO facilities in Wurzburg, Germany. | |
| 3.1 | NCR received today on ducting in 67 & 56 R buildings. | **AAB** |
| 3.2 | Waterproofing outside DSB at bottom of wall to be stopped until rains stop. | **AAB** |
| 3.3 | Submitted 12 core results for 56H17 floor slab. Strength of concrete is satisfactory. JV to fill core holes. | **AAB/COE** |
| 3.4 | COE requested QC testing on columns in $67E_33$ at joint between column and wall. Need to clean grout runs on concrete. | **AAB** |
| 3.5 | Truss being erected in $56E_54$. Need to find solution to method. | **AAB** |
| 3.6 | Pilot DSB has some items installed without submittals. JV to expedite. | **AAB** |
| 3.7 | Need JV high-level design supervision next week. | **AAB** |
| 3.8 | Electrical Panel Board has variations from Specs. | **AAB** |
| 3.9 | Ringel to adjust doors and address punchlist next week. | **AAB** |
| 3.10 | JV to core 10/6 roof per COE request. | **AAB** |
| 3.11 | COE, under duress, inputted Submittal Schedule into RMS. JV must load by next Pay Estimate. JV confirmed this would be done. | **AAB** |
| | | |
| | | |

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**10 APRIL 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 4 | **ADMINISTRATION** | |
| 4.1 | **Block Visa:** After final request for visa issue, legal action by JV to be initiated against MOL and MOI over refusal to allocate block visa to ABB SUSA, as authorized by the Contractors' Registrar in December 2002 and recommended by the judge in Arenson's previous suit against the ministries. In process of additional request to new ministry administrations.<br>Strike action at all levels of Government delaying progress on this issue. | **AAB** |
| 4.2 | **TCN Personnel**: 4 of 5 Foremen detained by Immigration Authority this past week, including the best concrete finisher. JV employing Israeli Arabs with high turnover and much less production and quality.<br>Continued shortage of TCN Labor severely impacting job progress. | **AAB** |
| 4.3 | **Waiver on U.S. Flag Vessels Requirement**: Detailed separate Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey submitted 09 April. | **AAB/COE** |
| | | |
| 5. | **SCHEDULES** | |
| 5.1 | Not discussed. | |
| | | |
| 6 | **DESIGN** | |
| 6.1 | **Change Orders for 10/8, 10/11:** Held meeting with IDF 02 April on Electrical & HVAC. Minutes submitted on finalized issues. Some clarifications on HVAC under discussion.<br>JV to provide pricing for design and structural work (P00017 & P00018). | **AAB/COE/ IDF** |
| 6.2 | **Battery Chargers:** JV to submit revision to Technical Specs next week. | **AAB** |
| 6.3 | **Kitchen:**<br>• Cold Rooms: JV submitting shop drawings today.<br>• Kitchen Equipment: Corrections to technical details submitted and received comments from COE/IDF. JV to respond within a few days. | **AAB/COE/ IDF** |
| 6.4 | **As Built Drawings:** Received survey of installed drainage and sewage lines. APPLIMAP proceeding with conversion to GIS. JV arranged meeting with APPLIMAP/IDF and must always advise IDF of resolutions. Expect to finish all files by end of May. | **AAB** |

**EXHIBIT 27**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**24 APRIL 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 3.6 | New Electrical Panel Board submittal to go out next week. | AAB |
| 3.7 | TR Building 10/9: Demolished lean concrete and will try to excavate beneath the floor to insert HDEP conduit. 56: demolished lean concrete and to insert HDEP conduit. 67: Wait to see fix success to other 2 buildings. | AAB |
| 3.8 | Rock wall foundations started. JV to prepare a 2-meter mockup for prep meeting. | AAB |
| 3.9 | Good effort on general clean up of Segment 10-Logistics Buildings area. | AAB |
| 3.10 | QC Earthworks Engineer, Amir Bendory, being replaced by Arik Broitman, effective 01 May 03. | AAB |
| | | |
| 4 | **ADMINISTRATION** | |
| 4.1 | **Block Visa:** After final request to ministries, after last elections, for visa issue, legal action by JV to be initiated against MOL and MOI over refusal to allocate block visa to ABB SUSA, as authorized by the Contractors' Registrar in December 2002 and recommended by the judge in Arenson's previous suit against the ministries. In process of additional request to new ministry administrations.<br>No change. | AAB |
| 4.2 | **TCN Personnel:** Continued shortage of TCN Labor severely impacting job progress. 20 new hires this week, including 8 Israeli Arabs. Experiencing high turnover and less production with Israeli Arabs. | AAB |
| 4.3 | **Waiver on U.S. Flag Vessels Requirement:** Detailed separate Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey submitted 09 April. Awaiting outcome. | COE |
| | | |
| 5. | **SCHEDULES** | |
| 5.1 | Not discussed. | |
| | | |
| 6 | **DESIGN** | |
| 6.1 | **Change Orders for 10/8, 10/11:** Held meeting with IDF 02 April on Electrical & HVAC. Minutes submitted on finalized issues. Some clarifications on HVAC under discussion.<br>JV to provide pricing for design and structural work (P00017 & P00018). | AAB/COE/ IDF |

**EXHIBIT 28**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**22 MAY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 3.2 | **Concrete Finishing Screed:** Replacement parts for Stronger Screed received and installed. In contact with supplier over problem with leveling mechanism. | **AAB** |
| 3.3 | **Building 10/10 Conduit Lines:** Red/Black conduit lines not embedded. RFI submitted following meeting held to agree on solution. Awaiting answer to RFI. | **AAB** |
| 3.4 | **Pilot DSB submittals:** Only exit light submittal outstanding and EK redoing submittal. Submitting RFI on Exit Sign legend. | **AAB** |
| 3.5 | **New Electrical Panel Board:** Submittal sent back to EK for corrections. | **AAB** |
| 3.6 | **Finished Floors covering:** JV provided a sample of the protective material for COE review | **AABCOE** |
| | | |
| 4 | **ADMINISTRATION** | |
| 4.1 | **Block Visa:** After final request to ministries, after last elections, for TCN visa issue, legal action by JV to be initiated against MOL and MOI over refusal to allocate block visa to ABB SUSA, as authorized by the Contractors' Registrar in December 2002 and recommended by the judge in Arenson's previous suit against the ministries.<br><br>No change. | **AAB** |
| 4.2 | **TCN Personnel:** Shortage of TCN Labor has reached catastrophic proportions. The Immigration Police raided several buses carrying TCN concrete workers to work on Sunday 18 May and took 178 of them away to various locations for questioning. Only 11 returned to work that day. On Monday 19 May, 139 showed up. As of today, 22 May, the project is 101 men short of the total work force of 240 on the payroll the previous week. Concrete work force schedule to peak at 350 on 01 June 03. | **AAB** |
| 4.3 | **Waiver on U.S. Flag Vessels Requirement:** Awaiting USG review of detailed Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey, submitted 09 April 03. | **COE** |
| 4.4 | **JV Architects:**<br><br>Visits of JV Architects reported in Daily Reports. Regular visits to continue in the future for long-term coordination with construction. | **AAB** |
| | | |

**EXHIBIT**
**29**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**26 JUNE 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | | |
| 4 | **ADMINISTRATION** | |
| 4.1 | **Block Visa:** JV initiated legal proceedings on 24 June 2003 against GOI ministries over their refusal to allocate Block Visa specific to Nachshonim Project. | **AAB** |
| 4.2 | **TCN/Israeli/Arabs Personnel**: Turnover of personnel remains extremely high and concrete workforce of 200 at 26 June is still 150 short of total requirement of 350.<br>Concrete workforce at beginning of June stood at 132 and out of 148 new hires during the month, 80 left within a few days, mostly due to time for commute (Israeli Arabs live in the north) and inexperience.<br>Shortage of labor remains critical to all phases of the work. | **AAB** |
| 4.3 | **Waiver. on U.S. Flag Vessels Requirement:** Awaiting USG review of detailed Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey, submitted 09 April 03.<br>No response received on original request, dated 14 January 2003, for waiver on shipments of spatial frame from Germany. | **COE** |
| | | |
| 5. | **SCHEDULES** | |
| 5.1 | Not discussed | **AAB** |
| | | |
| | **DESIGN** | |
| 6.1 | **Change Orders for 10/8, 10/11:** Corrected Design package submitted. Received all additional comments from IDF. JV to submit corrected files.<br>JV to submit revised pricing on 27 June. | **AAB** |
| 6.2 | **Battery Chargers:** JV submitted revisions, including harness, per COE requirements. COE to issue Change Order to change Contract source for supply.<br>JV to manufacture prototype after agreement on technical specs. | **AAB/COE** |
| 6.3 | **Perimeter Security System:** Meeting with Leshem held and minutes submitted. Comments sent to designers for corrections. | **COE/IDF/AAB** |
| 6.4 | **T-1 & T-7 Proposals:** JV to finalize on priority basis. | **AAB** |

**EXHIBIT**
**30**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**03 JULY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| **4** | **ADMINISTRATION** | |
| **4.1** | **Block Visa:** JV to respond to COE letter with definitive data to support the fact that no block visas have been received for Nachshonim project.<br>COE inquired as to the number of TCN's assigned to other ARENSON projects. JV responded as follows: Out of 546 positions allocated to ARENSON, 168 went home, 346 are runaways, leaving 32 with valid visas on all ARENSON's projects. | **AAB** |
| **4.2** | **TCN/Israeli/Arabs Personnel**: The month of June shows an average of 180 workers on site against 350 required.<br>Shortage of labor remains critical to all phases of the work. | **AAB** |
| **4.3** | **Waiver on U.S. Flag Vessels Requirement**: Awaiting USG review of detailed Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey, submitted 09 April 03.<br>No response received on original request, dated 14 January 2003, for waiver on shipments of spatial frame from Germany. | **COE** |
| | | |
| **5.** | **SCHEDULES** | |
| **5.1** | May 31 Master Schedule update discussed. COE contends that the present forecast of 48 days behind schedule, using the most optimistic labor scenario, is not realistic and JV should revise the completion date accordingly. JV stated that 30 June update indicated 68 days negative float for completion 16 December 2004. | **AAB** |
| | | |
| | **DESIGN** | |
| **6.1** | **Change Orders for 10/8, 10/11:** Received all additional comments from IDF. JV to submit corrected files on final comments from IDF next week. | **AAB** |
| **6.2** | **Battery Chargers:** JV submitted revisions, including harness, per COE requirements. COE to issue Change Order to change Contract source for supply.<br>JV to finalize revisions per comments to specifications. | **AAB** |
| **6.3** | **Perimeter Security System:** Comments sent to designers for corrections. Working on corrections. | **COE/IDF/AAB** |
| **6.4** | **Modifications Proposals:** JV to finalize on priority basis. | **AAB** |
| | | |

**EXHIBIT 31**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**28 AUGUST 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | COE was very displeased over the unsupervised unloading of the antenna at the site during the evening of 27 August. JV explained it had been clearly agreed during the prep meeting that unloading would only take place during daytime hours, with QC personnel present. JV to contact Motorola to remove and repair any components damaged during the offloading. | AAB |
| | 2. Patching of DSB column wall interface ongoing. | |
| | 3. JV to address external waterproofing of buildings before wall plaster takes place. | |
| | 4. JV requested update of COE Non-Compliance Report | |
| | 5. Deficiency Tracking Log/Punch List discussed. COE opened the subject by stating that the QC function is the most critical on the project.<br>COE repeated comments made in the past to the effect that QC is not maintaining a Deficiency Tracking Log as required.<br>JV stated that a Deficiencies tracking is maintained in 2 ways:<br>• Deficiencies are reported in the RMS QC Punch List<br>• Deficiencies are reported in the Narrative Section of the Daily Report, noted and tracked.<br>COE noted the JV comments but reiterated that QC remains unwilling to provide the data in the required format. | |
| | | |
| 4 | **ADMINISTRATION** | |
| 4.1 | **Work Force:** Very high turnover continues to affect progress. JV had 260 workers on payroll at 31 July, 147 new workers were hired in August and 249 were at work on 27 August, still 101 short of requirements. Note: These are labor requirements before consideration of pending recovery schedule. | AAB |
| 4.2 | **Documentation for shipments of materials on non-U.S. Flag Vessels:**<br>Documents covering the 4th shipment of spatial frames from Germany forwarded 26 August to COE with copy to the Office of Cargo Preference, Maritime Administration, Washington DC. | AAB |
| | | |
| 5 | **SCHEDULES** | |
| 5.1 | JV finalizing concrete/steel/panel detailed schedule to recover 3 months on present schedule. Additional sets of forms received 28 August to accelerate concrete work. | AAB |

**EXHIBIT 32**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**23 OCTOBER 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 2.6 | **Panels:** Work ongoing in 28 buildings- Gal Asbest 17, Koor 8 and 3 self-perform. External flashing placed on 4 buildings in preparation for sealing test.<br>7 buildings covered without sealing. Working slowly with bandages and sealing on 67A18 to establish best installation procedure.<br>Koor started with flashing today.<br>Third panel shipment (93,000m$^2$), including replacement panels for 56E$_3$3, arriving Ashdod Port night of 24 October. | **AAB** |
| 2.7 | **Conventional Steel:** 9 buildings complete, 5 in progress. | **AAB** |
| | | |
| 3 | **QUALITY CONTROL** | |
| 3.1 | 1. Antenna construction: QC to inspect at factory 27 October and if found satisfactory, transport to site 28 October. | **AAB** |
| | 2. Damage to column in 56A18 (NW corner) inspected by Hemley 22 October. Awaiting report on repair solution. | **AAB** |
| | 3. Gypsum board contractor, KARIV, working in 10/2. Initial meeting to be scheduled after ½ room ceiling is complete. | **AAB** |
| | 4. More panels with paint coming off with polyfilm set aside. IZOPOLI working on solution. JV sent samples for testing at Technion and carried samples to IZOPOLI in Turkey. IZOPOLI/JV tracking panels with paint peeling, hopefully to one bad coil. Met with Dr. Eisenberg, testing expert, and Izopoli.<br>COE commented on several bolts missing purlin in roof panels. Also need bolts, if panel rib not close enough to corner. COE insist on walking roofs before safety device is removed. | **AAB** |
| | 5. First light pole foundation rejected and EK reworking forming system. | **AAB** |
| | 6. Hangers for cable trays: EK reworking the ones wrongly installed. | **AAB** |
| | 7. "Team Leader" stickers ordered to identify Leadmen on each crew. | **AAB** |
| | | |
| 4 | **ADMINISTRATION** | |
| 4.1 | **Work Force:** Averaging 350-360 workers on site.<br>Getting resolution from the ministries for "industrial" visa allotment, when the strike ends and possibly be able to import new TCN's for panel installation. | **AAB** |

**EXHIBIT 33**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**13 NOVEMBER 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| **3** | **QUALITY CONTROL** | **AAB** |
| **3.1** | 1. Initial meeting held with gypsum board contractor-KARIV. | |
| | 2. Total of 75 panels with paint peeling problem set aside. JV/IZOPOLI/U.S. Steel working on solving the issue. Met with Standard Institute of Israel Technician to discuss guidelines and recommendations. Underlying problem appears related to galvanization. Deni Keeney, Don Rickard and Ron Berman met with IZOPOLI and US Steel Reps (Slovakia) at IZOPOLI Plant in Turkey 09 November to define course of action. US Steel to review results of tests carried out in Israel.<br>Some of the wall panels replaced. To get U.S. Steel repair procedure for discussion with COE. | |
| | 3. JV wrote COE regarding determination of loss time due to wind factor affecting panel installation during the winter season. Received Change Order adding wind factor to weather delays. | |
| | 4. Fire Dampers: JV checking with life Safety Consultants | |
| | 5. Prep meeting for gabions scheduled for 18 November at 13.00.<br>Initial meeting for topsoil to be scheduled. | |
| **3.2** | COE Comments:<br>• Need to address Rip-Rap question at end of culvert.<br>• Mortar color is not per agreed sample on some rock walls.<br>• Grounding needs to be installed on completed buildings (purlin to galvanized bar in wall). JV stated EK is installing. | |
| | | |
| **4** | **ADMINISTRATION** | |
| **4.1** | **Work Force:** JV daily workforce averaging 335-340.<br>Received visa allotment from Ministry of Trade & Industry for 32 "industrial workers" for import. These slots will be submitted to MOL and MOI for TCN Panel Workers. Strike action a.k.a. "work slowdown" in Ministries delaying start of implementation of TCN imports. | **AAB** |
| **5** | **SCHEDULES** | |
| **5.1** | JV target date for revised schedule submittal to COE is end of November 2003. | **AAB** |

**EXHIBIT 34**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**18 DECEMBER 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 3.3 | **Mortar Color on Rock Walls:** Agred on color and set back of mortar. | |
| 3.4 | **COE Comments:**<br>• To meet Monday 22 December at 13.00 on utilities in 10/2 (EK).<br>• Generator approval coming today. | |
| 4 | **ADMINISTRATION** | |
| 4.1 | **Work Force:** JV daily workforce in 300-310 range.<br>Received visa allotment from Ministry of Trade & Industry for 32 "industrial workers" for import. These slots will be submitted to MOL and MOI for TCN Panel Workers as soon as strike by Government workers is settled. No sign of progress in negotiations to end the strike. No change | **AAB** |
| | | |
| 5 | **SCHEDULES** | |
| 5.1 | Schedule Revision, with target completion date at 19 May 2005 submitted to COE under review. Preparing Subcontractors Schedules.<br>COE stated the need for a sub schedule for HV installation coordination. | **AAB** |
| 6 | **DESIGN** | |
| 6.1 | Perimeter Security System:<br>JV finishing cost proposal for backup power supply. To submit Monday 22 December. | **AAB** |
| 6.2 | **RFP's:** JV working to complete all outstanding RFP's.<br>EK still to propose for 10/8. | **AAB** |
| 6.3 | **Life Safety Issue:** Informal discussions with IDF ongoing. JV consulted with independent Life Safety Consultant on this issue.<br>Received COE letter and following up to see if this covers the problem. | **COE/IDF** |
| 7 | **SECURITY** | |
| 7.1 | Not discussed. | **AAB** |
| **Additional Comments:** None | | |

**With Christmas and New Year Day falling on Thursday, the next meeting is therefore scheduled for Thursday 08 January 2004.**

**EXHIBIT 35**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**08 JANUARY 2004**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 4 | **ADMINISTRATION** | |
| 4.1 | Work Force: JV daily workforce remains in 300-310 range.<br>Strike by Government sectors settled as of 05 January.<br>JV has requested visa allotment for 2004.<br>JV submitted request for reimbursement of newly imposed "Head Tax" on foreign workers for the year 2003.<br>Advance notice, with data on anticipated assessment for the year 2004, submitted 07 January. | AAB |
| 5 | **SCHEDULES** | |
| 5.1 | Received letter from COE accepting, with comments, the Schedule Revision, with target completion date at 19 May 2005, excluding the effect of the 09 December 2003 work stoppage for insulated panel activities.<br>JV cannot assess full impact of panel issue on the Schedule until ongoing actions are concluded.<br>JV to expedite sub-schedule for HV installation. | AAB |
| 6 | **DESIGN** | |
| 6.1 | Perimeter Security System:<br>JV finishing cost proposal for backup power supply. | AAB |
| 6.2 | **RFP's:** JV working to complete all outstanding RFP's.<br>EK still to propose for 10/8. | AAB |
| 6.3 | **Life Safety Issue:** Informal discussions with IDF ongoing. JV consulted with independent Life Safety Consultant on this issue.<br>Received COE letter and following up to see if this covers the problem. | COE/IDF/JV |
| 7 | **SECURITY** | |
| 7.1 | The night Security Guards, on foot patrol, caught 1 of 3 pedestrians entering a building a got much information from perpetrator.<br>COE asked IDF to increase MAGAV patrols in this area. | IDF |
| **Additional Comments:** None | | |

**The next meeting is scheduled for 15 January, 09.00 at JV Office.**

**EXHIBIT 36**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**26 FEBRUARY 2004**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| **3** | **QUALITY CONTROL** | **AAB** |
| **3.1** | **Panels:** Testing of defective panels in abeyance. Interfacing with TNO Report.<br>Still negotiating with Izopoli for replacement of 196,000m$^2$ and supply of additional 114,000m$^2$. Commercial as well as quality issues being addressed. JV to select coil supplier with acceptable specs. | **AAB** |
| **3.2** | **RFP Light Poles Specifications:** COE want submittal of fix for light pole foundations. 11 bases need to be fixed. JV requested EK to submit technical data on splicing of anchor bolts to ensure full load transfer. Upon receipt, JV to submit to COE for approval. | **AAB** |
| **3.3** | **Logistics Building:** JV confirmed that Koor welders are now using grinders.<br>COE requested QC to spot check welders' certificates to ensure they are valid. | **AAB** |
| **3.4** | **Tank Workshop:** Floor slab cast improperly, as plans were in error. JV concrete advisor and structural designer to advise on repair method.<br>JV working on proper mix for fibrous concrete and to cast a sample section. | **AAB** |
| **4** | **ADMINISTRATION** | |
| **4.1** | Work Force: JV daily workforce averaging 300 workers.<br>JV continues to wait for 2004 visa allocation from Ministry.<br>Cash Flow: Negative Cash Flow position under review for eventual submittal seeking relief. | **AAB**<br><br>**AAB** |
| | | |
| **5** | **SCHEDULES** | |
| **5.1** | Full impact of panel issue on the Schedule to be determined as soon as JV completes negotiations and submittals required for panel replacement.<br>COE requested the next JV schedule to be "full blown" schedule revision after panel schedule known. | **AAB** |
| **6** | **DESIGN** | |
| **6.1** | **Perimeter Security System:**<br>JV finishing cost proposal for backup power supply. Issue to be discussed at a later stage. | **AAB** |
| **6.2** | **RFP's:** JV finalizing some RFP's for submittal. To resubmit proposal for 10/8 next week. Received details from Motorola. | **AAB** |
| **6.3** | **Life Safety Issue:** Informal discussions with IDF ongoing. Finalized | |

**EXHIBIT**
**37**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**04 MARCH 2004**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 2.4 | **Spatial Frame:** 70 buildings complete, 6 in progress and 3 more buildings yet to start. | AAB |
| 2.5 | **Panels:** Panel work stopped completely 09 December due to paint problems (see QC section for status). | AAB |
| 2.6 | **Conventional Steel:** 27 buildings complete, 7 in progress, 14 yet to start. | AAB |
| 2.7 | **Kitchen Equipment:** Subcontractor, NYGA, continuing to prepare shop drawings for embedded items. NYGA submittal approved by JV Designers and will submit to COE. | AAB |
| 2.8 | **Perimeter Fencing:** Erection completed from Road 3 to Road 6 from Road 24, to between Road 8 and 7.<br>Initial Meeting held 01 March. | AAB |
| | | |
| 3 | **QUALITY CONTROL** | AAB |
| 3.1 | **Panels:** Testing of defective panels in abeyance. Interfacing with TNO.<br>Reinstated Termination with Izopoli after breakdown in negotiations.<br>Contacts with Italpannelli and Thyssen/Krupp ongoing. Requested data (performance history) from both on previous large installations. | AAB |
| 3.2 | **RFP Light Poles Specifications:** JV working on submittal for fix on light pole foundations. 11 bases need to be fixed. | AAB |
| 3.3 | **Logistics Building:** COE requested QC to spot check welders' certificates to ensure they are valid. QC in contact with Koor to provide updated certificates. | AAB |
| 3.4 | **Tank Workshop:** Floor slab cast improperly. JV concrete advisor and structural designer to advise on repair method.<br>JV working on proper mix for fibrous concrete and to cast a sample section. | AAB |
| 3.5 | **Gypsum Board:** COE commented on the need to address fastening of gypsum board. Possibly using wrong hand tools. | AAB |
| 3.6 | **10/6 Conduit:** COE stated repetitive problems with conduit installation in walls need immediate attention. COE/IDF to inspect before closing walls. | AAB |
| 4 | **ADMINISTRATION** | |
| 4.1 | Work Force: JV daily workforce averaging 300 workers.<br>JV continues to wait for 2004 visa allocation from Ministry.<br>Cash Flow: Negative Cash Flow position under review for eventual submittal seeking relief. | AAB<br>AAB |
| | | |

**EXHIBIT**
**38**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**22 APRIL 2004**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 4 | **ADMINISTRATION** | |
| 4.1 | Work Force: JV daily concrete workforce averaging 240 workers.<br>JV request for additional visa allocation for panel labor (industrial workers) denied by Ministry of Trade & Industry. JV asked COE for support letter from MOD for project needs. | **AAB/COE/MOD** |
| | | |
| 5 | **SCHEDULES** | |
| 5.1 | Full impact of panel issue on the Schedule to be established as soon as JV receives COE approval on replacement panels.<br>Schedule Revision #6 to be submitted when panel replacement schedule is finalized.<br>JV submitted more details on landscaping in Seg. 10 and COE pleased with the details. | **AAB** |
| | | |
| 6 | **DESIGN** | |
| 6.1 | **Perimeter Security System:**<br>JV to submit final sequence of operations to finalize issues (interface with base power system).<br>COE stated we need some drawings. | **AAB** |
| 6.2 | **RFP's:** Awaiting answers for 10/8 and 10/11 proposals currently under COE/IDF review. | **AAB/COE** |
| 6.3 | **Dehumidifiers in DSB's:** Test results sent by COE to JV. Results discussed and further discussion to take place at next DSB meeting, Monday 03 May. COE/IDF stated system performance was marginal. | **AAB** |
| 6.4 | **Wooden Light Poles in Bunker Area:** No details for supports/anchors in drawings/specifications. Liora (IDF Designer) discussed this issue with JV on 25 March and will send details. RFI submitted and under review. | **AAB/COE/IDF** |
| 6.5 | **Sewage Station:** COE sent changes requested to JV and to follow up with electronic transmittal. | **COE** |
| | | |
| 7 | **SECURITY** | |
| 7.1 | Senior Security Officer, Eitam Trudi, returned to his post, as his assignment to another site did not work out. | **AAB** |

**EXHIBIT 39**

**From:** Pelkey, Michael R NAU
**Sent:** Monday, May 13, 2002 11:16 AM
**To:** DLL-CENAU-STAFF; DLL-CENAU-CO-LOC-PMs
**Cc:** CENAU-EOC
**Subject:** fyi-FW: 9 May 2002 CEMP SITREP

-----Original Message-----
**From:** CEMP-SITREP HQ02
**Sent:** Thursday, May 09, 2002 9:35 PM
**Subject:** 9 May 2002 CEMP SITREP

**MILITARY PROGRAMS**
**SITUATION REPORT**
**HEADQUARTERS, USACE**

**9 May 2002**

***This report is intended to provide the Commander, US Army Corps of Engineers, and other key leaders information about significant Military Programs activities of interest to or involving the Army, the Commander, USACE, and/or the Director of Military Programs. Please provide input when appropriate so that we can share lessons learned to all readers. New information is in bold print.***

**LAST BUSINESS DAY**
**0800 4 April 2002- 0800 9 May 2002**

**Fort Lewis FY02 Vehicle Maintenance Facilities, PN54068 and PN54113 ($9.1M AND $9.6M): Seattle District is awarding one contract for these two projects at a combined CWE of $14.14M compared to a combined PA of $18.7M.**

**Draft Army Audit Agency (AAA) Report on FUSRAP Disposal Actions: This draft AAA report finds that in some cases, independent acquisition of transportation and disposal services resulted in higher costs than if pre-placed Corps-wide contracts were used. CEMP-RS is currently reviewing the draft audit report and coordinating the review with USACE FUSRAP Division and District Offices, the HTRW Center of Expertise, and other HQUSACE elements. From this coordination a draft command response will be prepared.**

**Exit Meeting for GAO Review of Spring Valley (FUDS): On 25 April representatives from OSD, DASA(ESOH), OACSIM, HQUSACE, NAD, and NAB met with the seven member GAO Spring Valley Audit Team to comment on their draft Statements of Facts. This meeting brings to closure their investigation of the Spring Valley, Washington, D.C. FUDS Property. The GAO investigation was initiated at the request of Congresswomen Constance Morella (R-MD) and Eleanor Holmes Norton (D-DC). In coordination with the Baltimore District, responses to the draft Statements of Facts will be provided to DA for consolidation and forwarding to GAO. Based on comments made at the meeting it appears GAO does not intend to provide any recommendations or conclusions to the report. The consensus of a DoD review of the draft report is that it is generally favorable to the FUDS program. Similar exit meetings are scheduled with EPA and the D.C. Government. GAO began its investigation 17 October 2001**

**EXHIBIT 40**

and is scheduled to have its final report available by 31 May 2002.

Fort Carson FY02 Barracks: Omaha District awarded a contract for this project at a CWE of $21.2M compared to a PA of $25M.

RCI 45-day Intent to Award Congressional Notifications: On 2 May the 45-day intent to award congressional notifications were made on the CDMP RFQ for the Presidio of Monterey and the Navel Post-Graduate School. This project is the first for the DA Privatization Office to include facilities other than military family housing. It is also the first Army-led project with a sister service component.

IT Sale of Assets to Shaw Group Includes Coleman-Evans Contracts: The U.S. Bankruptcy Court has approved the sale of IT Group, Inc. assets to the Shaw Group. This approval was good news to both the Corps and the Environmental Protection Agency. This allows Weston, the main subcontractor for the remediation at the Coleman-Evans Superfund project near Jacksonville, Florida, to continue their work on the project. After IT Group's declaration of bankruptcy earlier this year, the operation of the Thermal Desorption Unit (TDU) by Weston continued only due to the temporary measures of legal stipulations. Procuring another contract to complete the contaminated soil remediation would have meant a burdensome delay and an increase in cost for the project. The City of Jacksonville and State of Florida are also relieved to hear the Court's ruling.

Pentagon Memorial: A press release announcing both the site selection and the intent to hold a design competition was approved by OSD Public Affairs for release on 2 May. Work is continuing on preparing the site information package that will go out to potential design competitors. A meeting of the Family Steering Committee was held on 26 April at the headquarters of the American Society of Landscape Architects. Family members indicated a high degree of satisfaction with the progress made and with the general direction being taken by the memorial effort. Mark Robbins, a consultant working for Baltimore District as design competition advisor, gave a slide presentation on memorials. There was discussion about the 21 April story in the Washington Post and on WTOP radio regarding the memorial effort by Arlington County, which stated that they were reviewing potential sites, and that a site on the Navy Annex was high on their list. Family members were concerned that these stories are confusing, especially because there has not been any media yet about the Pentagon Memorial effort. They are also concerned that a separate memorial nearby would detract from the importance of the Pentagon Memorial. All present at the meeting agreed that it is important to begin informing the public about efforts being made toward the memorial. Families are interested in facilitating donations to the memorial, and discussed the possibility of establishing a non-profit organization that could collect funds and provide them to WHS.

Nigeria National Armed Forces Resettlement Center (NAFRC): The U.S. has received a Letter of Request from the Nigerian Government concerning an FMS case for renovations at the Oshodi Settlement Center. TAC will begin drafting the FMS case, with the specifics of the work to be done, on which the Letter of Offer and Acceptance (LOA) would be based. The work will focus on improving the electrical power system. The estimated value of the case is $1 million. This project is being done in coordination with DoD and the US Department of Labor. TAC visited the site last year and developed recommendations.

Michael Army Airfield, Dugway PG: The subject project is an emergency supplemental MCA in the FY02 program. DA released Code 6 in February at $7M. The Army Test & Evaluation Command (ATEC) pushed hard last year for the emergency repair of this inactive runway to be

completed this FY. The project's inclusion in the MCA program for permanent upgrade, to be completed in October 2003, does not meet operational requirements. With the current scope and criteria for a permanent runway, SPK can award the construction contract in September 2002, however construction duration is one year (concrete cannot be placed during the Utah winter). Since this schedule does not meet the required completion date, DA requested that the Corps develop a schedule for a repair project (vice MCA) to render the runway serviceable for two years, to be completed by 30 September 2002. DA will investigate the availability of alternate funds for this repair.

USACE Employees Recognized with DoD Environmental Award: The DoD Environmental Data Quality Workgroup (EDQW) has been selected for a 2001 Secretary of Defense Environmental Award. The award is for its outstanding work in improving the efficiency and effectiveness of environmental data collection activities and enhancing the quality and reliability of data used to make environmental decisions throughout DoD. The EDQW Team consists of principal representatives from each service, technical experts from component organizations and contract support staff. Those individuals from USACE receiving recognition were Mr. Kevin Coats and Ms. Cheryl Groenjes from the HTRW-CX in Omaha and Dr. David Koran of CEMP-RA at HQUSACE. The award was presented 1 May at the Pentagon.

USACE'S FY02 Superfund Program: EPA provided a total of $82M this FY through March 2002 in interagency agreements to USACE districts for Superfund Program support. This follows EPA's historical funding pattern of providing new funding throughout the FY. We expect to receive a total of approximately $250M with the largest amount, $100M, coming in September. FY02 Superfund Interagency Agreement obligations and expenditures through March 2002 are reported at $120M and $143M, respectively, about the same as recent fiscal years. We expect FY02 total expenditures and obligations to be between $225M and $250M.

Poland: USACE will manage the DAMO-SS Civil-Military Emergency Preparedness (CMEP) workshop scheduled for 13-15 May in Szszecin, Poland. The Polish Ministry of Defense, Chief of Civil Defense and Fire Rescue Service, Ministry of Interior and Administration will host the event in which Russia (elements from Kaliningrad & Moscow), Estonia, Latvia, Lithuania, Sweden, Poland, Denmark and Germany will participate. Observers will include Ukraine, Slovakia, Finland, Czech Republic, and Hungary. The US delegation will include USACE (HQ, NAU, ERDC), DCSOPS-IA, USDAO Warsaw, PIMS, US Coast Guard National Response Center and FEMA NATO Liaison Office. BG Strock will lead the U.S. Delegation. The purpose of the workshop is to enhance transparency and cooperation among civil and military organizations in managing the consequences of catastrophic emergencies and promote coordination with the NATO Euro-Atlantic Disaster Response and Coordination Center.

Total Army Personnel Command (TAPC) FY03 Pre-Command Course Guidance: The Chief, Functional Area Management and Development Division, TAPC furnished the Army's draft FY03 Pre-Command Course (PCC) Guidance document to HQUSACE for review by MACOM/proponents of individual branch PCC's by 1 May 02. The USACE District Pre-Command Course is now recognized by HQDA as a mandatory pre-command course.

Israel Foreign Military Sales (including Wye River Program): Availability of Third Country National (TCN) labor for all projects has reached a critical stage and is now beginning to impact project completion dates. With no resolution to the workforce constraint, completion of the Southern Infantry Training Base is anticipated to slip from 22 October 2002 to 22 December 2002. Lack of TCN workers is also impacting the completion of the flight simulator project at Hatzor Air Base. The labor issue is affecting all construction in Israel, not only

USACE projects. As a result of the Ministry of Labor halting issuance on new TCN work visas (no new visas issued since December 2001), the current pool of labor is decreasing daily as current workers' visas expire and they return home. Although the MOD has worked and continues to work to obtain relief on the TCN visa issue, efforts to date have been unsuccessful. In addition, loss of Israeli supervisors and construction site managers resulting from activation of over 30,000 reservists may also impact construction progress. Contractors are working to maximize the effectiveness of their small pool of workers and are being encouraged to recruit more Arab-Israeli workers. Delay in receipt of design data from the A-E delayed advertisement of the Aircraft Refueling at Nevatim AB. The Antiquities Authority has allowed access to areas of the Northern Infantry Base site where they have completed investigations.

U.S. Fish and Wildlife Service (USFWS): CEMP-N has approved CENWD entering into an MOA with the USFWS for support on the Remediation of Abandoned Mine Sites (RAMS) program. It is expected that the Corps will provide a wide range of environmental, engineering and construction-related technical assistance at cites in Colorado, Wyoming, Nebraska and Kansas.

Barracks Projects at Ft Meade Awarded: NAB awarded this construction contract for barracks and soldier community buildings on 29 March. The CWE is $32.0M compared to a PA of $37.0M. Construction duration is approximately two years with the estimated completion date of 2Q 2004. NAB initiated a redesign on these projects to use Type 5 construction after the CWE was determined to be $48M in February 2001. This was an outstanding effort by NAB to reduce the cost of these projects.

MILCON Execution: Performance through the 2nd Quarter FY02 exceeded expectations. Overall execution was 106% of the goal and exceeded FY01 performance by 17% for the same period. DoD/SFO MILCON awarded 85% of its goal with 23 projects valued at $425.9M. Army MILCON awarded 112% of its goal of 52 projects (58 projects valued at $856.9M). Air Force MILCON awarded 114% of its goal of 28 projects with 32 projects awarded valued at $288.3M.

Ground-Based Midcourse Missile Defense (GMD): The Missile Defense Agency (MDA) recently prepositioned $209M in FY02 RDT&E funds at HQUSACE for continued design effort and new construction. New construction includes two projects, the Ground-Based Missile Defense Test Bed at Fort Greely, awarded in April and a jointly-funded project with the Air Force being designed by the Alaska District for Upgrade of Power Plant, Eareckson AS, Alaska, scheduled for award in September 2002.

Deactivated Nuclear Power Plant Program- Fort Greeley: CEMP-RI has been working with U.S. Army, Alaska (USARAK) representatives to revise a MOU which has been in place since 1983. The MOU outlines specific but rudimentary responsibilities of USACE, the Directorate of Public Works, and MEDCOM. Responsibility for the Fort Greely plant has been transferred from USARAK to the Space and Missile Defense Command (SMDC) effective 15 May 2003. Because of the transfer, CEMP-RI was recently notified that USARAK intends to unilaterally terminate the agreement. CEMP-RI has strongly objected to the termination and has requested that the agreement be transferred to SMDC and subsequently updated as needed. Termination of the agreement without a new agreement in place could leave USACE in the position of having no formal mechanism for routine maintenance or contingency operations, and possibly violate USACE's possession permit. USARAK has agreed to send the issue to SMDC and determine if they would agree to pick up the USARAK responsibilities until a new formal agreement can be finalized.

**From:** Rovero, John L LTC NAU
**Sent:** Thursday, November 14, 2002 9:25 AM
**To:** Reagan, Louis C CPT NAU
**Cc:** Iarosis, Mike NAU
**Subject:** IPO Top Ten

IPO's first cut at a Top Ten List

TCN Labor issue - Insufficient labor for timely project completion

TCN tax issue - Conflict between Contractual requirements and Israeli Law

Southern Infantry Training Base Road Mod finalization - >$1 million

Nachshonim Dry Storage Building Panel Issues - Design testing requirements/connection details

Nevatim Fuel Distribution Project LOA amendment - $2 Million increase

Updated and accurate Project schedules

Award of Site 276 Contract - Tech eval begins 18 Nov

Personnel Pay Issues - Continuing issues

Hiring Actions - Replacements and New Hires

Continuing Security arrangements - Embassy filing for Danger Pay Designation

☺

LTC John Rovero, P.E.
Deputy District Engineer, Israel Program
US Army Corps of Engineers, Europe District

Phone: +972-9-957-7950/7942 or 956-8296
Cell: +972-56-305-906 (primary)
Fax: +972- 9- 957-7941
Email: john.l.rovero.ltc@nau02.usace.army.mil

**EXHIBIT 41**

WYE RIVER & ISRAEL PROGRAM

FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

19 July 2002

**NOTE: This status report shows only significant changes from the 12 July 02 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Current Activities:

a. Advertisement for Site 276 in preparation. Solicitation period to commence early next week.
b. Finalized LTG Flowers' visit itinerary with MOD, IDF, and U.S. Embassy personnel.
c. Evaluation of proposals for the Nevatim Fuel System Project.
d. No relief on the TCN issue. Embassy discussed the TCN issue with the Defense Minister on 11 July 2002. IPO drafted letter to document the scope of the problem for Embassy use in correspondence with the GOI.
e. Continued work on Security upgrade at the IPO.
f. On 16 July 02, IPO held meeting with the SITB contractor senior management to discuss schedule delays.

2. Israel Program Office (IPO) Staffing:

a. LTC John Rovero will report to IPO on 21 Jul 02 in replacement of COL McCallister.
b. Ezra Abraham PCSed to Israel on 14 July 02.

3. Summary of Israel Staffing (numbers shown are on hand).

a. Israel Program Office (IPO):
   1) Military - 0
   2) DA Civilians - 5 (one DAC located in Germany)
   3) TDY Assistance - 0
   4) Local Nationals - 1
   5) Dependents in Israel - 4
   6) All US personnel (excluding DAC in Germany) live in Herzliya area, Israel

b. Southern Resident Office (SRO):
   1) DA Civilians - 3
   2) TDY Assistance - 1
   3) Local Nationals - 1
   4) Dependents in Israel - 0
   5) All US personnel live in Meitar (near Beersheva), Israel

c. Central Resident Office (CRO):
   1) DA Civilians - 4
   2) Local Nationals - 1 (one additional LN has been hired but has not reported)
   3) Dependents in Israel - 5

**EXHIBIT**
**42A**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Original/Current/Anticipated) |
|---|---|---|
| Phase 1 (North Firing Ranges): | 100%/100% | 13 Nov 01/14 Feb 02 |
| Phase 2 (Remaining Base): | 83%/68% | 16 Sep 02/22 Oct 02/22 Jan 03 |

| | Award | Current Contract |
|---|---|---|
| Contract Amount: | $39,129,844 | $39,312,097 |

2. Current Activities:

   a. Held meting at the IPO to discuss schedule and progress delays. (Contractor contends that he is currently "not" being affected by the lack of TCNs. IPO does not agree. Contractor's position is that government-caused delays are the primary reason for performance delays. Contractor was requested to provide supporting documentation.)
   b. Continued painting Exterior and Interior of Buildings.
   c. Continued work on Road A from Station 1040 to 1120. The delay in the utility line relocations by the public utility companies will delay the completion of this road. Contractor was directed to work around the areas delayed by the public utilities.
   d. Continued installation of utility channel.
   e. Held preparatory inspection for communication installation.
   f. Commenced foundation work for Water Reservoir #57.
   g. Awaiting MOD/ IDF actions to request changes to Communication System, Spare parts, Company Change layouts and resolution of gas supply issue.

3. Southern Resident Office (SRO) Staffing:

   a. Positions for the resident engineer and the office engineer are under recruitment. The resident engineer advertisement closed 16 July 02 and the office engineer closed 28 June 02.
   b. Additional TDY personnel being secured for future staffing needs.

4. Future Activities:

   a. Installation of curbstones Road 3 to start 31JUL02.
   b. Installation of GRC-5 stair cladding to commence 01AUG.
   c. Gym Roof delivery anticipated 28 Jul 02.
   d. Preparatory inspection for aluminum works and communication installation planned for 16- 17 July 02.
   e. Lockers for barracks to be delivered 28JUL02 and will be temporarily stored in Building 92.
   f. 5000kg Hydraulic Lift for Vehicle Maintenance Shed to be delivered 28JUL02.
   g. Receive personnel referrals and select office and resident engineers.

**LOA IS-B-HAC: NACHSHONIM STORAGE BASE (CENTRAL BASE or NSB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Original/Current) |
|---|---|---|
| Nachshonim Storage Base | 23%/21% | 16 Jun 04/28July 04 |

| | Award | Current Contract |
|---|---|---|
| Contract Amount: | $124,089,176 | $124,459,602 |

2. Current Activities:

Design

a. Held Segment 2/3 backcheck meeting on 17 & 18 Jul 02.
b. Segment 4 100% review underway.

Construction

a. Buildings are under construction in Sectors 45, 56 and 67.

b. All walls have been cast for the initial prototype DSB (sector 67, bldg 11). Resumed work on floor slab.

c. Continued sanitary sewer activity in Sectors 10 and 67.

d. Mass earthwork excavation continued in sectors 34, 23, 11 and 91. Mass filling continues in sectors 11, 12, and 78.

e. The primary concern of this project remains the lack of available TCN labor. Contractor confirmed that TCN visa allocations have been granted but stipulations associated with the visas may preclude their attainment.

f. Continued Basement/foundation work for Kitchen Building.

g. Lost time accident occurred on early morning of 12 July 2002. Truck driver was released from the emergency room later on 12 July with a recommendation for 10 days rest. Special safety meetings and corrective preventive measures implemented.

h. Mobile safety van visited project site. Contractor personnel rotated into van for hands-on interactive safety training.

3. Central Resident Office (CRO) Staffing: FSN Secretary on maternity leave. Temporary secretary recruitment action is at the Embassy. One of the two FSN Quality Assurance personnel expected to commence work on 22 July 02.

4. Future Activities:

a. 100% Segment 4 design review conference scheduled for 22 – 23 Jul 02.

b. The contractor has indicated they will probably request additional compensation for differing site conditions. NAU geotechnical engineer to visit sitefrom 22-26 July 02 and review Government position.

c. Installation of piles, pile caps, walls and floors at Sector 67, 56 and 45.

d. Sector 10 - Foundation work.

e. Remaining Sectors - Cut and fill operations

**LOA IS-B-HAC: NORTHERN INFANTRY TRAINING BASE (NITB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Original/Current) |
|---|---|---|
| Phase 1(East Firing Ranges) | 65%/70% | 26 Aug 02/26 Aug 02 |
| Phase 2 (All remaining) | 7%/6% | 28 Aug 03/28 Aug 03 |

| | Award | Current Contract |
|---|---|---|
| Contract Amount: | $32,799,000 | $32,799,000 |

This letter addresses the problem associated with the Government Of Israel (GOI) restrictions on importing Third Country National (TCN) workers into Israel.

The U.S. Army Corps of Engineers is managing military construction projects in Israel in support of the Wye River Accords, as well as additional projects for the Israeli Air Force (IAF). The projects are funded through Foreign Military Sales (FMS) procedures and authorized pursuant to Letters of Offer and Acceptance between the U.S. Defense Security Cooperation Agency (DSCA) and the GOI. To date, 4 projects totaling $205M have been awarded and three additional projects totaling approximately $50M are projected for award within the next year. These projects have aggressive schedules based primarily upon the relocation of military units in implementation of the Wye River Accords.

The LOAs negotiated between the GOI, DSCA, and the Corps of Engineers, envision that contractors will make use of third Country National (TCN) construction workers. The LOA provisions were reflected in the contract documents and all of the contractors priced their proposals assuming extensive use of TCN labor. TCN labor for construction is significantly less expensive than Israeli labor.

In the past five months, the GOI has imposed restrictions upon the number of visas issued for TCNs, which have resulted in a serious shortage of TCN construction workers. Contractors for the Corps have informed us that they have encountered difficulty recruiting and retaining TCN workers necessary for successful prosecution of the work. In some cases, it appears that other contractors have recruited TCNs away from contractors performing U.S. government work. While there are many TCNs working on the projects, contractors contend that they have not been able to obtain the required skills and numbers needed. Skilled finish workers are in particularly short supply. This labor shortfall is expected to delay project completion on projects under construction beyond the need dates of the IDF and could result in contractor claims for increased cost. For future projects, contractor awareness of the TCN shortage is likely to result in higher prices and longer contract durations that may drive project cost in excess of available funding.

Recently the Ministry Of Labor has identified contractors and allocated numbers for additional TCN visas. However, there appear to be other GOI restrictions that require the contractors to account for previous executed TCN visas before new visas will be issued. Contractors inform us that they are experiencing difficulty complying with this request since the demands of the industry have caused many of the TCNs to migrate away from the contractor originally sponsoring the TCN into country. GOI labor laws preclude contractors from holding passports of TCN workers or withholding pay. As a result, Contractor's cannot readily control movement of TCN workers. Accordingly, accounting for the existing visas to the extent currently required is problematic and may further delay resolution of the problem.

Although there is optimism that the TCN s will soon be allowed into country, it is anticipated that it will take 30 to 45 days for contractors to recruit workers from other

**EXHIBIT**
**42B**

countries and bring them to the project site. Contractors have notified us that considerable delays and increased cost have already been experienced. As described above, the impact is that project completions may be delayed beyond military need dates and other necessary projects may not be awardable due to increased cost.

Your immediate assistance is requested to expedite resolution of this problem to our mutual benefit.

WYE RIVER & ISRAEL PROGRAM

FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

26 July 2002

**NOTE: This status report shows only significant changes from the 19July 02 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Security Update:

   a. The current security situation has not had any effect on the construction projects (work stoppage, delays, etc).

   b. There are no known threats against US personnel as assessed by the RSO and the Israeli Government.

   c. Border patrol helicopters continue to be seen in the early mornings flying over the Nachshonim Project site looking for non-Israelis.

2. Current Activities:

a. Advertisement for Site 276 in preparation. Solicitation period commenced on 23 July 02.
b. LTG Flowers visited the IPO on 23 – 24 July 02. He toured two projects and met with the Embassy and Host nation representatives.
c. Evaluation of proposals for the Nevatim Fuel System Project continues.
d. No relief on the TCN issue. Local newspaper reported that the GOI was going to deport 50,000 illegal workers. Concern for unemployment of the Israeli populace was a major concern. The Ambassador informed LTG Flowers that he had discussed the TCN issue with the Prime Minister.
e. IPO met with the IDF to discuss the building envelop criteria for the DSBs at Nachshonim.

3. Israel Program Office (IPO) Staffing:

   a. LTC John Rovero reported to IPO on 21 Jul 02.

4. Summary of Israel Staffing (numbers shown are on hand).

   a. Israel Program Office (IPO):
      1) Military - 1
      2) DA Civilians - 5 (one DAC located in Germany)
      3) TDY Assistance - 0
      4) Local Nationals - 1
      5) Dependents in Israel - 5
      6) All US personnel (excluding DAC in Germany) live in Herzliya area, Israel

EXHIBIT
43

WYE RIVER & ISRAEL PROGRAM

FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

26 September 2002

**LOA IS-B-HAC: NACHSHONIM STORAGE BASE (CENTRAL BASE or NSB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Original/Current) |
|---|---|---|
| Nachshonim Storage Base | 26%/24% | 16 Jun 04/28July 04 |
| | Award | Current Contract |
| Contract Amount: | $124,089,176 | $124,459,602 |

2. Current Activities:

Design

a. The contactor's roofing and panel submission was disapproved by written correspondence. Requested JV to utilize the dry storage experts referenced in their bid proposal. Conducted meetings on 12 and 17 Sept 02 with contractor's and IDF's building envelope consultants. Both consultants are working together to formulate an acceptable solution. A major change to the contract or design is not anticipated at this time.
b. **Segment 4 design accepted for construction on 26 Sept 02.**

Construction

a. Buildings are under construction in Sectors 10, **34**, 45, 56 ,67 and 91.
b. Continued sanitary sewer activity in Sectors 10, 56, 67.
c. Mass earthwork excavation continued in sectors 34, 23, 11 and 91. Mass filling continues in sectors 11, 12, and 78.
**d. Excavation and filling activities continue on Road 17. This is the main entrance road to the installation.**
**e. Kitchen basement slab placed. Work continues on basement walls.**
f. The contractor has begun to concentrate on producing crushed rock materials for the site. The disposal of excess materials has slowed significantly. Cut and fill operation are 75% complete. This percentage includes 2.2 million cubic meters of "cut" and 1.2 million cubic meters of "fill".
g. Work on the initial DSB will be delayed unless visas are granted for 5 technicians from Turkey. These technicians are the "experts" that are needed to ensure that the space frames are properly erected. They work for the manufacturer in Turkey. Assistance has been requested from MOD for obtaining approval to import these experts. Only one of the visa's was granted for the Turkish workers. The space frame materials arrived on 26 Aug 02. Held

EXHIBIT
44

meeting with the JV and the space frame manufacturer on 29 Aug 02 to discuss erection procedures. The JV, through independent testing, determined that the space frame bolts do not comply with the contract and are in the process of replacing them.

h. Received 4 requests due to differing site conditions in Segments 45 and 56 totaling $404K. A contract has been finalized for an independent geotechnical review to be performed on the site. The IDF is also performing a geotechnical review of the site. Issued letter to Contractor allowing a redesign of the piles to establish a pile length criteria based on the soil conditions. The contractor is taking geotechnical borings throughout the site. Once these borings are completed, locations will be selected for the actual piles tests that will determine the appropriate depth of the micro-pile foundations. A meeting with the JV, IDF and Independent Geotechnical engineers is scheduled for **29 Sept 02** to discuss the testing program.

i. The JV stated that subcontractors are beginning to submit claims due to the lack of available TCN's. The critical activities of space frame and panel installation are believed to be the activities that will be most affected by the lack of TCN's. The contractor's current update indicates 22 days of negative float of which most is attributed to the lack of TCN's and the erection of the space frames.

j. Safety and quality issues continue to be stressed to the contractor. The contractor has hired two new safety managers.

**k. BG Rhodes visited the site on 25 Sept 02.**

3. Central Resident Office (CRO) Staffing: Embassy processing recruitment actions for another FSN-11 site engineer. List received. Interviews beginning 9/23.

4. Future Activities:

a) Sector 67, 56 and 45 – Installation of piles, pile caps, walls, floors, storm and sanitary sewers.
b) Sector 10, 91 and 34 - Foundation work.
c) Initial DSB - Correct defective bolts and begin the installation of the Space Frame.

WYE RIVER & ISRAEL PROGRAM
FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

1 November 2002

**NOTE: This status report shows only significant changes from the 25 Oct 02 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Security Update:

   a. The current security situation has not had any effect on the construction projects (work stoppage, delays, etc).
   b. Limited travel restrictions remain in place for selected areas of Jerusalem. Prohibition against travel in West Bank and Gaza remains.
   c. **Continued violence in the West Bank with a homicide bombing in Ariel north of Jeruslem.**
   d. **The assassination of a senior US member of USAID in Jordan has not been linked to any threat to US personnel in Israel. The embassy is reviewing whether the threat warrants imposing travel restrictions to Jordan.**
   e. A continuing labor strike of government workers is delaying release of items requiring customs clearance. This has affected some equipment delivery to at least two project sites. **A resolution to the strike is pending but,** if this falls through could have potential impact to project timelines if extended for any significant duration.
   f. IPO and DCMA continue to review recent recommendations by NAD SLEO for additional security upgrades.
   g. Embassy continuing to plan for various contingency scenarios. Current planning is beginning to expand upon intermediate steps for force protection.

2. Current Activities:

   a. **Amendment No. 5 to Site 276 solicitation issued on 31 October.** Proposal submission date currently extended to 12 November.
   b. Evaluation of proposals for the Nevatim Fuel System Project **complete. Contracting prepared for award as soon as funds are released. An increase in the LOA is awaiting receipt of a budget amendment at the Mission in NY.**
   c. Large contract modification for SITB in final review at NAU HQ.
   d. No relief on the TCN issue. **Impact beginning to show in schedules.**

**EXHIBIT 45**

3. Southern Resident Office (SRO) Staffing:

   f. New Office Engineer due to arrive **5** November 2002.
   g. Rerecruiting for Resident Engineer.
   h. Additional TDY personnel being recruited for future staffing needs.
   i. MOD / DOC mechanical QA **on site two days a week**
   j. MOD / DOC civil QA only on site less than 3 days a week.

4 Future Significant Activities:

   **d.** Asphalt road covering start on Road 100 and **3 rescheduled for 06 Nov 02 due to rain.**
   e. Irrigation system preparatory meeting **rescheduled for 06 Nov 02**
   f. **Target channels in western firing ranges casting scheduled 08 Nov 02.**
   g. **Building 55 Western firing range bathroom vertical construction start 07 Nov 02.**
   h. **Building 1 Electrical Room Pre-Final Inspection 06 Nov 02**



**First Palm Trees Planted - 29 Oct 02 - SITB**

## LOA IS-B-HAC: NACHSHONIM STORAGE BASE (CENTRAL BASE or NSB)

| 1. Construction Schedule: | Percent Complete (Schedule/Actual) | Contract Completion Dates (Original/Current/Estimated) |
|---|---|---|
| Nachshonim Storage Base | 27%/25% | 16 Jun 04/28July 04/29 Aug04 |

| | Award | Current Contract |
|---|---|---|
| Contract Amount: | $124,089,176 | $124,459,602 |

2. Current Activities:

Design

a. Evaluating contractor's revisions to the roof panel and building envelope program. **Meeting held with IDF on 26 Nov 02 discussing this issue.**
b. Tests are underway to determine the proper foundation pile depths.
c. Completion of the Antenna Mast foundation awaits the results of the pile tests.
d. Clarification of battery charging sequence continues. **A meeting between the IDF and the JV's designers is being scheduled for the middle of Nov 02.**
e. Perimeter Security backup systems are under review.

Construction

a. Casting piles, walls and floors for Dry Storage Buildings in Sectors 34, 45, 56, 67 and 91.
b. Casting piles, walls and floors for Public Buildings in Sector 10.
c. Installing sanitary and storm sewers in Sectors 10, 56, 67.
d. Continuing mass excavation in sectors 11, 23 and 34.
e. Continuing mass fill operations in sectors 11, 12, and 78.
f. Grading initial cut and fill in Road 17.
a. Installing riprap for the inlet and outlet of the 2Mx2M box culvert.
b. Cut and fill operations 81% complete: 2.5 million cubic meters of rock removed out of the 3.2 million project total; 1.2 million cubic meters placed out of the 1.5 million project total. Night operations continue for the onsite crushers.
c. Concrete operations 15% complete: 21,000 cubic meters placed out of the 120,000 project total.
d. **Erection of space frame stopped due to cracks found in the nodes that connect the members of the frame together. Contractor has removed all of the nodes from the site and is remanufacturing all of them. They are expected to arrive on site 5 Nov 02 if they can get through the customs strike.**
e. Received 4 requests due to differing site conditions in Segments 45 and 56 totaling $404K. Independent geotechnical review ongoing along with IDF's review of the site. Contractor is conducting a pile testing program to establish a pile length criteria based on the soil conditions. The geotechnical borings that are a part of the pile testing program are complete. **Held meeting finalizing location and depths of test piles. Test piles are being cast.**
f. According to newspaper reports, the Israeli Government will not allow any more TCN's into the country until the end of 2003. The contractor is analyzing his schedule and indicates that he will submit a request for time and compensation. Subcontractor's are already submitting claims to the prime contractor regarding this issue. Action initiated for meeting with the JV's senior management and the Contracting Officer at NAU. AAB management to contact the Contracting Officer to schedule meeting in December.
g. Received contractor's updated schedule indicating the project is 32 days behind schedule due to the TCN issue.

WYE RIVER & ISRAEL PROGRAM
FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

14 February 2003

**NOTE: This status report shows only significant changes from the 7 Feb 03 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Security Update:

   a. The current security situation, coupled with the TCN issue, is beginning to effect construction projects because of lack of available construction manpower countrywide.
   b. Limited travel restrictions remain in place for selected areas of Jerusalem. Prohibition against travel in West Bank and Gaza remains.
   c. **US State department issued an authorized departure for Embassy families and non-essential personnel in Tel Aviv and Jerusalem effective 8 February. IPO family members began departing Israel for CONUS safehavens beginning 12 February. Twenty-one of twenty-three family members plan to depart by 23 February under this authorized departure.**
   d. The IDF continues operations in the West Bank and Gaza areas and continues to arrest suspected militants. Clashes between IDF and terrorists almost daily. There is no change to current security status or posture as a result of current activities. **The IDF closed the West Bank and Gaza this week due to threats based upon intelligence sources.** All Program Personnel are aware of current warnings and are exercising due caution.
   e. IPO has upgraded some residential security and continues to assess for other potential upgrades. Implementing as necessary. Local threat from crime (theft, burglary) has increased recently.
   f. **Embassy continues to plan for ordered departure evacuation contingency scenarios while efficiently processing family members back to US under authorized departure. All IPO personnel have kept abreast of the planning and are prepared to execute if required.**
   g. IPO planning for project coverage based on various contingency scenarios. **Project continuity plans are complete. Coordination with MOD complete. Additional support identified.**

2. Current Activities:
   a. **Execution of Authorized Departure of Family Members and non-essential staff underway.**

**EXHIBIT 46**

c. Kitchen equipment and gas system designs being finalized by contractor. Awaiting shop drawings from JV. The IDF has ensured the successful installation of the gas lines to and within the building by the proposed use of their own gas contractor.
d. Reviewed initial DSB with IDF's lead architectural designer. Verified the architect's intent for a variety of items within this building.
e. **Held another battery charging system design coordination meeting with IDF on 13 Feb.**
f. **IDF making budgetary considerations regarding user request changes.**

Construction

a. **Walls and floors for Public Buildings in Sector 10.**
b. **Micropile installation in Sectors 12.**
d. Received unsolicited requests regarding differing site conditions in Segments 45 and 56, totaling $404K. Anticipate additional requests. **Review ongoing of USACE consultant's revised geotechnical report.**
e. Contract NAS is currently showing contractor's progress to be 79 days beyond CCD. After the acceptance of the pilot DSB, additional impact to the end date is anticipated to accrue as a result of insufficient resources (TCN Manpower).
f. JV awaiting Ministry of Labor response to request for 519 TCNs (previously allocated to Arenson) to be re-allocated under AAB's name. Arenson is presently supplying TCNs for concrete work. TCN non-availability continues to impact progress and could affect a large delay (6 month to 1 year). Contractor has scheduled a meeting with the contracting officer on 6 March to discuss the TCN issue and how to minimize impact to the construction project.
g. **Interior** work at Initial DSB has resumed with the intention to complete all systems prior to the second envelope test. Results received from envelope test conducted on 23 Jan 03. **Results showed failure IAW contract requirements. A successful result occurred as compared to an alternate ASTM standard. Contractual decisions made on these results might adversely impact the contract.**
h. JV awaiting response on requested waivers on U.S. Flag vessel requirement of shipments of insulated panels from Turkey and spatial frames from Germany.
i. **Conventional structural steel on DSB Type E5 - 6 building roughed in.**
j. **Finalizing change order on relocation of Logistics Overhead crane.**
k. **Continued heavy rains are delaying construction progress.**
l. **Contractor is approaching double digits in his "behind schedule progress". JV has implemented a partial recovery plan. Contractor will increase the number of work crews on the critical path activities of "spatial frames" and "building insulated panels".**

3. Central Resident Office (CRO) Staffing: **One FSN reassigned to NITB in preparation for an ordered evacuation.**

a. Future Activities

a. Sectors 67, 56 and 45 - walls, floors, storm and sanitary sewers.
b. Sectors 10, 91 and 34 - foundations, floors and walls
c. Fill operations in Sector 11 and 12.
d. **Undercutting** of footprints of DSBs in Sector 34 to subgrade.
e. Complete interior and exterior features of the initial DSB.
f. Coordinate a District PDT decision on the ASTM leakage test vs. the pressure test for validation of the DSB envelope construction.
g. Evaluate request for time extension related to the Quarry Strike.