ברץ, בר-נתן ושות'
עורכי-דין ונוטריונים

Baraiz, Bar-Nathan & Co.
Attorneys-at-Law & Notaries



Benjamin Baraz
Yael Baraz
Zvi Bar-Nathan
Lori Almouli-Confino*
Barak Luchtenstein
Roni Avni
Yoav Fruchtman
Ram Ephrati
Itta Rubanenko
Tsafi Erlich Goldman
Rakefet Peled
Yoram Evron
Sharon Alster
Eli Belkind
Sagit Shanmoon
Tammar Sheinkin-Japhet
Gil Ashkenazy
Avishai Halfon
Michal Nissani
Merav Baruch
Hadas Geva-Medalia
Ziv Glickman*
Ophir Vaisben
Elad Berdugo
Danny Dibary
Eyal Shani
Chani shavit

*also Member of the New York Bar


Tel-Aviv, April 3, 2003
Ref: 14064-34

Mr. Ehud Olmert,
Minister of Industry, Commerce and Labor
30 Agron Street,
Jerusalem 94190

By registered mail

Your Excellency,

RE: **Project for erecting the military base at Nachshonim with American financing**
**Urgent request to receive assistance in realizing permits to employ foreign workers**

On behalf of the joint venture that is engaged in constructing the military base at Nachshonim which includes the American company, ABB SUSA Inc., and the Israeli companies, A. Arenson Ltd., and the Baran Group Ltd., (hereinafter jointly: "**the Joint Venture**"), we respectfully turn to you in respect of the reference, matter, as follows:

1. On March 25, 2003, we addressed the Minister of Labor and Welfare, the Minister of Interior and the Minister of Defense requesting to receive the urgent assistance of the honorable ministers in solving the problem in reference, which is causing delays in the construction of a military project of national importance that is being funded entirely by the Government of the United States.


International Department
Tel: +972-3-6073766
Fax: +972-3-6960986

Israel
1 Azrieli Center,
Round Tower, 18th floor
Tel-Aviv 67021, Israel
Tel: +972-3-6073777
Fax: +972-3-6073778
E-mail: office@bar-law.com

Romania
Baratz & Associates
57 Romulus Street,
Sector 3
Bucharest
Romania
Telefax: +4021 3263996/7
E-mail: st.gnemes@bar-law.ro


**EXHIBIT**
**56**

2. After sending the letter we were advised that the Labor Authority, has been recently transferred with the establishment of the new government to the authority of your ministry and therefore we should send our letter to your excellency also.

3. That being the case, we are attaching hereto a copy of our letter of March 25, 2003, and would ask you to regard it as having similarly been addressed to you from the outset.

4. In addition on March 31, 2003, and after sending the above letter, the Joint Venture received notice from the party that commissioned the work, the U.S. Corps. Of Engineers, whereby it rejected the request of the Joint Venture to receive an extension in the time schedule for the Project, which had been requested by it following the problem of the foreign workers described in our above letter.

5. This decision by the party commissioning the work could cause the Joint Venture damages of millions of dollars, in the event of it being unable to meet the time schedule, which was set for the Project.

6. Given everything described in our above letter and in light of the recent development mentioned above, we would be grateful for your urgent intervention in solving the unnecessary bureaucratic problem with which the Joint Venture is faced.

7. We would be happy to make ourselves available for any additional clarification that may be required.

Sincerely yours,

Benjamin Baratz, Adv.,
Baratz, Bar-Nathan & Co.,
Attorneys-at-Law & Notaries
(signed)

encl. Notice of the U.S. Corps of Engineers of March 31, 2003.
Our letter to the ministers of March 25, 2003.

c.c.:

1. Mr. Zvulon Orlev, Minister of Labor and Welfare
2 Kaplan Street, Hakirya, Building B., Jerusalem
2. Mr. Avraham Poraz, Minister of Interior
2 Kaplan Street, Jerusalem
3. Mr. Shaul Mofaz, Minister of Defence,
Kaplan Street, Hakirya, Building B., Jerusalem
4. Mr. Avner Oferi, General Manager, the Labor Authority
2 Kaplan Street, Hakirya, Building B., Jerusalem
5. Adv. Dov Weisgiass, Director Prime Minister's Bureau,
Prime Minister's Office, Jerusalem

ברץ, בר-נתן ושות'
עורכי-דין ונוטריונים
Baratz, Bar-Nathan & Co.
Attorneys-at-Law & Notaries

...amin Baratz
...aratz
...Nathan
...ouli-Confino*
...k Luchtenstein
...Avni
...ruchtman
...phrati
...ubanenko
...Erich Goldman
...t Peled
...Evron
...n Alster
...elkind
...Shahmoon
...ar Sheinkin-Japhet
...hkenazy
...nai Halfon
...ai Nissani
...Baruch
...Geva-Medalia
...lickman*
...ir Vaisben
...Serdugo
...y Dilbary
...Shani
...ni shavit

...ember of the New York Bar

Tel-Aviv, May 27, 2003
Ref: 14064-34 (004)

By fax no. 03-6243738 and registered mail

Mr. Ehud Olmert,
Minister of Trade, Industry and Employment
30 Agron Street,
Jerusalem 94190

Your Excellency,

RE: **Project for erecting the military base at Nachshonim with American financing**
**Urgent request to receive assistance in realizing permits to employ foreign workers**
Reference: your letter 13.4.03

Further to our letter of April 3, 2003, and on behalf of the Joint Venture, which is engaged in the construction of the military base at Nachshonim (hereinafter: "**the Nachshonim Project**") which includes the American company, ABB SUSA Inc., and the Israeli companies, A. Arenson Ltd., and the Baran Group Ltd., (hereinafter jointly: "**the Joint Venture**"), we again respectfully turn to the Honorable Minister in respect to the referenced matter, as follows:

1. In your referenced letter you mentioned that the Joint Venture's letter on the subject had been transferred to the perusal of the professional parties at your Ministry, and upon receiving their response, you would advise us of their position.

...nternational Department
...el: +972-3-6073766
...ax: +972-3-6960986

...srael
Azrieli Center,
...econd Tower, 18th floor
...el-Aviv 67021, Israel
...el: +972-3-6073777
...ax: +972-3-6073778
...-mail: office@bar-law.com

Romania
Baratz & Associates
57 Romulus Street,
Sector 3
Bucharest
Romania
Telefax: +4021 3253993/7
E-mail: st.ghemes@bar-law.ro

**EXHIBIT 57**

Baratz, Bar-Nathan & Co.
Attorneys-at-Law & Notaries

2. However, despite the urgency of the matter, and the national importance of the Nachshonim Project, we have yet to receive the response of the Honorable Minister to our letter.

3. Since the delay in resolving the problem is causing the Joint Venture enormous damages, we would be grateful for your Excellency's urgent intervention in order to solve the problem, otherwise the Joint Venture will have no choice but to forward the matter for the determination of the competent legal forum, in order to prevent the continued delay in the Nachshonim Project.

4. Naturally, we would be happy to provide you with any assistance that will be required.

Sincerely yours,

Bemjamin Baratz, Adv.,
Baratz, Bar-Nathan & Co.,
Attorneys-at-Law & Notaries
(signed)

Benjamin Baratz
Yael Baratz
Zvi Bar-Nathan
Lori Almouli-Confino*
Barak Luchtenstein
Roni Avni
Yoav Fruchtman
Ram Ephrati
Itta Rubanenko
Tsafi Erlich Goldman
Rakefet Peled
Yoram Evron
Sharon Alster
Eli Belkind
Sagit Shahmoon
Tammar Sheinkin-Japhet
Gil Ashkenazy
Avishai Halfon
Michal Nissani
Merav Baruch
Hadas Geva-Mecalia
Ziv Glickman*
Ophir Vaisben
Elad Berdugo
Danny Dilbary
Eyal Shani
Shani shavit

*Also Member of the New York Bar

ברץ, בר-נתן ושות'
עורכי-דין ונוטריונים

Baratz, Bar-Nathan & Co.
Attorneys-at-Law & Notaries

Tel-Aviv, May 27, 2003
Ref: 14064-4 (004)

By fax 03-6976218 and by registered mail

Mr. Shaul Mofaz,
Minister of Defence
Kaplan Street,
Tel Aviv

Your Excellency, the Minister of Defense,

RE: **Project for erecting the military base at Nachshonim with American financing**
**Urgent request to receive assistance in realizing permits to employ foreign workers**

Further to our letter of March 25, 2003, and on behalf of the Joint Venture, which is engaged in the construction of the military base at Nachshonim (hereinafter: "**the Nachshonim Project**") which includes the American company, ABB SUSA Inc., and the Israeli companies, A. Arenson Ltd., and Baran Group Ltd., (hereinafter jointly: "**the Joint Venture**"), we again respectfully turn to the Honorable Minister in respect of the referenced, as follows:

1. On March 25, 2003 we first turned to you with an urgent request to obtain assistance in order to overcome the bureaucratic problem which in the main is preventing the Joint Venture from bringing foreign workers to Israel to complete the Nachshonim Project, the national importance of which is unquestioned.

International Department
Tel: +972-3-6073766
Fax: +972-3-6960986

Israel
1 Azrieli Center,
Round Tower, 18th floor
Tel-Aviv 67021, Israel
Tel: +972-3-6073777
Fax: +972-3-6073778
E-mail: office@bar-law.com

Romania
Baratz & Associates
57 Romulus Street,
Sector 3
Bucharest
Romania
Telefax: +4021 3263996/7
E-mail: stghemes@bar-law.ro

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**29 MAY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 4 | **ADMINISTRATION** | |
| 4.1 | **Block Visa:** Ministry of Labor has rejected Block Visa application, in the name of ABB SUSA, submitted in December 2002. Preparing legal action against MOL and MOI. | **AAB** |
| 4.2 | **TCN Personnel:** Following the loss of almost half of the workforce, due to Military Police clampdown on illegal TCN's, JV working on various options to overcome the problem.<br>COE indicated that the current USG position is to support GOI efforts to reduce unemployment with continued restrictions on import of TCN labor. | **AAB** |
| 4.3 | **Waiver on U.S. Flag Vessels Requirement:** Awaiting USG review of detailed Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey, submitted 09 April 03.<br>Deliveries of spatial frame and panels to reach the 50% mark in 2 months. | **COE** |
| | | |
| 5. | **SCHEDULES** | |
| 5.1 | JV to submit analysis reflecting anticipated project completion dates based on 150-200, 200-250 and 300-350 workforce. | **AAB** |
| | | |
| 6 | **DESIGN** | |
| 6.1 | **Change Orders for 10/8, 10/11:** Corrected Design package submitted today.<br>JV to meet with COE on pricing issue. | **AAB/COE** |
| 6.2 | **Battery Chargers:** JV to submit revisions today, including harness, per COE requirements. | **AAB** |
| 6.3 | **Kitchen:**<br>• Cold Rooms: JV resubmitted shop drawings 27 May.<br>• Kitchen Equipment: Corrections to technical details submitted and under review. | **AAB**<br>**AAB** |
| 6.4 | **As Built Drawings:** IDF met with APPLIMAP. To submit GIS format by end of next week. | **AAB/COE/IDF** |
| 6.5 | **Perimeter Security System:** JV to submit corrections on Motorola Submittal. JV working with Motorola on IDF comments. JV to schedule meeting with designer to review corrected documents. | **AAB** |
| | | |

**EXHIBIT**
**58**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

COPY

- - - - - - - - - - - - - - - -x

A.A.B. JOINT VENTURE, :

Plaintiff, :

vs. : No. 04-1719-C

THE UNITED STATES, :

Defendant. :

- - - - - - - - - - - - - - - -x VOLUME I

Washington, D.C.

Tuesday, December 12, 2006

30(b)(6) Deposition of

The United States Army Corps of Engineers

BY MICHAEL ANTHONY ROACH

a witness, taken on behalf of counsel for the Plaintiff in the above-entitled matter, before Denise M. Brunet, RPR and Notary Public in and for the District of Columbia, taken at the offices of Bell, Boyd & Lloyd, LLC, 1615 L Street, Northwest, Suite 1200, Washington, D.C., commencing at 11:33 a.m., when were present on behalf of the respective parties:



EXHIBIT
59

f81a23ff-c67a-4094-be57-ae9bf5ddabef

P R O C E E D I N G S

Thereupon,

MICHAEL ANTHONY ROACH

was called for examination by counsel for the Plaintiff and, after having been sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE PLAINTIFF

BY MR. JONES:

Q Sir, could you please state your full name?

A Michael Anthony Roach.

Q And how are you currently employed, Mr. Roach?

A I'm employed by the Norfolk District of the Army Corps of Engineers as a construction rep, chief of a project office.

Q And you're currently assigned to Norfolk?

A Yes, I am.

Q Now, prior to that, were you assigned to the Israel office?

A Yes, I was.

Q What were the dates that you were in Israel?

A No.

Q Going on to Exhibit 43, page 119, under 4.2., there's a statement in the second paragraph that says COE indicated that the current USG -- meaning U.S. government -- position is to support government of Israel efforts to reduce unemployment with continued restrictions on import of TCN labor.

Do you see that?

A Yes.

Q How did it come to your attention that it was the U.S. government's policy to support the government of Israel in continued restrictions on import of TCN labor?

A As the Corps of Engineers is attached to the U.S. Embassy in Israel, we serve with the embassy. That's the embassy's position. We were seeking assistance to help the contractor in any way we could.

Q And you approached the embassy?

A That's what I understood.

Q And the embassy said, no, it's our policy to support the government of Israel?

A That's my understanding of the meaning of



f81a23ff-c67a-4094-be57-ae9bf5ddabef

it's on page 119?

A Yes.

Q -- quote, following the loss of almost half the workforce due to military police clamp-down on illegal TCNs, JV working on various options to overcome the problem.

Do you remember what options were under consideration?

A No.

Q Do you recall the Joint Venture asking the Corps for help?

A They asked for help continuously throughout this process.

Q And in the early stages back in January of 2002, the Corps did attempt to offer such help, did it not?

A I would dare say the Corps attempted to help throughout the whole process.

Q But as of May of 2003, the end of May, the indication was that the U.S. government was supporting the restrictions on TCN labor, correct?

A That's a general policy, not a specific

policy to Nachshonim.

Q Okay. Do you know if the level of support given by the Corps of Engineers changed upon the U.S. government taking that position that's described here?

A I'm not aware of that.

Q If we could go on, please, to Exhibit 46, starting at page 129 of Volume VIII-A.

In the -- you were the resident engineer as of June 2003, were you not?

A I believe so.

Q And this letter was essentially addressed to you?

A Yes. Wait a minute. June '03. No. Jody was at the job site then.

Q Had you gotten back from your --

A Yes. Yes. But Jody was still sitting in his chair.

Q Did this letter come to your attention, nonetheless?

A I don't specifically recall the details of this particular letter, but most correspondence came across my desk, yes.

**From:** Blackburn JR, Joseph W NAU
**Sent:** Tuesday, June 18, 2002 7:14 AM
**To:** Roach, Michael A NAU; McPeters, Ronald L NAU
**Subject:** FW: TCN Non-availability

**Sensitivity:** Confidential

This is what I sent. Please keep it "close hold."

-----Original Message-----
**From:** Blackburn JR, Joseph W NAU
**Sent:** Tuesday, June 18, 2002 12:52 PM
**To:** Iarosis, Mike NAU; McCallister, Larry D NAU
**Subject:** TCN Non-availability
**Sensitivity:** Confidential

We just had a visit from Uri Ayal our MOD Liaison Officer. We of course asked him what was going to happen with respect to TCN visas and permits to import TCNs. Uri said that he has no idea of how long this problem will linger. He agreed with my supposition that it may take "months and months".

Not being able to put workers on the job is like having an "elephant in our china shop" -- I believe that we must plan now for what will happen when this "elephant" starts swinging his trunk.

I know you guys are working this issue with MOD and taking every opportunity to mention it to whoever will listen; but I am getting a little nervous about where this issue may take us. As you know the "Law of Unintended Consequences" is always at work.

Uri suggested that we have either COL McCallister or LTC Rovero speak with Ambassador Kurtzer and convince the Ambassador to pressure GOI to issue the visas. I told him that I would pass along his suggestion. I assume that the Ambassador already knows about the issue.

I expect that at some point, we will take a "stand" to protect as much of the project funds as possible. What this "stand" might be is what I think that we should coordinate. As the ACO, I have responsibility to minimize (to the extent practical) the dollar and time impacts of issues such as this.

To put it bluntly, what are we going to do when the contractors suspend work because they can't get labor? I believe that we are only a couple of months away from this situation at NSB. The "rumor mill" has it that the NITB is closer.

What do you recommend for coordinating our "stand". What's the best way to raise this issue to the level where it can be solved?

The Corps wants to build, the JV wants to build, elements within GOI are blocking us. Our current position to the contractors is that "its your problem, the Corps is not responsible". This position does not solve the problem and I expect the contractors to come back with a request for KO's decision. Where do we go from here? Should we have a plan or do we wait for the contractor's next move? I prefer to be proactive and minimize impact so we can maximize our chances of avoiding contractor suspensions and finishing the work somewhere close to on time.

Am I dreaming??

**EXHIBIT**
**60**

CENAO-IP-C (415-10a) 1 July 2003

MEMORANDUM FOR RECORD

SUBJECT: Nachshonim Storage Base, El'ad, Israel, Contract Number DACA90-01-C-0043, Meeting with IDF, MOD regarding TCN's

DATE: Monday, 30 June 2003 @ 1400hrs

ATTENDEES: ↑ Date

U.S. Army Corps of Engineers (USACE):
Mike Iarosis, Israel Program Manager
Jody Blackburn, CRO Resident Engineer
Mike Roach, CRO Project Engineer

Ministry of Defense (MOD):
Uria Ayai, Project Manager
Eran Rothberg, Council

Israel Defense Forcer (IDF):
LTC Peni Liberman, Program Manger
MAJ Einat Rozen, Project Manager

The meeting began with a general discussion regarding the situation on the Nachshonim Storage Base regarding labor. The contractor is requesting time and money due to an alledged labor shortage. He has stated verbally that unless this issue is resolved, he may be left with no other alternative than to suspend work until its resolved. The IDF and MOD were requested to comment on the foundation of the contractor's request, "Is there a problem in Israel with labor availability?" Eran Rothberg of the MOD answered by stating there is a labor shortage in the construction industry. The number of visa's for Third Country Nationals (TCN's) is being reduced each year since 2001. This reduction is affecting both the Government and private sector. However, the MOD has not granted any time or money for claims regarding this issue.

Eran Rothberg and Uria Ayai explained further that Arenson of AAB Joint Venture was granted 549 visas for TCNs in 2003. All were designated for work on the Nachshonim Storage Base only. In 2002, Arenson received 720 visas for TCNs, of which 549 were designated for NSB only. In 2001, Arenson received 1000 visas. TCN visas are generally granted under a square meter ratio: 4 workers for every 1000 square meters. (It was noted that Solei Boneh was given 1200 TCN visas in 2003.)

According to Eran and Uria, the MOI is not allowing Arenson to bring in additional TCNs until an accounting is made for those TCNs already within the country under Arenson's visas. The MOI and MOD suspect that Arenson is using its TCNs on other projects within the

**EXHIBIT**
**61**

country. A number of projects were listed by the MOD that are currently under construction by Arenson.

Eran stated that ABB Susa did register in the country as a contractor in order to obtain visas for TCNs. However, due to Arenson's failure to account for its TCNs (Where are the 1000 workers it had in 2001?), ABB Susa which is a member of the Joint Venture with Arenson, was not granted any visas.

Eran provided further clarification of the TCN allocation process within the country. He stated that while the Visas are granted for the year beginning in January, the process is time consuming. Therefore, the period generally runs from June (current year) to June (subsequent year). In other words, starting in June 03, Arenson is allowed 549 TCN workers and all of them must be on NSB. This number is not anticipated to change until June 04.

Eran indicated that the MOD is not supposed to get into labor matters on its projects, however, they are assisting on our projects to facilitate the process. It was noted that the MOD no longer allows TCNs on any of its own projects as of January 2002. Regarding NSB, the contractor may (not certain this will happen) be given the opportunity to hire "runners". These persons would be made legal for use on the NSB only. A note would be placed in their passports to this effect. Currently there are about 2000 TCNs that the MOI plans to deport that might be included in this pool of runners.

LTC Liberman stated that he does not believe time is justified on any of our projects. He also requested clarification on what would happen in the worst case, such as the contractor suspending work or quitting. Mike Iarosis explained that the contractor could be Terminated for Default, their bond called, another contractor procured, the remaining dollars used to complete the contract as much as possible – the bond was noted to only be around $6 Million. Mike also mentioned that the JV could possibly be sued for the difference.

LTC Liberman asked about how this could be possible under the design / build process. Mike Iarosis indicated that the contractor's designs were ours and we could possible get another contractor and designer to review them and be made responsible.

Eran asked about bringing in another contractor to complete a portion of the work with the JV. Mike Iarosis noted this would be a partial Termination for Convenience and would not be cost effective.

It was agreed that I would draft a short letter to the contractor informing him that according to Government officials, Arenson was granted a total of 549 TCN visas in 2003 and all of them were for the Nachshonim Storage Base only. Therefore, the project should not have a labor shortage problem.

Michael Roach
Project Engineer

LABOR ISSUES MTG 30 Jun 03

Peni
Efia
Emmet
Ron - Earam
Mike I
Mike R
Judy B

1000 2001
↓ need to account for them (diff)
NSB (549) 720 2002
NSB (549) (549) need to account for them (diff)
2003

Jan 02
→ MOD
no TCN's

Is there a problem in Israel with labor
- Problem hiring non Israeli workers Ron
- Gradually reducing visas
2001 30,000/year - 40,000/year
- Problems with TCN's is recognized.
Gov & Private

- MOD - no time or money given for claims regarding this issue given
- ABB Susa denied VISA's.

Arensen → ABB Susa denied because
Arensen 57-71 has problems.

- 2003 - Arensen 549 for Nachshonim only
• Need to find out where the 549 workers are that
Arensen has in the country.
Arensen has 6 other projects within the country
MOL forgives some workers? Maybe
Ron thinks visa's are being used in other projects
No other projects have approved TCN's except NSB
List of names will have name in Visa that says NSB only.
MOD - with Elizur supposed to get into matter of labor on projects.
persons
4/1000M² as a rule

MOL is going to help and might allow some workers to become legal.
[illegible]

→ 599 allocated study for NSB
557 can't support any.

(Contractor's visa's are key name.
Contractor must keep up with them.)

---

Mike I. explained options if contractor leaves.
to the MOD/IDF
T4D
Bond
Hire someone else
Take remaining $'s to reprocure.
Could sue JV for difference.

---

G 00206

**From:** Roach, Michael A NAU
**Sent:** Tuesday, July 01, 2003 6:24 AM
**To:** Iarosis, Mike NAU; Rovero, John L LTC NAU; Thievon, William R NAU; Cheverie, Paul NAU; Bearden, Leslie NAU
**Cc:** Blackburn JR, Joseph W NAU; McPeters, Ronald L NAU
**Subject:** RE: TCN Issues

Here are the enclosures:

Newspaper TCNs.doc (23 KB) MFR TCN Meeting.doc (39 KB) 03-090 Labor Availability.doc ...

-----Original Message-----
**From:** Roach, Michael A NAU
**Sent:** Tuesday, July 01, 2003 12:18 PM
**To:** Iarosis, Mike NAU; Rovero, John L LTC NAU; Thievon, William R NAU; Cheverie, Paul NAU; Bearden, Leslie NAU
**Cc:** Blackburn JR, Joseph W NAU; Roach, Michael A NAU; McPeters, Ronald L NAU
**Subject:** TCN Issues

Everyone,

The TCN issue continues. Enclosed are the following:

1) MFR of meeting held with MOD/IDF.
*IDF and MOD are adamant that a time extension is not justified for the TCN issue. They believe the contractor is using his workers on other projects throughout the country.*

2) Letter sent to contractor as a resultant of the meeting noted above.
*Continuance of previous letters stating time is not justified. Also noted that Arenson's total quota for TCNs in 03 is 549, all of which are for Nachshonim ONLY.*

3) Newspaper article "Construction of Israeli/American Military Base is Stuck"

Please note that we are forwarding a copy of our recent letter along with the referenced contractor's letter to NAU via FedEx.

Thanks,

Michael A. Roach, P.E.
Project Engineer, Nachshonim Storage Base
USACE, Israel Program Office

**EXHIBIT**
**62**