# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: May 2, 2007)

***********************************
**A.A.B JOINT VENTURE,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
***********************************

## ORDER

On February 28, 2007, the Court issued its opinion and order on Plaintiff's motion to compel discovery with respect to Defendant's responses to requests for production of documents and answers to interrogatories. In the opinion, the Court ordered Defendant to supplement its responses to requests for production of documents and to supplement its answers to interrogatories by March 28, 2007. The parties were ordered to file a joint status report by April 25, 2007, discussing any remaining disputes regarding interrogatories and document production and proposing a schedule for the remainder of discovery.[1] Thereafter, a telephonic status conference was scheduled for May 9, 2007.

On May 1, 2007, Plaintiff filed a Motion for Leave to File Memorandum of Points & Authorities in Support of Motion for Summary Judgment Exceeding Page Limitation. In the motion, Plaintiff's counsel explains that it had completed its motion for summary judgment and supporting memorandum when Defendant's counsel turned over 52,000 additional documents. A search of the documents revealed numerous documents relevant to issues raised in the motion for summary judgment. Therefore, Plaintiff wishes to simply add the relevant findings to its already completed memorandum rather than to redraft the memorandum to meet the page limit.

Plaintiff's motion for leave to file is DENIED both with respect to exceeding the page limit and to the actual filing of the motion for summary judgment. A schedule for all remaining

---

[1] The due date for the joint status report was extended to May 2, 2007, after Defendant filed an unopposed motion for enlargement of time.

discovery and for the filing of dispositive motions will be discussed at the status conference to be held on May 9, 2007.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge