**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **A.A.B JOINT VENTURE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case Nos. 04-1719C, 05-114C,** |
| | ) | **05-1172C, and 06-49C** |
| **UNITED STATES OF AMERICA,** | ) | **(CONSOLIDATED)** |
| | ) | **(Chief Judge Damich)** |
| **Defendant.** | ) | |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff and defendant respectfully request that the Court enter a protective order, as set forth in Exhibit A of this motion, to govern the disclosure of confidential materials in connection with this case.

Respectfully submitted,

BELL, BOYD & LLOYD LLP

Brian Cohen, Esq.
Bell, Boyd & Lloyd LLP
1615 L Street, N.W.
Suite 1200
Washington, DC
(202) 955-6823 (phone)
(202) 835-4130 (fax)

*Attorneys for Plaintiff*

Dated: May 22, 2007

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: May 22, 2007