# In the United States Court of Federal Claims

No. 04-1719 C, No. 05-114 C, No. 05-1172 C, and No. 06-49 C
(CONSOLIDATED)

(Filed: June 8, 2007)

```
***********************************
A.A.B JOINT VENTURE,              *
                                  *
                 Plaintiff,       *
                                  *
      v.                          *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
                                  *
***********************************
```

**ORDER**

The Court hereby vacates the discovery scheduling order issued April 12, 2006, and ORDERS the parties to adhere to the following discovery schedule:

| | |
|---|---|
| Outstanding Fact Discovery due by | **August 31, 2007** |
| Plaintiff's Expert Reports due by | **October 1, 2007** |
| Defendant's Expert Reports due by | **November 1, 2007** |
| Plaintiff's Rebuttal Expert Reports due by | **November 30, 2007** |
| Expert Discovery ends | **January 31, 2008** |

If additional disputes should arise in completing the outstanding fact discovery, the parties shall contact the Court to request a status conference.

Plaintiff may file its motion for summary judgment in Case No. 05-114 and Defendant may file its motion to dismiss in Case No. 05-1172 after the completion of outstanding fact discovery but on or before **September 11, 2007**.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge