IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-114C |
| | ) | (Consolidated with Case Nos. 04-1719C, |
| THE UNITED STATES OF AMERICA | ) | 05-1172C and 06-49C |
| | ) | (Chief Judge Damich) |
| Defendants. | ) | |

**PLAINTIFF'S MOTION**
**FOR SUMMARY JUDGMENT**

Plaintiff A.A.B. Joint Venture, through counsel, pursuant to Rule 56 of the Rules of this Court, moves the Court for summary judgment in its favor on the issue of liability, there being no issues of material fact in dispute, and plaintiff being entitled to judgment in its favor as a matter of law.

Attached in support hereof are plaintiff's Memorandum, Proposed Findings of Uncontroverted Facts, supporting affidavits with exhibits thereto, and selected deposition excerpts.

Respectfully submitted,

Dated: September 11, 2007

s/ Brian Cohen
Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Of Counsel:
Philip Clark Jones
BELL BOYD & LLOYD, PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300