**No. 05-114C**
**(Consolidated with Case Nos.**
**04-1719C, 05-1172C, and 06-49C)**
**(Chief Judge Damich)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**A.A.B JOINT VENTURE**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**APPENDIX PART 5**

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-114C |
| | ) | (Consolidated with Case Nos. |
| THE UNITED STATES OF AMERICA | ) | 05-1172C, and 06-49C |
| | ) | (Chief Judge Damich) |
| Defendants. | ) | |

**AFFIDAVIT OF MICKY MOAV**

Micky Moav, first being duly sworn on oath and subject to the penalties for perjury, states and represents as follows:

1. I am employed by A. Arenson, Ltd. as the company's Chief Estimator.

2. I was responsible for preparing the estimate of construction costs of the Nachshonim Military Storage Base in preparation of the A.A.B. Joint Venture's bid. A. Arenson, Ltd. was one of the three partners in the Joint Venture.

3. The currency in use in Israel is the New Israeli Scheckel ("NIS"). At the time of the bid, one U.S. Dollar equaled 4.17 NIS.

4. The number we used for the bid for most of the labor was 25 NIS per labor hour, which included all labor-related costs, including operation of the TCN labor camp, but excluding income and payroll taxes, which were to reimbursed by our customer. That number worked out to roughly US$ 6 per hour. For steel reinforcing works, we used a slightly lower hourly rate of US$ 5.50 per hour. Those figures were based on the costs at the time of bid of using foreign workers, mostly from Romania.

104337/F/1

**EXHIBIT 7**

5. Had we known at the time of the bid that we would not be able to bring in foreign workers, our bid would have been significantly higher if we had decided to bid the job under such circumstances.

The foregoing is true and correct to my personal knowledge.

Meir Moav

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/ABB/JV
**03 JANUARY 2002**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | JV had Subcontractor open a few areas to determine whether fill contained rock that was too large and if material was too moist. Results indicated fill activities are being conducted in a proper manner. | |
| 3.4 | **Subsurface Drainage:** COE has RFI pertaining to subsurface drainage.<br>Need answer as soon as possible as the excavated ditch in Sector 78 must be filled.<br>Pile exploratory borings in Sector 56 revealed subsurface material has high water content. This water is likely to migrate to valley floor on top of the subsurface rock layer and, with time, cause the fill in the valley to become less dense. This moist subsurface condition is believed to exist in other site locations.<br>The entire subsurface drainage condition needs to be considered in responding to the RFI. | **COE/AAB** |
| **4** | **PROCUREMENT** | |
| 4.1 | **Excess Material:** Negotiations continue for disposal of excess material. | **AAB** |
| 4.2 | **Waterproofing:** Negotiations ongoing. Preparing technical data from all 3 suppliers to submit to COE.<br>In answer to JV question as to submittal of Technical data, COE responded that the Designer must sign off on such submittal before transmittal to COE. | **AAB**<br>**AAB** |

| | | |
|---|---|---|
| **5** | **ADMINISTRATION** | |
| 5.1 | **Tax Clauses SR 28, 29, & 30:** Awaiting recommendations from JV Tax Advisors for follow-up with COE/MOD. | **AAB** |
| 5.2 | **TCN Visas:** JV informed that no Block Visa has been issued by the Ministry of Labor.<br>JV trying to set up meeting with Ministry of Labor in order to move forward on this critical issue. | **AAB** |
| **6.** | **SCHEDULE** | |
| 6.1 | Not discussed | |

**EXHIBIT 8**

WYE RIVER & ISRAEL PROGRAM

FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

4 Jan 02

**NOTE: This status report shows only significant changes from the 28 Dec 01 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Current Activities:

a. Rain has hampered all Wye River projects this week to varying degrees, but especially for the SITB where site access is a problem in wet weather.

b. The contracting officer received the re-submittals of the NITB proposals from bidders. The technical evaluation board will convene telephonically on 7 Jan 02 to revaluate the changes and the contracting officer will make his decision of award, most likely next week.

c. Received unofficial notice this week from MOD that the Ministry of Labor has issued a restriction on the processing of Third Country National (TCNs) block visas for all construction in Israel, not just our work. If this is continues, this could impact our projects as TCNs are the major source of labor for all projects.

d. At a meeting with MOD and IAF personnel this week to discuss the Hatzor Flight Simulator, a request was made by the IAF to evaluate the possibility of shortening the construction period for the project. It was pointed out that currently the contractor is awaiting a KO decision to extend the contract completion period due to problems of coordination with the IAF flight simulator contractor Lockheed-Martin (LM). The IAF, contractor and MOD representatives traveled this week to the U.S. to discuss the design issues with LM and to solicit their co-operation with completing the design.

2. Israel Program Office (IPO) Staffing:

a. Working to consolidate the selection criteria matrix from each panel member for the GS15 Resident Program Manager and proceed to the interview and Gallop Poll process.

b. The NSDD-38 request to hire local national engineers/inspectors was forwarded from DSCA to the Department of State this week. Have asked DSCA to check with DoS on the previous NSDD-38 request to staff the Eastern Resident Office that was submitted to DoS in Nov 01.

3. Future Activities:

a. Award the NITB contract next week, once the technical evaluation review is complete. A request for release of funds will be forthcoming.

b. The NITB ground breaking ceremony is scheduled for 30 Jan 02 to be held in conjunction with a visit by BG Rhoades. The next IPR (#5) will be 29 Jan 02 in Israel.

c. Complete the selection process for the GS-15 Program Manager.

d. Complete the classification process, advertising and hiring of the local national engineers/inspectors.

e. Start the hiring process to replace the Chief of Technical Assistance, IPO.

f. The MOD has requested a site visit and update brief for various personnel in the MOD to the Nachshonim and Southern Training bases. The visits are scheduled for 16 Jan 02.

**EXHIBIT 9**

4. Security Update:

a. The number of violent incidences within Israel this past week remain at reduced levels compared to incidences a month ago. The U.S. envoy, General Zinni, arrives back in Israel this week to discuss the issues and encourage Chairman Arafat to do more to reduce violent activities and to encourage Prime Minister Sharon to continue to remove restrictions in the Occupied Territories. There is no change to the U.S. personnel security requirements or threat as assessed by the RSO.

b. The three armored vehicles were delivered to the IPO this week.

c. A security site survey of the IPO is still scheduled for the week of 15 Jan 02. This survey will look at the best means of implementing previously suggested improvements.

**LOA IS-B-HAC: SOUTHERN INFANTRY TRAINING BASE (SITB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Current) |
|---|---|---|
| Phase 1 (North Firing Ranges): | 100%/99% | 13 Nov 01/21 Jan 01 |
| Phase 2 (Remaining Base): | 34%/34% | 16 Sep 02/16 Sep 02 |

2. Current Activities:

a. Contractor continues to make final touches to Phase 1 deficiencies noted at the final inspection. Some of the minor earthwork deficiencies can be completed once the weather allows and the ground dries sufficiently. Rain hampered some access to the site of this week.

b. Continuing foundation, form-work and vertical construction on 38 buildings and 7 training sheds, as well as installation of sewage, drainage, and electrical infrastructure.

c. Continuing to work on the excavation and placement of the Main Access Road, up to the section that will need to be relocated.

3. Southern Resident Office (SRO) Staffing: No significant change.

4. Future Activities:

a. Continue pile drilling, foundation, formwork and vertical construction and placement in the base core, company areas.

b. Coordinate a meeting with the Israel Electric company and the electrical designer for the routing of the high voltage power lines to the base.

c. Dry out the earthwork and continue to finish the deficiencies noted during the Phase 1 final inspection.

d. The IDF have stated that the plans for the new ammunition bunker are complete and will be given to us next week. However, the MOD has still not given official notification that they approve of the additional structure. Continuing to coordinate a decision with MOD.

e. The IDF and MOD have once again encountered trouble with the location of the main access road location around the Kibbutz Shomeria. It will have to be redesigned once again but will not be completed until the MOD has complete approval from the kibbutz and the GOI on the final location. The contractor has notified the Resident Engineer, that unless the final design and approval is made available by mid-Mar 02, there will be schedule impacts.

f. Working on a change order for final payment reconciliation of drilled pier lengths and reinforcement.

**LOA IS-B-HAC: NACHSHONIM STORAGE BASE (CENTRAL BASE or NSB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Current) |
|---|---|---|
| Nachshonim Base | 10%/10% | 18 Jun 04/18 Jun 04 |

2. Current Activities:

Design

a. Received corrected 100% design of Segment 1 this week.
b. The contractor continues to work on the re-submittal of the 60% design of the Segment 2 portion of the project. It is estimated that the JV will resubmit the design in mid-January.

Construction

a. Still waiting the contracting officer's issuance of the two modification packages; the box culvert redesign and the additional security upgrades. The two modifications were negotiated for a total of $381K.
b. Rain interrupted earthwork this week on much of the site.
c. Micro-pile test borings performed this week for initial DSB encountered an extensive clay layer resting above the bedrock that was not shown in the original IDF provided geotechnical report. This will require some modification to the initial foundation design.
d. Continuing forming and casting of the 2 meter by 2 meter box culvert. The box culvert is 1.5 km in length and is progressing well.
e. The Resident Office was unofficially notified by MOD that the Ministry of Labor has instituted restrictions on processing block visas for TCNs coming to Israel for all construction work. If this remains true, this could have serious impacts on construction schedules for this and future projects. We are investigating what impacts this may have.

3. Central Resident Office (CRO) Staffing:

a. The NSDD-38 request for hiring local nation engineers/inspectors was sent from DSCA to DoS this week.

4. Future Activities:

a. Work with the JV to resubmit the complete 60% design for segment 2 as soon as possible.
b. Start the work on the DSB as this will be the prototype for testing all DSB associated systems.

**LOA IS-B-HAC: NORTHERN INFANTRY TRAINING BASE (NITB)**

1. Contract Award Schedule:

a. Contracting officer received the revised proposals from bidders this week. The technical evaluation board will review the clarifications and makes their recommendations on 7 Jan 02. Anticipate that the award will be made next week.

2. Current Activities:

a. KO is completing his recommendation for award. Technical evaluation of resubmittals in progress.
b. A request of release of funds will be sent up the HQUSACE as soon as the KO has made his determination of award.

3. Northern Resident Office (NRO) Staffing:

a. Continuing to coordinate the arrival of three NRO personnel. The first family arrives on 7 Jan 02 and the second family arrives 26 Jan 02 and the third employee arrives on 14 Feb 02.

4. Future Activities:

a. Award the contract next week.
b. Bring all personnel and families on board in Jan/Feb 02.
c. The Groundbreaking ceremony remains scheduled for 30 Jan 02.

**LOA IS-B-HAC: SITE 276**

1. Contract Award Schedule: No significant change

2. Current Activities: No Significant Changes

3. Eastern Resident Office (ERO) Staffing:

a. Still awaiting NSDD-38 staffing approval request to be sent from Department of State to US Embassy Tel Aviv. Have asked DSCA to investigate where this request is within the DoS as it has not reached the US Embassy staff yet, although it was sent to DoS from DSCA in Nov 01.

4. Future Activities: No significant change

**LOA IS-B-HAD: PALMACHIM/HATZOR PROJECTS (IAF)**

1. Contract Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Actual) |
|---|---|---|
| Flight Simulator, Hatzor | 11%/11% | 5 Sep 02/5 Sep 02 |
| Flight Simulator, Palmachim | 1%/1% | 6 Mar 03 /6 Mar 03 |

1. Current Activities:

a. Haztor –

1) Grade beams were completed and electrical/communications ducts were installed on the SE section of the site. Continuing to place hollow core floor sections. The enegry center construction is on hold until the design can be finalized.

2) Representatives from the designer, IAF, and MOD traveled to the U.S. this week to meet with representatives from the Lockheed-Martin flight simulator manufactures. This meeting is to coordinate design criteria between the flight simulator and the building contractors. The contractor and IAF have been having problems getting information from the LM designers, resulting in a contractor request for a schedule delay.

3) The contractor is working on design modifications based on the 60% design review.

b. Palmachim –

1) The project site is at rough grade, fenced and temporary utilities have been installed.

2) The contractor and IAF personnel traveled to the U.S. to meet with the helicopter flight simulator company, CAE, to collect data on the simulator structure criteria.

c. The contractor submitted two schedules this week that were rejected as not meeting the timelines as specified in the contract documents.

d. Have issued two RFPs to the contractors for changes to the contract. The first changes the way the VAT reimbursement is paid to bring this project in line with MOD requests and the other is for several changes to the requirements. The contractor has requested additional time to prepare the proposals.

3. Palmachim Project Office (PPO) Staffing: No significant changes

4. Future Activities:

a. Working with the contractor to submit correct baseline schedules for both projects.

b. Waiting to receive the contractor's proposals for the VAT reimbursement process and the design related changes.

**LOA IS-B-HAF: NEVATIM PROJECT (IAF)**

1. Contract Construction Schedule: No significant changes

2. Current Activities:

a. Consolidating the review comments from the 60% design review to pass on to the IAF.

b. Awaiting the completion of the specifications and remaining drawings for completion of the 60% design review.

3. Nevatim Project Office (NPO) Staffing: TBD

5. Future Activities:

a. Develop the PMP, final schedule and solicitation package.

Israel Program Office Project Manager: Rob Saari, +49-611-816-2566
Israel Program Office DDE/Program Manager: LTC Larry McCallister, +972-9-957-7950/7942

WYE RIVER & ISRAEL PROGRAM

FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

25Jan 02

**NOTE: This status report shows only significant changes from the 18 Jan 02 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Current Activities:

a. A meeting to discuss submittals and timelines will be held this week with the project manager and key members of the winner of the contract to construct the Northern Infantry Training Base. The contractor, U.Dori Engineering, is an Israeli company that has not done business with the USACE before.

b. Meetings and briefings were held on the Haztor Flight simulator project with MOD and IDF representatives this week. The visit and project update were part of a quarterly update on progress presented to the Chief of Construction, MOD.

c. The projects were again hampered by rain this week. The projects were just beginning to dry from previous weeks rain when heavy downpours for several days again delayed earthwork at all projects.

d. The Ministry of Defense, Construction Division, is working with the Ministry of Labor to resolve the lack of TCN visas that are being allowed for the Wye River Projects. The restriction of number of TCN labor allowed into Israel will have significant implications on cost and time for these very large projects.

e. Intense effort continues for the various design reviews and review conferences being coordinated for the remainder of January and February. These conferences will be held in Israel and are being consolidated as much as practical for the numerous projects and submittals to maximize the reviewer's efforts and minimize travel cost.

2. Israel Program Office (IPO) Staffing:

a. The NSDD-38 request to staff the Eastern Resident Office was received by the US Embassy this week and is being staff now. It has not been approved yet by the US Embassy.

b. The NSDD-38 request to hire local national engineers is being staffed at the DoS in Washington, D.C. and has not been forwarded to the U.S. Embassy for approval.

3. Future Activities:

a. Debriefings of unsuccessful bidders for the NITB project started this week with more scheduled for next week. The pre-construction conference will be scheduled for early Feb 02.

b. The NITB ground breaking ceremony is scheduled for 30 Jan 02 to be held in conjunction with a visit by BG Rhoades. The next IPR (#5) will be next week, 29 Jan 02, in Israel.

c. Complete the selection process for the GS-15 Program Manager.

d. Start the hiring process for the NITB local secretary.

e. A meeting is scheduled for 3 Feb 02 with the contractor of the IAF projects and the NAU team to resolve many outstanding issues.

f. Continue coordination of the numerous design review conferences and submittal reviews.

**EXHIBIT**
**10**

4. Security Update:

a. There have been a number of violent incidences within Israel and the Occupied Territories this week. A terrorist gunman killed two and wounded 14 persons in a shopping district of Jerusalem this week before being killed by police. Other incidences have occurred in the Occupied Territories and along the northern border with Lebanon. The Emergency Action Committee of the US Embassy, Tel Aviv, met on 24 Jan 02 and issued an updated Security Notice to all US employees and their family members. The notice reminds personnel to be vigilant and not complacent on where they travel and reminded them of the restrictions currently in place. There is no change to the U.S. personnel security requirements or threat as assessed by the RSO.

b. The scope of work for improving the security conditions at the Israel Program Office is being developed by the Huntsville Electronic Security Center. Once the SOW is approved by the IPO, DCMA, RSO and building owner a contract will be made to initiate the improvements. It should be noted, however, that the IPO office currently meets all Department of State security requirements; these improvements are additional measures.

**LOA IS-B-HAC: SOUTHERN INFANTRY TRAINING BASE (SITB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Current) |
|---|---|---|
| Phase 1 (North Firing Ranges): | 100%/99% | 13 Nov 01/1 Feb 02 |
| Phase 2 (Remaining Base): | 38%/35% | 16 Sep 02/16 Sep 02 |

2. Current Activities:

a. Contractor continues to make final completion of Phase 1 deficiencies noted at the final inspection. The vast majority of the deficiencies are final earthwork touch-ups. This work has been delayed because of the heavy rains for the past several weeks and is running in to months. The contractor has requested a weather related time extension for the month of December and will probably request an extension for January's weather as well.

b. The rains this week have again caused the project to slip slightly behind schedule. The site is very muddy causing access problems for equipment and personnel. The West Ranges were started but have been delayed because of the weather. Contractor has stated that he will increase manpower next week in order to get back on schedule.

c. Continuing foundation, form-work and vertical construction on 38 buildings and 7 training sheds, as well as installation of sewage, drainage, and electrical infrastructure. Continuing interior/exterior plaster work and construction of stone retaining walls.

d. Held a successful communications coordination meeting with the designer and the subcontractor this week.

e. Continuing the 13.5m cut and sub-grade work for Access Road. The IDF stated that the final design for the access road should be delivered to the project by 15 Feb 02. At that time an RFP will be issued to the contractor.

f. Still have not received written approval from MOD on the addition of the ammunition bunker to the project.

3. Southern Resident Office (SRO) Staffing: No significant change.

4. Future Activities:

a. Continue pile drilling, foundation, formwork and vertical construction and placement in the base core, company areas.

b. A site visit by BG Rhoades will be made on 31 Jan 02 and a site visit is scheduled for the head of the IDF Construction Center on 29 Jan 02.

c. Continue to finish the deficiencies noted during the Phase 1 final inspection.

d. Working on a change order for final reconciliation payment of drilled pier reinforcement and lengths.

e. Working on change order for security upgrade costs

f. IDF has indicated that may request a change order on the way that hardened shelters for each building are to be supplied (contractor provided rather than IDF provided).

**LOA IS-B-HAC: NACHSHONIM STORAGE BASE (CENTRAL BASE or NSB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Current) |
|---|---|---|
| Nachshonim Base | 13%/13% | 18 Jun 04/18 Jun 04 |

2. Current Activities:

Design

a. The segment 1 construction drawings are due 28 Jan 02.

b. The COE review of the 60% segments 2 &3 design will begin on 4 Feb 02 with a review conference scheduled on 25 Feb 02.

Construction

a. Earthwork construction was again hampered by heavy rains this week. A weather time extension is pending for December and probably will be forthcoming for Jan 02. The concrete 2m x 2m box culvert installation continues at a good rate despite the rains.

b. Micro piles installation for the Dry Storage Building prototype was delayed this week due to weather. They are rescheduled for next week .

c. Contractor submitted a notice of right to file an equitable adjustment claim for unanticipated subsurface conditions. This is based on their assumption and some preliminary subsurface exploration that the IDF furnished geotechnical report is misleading and incomplete. This will be discussed at a NAU team meeting on 29 Jan 02.

3. Central Resident Office (CRO) Staffing:

a. The NSDD-38 request for hiring local nation engineers/inspectors is still at the Department of State and has not been forwarded to the US Embassy for approval yet. Cannot hire these inspectors until the NSDD-38 is officially approved.

4. Future Activities:

a. Segment 2 & 3 60% design will be reviewed beginning 4 Feb 02 with a review conference on 25 Feb 02. The 100% review will begin 15 Apr 02.

b. Segment 4 60% design review will begin 28 Feb 02.

c. Begin DSB prototype construction.

**LOA IS-B-HAC: NORTHERN INFANTRY TRAINING BASE (NITB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Current) |
|---|---|---|
| NITB | 0%/0% | 18 months after Construction NTP |

2. Current Activities:

a. A preliminary meeting was held with the U. Dori Engineering project manager and several key members of the construction team to congratulate them on winning the contract and to provide them the submittal requirements. These include security plans, housing plans, office set up, work vehicles, QC plans, etc.

3. Northern Resident Office (NRO) Staffing:

a. The resident engineer arrives 31Jan 02 and the project engineer arrives 14 Feb 02.

4. Future Activities:

a. Bring all personnel and families on board in Jan/Feb 02.
b. The Groundbreaking ceremony remains scheduled for 30 Jan 02.
c. Continue de-briefings for unsuccessful bidders within the next few weeks.
d. Coordinate the pre-construction conference.
e. Issue the construction NTP.

**LOA IS-B-HAC: SITE 276**

1. Contract Award Schedule: No significant change

2. Current Activities: No significant change

3. Eastern Resident Office (ERO) Staffing:

a. NSDD-38 staffing approval request was received by cable from Department of State to US Embassy Tel Aviv on 14 Jan 02. The embassy is preparing the response and approval.

4. Future Activities: No significant change

**LOA IS-B-HAD: PALMACHIM/HATZOR PROJECTS (IAF)**

1. Contract Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Actual) |
|---|---|---|
| Flight Simulator, Hatzor | 24%/19% | 5 Sep 02/5 Sep 02 |
| Flight Simulator, Palmachim | 2%/2% | 6 Mar 03 /6 Mar 03 |

1. Current Activities:

a. Haztor –

1) Progress has been made this week despite heavy rains. Floor sections are being placed. Forming and steel work continues for the columns and walls supporting the second floor.
2) A site visit was made by Mr. Haber, Chief of Construction, MOD.
3) Drain lines were installed.
4) The 100% design was distributed for review this week. A design review conference will be held in Israel on 29 Jan 02.
5) Contracting officer is still studying the contractor's request for extension.

b. Palmachim –
1) No activity at this site this week.
2) Foundation work is scheduled for late February.

c. A meeting is scheduled for the week of 28 Jan 02 with the contractor, project manager and chief counsel to discuss several outstanding issues and concerns to include adequate schedules, contractor time extension requests, MOD request to accelerate the Haztor project, and none or minimal response to two RFPs issued in Nov/Dec. We are continuing to work with contractor to help them meet their contract obligations. A follow-on meeting is scheduled with the contractor on 3 Feb 02.

d. The project engineer approved re-submitted base line schedules for both projects this week.

3. Palmachim Project Office (PPO) Staffing: No significant changes

4. Future Activities:

a. The contractor has submitted a proposal for the reimbursement modification for VAT. This is being studied and will be discussed with the NAU team next week in a consolidated meeting to review several on-going discussions and options.

b. Palmachim foundation design details will be reviewed in Feb 02.

c. Still waiting for an MOD approval of the IAF request for changes to the projects SOWs. We can not issue a RFP until we have that approval which was requested in writing over four weeks ago.

**LOA IS-B-HAF: NEVATIM PROJECT (IAF)**

1. Contract Construction Schedule: No significant changes

2. Current Activities: No significant changes

3. Nevatim Project Office (NPO) Staffing: TBD

5. Future Activities:

a. The 80% design review is scheduled to begin 29 Jan 02 with a review conference on 4 Feb 02.

b. Develop the PMP, final schedule and solicitation package.

Note: The RRAD delivered design documents for review of the proposed Missile Assembly/Disassembly Facility (MADF). This facility is under an FMS case IS-B-YWY with the US Army Aviation and Missile Command. The NAU PDT is investigating the best method to proceed with the acquisition strategy. A meeting is scheduled next week in Israel to discuss acquisition strategy and options.

Israel Program Office Project Manager: Rob Saari, +49-611-816-2566
Israel Program Office DDE/Program Manager: LTC Larry McCallister, +972-9-957-7950/7942

WYE RIVER & ISRAEL PROGRAM

FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

08 February 2002

**NOTE: This status report shows only significant changes from the 1 Feb 02 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Current Activities:

a. The weather has improved this week and therefore production rates are increasing at all projects.
b. Debriefings for unsuccessful bidders of the Northern Infantry Training Base project were concluded this week.
c. A meeting was held with representatives of M.Gordon (contractor on the IAF work at Hatzor/Palmachim), the contracting officer, the project manager and other representatives from the USACE on 3 Feb 02 to discuss several topics. The meeting was useful as it identified to the contractor items that they needed to concentrate on and discussed several issues that we need to work in conjunction with them.
d. The Ministry of Defense, Construction Division, has authorized a temporary relief of the TCN tax reimbursement issue for the Nachshonim Storage Base project. Due to the Ministry of Labor decision to restrict TCN visas, the contractors are not able to get tax reimbursement for TCN workers if they were not recruited exclusively to work on the Wye Projects. This exemption is being negotiated with the MOD to include all projects under contract in Israel as the TCN restriction affects all projects.

2. Israel Program Office (IPO) Staffing:

a. The NSDD-38 request to staff the Eastern Resident Office was approved by the US Embassy this week and forwarded to DSCA.
b. The NSDD-38 request to hire local national engineers has been received by the embassy and should be processed in normal time.
c. The selection panel for the GS-15 Regional Program Manager met this week at NAD and selected the RPM for Israel. He is tentatively scheduled to arrive in Israel in early April.

3. Future Activities:

a. The pre-construction conference for the NITB is scheduled for11 Feb 02.
b. Start the hiring process for the NITB local secretary.
c. Continue coordination of the numerous design review conferences and submittal reviews.

4. Security Update:

a. The number of violent incidences within Israel were greatly reduced although there were several within the Occupied Territories last week. The Emergency Action Committee of the US Embassy, Tel Aviv, met again on 4 Feb 02 and issued an updated Security Notice to all US employees and their family members. The notice reminds personnel to be vigilant and not complacent on where they travel and reminded them of the restrictions currently in place. It also

**EXHIBIT**
**11**

added two new locations in Jerusalem as areas to avoid if possible. There is no change to the U.S. personnel security requirements or threat as assessed by the RSO.

b. The scope of work for improving the security conditions at the Israel Program Office was approved by the DDE. The Huntsville Electronic Security Center will issue an RFP to its contractor next week. As always it should be noted that the IPO office currently meets all Department of State security requirements; these improvements are additional measures.

**LOA IS-B-HAC: SOUTHERN INFANTRY TRAINING BASE (SITB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Current) |
|---|---|---|
| Phase 1 (North Firing Ranges): | 100%/99% | 13 Nov 01/14 Feb 02 |
| Phase 2 (Remaining Base): | 44%/38% | 16 Sep 02/16 Sep 02 |

2. Current Activities:

a. The contractor began to make final earthwork completion to the Phase 1 firing ranges now that the weather has been clear for a week. The IDF range safety officer inspected the ranges this week and had some concerns about the design of the berms. The berms and targets are constructed in accordance with the prepared and approved IDF design. The MOD/IDF will discuss this issue with the IDF safety officer. If the weather cooperates, anticipate turning over the ranges on 14 Feb 02.

b. Continuing foundation, form-work and vertical construction on 38 buildings, as well as installation of sewage, drainage, and electrical infrastructure. Continuing interior/exterior plaster-work and construction of stone retaining walls. Major interior plumbing system installations ongoing.

c. The west range concrete box culvert bridge was completed this week. This will allow quicker access for construction of the west ranges.

d. The IDF stated that the final design for the access road should be delivered to the project by 15 Feb 02. At that time an RFP will be issued to the contractor.

3. Southern Resident Office (SRO) Staffing: No significant change.

4. Future Activities:

a. Continue vertical construction and placement in the base core and company areas.

b. Issue the RFP for the additional ammunition bunker now that we have MOD approval.

c. Finish the earthwork deficiencies noted during the Phase 1 final inspection.

d. Working to finalize the change order for security upgrade costs and for the final drilled pier reconciliation (length and reinforcement).

e. IDF has indicated that they may request a change order on the way that hardened shelters for each building are to be supplied (contractor provided rather than IDF provided). Waiting for IDF's official request.

**LOA IS-B-HAC: NACHSHONIM STORAGE BASE (CENTRAL BASE or NSB)**

1. Construction Schedule:

| Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Current) |
|---|---|

| | | |
|---|---|---|
| Nachshonim Base | 13%/13% | 18 Jun 04/18 Jun 04 |

2. Current Activities:

Design

a. The COE completed review of the 60% segments 2 &3 design on 4 Feb 02. A review conference is scheduled on 25 Feb 02.
b. Contractor given approval to proceed with construction of segment 1 after USACE approved construction drawings this week.

Construction

a. Micro piles installation for the Dry Storage Building prototype was completed this week. Sub-grade preparation has begun.
b. Cut and fill operations resuming after weeks of heavy rain.
c. Contractor submitted a notice of right to file an equitable adjustment claim for unanticipated subsurface conditions. This is based on their assumption and some preliminary subsurface exploration that the IDF furnished geotechnical report is misleading and incomplete. An NAU team meeting was held on 29 Jan 02 to discuss the report. A coordinated response was issued to the contractor stating that we will continue to monitor the localized clay issue but that the site is not materially different than indicated in the IDF prepared geotechnical report.
d. One of the two earthwork subcontractors filed for bankruptcy. The JV has begun to support the subcontractor to insure that the work progresses.

3. Central Resident Office (CRO) Staffing:

a. The NSDD-38 request for hiring local nation engineers/inspectors has been forwarded to the US Embassy for approval and should be processed in the normal time. Cannot hire these inspectors until the NSDD-38 is officially approved.

4. Future Activities:

a. Segment 2 & 3 60% design is currently under review with a review conference scheduled for 25 Feb 02. The 100% review will begin 15 Apr 02.
b. Segment 4 60% design review will begin 28 Feb 02.
c. Continue DSB prototype construction.

**LOA IS-B-HAC: NORTHERN INFANTRY TRAINING BASE (NITB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Current) |
|---|---|---|
| NITB | 0%/0% | 18 months after Construction NTP |

2. Current Activities:

a. The PM, KO, and chief counsel conducted debrief for the unsuccessful bidders on the project this week.

b. The PE and RE looked at several houses this week to be provided by the contractor. Once the houses are selected, the Regional Security Officer will approve location and the security upgrades required.

3. Northern Resident Office (NRO) Staffing:

a. The project engineer is scheduled to arrive end of Feb 02.

4. Future Activities:

a. Pre-construction conference scheduled for 11 Feb 02.
b. Issue the construction NTP.
c. Finalize housing and office submittals.

**LOA IS-B-HAC: SITE 276**

1. Contract Award Schedule: No significant change

2. Current Activities: No significant change

3. Eastern Resident Office (ERO) Staffing:

a. NSDD-38 staffing request was approved by the US Embassy this week and forward to DSCA and HQUSACE. Recruitment actions will be initiated for the resident engineer and project engineer positions once the award schedule is finalized and a determination is made on when the personnel are required.

4. Future Activities:

a. A site visit will be made with the IDF and MOD the week of 19 Feb 02.

**LOA IS-B-HAD: PALMACHIM/HATZOR PROJECTS (IAF)**

1. Contract Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Schedule/Actual) |
|---|---|---|
| Flight Simulator, Hatzor | 28%/25% | 5 Sep 02/5 Sep 02 |
| Flight Simulator, Palmachim | 3%/3% | 6 Mar 03 /6 Mar 03 |

1. Current Activities:

a. Haztor –

1) All prestressed hollow-core flour planks were installed and flooring topping has been placed.

2) A 100% design review backcheck was completed on 5 Feb 02. Final construction drawings will be issued next week.

3) The contractor has increased his work force to get back on schedule after weeks of excessive rain delayed progress.

b. Palmachim –

1) No activity at this site this week.
2) Foundation work is scheduled for early March 02.

c. A meeting was held scheduled on 03 Feb 02 with the contractor, project and program managers, contracting officer, and chief counsel to discuss several outstanding issues and concerns to include contractor time extension requests, MOD request to accelerate the Haztor project, VAT reimbursement procedure and responses to RFPs. The contractor delivered additional documentation regarding his request for a time extension which the KO will evaluate. The KO issued a letter of instruction to have the contractor file for VAT directly with the MOD as requested by MOD. The KO reiterated that the completion date for Haztor must be met. Also discussed with the initial RFP for additional IDF requested work. This will have to be greatly negotiated to reduce the cost or eliminate some of the changes requested by IAF.

3. Palmachim Project Office (PPO) Staffing: No significant changes

4. Future Activities:

a. The IPO will coordinate with the MOD to see if it is possible to get the contractor relief on the TCN tax issue, similar to the relief issued by MOD for the Nachshonim Storage Base project.

b. Palmachim foundation design details will be reviewed in late Feb 02.

**LOA IS-B-HAF: NEVATIM PROJECT (IAF)**

1. Contract Construction Schedule: No significant changes

2. Current Activities:

a. The 80% design review conference was held on 4 Feb 02.

3. Nevatim Project Office (NPO) Staffing: TBD

4. Future Activities:

a. Develop the PMP, final schedule and solicitation package.

b. A site visit will be made in Feb 02.

Note: The RRAD delivered design documents for review of the proposed Missile Assembly/Disassembly Facility (MADF). This facility is under an FMS case IS-B-YWY with the US Army Aviation and Missile Command. A meeting was held with a prospective contractor to discuss time frames and initial costs. The initial time for completion submitted by the contractor was 15 Jun 02 which is past the customer requested delivery date. The cost and time will be discussed with the customer to see what will be the best approach to complete this project.

Israel Program Office Project Manager: Rob Saari, +49-611-816-2503
Israel Program Office DDE/Program Manager: COL Larry McCallister, +972-9-957-7950/7942

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**01 MAY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| **3.4** | COE requested QC testing on columns in $56E_33$ & $67E_33$ at joint between column and wall.<br><br>Test Results: $67E_33$-Patching equalled base concrete; $56E_33$-Patching was below base concrete. JV to send letter. Each building to be tested. COE commented on the need to minimize patching. JV to consult with supplier. COE suggests "shooting" column forms to reduce chance of form misalignment. | **AAB** |
| **3.5** | Pilot DSB submittals: Only exit light submittal outstanding and OEK redoing submittal. | **AAB** |
| **3.6** | Prep Meeting held with Space Frame erectors. Strike may delay arrival of MERO supervisor. To schedule another prep meeting with COE and MERO supervisor. (Arrival of MERO supervisor subsequently reinstated for 04 May following temporary suspension of strike action). Prep Meeting remains on schedule for Monday 05 May at 15.00. | **AAB** |
| **3.7** | New Electrical Panel Board submittal due to JV next week. | **AAB** |
| **3.8** | TR Buildings: 56TR25 replaced. 10/9 Rigid lines going in. CSF to be backfill material. 67TR25 to be addressed next week. | **AAB** |
| **3.9** | Rock wall foundations started. JV to prepare a 2-meter mockup. To hold prep meeting when mockup ready. | **AAB** |
| **3.10** | DSB housecleaning improving. Dunnage being placed under steel. | **AAB** |
| | | |
| **4** | **<u>ADMINISTRATION</u>** | |
| 1 | **Block Visa:** After final request to ministries, after last elections, for TCN visa issue, legal action by JV to be initiated against MOL and MOI over refusal to allocate block visa to ABB SUSA, as authorized by the Contractors' Registrar in December 2002 and recommended by the judge in Arenson's previous suit against the ministries.<br><br>JV restated that neither the JV nor any of its partners have ever received one visa for the Nachshonim Project.<br><br>No change. | **AAB** |
| **4.2** | **TCN Personnel:** Continued shortage of TCN Labor severely impacting job progress. Experiencing high turnover and less production with Israeli Arabs. COE commented on the need to beef up training of Israeli Arabs, as quality is much inferior than Romanians.<br><br>JV is reducing production in order to improve quality. COE suggested increasing close supervision. JV brought in an additional foremen. | **AAB** |
| **4.3** | **Waiver on U.S. Flag Vessels Requirement:** Detailed separate Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey submitted 09 April 03. Awaiting outcome. | **COE** |

**EXHIBIT 12**

ברץ, בר-נתן ושות'
עורכי-דין ונוטריונים
Baratz, Bar-Nathan & Co.
Attorneys-at-Law & Notaries

Benjamin Baratz
Yael Baratz
Zvi Bar-Nathan
Lori Almouli-Confino*
Barak Luchtenstein
Roni Avni
Yoav Fruchtman
Ram Ephrati
Itta Rubanenko
Tsafi Erlich Goldman
Rakefet Peled
Yoram Evron
Sharon Alster
Eli Belkind
Sagit Shahmoon
Tammar Sheinkin-Japhet
Gil Ashkenazy
Avishai Halfon
Michal Nissani
Merav Baruch
Hadas Geva-Medalia
Ziv Glickman*
Ophir Vaisben
Elad Berdugo
Danny Dilbary
Eyal Shani

*Also Member of the New York Bar

Tel-Aviv, July 13, 2003
Ref: 14064-27 (006)

AAB SUSA – A. ARENSON – BARAN GROUP (Joint Venture)
5 Hashita Street
Caesarea 38900

Attention: Mr. Denison Keneey

Subject: Nachshonim Storage Base Contract No. DACA90-01-C-0043
(the "**Contract**")

**Re: Third Country Nationals ("TCN")**

The following provides an overview of the "TCN" problem and the measures taken by the ABB SUSA - A. Arenson - Baran Group (Joint Venture) (the "**Joint Venture**") and its members in respect of the importation and employment of foreign labor.

**Introduction**

1. The Joint Venture has exerted its utmost efforts, since inception, to arrange for the entry and/or the employment of foreign construction workers already situated in Israel, for the Nachshonim Storage Base in Elad, Israel (the "**Project**").

2. However, due to the Israeli government's rigid policy barring the importation of foreign workers ("**FWs**") into Israel and the resultant restrictions imposed by the Israeli

International Department
Tel: +972-3-6073766
Fax: +972-3-6960986

Romania
Baratz & Associates
57 Romulus Street,
Sector 3
Bucharest
Romania
Telefax: +4021 3263996/7
E-mail: st.ghemes@bar-law.ro

Israel
1 Azrieli Center,
Round Tower, 18th floor
Tel-Aviv 67021, Israel
Tel: +972-3-6073777
Fax: +972-3-6073778
E-mail: office@bar-law.com

EXHIBIT
13

Labor Authority (the "**LA**"), numerous efforts made on the Joint Venture's behalf have not met with positive results, until most recently.

**The Restrictions Imposed by the Israeli Government**

**General**

3. Ever since the 1990's the number of FWs allowed to enter into and to be employed in Israel grew steadily and significantly on an annual basis (with the exception of 1997). The constant demand for foreign construction workers (primarily for residential buildings) stemmed from security measures that prevented the regular entry of Palestinians residing in Gaza and the West Bank into Israel. The numbers rose even more substantially in 2001, due to the extreme deterioration in the security situation caused by the "Entifadah".

4. As illustrated below, the drastic change of policy adopted by the Israeli Government could not have been foreseen by the Joint Venture at the time the Contract was awarded to it on July 18, 2001.

5. The 3 major restrictions that hindered the importation of TCN's by or for the Joint Venture were:

   5.1. An overall decrease in the quotas of FWs allowed entry ("**Quotas**");

   5.2. The "**Closed Sky**" Policy;

   5.3. The "**Deserters**" Policy.

6. For your convenience, the following summarizes the major resolutions of the Government in this respect. Please, your attention particularly to Government Resolution No. 1141 of December 24, 2001:

**Government Resolution No. 188 – August 22, 1999**

7. On August 22, 1999, the Government decided to reduce the Quota by 23%, so that as of January 1, 2001, the maximum annual amount of permits granted in all sectors of the economy for FWs was reduced to 50,000 (instead of 83,000).

8. In furtherance of such Resolution No. 188, the Minister of Labor and Welfare (the "**MOL**") decided that the maximum annual amount of permits that would be allocated to the construction industry for 2001 would be for 26,000, as opposed to 34,000 construction workers in 2000.

**Government Resolution No. 2802 – December 31, 2000**

9. On December 31, 2000, the Government decided to suspend its preceding Resolution No. 188, in light of the labor shortage caused by the deterioration in the security situation.

10. In order to mitigate the effects of the "Entifadah" on the construction industry, the Government decided to increase the construction workers Quota in the first half of 2001 by 7,000, i.e. from 34,000 to 41,000 FWs.

11. Consequently, instead of decreasing the number of FWs, the Quota rose by 20% within 16 months.

**The Bucharis Report – December 31, 2001**

12. On March 21, 2001, the MOL established a special committee in order to recommend measures to reduce the number of FWs in Israel.

13. On July 14, 2001 – 4 days prior to the award of the Contract – the committee submitted a report to the MOL in which the committee recommended that the maximum annual amount of permits granted in the construction industry for 2001 be increased by 4,000 (i.e. from 41,000 to 45,000) and that during each of the following 3 years the Quota for such workers be reduced by 5,000 (the "**Bucharis Report**").

**Government Resolution No. 554 – August 5, 2001**

14. On August 5, 2001, following its approval by a special Ministers' Committee, the recommendations that appeared in the Bucharis Report were formally adopted by the Israeli Government.

15. Consequently, the Quota for 2001 was increased by 32% in comparison to 2000.

**Government Resolution No. 642 – September 2, 2001**

16. On September 2, 2001, the Government decided that during the years 2003-2005 the Quota would be reduced by 10,000 a year. This decision did not apply, however, to the years 2001-2002.

**The "Closed Sky" Policy – Government Resolution No. 1141 – December 24, 2001**

17. In December 2001, the Israeli government decided upon a drastic shift in policy.

18. On December 24, 2001, the Government decided that the maximum annual amount of permits granted in the construction and agriculture industries for 2002 would be for 45,000 FWs.

19. In furtherance of the foregoing decision, on January 1, 2002, the MOL announced, that as of that day, the entrance of new FWs into Israel would be absolutely

Baratz, Bar-Nathan & Co.
Attorneys-at-Law & Notaries

prohibited (the "**Closed Sky Policy**"), and that the maximum annual amount of permits granted in the construction industry would be for 23,000 FWs to be recruited from those FWs already in the country.

**<u>Government Resolution No. 2215 – July 11, 2002</u>**

20. On July 11, 2002, the government decided that the maximum annual amount of permits granted in the construction industry for 2002 would be for 30,000 instead of 45,000 FWs.

**<u>Government Resolution No. 208 – April 13, 2003</u>**

21. On July 11, 2002, the Israeli government decided that the maximum annual amount of permits granted in the construction industry for 2003 would be identical to that applicable in 2002, i.e for 30,000 FWs.

The fluctuations in the Quotas as per the aforementioned resolutions are illustrated by the following graph:




**Date & Decision No.**

22. The following facts are particularly noteworthy:

22.1. Throughout the 12 years, that preceded September 2, 2001, the Quotas had been growing steadily.

22.2. Between September 2, 2001 and December 24, 2001, the Quota was decreased by 17,000 FWs and the entrance of new FWs into Israel was utterly prohibited (the "Closed Sky" Policy).

22.3. The Joint Venture could not have anticipated such a radical shift in governmental policy.

23.

24. **The "Deserters" Policy**

24.1. During recent years, many contractors in Israel, including A. Arenson Ltd. ("**Arenson**"), a Joint Venture partner, have been suffering from what is referred to as the "**Deserter**" syndrome. Workers who have legally entered into Israel with work permits granted at the request of the employer (contractor), have been "deserting" their work places in order to work illegally for other employers, who do not have the appropriate allocations and permits.

24.2. The policy of the Ministry of Interior (the "**MOI**") and the MOL, has been to prevent an employer whose FWs "deserted" him but did not leave Israel, from employing another FW in his stead. This was the case even if the employer made all possible efforts to locate the employee and to deport him. Only an employer who could show that a FW had already left the country, could obtain a "credit" for such employee and bring in or employ another FW in his stead.

**Legal Proceedings Initiated against the Israeli Government**

25. On February 18, 2002, the Israeli Contractors and Builders Association filed an administrative action to the Israeli High Court of Justice (H.C. 8722/00) against the Government, the MOL, the General Director of the LA and the MOI.

By this motion, the court was requested to pronounce Governments Resolutions No. 1141 and 642 as void, so that the Quota would not be reduced and that the entrance of new construction workers into Israel would not be prohibited.

As a result the MOI and the MOL made minor concessions in respect of the expulsion of FWs, but the foregoing resolutions remained valid.

26. On June 6, 2002, Arenson filed an administrative action to the Israeli Court of Administrative Matters in Jerusalem (A.P 582/02) against the MOL and the MOI.

By this motion, the court was petitioned to pronounce the "Deserters" policy as void and to allow Arenson to fully utilize the TCNs permits, which were allotted to Arenson

for 2002, in respect of the Project, among other construction projects in which Arenson was engaged. (See paragraph 33 below).

On August 7, 2002, Arenson's counsel and the District Attorney for Jerusalem who was acting as counsel for the Ministries reached an understanding with the aim of facilitating the importation of workers for the Project, as summarized in paragraph 40 below.

It should be indicated that the foregoing understanding, which was approved by the LA's Deputy General Manager and the representative of the MOI, was given the status of a judgement handed down by the court.

27. On August 21, 2002, Arenson filed a second administrative action to the Israeli Court of Administrative Matters in Jerusalem (A.P 738/02) against the MOL, the MOI and the Minister of Interior Security. Such motion was directed against the "Deserters" policy.

Mits allocation of FWsreachedMdirected the MOI to the issue

On June 26, 2003, Arenson's counsel and the District Attorney for Jerusalem who was acting as counsel for the Ministries reached an understanding with the aim of enabling the Joint Venture to utilize the permits which were previously allocated in respect of the Project..

28. On June 24, 2003, the Joint Venture itself and its members filed another administrative action to the Israeli Court of Administrative Matters in Jerusalem (A.P 966/03) against the MOI, the LA, the Minister of Industry, Commerce and Labor (the "**MICL**"), the Minister of Defense (the "MOD") and the Foreign Workers Permits Support Unit (the "**Support Unit**").

Such motion was directed against the LA's refusal to transfer the allocation of 523 FWs from Arenson to ABB SUSA, Inc. ("**ABB SUSA**"), while deducting same from Arenson's allocation for 2002, and to allow the entry of these workers or the employment of FWs already present in Israel for the Project.

**<u>Arenson's Attempts, on behalf of the Joint Venture to Bring In TCNs</u>**

29. Immediately after the award of the Contract, it was agreed that Arenson would operate on behalf of the Joint Venture,

in applying for the TCN permits, as Arenson was the only registered contractor among the members of the Joint Venture, and thus the only member qualified under Israeli law to apply for the allocation of and entry permits for FWs.

30. On January 22, 2002, Arenson applied to the LA asking for an allocation for the Project for the year 2002. In its letter to the LA dated January 24, 2002, Arenson asked to treat the Project as a national project of the highest priority, and to approve the requisite allocation as soon as possible.

31. In parallel, the relevant officials at the Ministry of Defense (the "**MOD**") also addressed the LA, and a meeting was held on January 27, 2002, with the participation of the LA's Deputy General Manager. The purpose of the meeting was to obtain the immediate approval of the authorities for the granting of visas to TCNs for the Project, while stressing the national importance of the matter.

32. In consequence of the aforementioned Government Resolution No. 1141 of December 24, 2001, and the implementation of the "Closed Sky" Policy, Arenson was not successful in obtaining an immediate allocation for the Project.

33. During the first half of 2002, Arenson waited for the LA to publicize its allocations of FWs for the year 2002, as did the rest of the contractors in Israel.

34. On July 3 2002, the MOL published its list of the allocations for the year 2002. Arenson was allocated 784 permits, 523 of which were dedicated to the Project.

**The Joint Venture's Lack of Ability to obtain TCNs for the Project due to the "Deserters" Policy**

35. When Arenson attempted to utilize the 523 allocations and to cause the MOI to issue visas for such TCN's, MOI refused to comply due to the problem posed by the "Deserters"

36. It evolved that because a few hundred foreign workers who were imported into Israel by Arenson during 1999-2001, prior to the award of the Contract and without any connection with the Project, had deserted their work place, Arenson was barred from processing entry permits or otherwise engaging the 523 TCN's on the Project as approved for the year 2002.

37. It should be noted that the Joint Venture has devoted considerable resources to induce the FWs that it could employ to stay on the job. For example, the Joint Venture is paying a $100 inducement "bonus" per month for each TCN who reports to work over the entire month.

**The Attempt to Transfer the Allocation from Arenson to ABB SUSA**

38. In order to circumvent the obstacles presented by the "Deserters" Policy, Arenson suggested to transfer the approved allocations for the Project to ABB SUSA.

39. In order to carry out the transfer of the allocations, the Joint Venture had to overcome two new bureaucratic hurdles. The first was that the deadline for submitting requests for 2002 allocations had expired. The second was that ABB SUSA, as a foreign company, had to obtain an exemption from registration as a registered contractor with the Israeli Registrar of Contractors, since by law, only a registered contractor or a foreign entity exempt from such registration could file for an allocation of FWs.

40. On August 7, 2002, at the hearing of the aforementioned A.P 582/02, Arenson's suggestion fell on receptive ears and with the assistance of the Honorable Justice Zvi Segal, Arenson's counsel and the District Attorney for Jerusalem who was acting as counsel for the Ministries, reached an understanding with the aim of facilitating the transfer of the allocations from Arenson to ABB SUSA. This understanding was approved by the LA's Deputy General Manager and the representative of the MOI.

41. Within the framework of this understanding, which was formalized in the form of a judgement handed down by the court, the timetable for the filing of a new application to the LA, to enable ABB SUSA to submit a request to transfer the said allocations from Arenson to itself, was extended, with the LA undertaking to consider such application within 21 days. The court also recommended to the Registrar of Contractors to process ABB SUSA's application for an exemption expeditiously.

42. On September 2, 2002, ABB SUSA filed an urgent application for an exemption from registration as a registered contractor with the Israeli Registrar of Contractors.

43. Despite the vigorous prosecution of this request, the process lasted almost four months. On December 26, 2002 the former Minister of Construction and Housing, Mr. Natan Sharansky, finally granted the exemption.

44. In parallel, in December 2002, ABB SUSA submitted a request for allocations to the LA branch located in the city

of Afula.

45. On February 25, 2003, as no allocations had been made for the Project, Arenson appealed to the General Director of the LA with a request that he intervene and transfer to ABB SUSA the 523 allocations from Arenson for 2002.

46. On March 9, 2003, as no response was received to said request, Arenson and ABB SUSA addressed the General Director of the LA once again, and requested him to transfer the 523 allocations for 2002 to ABB SUSA.

47. On March 11 2003, to the complete surprise of the Joint Venture, and contrary to all the understandings reached within the framework of the Court's decision of August 7, 2002, the LA's Legal Advisor advised that the LA had turned down the transfer request, alleging that it was aimed at circumventing the MOI's procedures. Moreover, the LA's Legal Advisor recommended that the Joint Venture address the officials at the MOI and convince them that the unusual circumstances of this case justify deviation from the procedures, so that Arenson be "credited" with the full allocation for 2002. However, such course of action had been previously proven to be futile and resulted in the submission of the aforementioned A.P 738/02, as stated in Section 27 above.

48. In light of the urgency of the subject matter and in the hope that the personal intervention of all the relevant ministers would lead to a resolution of the problem and make redundant the need to resort to legal proceedings, the Joint Venture addressed the Minister of Labor and Welfare, the Minister of Interior and the Minister of Defense on March 25, 2003 with an urgent application for assistance in obtaining permits to employ TCNs.

A copy of such letter was also forwarded to the General Director of the LA, for his reaction.

49. On April 3, 2003, after it became clear to the Joint Venture that the LA had been transferred, with the establishment of the new Government, to the authority of the MICL, the Joint Venture addressed the MICL and copied the Minister on the aforementioned letter of March 25, 2003.

**<u>The Ministers' Total Disregard of the Joint Venture's Letter</u>**

50. To date, and despite a reminder, which was sent on April 27, 2003, the MOI made no response to the Joint Venture's

letter. There was a similar lack of response from the MOD.

51. In contrast, the MICL replied to the Joint Venture on April 13, 2003 (through his secretariat) that the letter had been forwarded for the perusal and comments of his professional advisors and that upon receipt of their comments, he would respond to the application.

However, to this very day, with the exception of the disappointing response received from the General Director of the Labor Authority described below, the MICL has not taken any measure in order to alleviate the Joint Venture's predicament.

52. Moreover, additional reminders that were sent to the Ministers on May 27, 2003 did not evoke any response.

**The Response of the General Director of the LA to the Joint Venture's Application**

53. On April 2, 2003, Mr. Avner Oferi, the General Director of the LA, responded to the Joint Venture's application to the Ministers, described above.

In his reply, the General Director argued that in the proceeding that had taken place in A.P. 582/02, the Petitioners had been promised nothing with respect to the outcome of the handling of their application.

Moreover, in his letter, the General Director of the LA reiterated the opinion of the Legal Advisor of the LA, as stated in his letter of March 11, 2003, that in order to solve its problem in respect of the subject matter, the Joint Venture should address the MOI.

54. The General Director argued that even if the LA had acceded to the application, ABB SUSA would not have been entitled to obtain an entry visa for TCNs, since ABB SUSA should be seen as the successor of Arenson.

55. Thus, according to the General Director of the LA, the Joint Venture would not be able to utilize the allocation for the Project until Arenson was credited for "Deserters", although such "Deserters" had deserted Arenson before the commencement of the Project and had originally been fired irrespective of the special allocation that was granted for the Project only in July 2002.

56. On April 7, 2003, the Joint Venture responded to the letter of the General Director of the LA and requested him to urgently call a meeting with the participation of all the relevant parties, namely, the LA, the MOI and the MOD,

in order to reach a solution.

57. In his letter of reply dated April 15, 2003, the General Director of the LA reiterated his position as previously stated, referring the Joint Venture to the MOI to handle the matter.

**The Allocations for the Year 2003**

58. On December 16, 2002, ABB SUSA applied to the LA asking for an allocation for the Project for the year 2003.

59. Concurrently, Arenson filed an independent application for 2003 for the other projects being carried out by it, irrespective of the Project.

60. Despite the fact that Arenson's application did not apply to the Project, on June 26, 2003, Arenson received a letter from the Support Unit, according to which Arenson was allocated 549 FWs for 2003.

In a telephone conversation that took place between Mr. Amnon Barkai, the Director of Human Resources at Arenson and the LA, it was elucidated that out of such 549 allocations, 523 allocations were intended for the Project and that the application filed by ABB SUSA had been denied.

Thus, once again, although a special allocation had been made for the Project, such allocations could not be utilized due to the unreasonable identification between Arenson and the Joint Venture, and the consequent applications of the "Deserter" Policy.

**The Understanding Reached within the Framework of A.P 738/02**

61. On June 26, 2003, within the framework of A.P 738/02, Arenson's counsel and the District Attorney for Jerusalem who was acting as counsel for the MOL, the MOI and the Minister of Interior Security reached an understanding that will hopefully enable the Joint Venture to utilize the allocations granted in respect of the Project.

62. An interim order reflecting such understanding was granted, freezing the status quo, so that the Government authorities may not deport the FWs that are actually employed by Arenson for as long as (1) their number does not exceed the full allocation that it received from the LA; and (2) none of the FWs stayed in Israel for longer than 54 months.

63. Consequently, on July 6, 2003, the Joint Venture informed the District Attorney for Jerusalem that it had decided to suspend its legal actions against the relevant Government authorities in the hope that the implementation of the foregoing understanding will result in its being able to engage TCNs for the Project.

**Arenson's Attempts to Recruit Israeli Manpower on behalf of the Joint Venture**

64. It should be noted that concurrently with its efforts to resolve the problem of FWs vis-a-vis all the relevant Iseraeli authorities, the Joint Venture has devoted an extensive amount of time and resources towards recruiting Israeli workers for the Project.

65. Arenson appealed on numerous occasions to the LA's employment bureau in an attempt to recruit hundreds of Israeli construction workers (mainly scaffolders and welders).

66. Despite the fact that the refusal of the Israeli Government to allow the importation of FWs into Israel is based, inter alia, on the high rate of unemployment among Israeli nationals, not a single Israeli worker was referred to Arenson for the Project by the LA.

Moreover, in a telephone conversation that took place between the Director of Human Resources at Arenson and the Director of the LA at Rosh Haayin, following Arenson's request to refer Israeli workers to it, the latter undertook to hold an employment fair for the purpose of recruiting Israeli workers for the Project.

The Director of the Rosh Haayain LA reiterated this undertaking on June 10, 2003 in another conversation he had with Mr. Amnon Barkai, but such employment fair never took place.

67. As of the date hereof, despite numerous attempts, the Joint Venture has never been unsuccessful in recruiting even a single Israeli construction worker to work on the Project.

**The Mobilization of FWs from other Arenson Projects**

68. In order to mitigate the effects of the restrictions imposed by the Government, the Joint Venture has employed FWs who originally entered into Israel under work permits

granted to Arenson for other projects.

69. However, due to its exclusive nature, complexity and scope, the Project management contends that the Project can not be efficiently constructed unless the Joint Venture can continually utilize TCNS dedicated to the Project on a long-term basis.

**Summary and Conclusions**

70. After the Contract went into force and effect the Israeli Government enacted a drastic change of policy which prevented the Joint Venture from employing TCNs.

71. In practice, until this very day, although in both 2002 and 2003, 523 allocations were issued for the Project, not a single entry permit has been obtained to bring a TCN into Israel for the Project, despite the vigorous efforts made by Arenson, ABB SUSA and the Joint Venture.

72. On June 26, 2003, Arenson's counsel and the District Attorney for Jerusalem reached an understanding that hopefully will enable the Joint Venture to finally utilize the allocation of TCNs for the Project. The Joint Venture will purportedly be allowed to engage qualified foreign construction workers already situated in Israel, provided that they do not reside here for longer than 54 months.

We believe that this saga presents compelling factual justification for your request for a time extension and equitable adjustment.

Please do not hesitate to contact us for further assistance.

Sincerely yours,

Yael Baratz, Adv.,
Baratz, Bar-Nathan & Co.,
Attorneys-at-Law & Notaries

*\\BGB-PPC\SYS\SYSOLD\DOC\Office1\14064-27\let\006-Background - rev (vi)*