**No. 05-114C**
**(Consolidated with Case Nos.**
**04-1719C, 05-1172C, and 06-49C)**
**(Chief Judge Damich)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**A.A.B JOINT VENTURE**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**APPENDIX PART 7**

---

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**20 FEBRUARY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | **COE announcement:** The absence of Ron McPeters, Major Einat Rosen and Rami Kerekesh from the meeting is due to their conducting training for MOD Personnel to replace COE Personnel, should they have to evacuate. | |
| 1 | **SAFETY** | |
| 1.1 | 2 lost time accidents recorded in 611 days. | AAB |
| 1.2 | 58 new employees trained, 863 trained to date. | AAB |
| 1.3 | Coordination between subcontractors working inside buildings is required for safe movement of material, scaffolding, equipment, tools, temporary lighting, etc. | AAB |
| 1.4 | Scaffolding: Safety Training resulted in much improved performance by both JV and Subcontractors personnel.<br>Safety requested checklist for compliance to Red Book Requirements. If such checklist does not exist, Safety to develop one. | AAB |
| 1.5 | Temporary Lighting: Handling of electrical cables remains a problem. JV to meet with Helmut Walter to discuss and implement acceptable method. | AAB |
| 1.6 | Foremen meeting: Next meeting scheduled for 24 February at 11.00. Agenda being developed. | AAB |
| 1.7 | Attempts to connect Safety Computer to the network for RMS reporting on safety issues have failed so far. Technician installing larger cable today. | |
| 1.8 | JV handed out new safety rules for visitors. | AAB |
| 1.9 | New Subcontractors: Essential for all new subcontractors coming on site to meet with Safety for proper adherence to safety rules. | AAB |
| | | |
| 2 | **CONSTRUCTION** | |
| 2.1 | **Earthworks:** Heavy rains continue to cause delay in most activities. Rains are directly affecting work on critical path, subgrade replacement for conventional steel structures.<br>Shortage of labor for "stoneworks" poses serious problem. Such work is usually done with Palestinians and Arabs. Foreign Labor urgently needed for retaining walls, curb, stones, small rockeries, etc. | AAB |
| | **Rolider: Weather permitting, work to resume in the following Segments and Roads:** | |

**Exhibit 21**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**20 FEBRUARY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | Segment 56: Excavating for retaining walls, access culverts along Road 6. Final shaping of development around pilot building 56A8 and completing rockery. | |
| | Segment 34: Final shaping of roads and development areas. Replacement of clay material on building subgrades. Subgrade replacement plan submitted to COE. | |
| | Segment 23: Two blastings last week, only two more to complete within 2 weeks. Excavation 85% complete. 6 of 16 building lots completed and ready for piling. Remaining 10 lots will be completed by month-end, weather permitting. | |
| | Segment 12: Fill almost completed-final shaping in progress. Same for Roads 2, 12, 13 & 14. | |
| | Storm Drainage: Access culvert along Roads 4, 3 and 11 completed, 6 of 8 completed along Road 5. | |
| | Sewage Works: Seg. 56, 45, 34: Pipe laying and manholes completed, backfill 95% complete in Seg. 56 and Seg. 45, 90% in Seg. 34. Seg. 23 excavation in progress and material is on site. | |
| | Preparation of materials: 2 Crushers and 1 Vibrating Screen on site. | |
| | **Barashi: Weather permitting, work to resume in the following Segments and Roads.** | |
| | Segment 91: Earthworks almost completed. Building Lots: 2 lots pile drilled, 10 lots ready for drilling, additional 5 lots to be completed within 2 weeks. Lots 19B and 20B to be completed after blasting on Road 9. | |
| | Segment 11: Drilling & blasting completed, Excavation 90% complete. Building lots: 8 lots ready for drilling, 7 lots to be completed by end of February. | |
| | Segment 78 and 89: Fill completed. | |
| | Roads: Road 17 excavation is complete. Replacement of subgrade clay material in progress. Fill is 90% complete. Road 8 corner with road 12 blasted and excavation is in progress.<br>Road 7 final earthworks in progress. Road 9 drilling in progress. | |
| | Storm Drainage: Access culverts along Road 6 are complete. Construction of culverts along Road 1 is complete. | |
| | Sewage: Sewage line along Road 7 is 80% complete. Sewage line in Seg. 91 in progress. | |

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**20 FEBRUARY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| | Retaining walls: Cast two sections in Seg. 67. | |
| | Preparation of materials: 2 Crushers and 1 Vibrating Screen on site. | |
| 2.2 | **External Utilities:** Work ongoing, Bezeq excavating manholes and trenches. Heavy rains delaying progress. | AAB |
| 2.3 | **Structures:** | AAB |
| | **Piling:** Rains affecting drilling for most of last 2 weeks. | |
| | **DSB:** Working DSB Types E, H in Seg. 45, 56 and 67 and L & G in Seg. 34.<br>Rain affecting waterproofing (water from slab bulging external membrane). JV stated this activity has been stopped until weather improves.<br>Need for mechanical locks on DSB doors, for security reasons, discussed.<br>COE expressed reluctance to allow temporary locks of any kind. JV and COE to work jointly in seeking solution to the problem. | AAB / COE |
| | **Office & Public Buildings:** Work continuing. Precast elements for 10 Feb. on site Sunday 23 February. To start bushhammering 10 Feb. on Sunday. | |
| | **Auxiliary Buildings:** Started on M and R buildings in Seg. 67. Started Logistics Bldg. pile caps. Continuing $56M_11$ and started $67M_11$. | |
| | **Segment 10:** Organizing submittals for finish materials and mockups. Block mockup ready for review. Met with COE/IDF. JV preparing color boards for color selection. | |
| 2.4 | **Pilot DSB Pressure Tests:** Received agreement from COE to change specified test to ASTM-779. JV to resubmit test procedure and requests Change Order to be issued.<br>Second test now scheduled for 10 March.<br>Meeting held to discuss panel corner solution. JV to submit 3 solutions with pros and cons. Minutes of meeting to be issued. | AAB |
| 2.5 | **Structural Steel:** Erected truss in $56E_54$. Continuing structural elements, except purlins, where solution on galvanization problem being worked out. This matter is urgent, as panel installation is held up.<br>Koor starting $56E_33$ and $67E_33$ Sunday.<br>COE has some concerns in $56E_54$. JV to check with QC and advise fix. Need for Structural Engineer to visit site to review solutions for erected trusses. | AAB |
| 2.6 | **DSB Slabs:** Repair method for Seg. 45 & 67 Slabs being finalized. Meeting with SIKA representative held, recommendations received and JV working on submittal. | AAB |

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**20 FEBRUARY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 2.7 | **Cement Stabilized Fill:** Another meeting with COE/IDF scheduled for Thursday 27 February at 11.00 to hopefully finalize the mix design issue. | **AAB/COE/ IDF** |
| 2.8 | **Retaining Walls:** JV to propose change from retaining walls with rock to concrete (form-finish) due to lack of labor. | **AAB** |
| 2.9 | **OEK Subcontract:** OEK informed the JV of decision to delete ONN from their JV and ELCO will take over lead in JV. ONN in financial dilemma.<br>EK to urgently appoint new plumbing subcontractor to keep Seg.10 going. | **AAB** |
| | | |
| **3** | **QUALITY CONTROL** | |
| | **Comments/Action on QC Issues:** Not discussed in detail due to absence of Leo Price, away on a QC inspection of MERO facilities in Wurzburg, Germany. | |
| **3.1** | NCR received today on ducting in 67 & 56 R buildings. | **AAB** |
| **3.2** | Waterproofing outside DSB at bottom of wall to be stopped until rains stop. | **AAB** |
| **3.3** | Submitted 12 core results for 56H17 floor slab. Strength of concrete is satisfactory. JV to fill core holes. | **AAB/COE** |
| **3.4** | COE requested QC testing on columns in $67E_33$ at joint between column and wall. Need to clean grout runs on concrete. | **AAB** |
| **3.5** | Truss being erected in $56E_54$. Need to find solution to method. | **AAB** |
| **3.6** | Pilot DSB has some items installed without submittals. JV to expedite. | **AAB** |
| **3.7** | Need JV high-level design supervision next week. | **AAB** |
| **3.8** | Electrical Panel Board has variations from Specs. | **AAB** |
| **3.9** | Ringel to adjust doors and address punchlist next week. | **AAB** |
| **3.10** | JV to core 10/6 roof per COE request. | **AAB** |
| **3.11** | COE, under duress, inputted Submittal Schedule into RMS. JV must load by next Pay Estimate. JV confirmed this would be done. | **AAB** |
| | | |
| | | |

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**10 APRIL 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 4 | **ADMINISTRATION** | |
| 4.1 | **Block Visa:** After final request for visa issue, legal action by JV to be initiated against MOL and MOI over refusal to allocate block visa to ABB SUSA, as authorized by the Contractors' Registrar in December 2002 and recommended by the judge in Arenson's previous suit against the ministries. In process of additional request to new ministry administrations.<br>Strike action at all levels of Government delaying progress on this issue. | **AAB** |
| 4.2 | **TCN Personnel:** 4 of 5 Foremen detained by Immigration Authority this past week, including the best concrete finisher. JV employing Israeli Arabs with high turnover and much less production and quality.<br>Continued shortage of TCN Labor severely impacting job progress. | **AAB** |
| 4.3 | **Waiver on U.S. Flag Vessels Requirement:** Detailed separate Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey submitted 09 April. | **AAB/COE** |
| | | |
| 5. | **SCHEDULES** | |
| 5.1 | Not discussed. | |
| | | |
| 6 | **DESIGN** | |
| 6.1 | **Change Orders for 10/8, 10/11:** Held meeting with IDF 02 April on Electrical & HVAC. Minutes submitted on finalized issues. Some clarifications on HVAC under discussion.<br>JV to provide pricing for design and structural work (P00017 & P00018). | **AAB/COE/ IDF** |
| 6.2 | **Battery Chargers:** JV to submit revision to Technical Specs next week. | **AAB** |
| 6.3 | **Kitchen:**<br>• Cold Rooms: JV submitting shop drawings today.<br>• Kitchen Equipment: Corrections to technical details submitted and received comments from COE/IDF. JV to respond within a few days. | **AAB/COE/ IDF** |
| 6.4 | **As Built Drawings:** Received survey of installed drainage and sewage lines. APPLIMAP proceeding with conversion to GIS. JV arranged meeting with APPLIMAP/IDF and must always advise IDF of resolutions. Expect to finish all files by end of May. | **AAB** |

**Exhibit 22**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**24 APRIL 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 3.6 | New Electrical Panel Board submittal to go out next week. | AAB |
| 3.7 | TR Building 10/9: Demolished lean concrete and will try to excavate beneath the floor to insert HDEP conduit. 56: demolished lean concrete and to insert HDEP conduit. 67: Wait to see fix success to other 2 buildings. | AAB |
| 3.8 | Rock wall foundations started. JV to prepare a 2-meter mockup for prep meeting. | AAB |
| 3.9 | Good effort on general clean up of Segment 10-Logistics Buildings area. | AAB |
| 3.10 | QC Earthworks Engineer, Amir Bendory, being replaced by Arik Broitman, effective 01 May 03. | AAB |
| | | |
| 4 | **ADMINISTRATION** | |
| 4.1 | **Block Visa:** After final request to ministries, after last elections, for visa issue, legal action by JV to be initiated against MOL and MOI over refusal to allocate block visa to ABB SUSA, as authorized by the Contractors' Registrar in December 2002 and recommended by the judge in Arenson's previous suit against the ministries. In process of additional request to new ministry administrations.<br>No change. | AAB |
| 4.2 | **TCN Personnel:** Continued shortage of TCN Labor severely impacting job progress. 20 new hires this week, including 8 Israeli Arabs. Experiencing high turnover and less production with Israeli Arabs. | AAB |
| 4.3 | **Waiver on U.S. Flag Vessels Requirement:** Detailed separate Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey submitted 09 April. Awaiting outcome. | COE |
| | | |
| 5. | **SCHEDULES** | |
| 5.1 | Not discussed. | |
| | | |
| 6 | **DESIGN** | |
| 6.1 | **Change Orders for 10/8, 10/11:** Held meeting with IDF 02 April on Electrical & HVAC. Minutes submitted on finalized issues. Some clarifications on HVAC under discussion.<br>JV to provide pricing for design and structural work (P00017 & P00018). | AAB/COE/ IDF |

**Exhibit 23**

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**22 MAY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 3.2 | **Concrete Finishing Screed:** Replacement parts for Stronger Screed received and installed. In contact with supplier over problem with leveling mechanism. | **AAB** |
| 3.3 | **Building 10/10 Conduit Lines:** Red/Black conduit lines not embedded. RFI submitted following meeting held to agree on solution. Awaiting answer to RFI. | **AAB** |
| 3.4 | **Pilot DSB submittals:** Only exit light submittal outstanding and EK redoing submittal. Submitting RFI on Exit Sign legend. | **AAB** |
| 3.5 | **New Electrical Panel Board:** Submittal sent back to EK for corrections. | **AAB** |
| 3.6 | **Finished Floors covering:** JV provided a sample of the protective material for COE review | **AABCOE** |
| | | |
| 4 | **ADMINISTRATION** | |
| 4.1 | **Block Visa:** After final request to ministries, after last elections, for TCN visa issue, legal action by JV to be initiated against MOL and MOI over refusal to allocate block visa to ABB SUSA, as authorized by the Contractors' Registrar in December 2002 and recommended by the judge in Arenson's previous suit against the ministries.<br>No change. | **AAB** |
| 4.2 | **TCN Personnel:** Shortage of TCN Labor has reached catastrophic proportions. The Immigration Police raided several buses carrying TCN concrete workers to work on Sunday 18 May and took 178 of them away to various locations for questioning. Only 11 returned to work that day. On Monday 19 May, 139 showed up. As of today, 22 May, the project is 101 men short of the total work force of 240 on the payroll the previous week. Concrete work force schedule to peak at 350 on 01 June 03. | **AAB** |
| 4.3 | **Waiver on U.S. Flag Vessels Requirement:** Awaiting USG review of detailed Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey, submitted 09 April 03. | **COE** |
| 4.4 | **JV Architects:**<br>Visits of JV Architects reported in Daily Reports. Regular visits to continue in the future for long-term coordination with construction. | **AAB** |

**Exhibit 24**

**From:** Pelkey, Michael R NAU
**Sent:** Monday, May 13, 2002 11:16 AM
**To:** DLL-CENAU-STAFF; DLL-CENAU-CO-LOC-PMs
**Cc:** CENAU-EOC
**Subject:** fyi-FW: 9 May 2002 CEMP SITREP

-----Original Message-----
**From:** CEMP-SITREP HQ02
**Sent:** Thursday, May 09, 2002 9:35 PM
**Subject:** 9 May 2002 CEMP SITREP

**MILITARY PROGRAMS**
**SITUATION REPORT**
**HEADQUARTERS, USACE**

**9 May 2002**

***This report is intended to provide the Commander, US Army Corps of Engineers, and other key leaders information about significant Military Programs activities of interest to or involving the Army, the Commander, USACE, and/or the Director of Military Programs. Please provide input when appropriate so that we can share lessons learned to all readers. New information is in bold print.***

**LAST BUSINESS DAY**
**0800 4 April 2002- 0800 9 May 2002**

**Fort Lewis FY02 Vehicle Maintenance Facilities, PN54068 and PN54113 ($9.1M AND $9.6M): Seattle District is awarding one contract for these two projects at a combined CWE of $14.14M compared to a combined PA of $18.7M.**

**Draft Army Audit Agency (AAA) Report on FUSRAP Disposal Actions: This draft AAA report finds that in some cases, independent acquisition of transportation and disposal services resulted in higher costs than if pre-placed Corps-wide contracts were used. CEMP-RS is currently reviewing the draft audit report and coordinating the review with USACE FUSRAP Division and District Offices, the HTRW Center of Expertise, and other HQUSACE elements. From this coordination a draft command response will be prepared.**

**Exit Meeting for GAO Review of Spring Valley (FUDS): On 25 April representatives from OSD, DASA(ESOH), OACSIM, HQUSACE, NAD, and NAB met with the seven member GAO Spring Valley Audit Team to comment on their draft Statements of Facts. This meeting brings to closure their investigation of the Spring Valley, Washington, D.C. FUDS Property. The GAO investigation was initiated at the request of Congresswomen Constance Morella (R-MD) and Eleanor Holmes Norton (D-DC). In coordination with the Baltimore District, responses to the draft Statements of Facts will be provided to DA for consolidation and forwarding to GAO. Based on comments made at the meeting it appears GAO does not intend to provide any recommendations or conclusions to the report. The consensus of a DoD review of the draft report is that it is generally favorable to the FUDS program. Similar exit meetings are scheduled with EPA and the D.C. Government. GAO began its investigation 17 October 2001**

Exhibit 25

and is scheduled to have its final report available by 31 May 2002.

Fort Carson FY02 Barracks: Omaha District awarded a contract for this project at a CWE of $21.2M compared to a PA of $25M.

RCI 45-day Intent to Award Congressional Notifications: On 2 May the 45-day intent to award congressional notifications were made on the CDMP RFQ for the Presidio of Monterey and the Navel Post-Graduate School. This project is the first for the DA Privatization Office to include facilities other than military family housing. It is also the first Army-led project with a sister service component.

IT Sale of Assets to Shaw Group Includes Coleman-Evans Contracts: The U.S. Bankruptcy Court has approved the sale of IT Group, Inc. assets to the Shaw Group. This approval was good news to both the Corps and the Environmental Protection Agency. This allows Weston, the main subcontractor for the remediation at the Coleman-Evans Superfund project near Jacksonville, Florida, to continue their work on the project. After IT Group's declaration of bankruptcy earlier this year, the operation of the Thermal Desorption Unit (TDU) by Weston continued only due to the temporary measures of legal stipulations. Procuring another contract to complete the contaminated soil remediation would have meant a burdensome delay and an increase in cost for the project. The City of Jacksonville and State of Florida are also relieved to hear the Court's ruling.

Pentagon Memorial: A press release announcing both the site selection and the intent to hold a design competition was approved by OSD Public Affairs for release on 2 May. Work is continuing on preparing the site information package that will go out to potential design competitors. A meeting of the Family Steering Committee was held on 26 April at the headquarters of the American Society of Landscape Architects. Family members indicated a high degree of satisfaction with the progress made and with the general direction being taken by the memorial effort. Mark Robbins, a consultant working for Baltimore District as design competition advisor, gave a slide presentation on memorials. There was discussion about the 21 April story in the Washington Post and on WTOP radio regarding the memorial effort by Arlington County, which stated that they were reviewing potential sites, and that a site on the Navy Annex was high on their list. Family members were concerned that these stories are confusing, especially because there has not been any media yet about the Pentagon Memorial effort. They are also concerned that a separate memorial nearby would detract from the importance of the Pentagon Memorial. All present at the meeting agreed that it is important to begin informing the public about efforts being made toward the memorial. Families are interested in facilitating donations to the memorial, and discussed the possibility of establishing a non-profit organization that could collect funds and provide them to WHS.

Nigeria National Armed Forces Resettlement Center (NAFRC): The U.S. has received a Letter of Request from the Nigerian Government concerning an FMS case for renovations at the Oshodi Settlement Center. TAC will begin drafting the FMS case, with the specifics of the work to be done, on which the Letter of Offer and Acceptance (LOA) would be based. The work will focus on improving the electrical power system. The estimated value of the case is $1 million. This project is being done in coordination with DoD and the US Department of Labor. TAC visited the site last year and developed recommendations.

Michael Army Airfield, Dugway PG: The subject project is an emergency supplemental MCA in the FY02 program. DA released Code 6 in February at $7M. The Army Test & Evaluation Command (ATEC) pushed hard last year for the emergency repair of this inactive runway to be

completed this FY. The project's inclusion in the MCA program for permanent upgrade, to be completed in October 2003, does not meet operational requirements. With the current scope and criteria for a permanent runway, SPK can award the construction contract in September 2002, however construction duration is one year (concrete cannot be placed during the Utah winter). Since this schedule does not meet the required completion date, DA requested that the Corps develop a schedule for a repair project (vice MCA) to render the runway serviceable for two years, to be completed by 30 September 2002. DA will investigate the availability of alternate funds for this repair.

USACE Employees Recognized with DoD Environmental Award: The DoD Environmental Data Quality Workgroup (EDQW) has been selected for a 2001 Secretary of Defense Environmental Award. The award is for its outstanding work in improving the efficiency and effectiveness of environmental data collection activities and enhancing the quality and reliability of data used to make environmental decisions throughout DoD. The EDQW Team consists of principal representatives from each service, technical experts from component organizations and contract support staff. Those individuals from USACE receiving recognition were Mr. Kevin Coats and Ms. Cheryl Groenjes from the HTRW-CX in Omaha and Dr. David Koran of CEMP-RA at HQUSACE. The award was presented 1 May at the Pentagon.

USACE'S FY02 Superfund Program: EPA provided a total of $82M this FY through March 2002 in interagency agreements to USACE districts for Superfund Program support. This follows EPA's historical funding pattern of providing new funding throughout the FY. We expect to receive a total of approximately $250M with the largest amount, $100M, coming in September. FY02 Superfund Interagency Agreement obligations and expenditures through March 2002 are reported at $120M and $143M, respectively, about the same as recent fiscal years. We expect FY02 total expenditures and obligations to be between $225M and $250M.

Poland: USACE will manage the DAMO-SS Civil-Military Emergency Preparedness (CMEP) workshop scheduled for 13-15 May in Szszecin, Poland. The Polish Ministry of Defense, Chief of Civil Defense and Fire Rescue Service, Ministry of Interior and Administration will host the event in which Russia (elements from Kaliningrad & Moscow), Estonia, Latvia, Lithuania, Sweden, Poland, Denmark and Germany will participate. Observers will include Ukraine, Slovakia, Finland, Czech Republic, and Hungary. The US delegation will include USACE (HQ, NAU, ERDC), DCSOPS-IA, USDAO Warsaw, PIMS, US Coast Guard National Response Center and FEMA NATO Liaison Office. BG Strock will lead the U.S. Delegation. The purpose of the workshop is to enhance transparency and cooperation among civil and military organizations in managing the consequences of catastrophic emergencies and promote coordination with the NATO Euro-Atlantic Disaster Response and Coordination Center.

Total Army Personnel Command (TAPC) FY03 Pre-Command Course Guidance: The Chief, Functional Area Management and Development Division, TAPC furnished the Army's draft FY03 Pre-Command Course (PCC) Guidance document to HQUSACE for review by MACOM/proponents of individual branch PCC's by 1 May 02. The USACE District Pre-Command Course is now recognized by HQDA as a mandatory pre-command course.

Israel Foreign Military Sales (including Wye River Program): Availability of Third Country National (TCN) labor for all projects has reached a critical stage and is now beginning to impact project completion dates. With no resolution to the workforce constraint, completion of the Southern Infantry Training Base is anticipated to slip from 22 October 2002 to 22 December 2002. Lack of TCN workers is also impacting the completion of the flight simulator project at Hatzor Air Base. The labor issue is affecting all construction in Israel, not only

USACE projects. As a result of the Ministry of Labor halting issuance on new TCN work visas (no new visas issued since December 2001), the current pool of labor is decreasing daily as current workers' visas expire and they return home. Although the MOD has worked and continues to work to obtain relief on the TCN visa issue, efforts to date have been unsuccessful. In addition, loss of Israeli supervisors and construction site managers resulting from activation of over 30,000 reservists may also impact construction progress. Contractors are working to maximize the effectiveness of their small pool of workers and are being encouraged to recruit more Arab-Israeli workers. Delay in receipt of design data from the A-E delayed advertisement of the Aircraft Refueling at Nevatim AB. The Antiquities Authority has allowed access to areas of the Northern Infantry Base site where they have completed investigations.

U.S. Fish and Wildlife Service (USFWS): CEMP-N has approved CENWD entering into an MOA with the USFWS for support on the Remediation of Abandoned Mine Sites (RAMS) program. It is expected that the Corps will provide a wide range of environmental, engineering and construction-related technical assistance at cites in Colorado, Wyoming, Nebraska and Kansas.

Barracks Projects at Ft Meade Awarded: NAB awarded this construction contract for barracks and soldier community buildings on 29 March. The CWE is $32.0M compared to a PA of $37.0M. Construction duration is approximately two years with the estimated completion date of 2Q 2004. NAB initiated a redesign on these projects to use Type 5 construction after the CWE was determined to be $48M in February 2001. This was an outstanding effort by NAB to reduce the cost of these projects.

MILCON Execution: Performance through the 2nd Quarter FY02 exceeded expectations. Overall execution was 106% of the goal and exceeded FY01 performance by 17% for the same period. DoD/SFO MILCON awarded 85% of its goal with 23 projects valued at $425.9M. Army MILCON awarded 112% of its goal of 52 projects (58 projects valued at $856.9M). Air Force MILCON awarded 114% of its goal of 28 projects with 32 projects awarded valued at $288.3M.

Ground-Based Midcourse Missile Defense (GMD): The Missile Defense Agency (MDA) recently prepositioned $209M in FY02 RDT&E funds at HQUSACE for continued design effort and new construction. New construction includes two projects, the Ground-Based Missile Defense Test Bed at Fort Greely, awarded in April and a jointly-funded project with the Air Force being designed by the Alaska District for Upgrade of Power Plant, Eareckson AS, Alaska, scheduled for award in September 2002.

Deactivated Nuclear Power Plant Program- Fort Greeley: CEMP-RI has been working with U.S. Army, Alaska (USARAK) representatives to revise a MOU which has been in place since 1983. The MOU outlines specific but rudimentary responsibilities of USACE, the Directorate of Public Works, and MEDCOM. Responsibility for the Fort Greely plant has been transferred from USARAK to the Space and Missile Defense Command (SMDC) effective 15 May 2003. Because of the transfer, CEMP-RI was recently notified that USARAK intends to unilaterally terminate the agreement. CEMP-RI has strongly objected to the termination and has requested that the agreement be transferred to SMDC and subsequently updated as needed. Termination of the agreement without a new agreement in place could leave USACE in the position of having no formal mechanism for routine maintenance or contingency operations, and possibly violate USACE's possession permit. USARAK has agreed to send the issue to SMDC and determine if they would agree to pick up the USARAK responsibilities until a new formal agreement can be finalized.

**From:** Rovero, John L LTC NAU
**Sent:** Thursday, November 14, 2002 9:25 AM
**To:** Reagan, Louis C CPT NAU
**Cc:** Iarosis, Mike NAU
**Subject:** IPO Top Ten

IPO's first cut at a Top Ten List

TCN Labor issue - Insufficient labor for timely project completion

TCN tax issue - Conflict between Contractual requirements and Israeli Law

Southern Infantry Training Base Road Mod finalization - >$1 million

Nachshonim Dry Storage Building Panel Issues - Design testing requirements/connection details

Nevatim Fuel Distribution Project LOA amendment - $2 Million increase

Updated and accurate Project schedules

Award of Site 276 Contract - Tech eval begins 18 Nov

Personnel Pay Issues - Continuing issues

Hiring Actions - Replacements and New Hires

Continuing Security arrangements - Embassy filing for Danger Pay Designation

☺

LTC John Rovero, P.E.
Deputy District Engineer, Israel Program
US Army Corps of Engineers, Europe District

Phone: +972-9-957-7950/7942 or 956-8296
Cell: +972-56-305-906 (primary)
Fax: +972- 9- 957-7941
Email: john.l.rovero.ltc@nau02.usace.army.mil

**Exhibit 26**

WYE RIVER & ISRAEL PROGRAM

FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

19 July 2002

**NOTE: This status report shows only significant changes from the 12 July 02 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Current Activities:

a. Advertisement for Site 276 in preparation. Solicitation period to commence early next week.
b. Finalized LTG Flowers' visit itinerary with MOD, IDF, and U.S. Embassy personnel.
c. Evaluation of proposals for the Nevatim Fuel System Project.
d. No relief on the TCN issue. Embassy discussed the TCN issue with the Defense Minister on 11 July 2002. IPO drafted letter to document the scope of the problem for Embassy use in correspondence with the GOI.
e. Continued work on Security upgrade at the IPO.
f. On 16 July 02, IPO held meeting with the SITB contractor senior management to discuss schedule delays.

2. Israel Program Office (IPO) Staffing:

a. LTC John Rovero will report to IPO on 21 Jul 02 in replacement of COL McCallister.
b. Ezra Abraham PCSed to Israel on 14 July 02.

3. Summary of Israel Staffing (numbers shown are on hand).

a. Israel Program Office (IPO):
   1) Military - 0
   2) DA Civilians - 5 (one DAC located in Germany)
   3) TDY Assistance - 0
   4) Local Nationals - 1
   5) Dependents In Israel - 4
   6) All US personnel (excluding DAC in Germany) live in Herzliya area, Israel

b. Southern Resident Office (SRO):
   1) DA Civilians - 3
   2) TDY Assistance - 1
   3) Local Nationals - 1
   4) Dependents in Israel - 0
   5) All US personnel live in Meitar (near Beersheva), Israel

c. Central Resident Office (CRO):
   1) DA Civilians - 4
   2) Local Nationals - 1 (one additional LN has been hired but has not reported)
   3) Dependents in Israel - 5

**Exhibit 27A**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Original/Current/Anticipated) |
|---|---|---|
| Phase 1 (North Firing Ranges): | 100%/100% | 13 Nov 01/14 Feb 02 |
| Phase 2 (Remaining Base): | 83%/68% | 16 Sep 02/22 Oct 02/22 Jan 03 |

| | Award | Current Contract |
|---|---|---|
| Contract Amount: | $39,129,844 | $39,312,097 |

2. Current Activities:

   a. Held meting at the IPO to discuss schedule and progress delays. (Contractor contends that he is currently "not" being affected by the lack of TCNs. IPO does not agree. Contractor's position is that government-caused delays are the primary reason for performance delays. Contractor was requested to provide supporting documentation.)
   b. Continued painting Exterior and Interior of Buildings.
   c. Continued work on Road A from Station 1040 to 1120. The delay in the utility line relocations by the public utility companies will delay the completion of this road. Contractor was directed to work around the areas delayed by the public utilities.
   d. Continued installation of utility channel.
   e. Held preparatory inspection for communication installation.
   f. Commenced foundation work for Water Reservoir #57.
   g. Awaiting MOD/ IDF actions to request changes to Communication System, Spare parts, Company Change layouts and resolution of gas supply issue.

3. Southern Resident Office (SRO) Staffing:

   a. Positions for the resident engineer and the office engineer are under recruitment. The resident engineer advertisement closed 16 July 02 and the office engineer closed 28 June 02.
   b. Additional TDY personnel being secured for future staffing needs.

4. Future Activities:

   a. Installation of curbstones Road 3 to start 31JUL02.
   b. Installation of GRC-5 stair cladding to commence 01AUG.
   c. Gym Roof delivery anticipated 28 Jul 02.
   d. Preparatory inspection for aluminum works and communication installation planned for 16- 17 July 02.
   e. Lockers for barracks to be delivered 28JUL02 and will be temporarily stored in Building 92.
   f. 5000kg Hydraulic Lift for Vehicle Maintenance Shed to be delivered 28JUL02.
   g. Receive personnel referrals and select office and resident engineers.

**<u>LOA IS-B-HAC: NACHSHONIM STORAGE BASE (CENTRAL BASE or NSB)</u>**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Original/Current) |
|---|---|---|
| Nachshonim Storage Base | 23%/21% | 16 Jun 04/28July 04 |

| | Award | Current Contract |
|---|---|---|
| Contract Amount: | $124,089,176 | $124,459,602 |

2. Current Activities:

Design

a. Held Segment 2/3 backcheck meeting on 17 & 18 Jul 02.
b. Segment 4 100% review underway.

Construction

a. Buildings are under construction in Sectors 45, 56 and 67.

b. All walls have been cast for the initial prototype DSB (sector 67, bldg 11). Resumed work on floor slab.

c. Continued sanitary sewer activity in Sectors 10 and 67.

d. Mass earthwork excavation continued in sectors 34, 23, 11 and 91. Mass filling continues in sectors 11, 12, and 78.

e. The primary concern of this project remains the lack of available TCN labor. Contractor confirmed that TCN visa allocations have been granted but stipulations associated with the visas may preclude their attainment.

f. Continued Basement/foundation work for Kitchen Building.

g. Lost time accident occurred on early morning of 12 July 2002. Truck driver was released from the emergency room later on 12 July with a recommendation for 10 days rest. Special safety meetings and corrective preventive measures implemented.

h. Mobile safety van visited project site. Contractor personnel rotated into van for hands-on interactive safety training.

3. Central Resident Office (CRO) Staffing: FSN Secretary on maternity leave. Temporary secretary recruitment action is at the Embassy. One of the two FSN Quality Assurance personnel expected to commence work on 22 July 02.

4. Future Activities:

a. 100% Segment 4 design review conference scheduled for 22 – 23 Jul 02.

b. The contractor has indicated they will probably request additional compensation for differing site conditions. NAU geotechnical engineer to visit sitefrom 22-26 July 02 and review Government position.

c. Installation of piles, pile caps, walls and floors at Sector 67, 56 and 45.

d. Sector 10 - Foundation work.

e. Remaining Sectors - Cut and fill operations

**LOA IS-B-HAC: NORTHERN INFANTRY TRAINING BASE (NITB)**

1. Construction Schedule:

| | Percent Complete (Schedule/Actual) | Contract Completion Dates (Original/Current) |
|---|---|---|
| Phase 1(East Firing Ranges) | 65%/70% | 26 Aug 02/26 Aug 02 |
| Phase 2 (All remaining) | 7%/6% | 28 Aug 03/28 Aug 03 |

| | Award | Current Contract |
|---|---|---|
| Contract Amount: | $32,799,000 | $32,799,000 |

This letter addresses the problem associated with the Government Of Israel (GOI) restrictions on importing Third Country National (TCN) workers into Israel.

The U.S. Army Corps of Engineers is managing military construction projects in Israel in support of the Wye River Accords, as well as additional projects for the Israeli Air Force (IAF). The projects are funded through Foreign Military Sales (FMS) procedures and authorized pursuant to Letters of Offer and Acceptance between the U.S. Defense Security Cooperation Agency (DSCA) and the GOI. To date, 4 projects totaling $205M have been awarded and three additional projects totaling approximately $50M are projected for award within the next year. These projects have aggressive schedules based primarily upon the relocation of military units in implementation of the Wye River Accords.

The LOAs negotiated between the GOI, DSCA, and the Corps of Engineers, envision that contractors will make use of third Country National (TCN) construction workers. The LOA provisions were reflected in the contract documents and all of the contractors priced their proposals assuming extensive use of TCN labor. TCN labor for construction is significantly less expensive than Israeli labor.

In the past five months, the GOI has imposed restrictions upon the number of visas issued for TCNs, which have resulted in a serious shortage of TCN construction workers. Contractors for the Corps have informed us that they have encountered difficulty recruiting and retaining TCN workers necessary for successful prosecution of the work. In some cases, it appears that other contractors have recruited TCNs away from contractors performing U.S. government work. While there are many TCNs working on the projects, contractors contend that they have not been able to obtain the required skills and numbers needed. Skilled finish workers are in particularly short supply. This labor shortfall is expected to delay project completion on projects under construction beyond the need dates of the IDF and could result in contractor claims for increased cost. For future projects, contractor awareness of the TCN shortage is likely to result in higher prices and longer contract durations that may drive project cost in excess of available funding.

Recently the Ministry Of Labor has identified contractors and allocated numbers for additional TCN visas. However, there appear to be other GOI restrictions that require the contractors to account for previous executed TCN visas before new visas will be issued. Contractors inform us that they are experiencing difficulty complying with this request since the demands of the industry have caused many of the TCNs to migrate away from the contractor originally sponsoring the TCN into country. GOI labor laws preclude contractors from holding passports of TCN workers or withholding pay. As a result, Contractor's cannot readily control movement of TCN workers. Accordingly, accounting for the existing visas to the extent currently required is problematic and may further delay resolution of the problem.

Although there is optimism that the TCN s will soon be allowed into country, it is anticipated that it will take 30 to 45 days for contractors to recruit workers from other

**Exhibit 27B**

countries and bring them to the project site. Contractors have notified us that considerable delays and increased cost have already been experienced. As described above, the impact is that project completions may be delayed beyond military need dates and other necessary projects may not be awardable due to increased cost.

Your immediate assistance is requested to expedite resolution of this problem to our mutual benefit.

WYE RIVER & ISRAEL PROGRAM

FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

26 July 2002

**NOTE: This status report shows only significant changes from the 19July 02 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Security Update:

   a. The current security situation has not had any effect on the construction projects (work stoppage, delays, etc).

   b. There are no known threats against US personnel as assessed by the RSO and the Israeli Government.

   c. Border patrol helicopters continue to be seen in the early mornings flying over the Nachshonim Project site looking for non-Israelis.

2. Current Activities:

   a. Advertisement for Site 276 in preparation. Solicitation period commenced on 23 July 02.
   b. LTG Flowers visited the IPO on 23 – 24 July 02. He toured two projects and met with the Embassy and Host nation representatives.
   c. Evaluation of proposals for the Nevatim Fuel System Project continues.
   d. No relief on the TCN issue. Local newspaper reported that the GOI was going to deport 50,000 illegal workers. Concern for unemployment of the Israeli populace was a major concern. The Ambassador informed LTG Flowers that he had discussed the TCN issue with the Prime Minister.
   e. IPO met with the IDF to discuss the building envelop criteria for the DSBs at Nachshonim.

3. Israel Program Office (IPO) Staffing:

   a. LTC John Rovero reported to IPO on 21 Jul 02.

4. Summary of Israel Staffing (numbers shown are on hand).

   a. Israel Program Office (IPO):
      1) Military - 1
      2) DA Civilians - 5 (one DAC located in Germany)
      3) TDY Assistance - 0
      4) Local Nationals - 1
      5) Dependents in Israel - 5
      6) All US personnel (excluding DAC in Germany) live in Herzliya area, Israel

**Exhibit 28**

WYE RIVER & ISRAEL PROGRAM
FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

1 November 2002

**NOTE: This status report shows only significant changes from the 25 Oct 02 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Security Update:

   a. The current security situation has not had any effect on the construction projects (work stoppage, delays, etc).
   b. Limited travel restrictions remain in place for selected areas of Jerusalem. Prohibition against travel in West Bank and Gaza remains.
   c. **Continued violence in the West Bank with a homicide bombing in Ariel north of Jeruslem.**
   d. **The assassination of a senior US member of USAID in Jordan has not been linked to any threat to US personnel in Israel. The embassy is reviewing whether the threat warrants imposing travel restrictions to Jordan.**
   e. A continuing labor strike of government workers is delaying release of items requiring customs clearance. This has affected some equipment delivery to at least two project sites. **A resolution to the strike is pending but,** if this falls through could have potential impact to project timelines if extended for any significant duration.
   f. IPO and DCMA continue to review recent recommendations by NAD SLEO for additional security upgrades.
   g. Embassy continuing to plan for various contingency scenarios. Current planning is beginning to expand upon intermediate steps for force protection.

2. Current Activities:

   a. **Amendment No. 5 to Site 276 solicitation issued on 31 October.** Proposal submission date currently extended to 12 November.
   b. Evaluation of proposals for the Nevatim Fuel System Project **complete. Contracting prepared for award as soon as funds are released. An increase in the LOA is awaiting receipt of a budget amendment at the Mission in NY.**
   c. Large contract modification for SITB in final review at NAU HQ.
   d. No relief on the TCN issue. **Impact beginning to show in schedules.**

**Exhibit 29**

3. Southern Resident Office (SRO) Staffing:

f. New Office Engineer due to arrive 5 November 2002.
g. Rerecruiting for Resident Engineer.
h. Additional TDY personnel being recruited for future staffing needs.
i. MOD / DOC mechanical QA on site two days a week
j. MOD / DOC civil QA only on site less than 3 days a week.

4 Future Significant Activities:

d. Asphalt road covering start on Road 100 and 3 **rescheduled for 06 Nov 02 due to rain.**
e. Irrigation system preparatory meeting **rescheduled for 06 Nov 02**
f. **Target channels in western firing ranges casting scheduled 08 Nov 02.**
g. **Building 55 Western firing range bathroom vertical construction start 07 Nov 02.**
h. **Building 1 Electrical Room Pre-Final Inspection 06 Nov 02**



**First Palm Trees Planted - 29 Oct 02 - SITB**

**LOA IS-B-HAC: NACHSHONIM STORAGE BASE (CENTRAL BASE or NSB)**

| 1. Construction Schedule: | Percent Complete (Schedule/Actual) | Contract Completion Dates (Original/Current/Estimated) |
|---|---|---|
| Nachshonim Storage Base | 27%/25% | 16 Jun 04/28July 04/29 Aug04 |
| | Award | Current Contract |
| Contract Amount: | $124,089,176 | $124,459,602 |

2. Current Activities:

Design

a. Evaluating contractor's revisions to the roof panel and building envelope program. **Meeting held with IDF on 26 Nov 02 discussing this issue.**
b. Tests are underway to determine the proper foundation pile depths.
c. Completion of the Antenna Mast foundation awaits the results of the pile tests.
d. Clarification of battery charging sequence continues. **A meeting between the IDF and the JV's designers is being scheduled for the middle of Nov 02.**
e. Perimeter Security backup systems are under review.

Construction

a. Casting piles, walls and floors for Dry Storage Buildings in Sectors 34, 45, 56, 67 and 91.
b. Casting piles, walls and floors for Public Buildings in Sector 10.
c. Installing sanitary and storm sewers in Sectors 10, 56, 67.
d. Continuing mass excavation in sectors 11, 23 and 34.
e. Continuing mass fill operations in sectors 11, 12, and 78.
f. Grading initial cut and fill in Road 17.
a. Installing riprap for the inlet and outlet of the 2Mx2M box culvert.
b. Cut and fill operations 81% complete: 2.5 million cubic meters of rock removed out of the 3.2 million project total; 1.2 million cubic meters placed out of the 1.5 million project total. Night operations continue for the onsite crushers.
c. Concrete operations 15% complete: 21,000 cubic meters placed out of the 120,000 project total.
d. **Erection of space frame stopped due to cracks found in the nodes that connect the members of the frame together. Contractor has removed all of the nodes from the site and is remanufacturing all of them. They are expected to arrive on site 5 Nov 02 if they can get through the customs strike.**
e. Received 4 requests due to differing site conditions in Segments 45 and 56 totaling $404K. Independent geotechnical review ongoing along with IDF's review of the site. Contractor is conducting a pile testing program to establish a pile length criteria based on the soil conditions. The geotechnical borings that are a part of the pile testing program are complete. **Held meeting finalizing location and depths of test piles. Test piles are being cast.**
f. According to newspaper reports, the Israeli Government will not allow any more TCN's into the country until the end of 2003. The contractor is analyzing his schedule and indicates that he will submit a request for time and compensation. Subcontractor's are already submitting claims to the prime contractor regarding this issue. Action initiated for meeting with the JV's senior management and the Contracting Officer at NAU. AAB management to contact the Contracting Officer to schedule meeting in December.
g. Received contractor's updated schedule indicating the project is 32 days behind schedule due to the TCN issue.

**From:** Jones, John M HQ02
**Sent:** Wednesday, May 15, 2002 8:34 AM
**To:** Iarosis, Mike NAU
**Cc:** McCallister, Larry D NAU; Weirick, Kim G HQ02
**Subject:** RE: Draft Letter for Coordination Responding to MOD Concerns Regarding USACE Costs

Mike:

Thanks. I'm not sure we should be too assertive in the letter in making the point that MOD is not providing as many QA personnel as originally promised. I have included a "positive" statement that reminds him that their providing on-site personnel helps control costs. Mr. Haber already knows that we are hiring 3 additional folks for the Central Resident Office because they could not provide as many MOD personnel as promised.

As I recall, Mr. Haber's committment with regard to personnel was "up to 14", and then "up to 11". It was always understood that the provision of a specific number was not guaranteed. I think we also had some internal reluctance to be overly reliant on their personnel for QA, in terms of cutting our staff to the point where we compromise our ability to independently do our work. Ultimately, we are responsible for quality and for controlling our costs. MOD is responsible for paying our actual costs.

My feeling is that we should softpedal the issue of them providing QA personnel in the letter, and you can certainly reinforce that point more directly in your discussions with Mr. Haber and Pini.

The bigger issue in terms of overall costs is the TCN labor issue, where the GOI is clearly in violation of the LOA and causing schedule slippage and impact costs.

On another topic... we are briefing the Chief later this morning on the itinerary for his Africa/Israel trip. Reaction from Mr. Brown and others within Military Programs is that the schedule may be too hectic. My feeling is that if he is going to visit, he should see all the projects and meet all of the USACE staff. We will let you know the reaction later today, and whether he wants to free up some time. One thought I had in this regard is that you might be able to give him more downtime the morning of his arrival on 28 Jul by skipping the program briefing at the IPO (1000-1200). He could meet the IPO staff at the dinner in the evening, or maybe you could do a brownbag lunch at the IPO prior to the office calls. We can do a formal briefing stateside before he leaves, and you and LTC Rovero can do a more informal update. Let me know if you think that idea would work.

Thanks for the input. Let me know if you and Larry feel strongly about beefing up the statement in the letter regarding MOD QA personnel.

John

-----Original Message-----
**From:** Iarosis, Mike NAU
**Sent:** Wednesday, May 15, 2002 2:05 AM
**To:** Jones, John M HQ02
**Cc:** McCallister, Larry D NAU
**Subject:** RE: Draft Letter for Coordination Responding to MOD Concerns Regarding USACE Costs
**Importance:** High

John:
Please don't misinterpret my comment concerning Pini at the IPR. We are not having quality problems in the work. The local AEs are very diligent and there has always been a very agressive AE - Contractor relationship. This aggressiveness sometimes leads to a lack of trust between the parties. I plan to meet with the AEs and Pini on a

**From:** Roach, Michael A NAU
**Sent:** Wednesday, June 12, 2002 2:15 AM
**To:** Iarosis, Mike NAU; McCallister, Larry D NAU; Saari, Rob B NAU
**Cc:** Abraham, Ezra E NAU; Blackburn JR, Joseph W NAU; 'Einat Rozen (E-mail) ' (E-mail); 'Rami Kerekesh (E-mail) ' (E-mail)
**Subject:** Nachshonim Payment No. 9

Everyone,

Enclosed is the contractor's billing information for PE No. 9. The contractor was paid $1.5 million for May 02. As you can see from the narrative provided by the contractor, progress is starting to fall behind due to the lack of TCN's. He is 19.5% complete financially. He should have been 21% complete. At this time his CPM does not indicate negative float, but we believe that this will change next month.

The information enclosed tells the full story of what is happening on the project. Detailed information concerning the pile lengths and over excavation has been included. I expect to get a request for additional payment for this "extra" work in the next couple of weeks. My position is that limited areas in sector 56 are "differing site conditions" but will fight anything broader in scope than that. This issue is coming down to the fact that his pile lengths are averaging 6M and I expect him to say that from the geo report he bid 4M. At this time, I believe this is unreasonable and will challenge it accordingly.

Most issues appear to be minor when compared to the lack of TCN's. The delay in progress will become more apparent next month unless there is a change in the current situation. A letter was sent to the contractor rebutting his initial correspondence, but we understand that the JV will take issue with our rebuttal and press the issue further. A formal request for a CO's decision appears likely in the near future.

Billing Narrative 09-MAY 02.do... | Equipment Jtilization Schedule.. | Manpower Jtilization Schedule.. | Master Schedule ( Revision 02)... | Pay Estimate May 2002.xls (76 ... | Project S-Curve.xls (48 KB)

Michael A. Roach, P.E.
Project Engineer, Nachshonim Storage Base
USACE, Israel Program Office

Field Office Phone: 03-933-1565

**Exhibit 31**

**From:** Roach, Michael A NAU
**Sent:** Friday, July 12, 2002 3:21 AM
**To:** Iarosis, Mike NAU; 'Einat Rozen (E-mail) ' (E-mail)
**Cc:** Saari, Rob B NAU; Blackburn JR, Joseph W NAU; 'Rami Kerekesh (E-mail) ' (E-mail); McPeters, Ronald L NAU; Abraham, Ezra E NAU
**Subject:** Nachshonim PE 10

Mike, Einat

Enclosed is the contractor's progress update and payment estimate information for work completed in June 02.

Please note that the contractor is now indicating 14 days of negative float - meaning they are now expecting to complete the project 2 weeks late. Their narrative explains that the lack of available workers (TCN's) is the primary cause for this delay.

Their schedule indicates that they are 20.74% complete with 21.26% scheduled. Which means they are .52% behind schedule. In my update this week I reported that they are 21% complete with 23% scheduled. In my judgment, this is the more correct %'s to use in reporting to management. The project is 14 days behind schedule, which is about 1.3% of the original duration. Next month I expect them to lose even more time.

The schedule is anticipated worsen at an exponential rate until the TCN issue is resolved.

Billing Narrative 10-JUNE 02.d... | Equipment Jtilization Schedule.. | Manpower Jtilization Schedule.. | Master Schedule ( June 2002).x... | Pay Estimate June 2002.xls (81... | Project S-Curve.xls (47 KB)

Michael A. Roach, P.E.
Project Engineer, Nachshonim Storage Base
USACE, Israel Program Office

Field Office Phone: 03-933-1565
Field Office Fax: 03-933-1462

**Exhibit 32**

**DEPARTMENT OF THE ARMY**
US ARMY CORPS OF ENGINEERS, EUROPE DISTRICT
ISRAEL PROGRAM OFFICE
UNIT 7228, BOX 42
APO AE 09830

11 April 2002

REPLY TO
ATTENTION OF

CENAU-IP

MEMORANDUM FOR Mr. Avraham Haber, Head of Construction, Ministry of Defense

SUBJECT: Request for Assistance in Obtaining TCN Worker Visas

1. As you are aware, the Ministry of Labor decision to restrict Third Country National (TCN) visa last December has had a severe impact on the labor pool available for contractors working under contract with the US Army Corps of Engineers in Israel. This situation is now becoming critical and will result in significant delays to all construction projects unless some allowance is made by the Ministry of Labor to allow additional workers in to the country.

2. We have received notice from M. Gordon Construction Co. (Haztor and Palmachim Flight Simulators projects) that their request for TCN visas was denied by the Ministry of Labor (MOL) on 21 March 02. The MOL also informed the contractor that since these projects were not on the MOL "urgent list" that the chance of receiving TCN visas for these projects in the near future are "non-existent".

3. The joint venture of Soleh Bohen/Minrav is reaching critical stages in the completion of the Southern Infantry Training Base. The lack of sufficient finish workers on this project are evident in their weekly progress in which they are consistently lagging behind their schedule with the very real potential to fall further behind. The USACE has aggressively worked with the JV to develop resource constrained and unconstrained schedules to meet the current construction completion date of 22 Oct 02. It is clearly evident that unless additional workers are found immediately, this project may not have enough workers to meet the current schedule, and without the additional workers, there is no chance to accelerate the work rate (for example, perform two shifts) that may be necessary to meet the IDF beneficial occupancy date.

4. Although I've highlighted only two of the projects we have under contract, the labor situation will also become an issue in the very near future for the other projects as well. Request that you continue to work aggressively with the Ministry of Labor to grant TCN visas for additional workers on the Wye River and other USACE projects. It is vital that you do everything possible to help us help the contractors to meet their contractual schedules. If you need additional contract or background information from me or the contractor, I will be glad to provide the information.

3. Thank you for your support on all of our projects and for helping us to keep these projects on schedule.

**Exhibit 33**

LARRY D. MCCALLISTER
COL, EN
Deputy District Engineer
Europe District, Israel Program Office

CF:
LTC Pini Liberman
CRO Resident Engineer
SRO Resident Engineer
CRO Resident Engineer
PPO Project Engineer

DEPARTMENT OF THE ARMY
U.S. ARMY CORPS OF ENGINEERS
WASHINGTON, D.C. 20314-1000

REPLY TO
ATTENTION OF:

Military Programs

MAY 16 2002

Mr. Abraham Haber
Head of Construction Department
Government of Israel
Ministry of Defense
24 Kaplan Street
Tel Aviv 61909, Israel

Dear Mr. Haber:

Thank you for your recent visit to brief my staff on the progress of ongoing construction projects and potential future work. It is always valuable to meet face-to-face with our customers, and I am pleased to have had the opportunity. During our discussion, you expressed concern with USACE costs for executing the Wye Program (Foreign Military Sales (FMS) Case IS-B-HAC). I agreed to conduct a review to evaluate whether currently projected USACE costs to implement the case are reasonable and appropriate. I am writing to share the results of that review.

As you suggested during your visit, our review confirmed that estimated total U.S. Government charges for the FMS case are approximately $27.5 million, representing 11.45% of the total case funding available for construction. A summary of all currently estimated U.S. Government administrative and management charges is enclosed. The summary illustrates that mandatory Foreign Military Sales administrative charges account for nearly $7.8 million, or 3.24% of total available construction funding. These charges are established in accordance with the Arms Export Control Act (as amended) in order to comply with the statutory requirement that the U.S. Government fully recover the costs of administering security assistance programs. As such, the administrative charges are mandatory.

As you know, we are required to charge actual costs for USACE services to implement Foreign Military Sales cases. Our costs to manage and execute the Wye River construction program fall into two basic categories. First, we have costs incurred prior to construction contract award for coordination and review of your facility designs, preparation of solicitation documents, advertising for construction contracts, evaluating proposals, and awarding construction contracts. Total estimated pre-award costs are less than 0.75% of total funding available for construction. I think you would agree that these costs are very reasonable considering the extensive design review and coordination that has been provided. These pre-award efforts are a good value because they help to avoid costly problems during construction.

**Exhibit 34**

Construction phase costs are the other major category. We currently expect that our total construction management costs will total slightly more than 7% of construction costs (excluding the cost of reviewing the contractor's design for the Nachshonim Storage Base and leasing of armored vehicles). These costs consist entirely of construction management including contract administration, on-site quality assurance, and related services. These costs are consistent with our experience managing construction projects in other areas outside the continental U.S., particularly in locations where USACE has not had a long-term presence. In addition, we believe our costs compare favorably with the private sector construction management industry.

Overall, I believe that our costs are reasonable considering the costs associated with establishing and maintaining a new organization in Israel, including the costs of salaries, staff relocation, travel, offices, housing, vehicles, security and U.S. Embassy support. We have incurred additional costs for security measures that were not anticipated at the time the original budgets were established, including the cost of leasing armored vehicles and making security improvements at our office in Hertzliya. These measures were taken in accordance with guidance received from the Regional Security Officer and our internal USACE security offices.

Since the inception of the program, our goal has been to execute the projects using the smallest possible staff, while assuring the quality of service you expect. We have achieved this goal by performing as much work as possible at our Europe District headquarters in Wiesbaden, Germany, and by augmenting our staff in Israel with temporary duty personnel from Wiesbaden only when necessary. We recognize and appreciate your contribution to containing USACE costs by providing MOD engineers and technicians to assist with on-site quality assurance at no cost to the U.S. Government. Based on our discussions and the feedback you provided on progress to date, it seems clear that our partnership is producing high quality facilities. I firmly believe that reducing USACE costs to any significant extent could have serious consequences regarding the quality of the facilities.

I have been monitoring the program execution and am concerned that the current shortage of Third Country National (TCN) construction labor in Israel will cause the cost of USACE services to rise. As the lack of sufficient construction labor causes construction durations to lengthen, there will be a corresponding need to maintain our on-site resident offices for longer than originally planned. This will cause USACE costs to rise. This increase in USACE management costs will be in addition to any contract cost impacts resulting from the labor shortage. COL McCallister and his staff are beginning their annual process of updating the USACE budget based on actual costs incurred and anticipated future costs. The projected impacts of the labor shortage will be reflected in the updated USACE budget, which will be completed later this summer. I know that you have been working diligently to secure relief from the Ministry of Labor restrictions on TCN work visas, and I urge you to continue your efforts.

I welcome your input regarding our performance in the partnership to deliver quality facilities for the Israel Defense Forces. We will continue to monitor the quality and cost of USACE services, and I invite your continued feedback regarding the success of our partnership. Please feel free to contact Kim Weirick, John Jones, or myself if you have any additional questions or concerns.

Sincerely,

J. Joseph Tyler, P.E.
Chief, Programs Management Division
Directorate of Military Programs

Enclosure

Copy Furnished:

Commander, North Atlantic Division
Commander, Europe District

Summary of
Foreign Military Sales Administrative Charges
and U.S. Army Corps of Engineers Costs
FMS Case IS-B-HAC
14 May 2002

| Description of Cost Item | | | % of Total $ Available for Construction Contracts | % of Total Case Value |
|---|---|---|---|---|
| Total Case Value | $266,000,000 | | | |
| Total Estimated Funding Available for Construction Contracts (see Note 1) | $240,002,431 | | | |
| **Mandatory FMS Case Charges** | | | | |
| FMS Administrative Charge (2.5%) | $6,487,805 | | | |
| Contract Admin. Surcharge (0.5%) | $1,291,105 | | | |
| **Total Mandatory FMS Charges** | | **$7,778,910** | **3.24%** | **2.92%** |
| **USACE Costs to Implement the Case** | | | | |
| Pre-Award Costs for Southern Infantry Training Base | $489,765 | | | |
| Pre-Award Costs for Reserves Division Storage/Logistics Base | $564,184 | | | |
| Pre-Award Costs for Northern Infantry Training Base (Estimated) | $285,000 | | | |
| Pre-Award Costs for Site 276 Facility | $328,530 | | | |
| Pre-Award Costs for Brigade Relocation Facility | $100,000 | | | |
| **Estimated Total Pre-Award Costs for Wye Projects** | | **$1,767,479** | **0.74%** | **0.66%** |
| **USACE Construction Phase Costs** | | | | |
| Review of Contractor Design for Nachshonim Storage Base | $517,000 | | | |
| Leasing of Security Vehicles - required IAW RSO & USACE security guidance | $570,000 | | | |
| USACE Construction Mgt Costs (Jun 01 Budget) – excluding contractor provided support | $15,364,180 | | 6.40% | |
| Contractor Provided Support to USACE (see Note 1) | $1,484,424 | | 0.62% | |
| **Estimated Total Construction Phase Costs** | | **$17,935,604** | **7.47%** | **6.74%** |
| Total of Non-Contract Costs | | $25,997,569 | | |
| **Grand Total of "Non Bricks & Mortar" Costs** | | **$27,481,993** | **11.45%** | **10.33%** |

Note 1: Construction contracts include support to USACE operations (office space, housing, etc...) totaling $1,484,424

**DEPARTMENT OF THE ARMY**
US ARMY CORPS OF ENGINEERS, EUROPE DISTRICT
ISRAEL PROGRAM OFFICE
UNIT 7228, BOX 42
APO AE 09830

REPLY TO
ATTENTION OF

CENAU-IP

04 October 2002

MEMORANDUM FOR Mr. Avraham Haber, Head of Construction, Government of Israel, Ministry of Defense, 24 Kaplan Street, Hakirya, Tel Aviv, 64734 Israel

SUBJECT: Increased Program Costs

Dear Mr. Haber:

At our 4 September 2002 program review meeting, the Israel Program Office briefed anticipated management cost increases. The TCN labor shortage will extend the project durations and our corresponding management services. In addition, our management costs will increase to reflect the quality assurance support you are unable to provide. It was briefed that the overall affect of the cost increase is currently estimated to be $2.7M. Our increase in costs means less money available for future projects.

In our budget estimate, we did not reserve funds to cover potential contractor claims related to the TCN issue. If however future conditions warrant reconsideration, funds will be reserved from the program.

We will continually reassess our operating costs and keep you well informed on changes as the program continues.

On a less sober note, it was truly my pleasure to have met you last September. I look forward to our future meeting during the January Program Review in Germany.

Sincerely,

Lee A. Staab
Colonel, US Army
District Engineer

**Exhibit 35**

**DEPARTMENT OF THE ARMY**
US ARMY CORPS OF ENGINEERS, EUROPE DISTRICT
ISRAEL PROGRAM OFFICE
UNIT 7228, BOX 42
APO AE 09830

CENAU-IP 12 November 2002

MEMORANDUM FOR Mr. Avraham Haber, Head of Construction, Government of Israel, Ministry of Defense, 24 Kaplan Street, Hakirya, Tel Aviv, 64734 Israel

SUBJECT: IPR #7

Dear Mr. Haber:

On 4 September 2002, the quarterly In-progress Review (IPR) Meeting number 7 was held at the Israel Program Office. This memo represents the minutes of that meeting. Please provide any additional comments or corrections to these minutes and provide your signature in the space provided below.

The following people attended the IPR

| | |
|---|---|
| COL Lee A. Stabb | European District, District Engineer |
| Avraham Haber | Director, MOD/DOC |
| LTC Pini Leberman | IDF Program Manager, Wye Projects |
| LTC Dan Shenbach | IAF Program Manager, IAF Proects |
| Uria Ayal | MOD / DOC Liaison Officer |
| LTC John Rovero | European District, DDE, IPO |
| Mike Iarosis | Resident Program Manager, IPO |

**OLD Issues**: The meeting commenced with general introductions followed by a review of the action items associated with the IPR#6.

**Item 1**: Look at options for Acquisition Strategy on new IAF simulators

Discussion: Although the new IAF simulators were no longer a priority item. LTC Shenbach requested that the District continue to review the best alternatives for acquisition.

**Item 2**: Implement additional Quality Management measures (SITB)

Discussion: Since the last IPR, all of the IPO Quality Assurance staff including local hires and MOD / DOC personnel

**Exhibit 36**

have attended special Quality Assurance training. Three Contractor Quality Management training sessions were conducted. Thirty-three contractor Quality Control Staff were trained and certified.
IDF designers were invited, and they have participated, in the IPO quality management program by attending Preparatory and Initial Inspection Meetings.

**Item 3**: Transition replacement for Gordy Simmons

Discussion: Ezra Abraham was hired to replace Gordy. The IPO has been successful in the transition process.

**Item 4**: Resolve VAT Tax issue on IAF Simulator Project

Discussion: Resolved by contract modification.

**Item 5**: Estimate "potential" impacts of TCN problem

Discussion: Increased IPO costs were discussed during the IPR.

**Item 6**. Ensure adequate staffing for SITB

Discussion: During the IPR, recruitment plans and temporary support was discussed. It was noted that the MOD/DOC and IDF were taking actions to supplement IPO staffing at the SITB and NITB as a result of the reduced MOD/DOC QA personnel.

**NEW Issues**:

a. It was recognized that the projects were being delayed as a result of reduced labor associated with the restrictions being placed by the GOI on TCNs. The project delays will extend the duration of the program and result in increased IPO costs. In addition, since the MOD/DOC is unable to provide the necessary Quality Assurance personnel to support the program, the IPO would hire the additional personnel. The anticipated cost increases were discussed.

b. LTC Shenbach asked the District to reconsider the inclusion of the project items and quantities into the Nevatim solicitation. There was concern that the Government could be liable for mistakes. Mr. Haber noted that the MOD utilizes special wording in their solicitation that precludes responsibilities for mistakes in the items or quantities. He noted that he would provide a copy of this wording to the IPO.

c. LTC Shenbach discussed the timetable for the Nevatim

Project. He noted that the air force plans to have squadrons operational next year and it was necessity to have the project completed to accommodate the squadrons.

d. Mr. Ayal noted that the procedure for future VAT reimbursements would be directly to the contractor from the VAT authorities.

e. Representatives of the Israeli Navy were present at the IPR to brief their proposed project in Haifa.

**ACTION Items** :

a. The Navy requested a proposed timeline for the award of their project based on design-build and design-bid-built approaches.

b. Mr. Haber requested a breakout of costs for the IAF Program and the WYE Program.

c. Mr. Haber was requested to provide the verbiage used in the MOD solicitations to preclude responsibility when items and quantities are included for information purposes only.

d. MOD / DOC supplemental QA support at the Northern and Southern Infantry Training Base Projects.

e. Review alternatives for acquisition of the future IAF simulators.

f. The IPO would prepare an evacuation plan to identify the MOD / DOC project support that would be required in the event that the IPO was evacuated from country.

g. The IPO requested that the MOD/DOC complete their review of the proposed MOU on Transfer and Warranty procedures.

h. IPR #7 was tentatively scheduled for 7 January 2003 in Garmish Germany.

MICHAEL F. IAROSIS P.E.
Resident Program Manager
Israel Program Office

CF:
Pini Liberman, IDF Program Manager
Uria Ayal, MOD / DOC

Approved:

Avraham Haber
Director, MOD / DOC

Lee A. Staab
COL, EN
Commanding