**No. 05-114C**
**(Consolidated with Case Nos.**
**04-1719C, 05-1172C, and 06-49C)**
**(Chief Judge Damich)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**A.A.B JOINT VENTURE**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**APPENDIX PART 9**

---

ברץ, בר-נתן ושות'
עורכי-דין ונוטריונים

Baraiz, Bar-Nathan & Co.
Attorneys-at-Law & Notaries

Benjamin Baratz
Ygei Baratz
Zvi Bar-Nathan
Lori Almovii-Confino*
Barak Luchtenstein
Roni Avni
Yoav Fruchtman
Ram Ephrati
Itta Rubarenko
Tsafi Erlich Goldman
Rakefet Peled
Yoram Evron
Sharon Alster
Eli Belkind
Sagit Shanmoon
Tammar Sheinkin-Japhet
Gil Ashkenazy
Avishai Halfon
Michal Nissani
Merav Baruch
Hadas Geva-Medalia
Ziv Glickman*
Ophir Vaisben
Elad Berdugo
Danny Dibary
Eyal Shani
Chani shavit

*so Member of the New York Bar

Tel-Aviv, April 3, 2003
Ref: 14064-34

Mr. Ehud Olmert,
Minister of Industry, Commerce and Labor
30 Agron Street,
Jerusalem 94190

By registered mail

Your Excellency,

RE: **Project for erecting the military base at Nachshonim with American financing**
**Urgent request to receive assistance in realizing permits to employ foreign workers**

On behalf of the joint venture that is engaged in constructing the military base at Nachshonim which includes the American company, ABB SUSA Inc., and the Israeli companies, A. Arenson Ltd., and the Baran Group Ltd., (hereinafter jointly: **"the Joint Venture"**), we respectfully turn to you in respect of the reference, matter, as follows:

1. On March 25, 2003, we addressed the Minister of Labor and Welfare, the Minister of Interior and the Minister of Defense requesting to receive the urgent assistance of the honorable ministers in solving the problem in reference, which is causing delays in the construction of a military project of national importance that is being funded entirely by the Government of the United States.

International Department
Tel: +972-3-6073766
Fax: +972-3-6960986

Israel
1 Azrieli Center,
Round Tower, 18th floor
Tel-Aviv 67021, Israel
Tel: +972-3-6073777
Fax: +972-3-6073778
E-mail: office@bar-law.com

Romania
Baratz & Associates
57 Romulus Street,
Sector 3
Bucharest
Romania
Telefax: +4021 3263996/7
E-mail: stghemes@bar-law.ro

**Exhibit 39**

Baratz, Bar-Nathan & Co.
Attorneys-at-Law & Notaries

2. After sending the letter we were advised that the Labor Authority, has been recently transferred with the establishment of the new government to the authority of your ministry and therefore we should send our letter to your excellency also.

3. That being the case, we are attaching hereto a copy of our letter of March 25, 2003, and would ask you to regard it as having similarly been addressed to you from the outset.

4. In addition on March 31, 2003, and after sending the above letter, the Joint Venture received notice from the party that commissioned the work, the U.S. Corps. Of Engineers, whereby it rejected the request of the Joint Venture to receive an extension in the time schedule for the Project, which had been requested by it following the problem of the foreign workers described in our above letter.

5. This decision by the party commissioning the work could cause the Joint Venture damages of millions of dollars, in the event of it being unable to meet the time schedule, which was set for the Project.

6. Given everything described in our above letter and in light of the recent development mentioned above, we would be grateful for your urgent intervention in solving the unnecessary bureaucratic problem with which the Joint Venture is faced.

7. We would be happy to make ourselves available for any additional clarification that may be required.

Sincerely yours,

Benjamin Baratz, Adv.,
Baratz, Bar-Nathan & Co.,
Attorneys-at-Law & Notaries
(signed)

encl. Notice of the U.S. Corps of Engineers of March 31, 2003.
Our letter to the ministers of March 25, 2003.

c.c.:
1. Mr. Zvulon Orlev, Minister of Labor and Welfare
2 Kaplan Street, Hakirya, Building B., Jerusalem
2. Mr. Avraham Poraz, Minister of Interior
2 Kaplan Street, Jerusalem
3. Mr. Shaul Mofaz, Minister of Defence,
Kaplan Street, Hakirya, Building B., Jerusalem
4. Mr. Avner Oferi, General Manager, the Labor Authority
2 Kaplan Street, Hakirya, Building B., Jerusalem
5. Adv. Dov Weisglass, Director Prime Minister's Bureau,
Prime Minister's Office, Jerusalem

ברץ, בר-נתן ושות'
עורכי-דין ונוטריונים
Baratz, Bar-Nathan & Co.
Attorneys-at-Law & Notaries

amin Baratz
Baratz
-Nathan
oull-Confino
Luchtenstein
Avni
ruchtman
phrati
ubanenko
Erich Golman
t Peleg
Evron
Alster
elkind
Shahmoon
ar Sheinkin-Japhet
hkenazy
nai Halfon
al Nissani
Baruch
Geva-Medalia
ickman
ir Vaisben
Serdugo
y Dilbary
Shani
ni shavit

ember of the New York Bar

Tel-Aviv, May 27, 2003
Ref: 14064-34 (004)

By fax no. 03-6243738 and registered mail

Mr. Ehud Olmert,
Minister of Trade, Industry and Employment
30 Agron Street,
Jerusalem 94190

Your Excellency,

RE: **Project for erecting the military base at Nachshonim with American financing**
**Urgent request to receive assistance in realizing permits to employ foreign workers**
Reference: your letter 13.4.03

Further to our letter of April 3, 2003, and on behalf of the Joint Venture, which is engaged in the construction of the military base at Nachshonim (hereinafter: "**the Nachshonim Project**") which includes the American company, ABB SUSA Inc., and the Israeli companies, A. Arenson Ltd., and the Baran Group Ltd., (hereinafter jointly: "**the Joint Venture**"), we again respectfully turn to the Honorable Minister in respect to the referenced matter, as follows:

1. In your referenced letter you mentioned that the Joint Venture's letter on the subject had been transferred to the perusal of the professional parties at your Ministry, and upon receiving their response, you would advise us of their position.

International Department
Tel: +972-3-6073756
Fax: +972-3-6960986

Israel
Azrieli Center,
Round Tower, 18 floor
Tel-Aviv 67021, Israel
Tel: +972-3-6073777
Fax: +972-3-6073778
E-mail: office@bar-law.com

**Exhibit 40**

Romania
Baratz & Associates
57 Romulus Street,
Sector 3
Bucharest
Romania
Telefax: +4021 3253993/7
E-mail: st.ghemes@bar-law.ro

2. However, despite the urgency of the matter, and the national importance of the Nachshonim Project, we have yet to receive the response of the Honorable Minister to our letter.

3. Since the delay in resolving the problem is causing the Joint Venture enormous damages, we would be grateful for your Excellency's urgent intervention in order to solve the problem, otherwise the Joint Venture will have no choice but to forward the matter for the determination of the competent legal forum, in order to prevent the continued delay in the Nachshonim Project.

4. Naturally, we would be happy to provide you with any assistance that will be required.

Sincerely yours,

Bemjamin Baratz, Adv.,
Baratz, Bar-Nathan & Co.,
Attorneys-at-Law & Notaries
(signed)

NACHSHONIM
MINUTES OF MEETING
USACE/IDF/MOD/AAB JV

**29 MAY 2003**

| ITEM | DESCRIPTION | ACTION |
|---|---|---|
| 4 | **ADMINISTRATION** | |
| 4.1 | **Block Visa:** Ministry of Labor has rejected Block Visa application, in the name of ABB SUSA, submitted in December 2002. Preparing legal action against MOL and MOI. | AAB |
| 4.2 | **TCN Personnel:** Following the loss of almost half of the workforce, due to Military Police clampdown on illegal TCN's, JV working on various options to overcome the problem.<br>COE indicated that the current USG position is to support GOI efforts to reduce unemployment with continued restrictions on import of TCN labor. | AAB |
| 4.3 | **Waiver on U.S. Flag Vessels Requirement:** Awaiting USG review of detailed Cost Analyses of Foreign Flag vs. U.S. Flag Vessels for material from Germany and Turkey, submitted 09 April 03.<br>Deliveries of spatial frame and panels to reach the 50% mark in 2 months. | COE |
| | | |
| 5. | **SCHEDULES** | |
| 5.1 | JV to submit analysis reflecting anticipated project completion dates based on 150-200, 200-250 and 300-350 workforce. | AAB |
| | | |
| 6 | **DESIGN** | |
| 6.1 | **Change Orders for 10/8, 10/11:** Corrected Design package submitted today.<br>JV to meet with COE on pricing issue. | AAB/COE |
| 6.2 | **Battery Chargers:** JV to submit revisions today, including harness, per COE requirements. | AAB |
| 6.3 | **Kitchen:**<br>• Cold Rooms: JV resubmitted shop drawings 27 May.<br>• Kitchen Equipment: Corrections to technical details submitted and under review. | AAB<br>AAB |
| 6.4 | **As Built Drawings:** IDF met with APPLIMAP. To submit GIS format by end of next week. | AAB/COE/IDF |
| 6.5 | **Perimeter Security System:** JV to submit corrections on Motorola Submittal. JV working with Motorola on IDF comments. JV to schedule meeting with designer to review corrected documents. | AAB |
| | | |

**Exhibit 41**

**A.A.B. JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

**א.א.ב. - מיזם משותף**
אבב – סוסה/ א. ארנסון/ קבוצת ברן

NACHSHONIM STORAGE BASE, ELAD

פרוייקט בסיס אחסון נחשונים, אלעד

10 October 2002

Ref. USACE/02-0208

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

Received
11. 10. 2002
Central Resident Ofc.

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

**SUBJECT: Palestinian Labor**

Dear Sir,

A subcontractor to the Joint Venture, BP Insulation Projects Ltd., has requested authorization to utilize 24 Palestinians on the Nachshonim Project. The list of Names, age and I.D. Numbers, provided in support of the subcontractor's request is enclosed herewith. All are currently employed at various work sites in Israel and trained for insulated panel installation.

Per Amendment No. 3, (Q & A # 43 and 62) of the Contract, the Contractor is not allowed to utilize Palestinian Labor on the project.

In view of the continuing restrictions to import TCN Labor, the Contractor requests relief of the above cited contract condition in order to alleviate the acute shortage of competent manpower required to meet contractual requirements.

Sincerely,

S. Denison Keeney
Project Director

**Exhibit 42**

בידוד פרוייקטים בע"מ
אשדוד, אזור התעשיה הצפוני, רח' היוזמה 36 ת.ד. 160 מיקוד 77101
טל. 08-8560356 פקס. 08-8563948 E-mail: b_p@inter.net.il
www.bidud.co.il קבלן רשום מס' 22030

לכבוד
שרות התעסוקה
פקס: 9456603

4.8.02
1196/02
לידי שולה

ג.נ.,

הנדון: אישורי כניסה לעובדי השטחים

בהמשך לשיחתנו הטלפונית אבקש אישורים עבור העובדים:

| | | | | | |
|---|---|---|---|---|---|
| .1 | חליל זיאדה | ת.ז. | 970026969 | בן | 47 |
| .2 | עבדללה שאהין | ת.ז. | 915380133 | בן | 47 |
| .3 | מחמוד ראמלווי | ת.ז. | 940276074 | בן | 42 |
| .4 | נאהד אבו חריבה | ת.ז. | 947115747 | בן | 36 |
| .5 | נזאר חטיב | ת.ז. | 947131868 | בן | 42 |
| .6 | פתחי חטיב | ת.ז. | 957336738 | בן | 41 |
| 7 | אחמד טחאן | ת.ז. | 910890334 | בן | 52 |
| .8 | שעבאן סתלוב | ת.ז. | 932356892 | בן | 38 |
| . 9 | מוסא מנצור | ת.ז | 914765540 | בן | 43 |
| .10 | חסן מנצור | ת.ז. | 914765557 | בן | 40 |
| .11 | עטיה סלמן | ת.ז. | 922617634 | בן | 51 |
| .12 | עודה כמאל | ת.ז. | 922617642 | בן | 48 |



■ הקמת בתי קרור ומבני תעשיה ■ שיווק פנלים מבודדים ■ בידוד צנרת ודוודים לחום וקור
■ איטום ובידוד גגות בפוליאורטן מותז ■ משתחות וחזרות אקוסטיות

# בידוד פרוייקטים בע"מ

אשדוד, אזור התעשיה הצפוני, רח' הרוקמת 36 ת.ד. 160 מיקוד 77101
טל. 08-8560358 פקס. 08-8563948 E-mail: b_p@internet.il
www.bidud.co.il קבלן רשום מס' 22030


| | | | | | |
|---|---|---|---|---|---|
| .13 | חלימי גראנווי | ת.ז. | 957387772 | בן | 36 |
| .14 | ג'אמל אבו שביאן | ת.ז. | 958961583 | בן | 43 |
| .15 | חסן אבו שביאן | ת.ז. | 959601816 | בן | 54 |
| .16 | ישאח רזק | ת.ז. | 965039258 | בן | 44 |
| .17 | דרוויש זיאדה | ת.ז. | 970026936 | בן | 51 |
| .18 | אבן שביאן עלי | ת.ז. | 958961500 | בן | 37 |
| .19 | שעבאן סחוב | ת.ז. | 932356892 | בן | 38 |
| .20 | ראמלאוי חליד | ת.ז. | 940276256 | בן | 36 |
| .21 | עבד אלדאוד סמי | ת.ז. | 929733467 | בן | 37 |
| .22 | דבאי חדף | ת.ז. | 940275647 | בן | 47 |
| .23 | אבועאבדה גאמל | ת.ז. | 914558044 | בן | 37 |
| .24 | אבו סעיד מחמוד | ת.ז. | 944155738 | בן | 47 |

בתודה מראש,

ב.פ. בידוד פרוייקטים בע"מ



■ חקמת בתי קרור ומבני תעשיה ■ שיווק פנלים מבודדים ■ בידוד צנרת ודוודים לחום וקור
■ איטום ובידוד גגות בפוליאוריטן מותז ■ משתיקים ותקרות אקוסטיים

Subject: Entry Permits for Workers from the territories

As per our telephone conversation I (will) request entry permits for the (following) workers:

| | Name | ID Number | Age |
|---|---|---|---|
| 1. | Halil Ziada | 970026969 | 47 |
| 2. | Abdalla Shaheen | 915380133 | 47 |
| 3. | Mahmud Damalawi | 940276074 | 42 |
| 4. | Nahed Abu Hariba | 947115747 | 36 |
| 5. | Nasser Hativ | 947131868 | 42 |
| 6. | Fathi Hativ | 957336738 | 41 |
| 7. | Ahmed Tawan | 910890334 | 52 |
| 8. | Shaban Sahlob | 932356892 | 38 |
| 9. | Mussa Mantzur | 914765540 | 43 |
| 10. | Hassan Mantzur | 914765557 | 40 |
| 11. | Atiah Salman | 922617634 | 51 |
| 12. | Udah Kamal | 922617642 | 48 |
| 13. | Halimi Garanawi | 957387772 | 36 |
| 14. | Jamal Abu Shabian | 958961583 | 43 |
| 15. | Hasan Abu Shabian | 959601816 | 54 |
| 16. | Isah Rasak | 965039258 | 44 |
| 17. | Darawish Ziada | 970026936 | 51 |
| 18. | Abu Shabian Ali | 958961500 | 37 |
| 19. | Shaban Sahalow | 932356892 | 38 |
| 20. | Ramalaoui Halid | 940276256 | 36 |
| 21. | Abu Aldaud Sami | 929733467 | 37 |
| 22. | Dabai Hader | 940275647 | 47 |
| 23. | Abuaadah Jamal | 914558044 | 37 |
| 24. | Abu Said Mahmud | 944155738 | 47 |

**STATE OF ISRAEL**
MINISTRY OF DEFENSE

D E P A R T M E N T O F [illegible]
C O N S T R U C T I O N B U R E A U

**DATE:** 5 FEB 2003
**NO:** AU-033
**PHONE NO.:** 03-6976140
**FAX:** 03-6976734

**Mr. J. Blackburn**
**Resident Engineer**

**Subject: - "Nachshonim" DSB – Palestinian Labor**
**Re: your Letters 1. From 27 DEC 2002**
**2. From 16 Oct 2002**

1. Further to the above correspondence, I would like to inform you that approval in principle has been given to the employment of Arab Minorities, according to the following priorities:

   a. Israeli Arabs.
   b. Palestinian workers, only with valid permits to work in Israel.

2. It must be emphasized that this permission applies only until completion of the infrastructure stage.

3. We reiterate and stress once again that we not responsible for any claim for damage reimbursement by the contractor, regarding security arrangements, further more this also applies to any additional expense for any kind of unsatisfactory implementation due to security requirements.

4. You may continue with the procedure.

Sincerely,

Tsimch, M

Tsimchi Manoach
Unit of Coordination and Control FMF

CF: LTC Pini Liberman
MAJ Einat Rozen
Uria Ayal

**Exhibit 43**

From: Blackburn JR, Joseph W NAU
To: Iarosis, Mike NAU, Rovero, John L LTC NAU
Cc:
Bcc:
Date: Fri Feb 21 02:23:10 CST 2003
Subject: Use of Palestinian Workers
Attachments: JVs Request Pal Wkrs.pdf
USACE Letters.pdf
Meeting on Pal Labor 24 Dec 02.doc
NSB RFP SR 21.pdf
NSB RPF Q-62.pdf
Chief QA on Palestinian Labor.rtf
MOD Ltr Pal Wkrs.pdf

NOTE: John, Mike -- The ball is in our court on this issue. If you think more coordination is smart, please advise. I am prepared to respond to the joint venture and would like to get the letter to the JV before any departure. This is a tough issue. The best and safest way to go is the way spelled-out in the contract -- i.e. the answer to question 62.

1. Reference:
a. Ltr from AAB Joint Venture 10 Oct 02 requesting approval to us 24 Palestinians for installation of the insulated panels.

b. USACE memos 16 Oct and 23 Dec 02 to MOD and IDF requesting determination on the use of Palestinian Workers.

c. Minutes with attachments of 24 Dec 02 meeting with MOD and IDF regarding Palestinian Workers.

d. Email 10 Jan 03 from Central Resident Office Chief of Quality Assurance recommending disapproval.

e. Letter from MOD 5 Feb 03 advising of "approval in principle" to the employment of "Arab Minorities" with 2 caveats that are, at best, difficult to manage (we do not have the resources) and, at worse, impossible to fully enforce. Although characterized as "approval", this letter is not approval because of the caveats included. MOD would suggest that I should pass the responsibility on down to the contractor, but such solutions do not eliminate the risks to the project or the on site personnel.

2. We have discussed the subject on several occasions and you are aware that in my judgment we should disapprove the contractor's request to use Palestinian Workers. My reservations are based on the following:
a. My QA staff will have to be up on the roof and on scaffolding with these workers.
b. The joint venture is asking for relief from the restriction only because the GOI has made it impossible to import TCN labor.
c. In order for Palestinian Workers to make a significant difference in the overall completion, there will have to be many many more than just these first 24.
d. The joint venture has not demonstrated security capabilities that could control the risks associated.
e. The restriction in the answer to pre-bid question No. 62 was included because, for years, the IDF has not allowed Palestinian Workers on IDF installations or construction projects. In my judgment the restriction is even more relevant in these times of mounting tensions (on-going intafata) between the Palestinians and the Israelis (not to mention other tensions in the region (Iraq)).

3. As stated at the briefing with the MOD on 11 Feb 03, I intend to disapprove the contractor's request. My disapproval will effectively veto MOD's letter and MOD's position stated at the 11 Feb 03 briefing. I am well aware how dangerous it is to veto our customer. The fallout from such actions follows the law of unintended consequences. I need your support to manage and survive this issue. If you think it best, I will wait until you have further discussions with MOD and IDF management; however with the safety of our personnel at risk and my obligation to be responsive to the joint venture, I am ready to send the letter to the contractor in the next few days. Please advise.

**Exhibit 44**

USACE

DEPARTMENT OF THE ARMY
U.S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

CENAU-IP-C

11 March 2003

SUBJECT: Nachshonim Storage Base, El'Ad Israel, Contract Number DACA90-01-C-0043, Palestinian Labor, (COE-03-022)

Mr. S. Denison Keeney, Project Director
ABB Susa/A. Arenson/Baran Group
PO Box 37
Rosh HaAyin 68100 (Israel)

Dear Sir:

Please refer to your letter of 10 Oct 2002 (Ref. USACE/02-0208) requesting relief from the contract provisions that prohibit the use of Palestinian labor and Palestinian subcontractors.

In accordance with our previous conversations, your request for relief is not approved. Please execute your work as originally required by the contractual prohibitions detailed in Amendment No. 3, Questions 43 and 62.

J. W. Blackburn, Jr. P.E.
Administrative Contracting Officer

**DISTRIBUTION**

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | |
| CH DESIGN ENG | | |
| SITE MGR | | ✓ |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | | ✓ |
| SAFETY MGR | | |
| SCHEDULER | | ✓ |
| | | |
| STANLEY | | |
| ARENSON | | ✓ |
| BARAN | | ✓ |
| ABB.N.J. OFFICE | | ✓ |
| | | |
| | | |
| SUBJECT FILE | 1.02 | |

15.10.06

FAX: BARATZ
ATTN: Yael Baratz

FAX: Arenson
ATTN: A. Arenson, A. Barkai, A. Glick

FAX: BARAN
ATTN: Yom-Tov Samia, I. Friedman

FAX: ABB SUSA ATTN: E. Popowski, Paul Salvato

— Comments for claim strategy to US Govt?

Deni 12 march 03

**Exhibit 45**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

COPY

- - - - - - - - - - - - - - - -x
A.A.B. JOINT VENTURE, :
Plaintiff, :
vs. : No. 04-1719-C
THE UNITED STATES, :
Defendant. :
- - - - - - - - - - - - - - - -x VOLUME I

Washington, D.C.

Tuesday, December 12, 2006

30(b)(6) Deposition of

The United States Army Corps of Engineers

BY MICHAEL ANTHONY ROACH

a witness, taken on behalf of counsel for the Plaintiff in the above-entitled matter, before Denise M. Brunet, RPR and Notary Public in and for the District of Columbia, taken at the offices of Bell, Boyd & Lloyd, LLC, 1615 L Street, Northwest, Suite 1200, Washington, D.C., commencing at 11:33 a.m., when were present on behalf of the respective parties:



**Exhibit 46**

P R O C E E D I N G S

Thereupon,

MICHAEL ANTHONY ROACH

was called for examination by counsel for the Plaintiff and, after having been sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE PLAINTIFF

BY MR. JONES:

Q Sir, could you please state your full name?

A Michael Anthony Roach.

Q And how are you currently employed, Mr. Roach?

A I'm employed by the Norfolk District of the Army Corps of Engineers as a construction rep, chief of a project office.

Q And you're currently assigned to Norfolk?

A Yes, I am.

Q Now, prior to that, were you assigned to the Israel office?

A Yes, I was.

Q What were the dates that you were in Israel?



f81a23ff-c67a-4094-be57-ae9bf5ddabef

A No.
Q Going on to Exhibit 43, page 119, under 4.2., there's a statement in the second paragraph that says COE indicated that the current USG -- meaning U.S. government -- position is to support government of Israel efforts to reduce unemployment with continued restrictions on import of TCN labor.
Do you see that?
A Yes.
Q How did it come to your attention that it was the U.S. government's policy to support the government of Israel in continued restrictions on import of TCN labor?
A As the Corps of Engineers is attached to the U.S. Embassy in Israel, we serve with the embassy. That's the embassy's position. We were seeking assistance to help the contractor in any way we could.
Q And you approached the embassy?
A That's what I understood.
Q And the embassy said, no, it's our policy to support the government of Israel?
A That's my understanding of the meaning of



f81a23ff-c67a-4094-be57-ae9bf5ddabef

that statement.
Q On this particular meeting in the copying process, the attendees at the meeting are actually listed if you go to the beginning of Exhibit 43 at page 114?
A Yes.
Q You were at that meeting, were you not?
A It says I was, yes.
Q And do you know who made the statement that the current U.S. government position was what it's described to be?
A That is not a statement that I would make obviously. I can only suspect, and I would -- possibly Lieutenant Colonel Rovero. He would be the person who would have that information. He was our primary liaison with the embassy.
Q Did Lieutenant Colonel Rovero explain what he had done to find out what the U.S. government policy was?
A I don't remember.
Q The statement was also made, was it not, with respect to TCN personnel, if you look at 4.2 --

**From:** Blackburn JR, Joseph W NAU
**Sent:** Tuesday, June 18, 2002 7:14 AM
**To:** Roach, Michael A NAU; McPeters, Ronald L NAU
**Subject:** FW: TCN Non-availability

**Sensitivity:** Confidential

This is what I sent. Please keep it "close hold."

-----Original Message-----
**From:** Blackburn JR, Joseph W NAU
**Sent:** Tuesday, June 18, 2002 12:52 PM
**To:** Iarosis, Mike NAU; McCallister, Larry D NAU
**Subject:** TCN Non-availability
**Sensitivity:** Confidential

We just had a visit from Uri Ayal our MOD Liaison Officer. We of course asked him what was going to happen with respect to TCN visas and permits to import TCNs. Uri said that he has no idea of how long this problem will linger. He agreed with my supposition that it may take "months and months".

Not being able to put workers on the job is like having an "elephant in our china shop" -- I believe that we must plan now for what will happen when this "elephant" starts swinging his trunk.

I know you guys are working this issue with MOD and taking every opportunity to mention it to whoever will listen; but I am getting a little nervous about where this issue may take us. As you know the "Law of Unintended Consequences" is always at work.

Uri suggested that we have either COL McCallister or LTC Rovero speak with Ambassador Kurtzer and convince the Ambassador to pressure GOI to issue the visas. I told him that I would pass along his suggestion. I assume that the Ambassador already knows about the issue.

I expect that at some point, we will take a "stand" to protect as much of the project funds as possible. What this "stand" might be is what I think that we should coordinate. As the ACO, I have responsibility to minimize (to the extent practical) the dollar and time impacts of issues such as this.

To put it bluntly, what are we going to do when the contractors suspend work because they can't get labor? I believe that we are only a couple of months away from this situation at NSB. The "rumor mill" has it that the NITB is closer.

What do you recommend for coordinating our "stand". What's the best way to raise this issue to the level where it can be solved?

The Corps wants to build, the JV wants to build, elements within GOI are blocking us. Our current position to the contractors is that "its your problem, the Corps is not responsible". This position does not solve the problem and I expect the contractors to come back with a request for KO's decision. Where do we go from here? Should we have a plan or do we wait for the contractor's next move? I prefer to be proactive and minimize impact so we can maximize our chances of avoiding contractor suspensions and finishing the work somewhere close to on time.

Am I dreaming??

**Exhibit 47**

CENAO-IP-C (415-10a) 1 July 2003

MEMORANDUM FOR RECORD

SUBJECT: Nachshonim Storage Base, El'ad, Israel, Contract Number DACA90-01-C-0043, Meeting with IDF, MOD regarding TCN's

DATE: Monday, 30 June 2003 @ 1400hrs

ATTENDEES: ↑ Date

U.S. Army Corps of Engineers (USACE):
Mike Iarosis, Israel Program Manager
Jody Blackburn, CRO Resident Engineer
Mike Roach, CRO Project Engineer

Ministry of Defense (MOD):
Uria Ayai, Project Manager
Eran Rothberg, Council

Israel Defense Forcer (IDF):
LTC Peni Liberman, Program Manger
MAJ Einat Rozen, Project Manager

The meeting began with a general discussion regarding the situation on the Nachshonim Storage Base regarding labor. The contractor is requesting time and money due to an alledged labor shortage. He has stated verbally that unless this issue is resolved, he may be left with no other alternative than to suspend work until its resolved. The IDF and MOD were requested to comment on the foundation of the contractor's request, "Is there a problem in Israel with labor availability?" Eran Rothberg of the MOD answered by stating there is a labor shortage in the construction industry. The number of visa's for Third Country Nationals (TCN's) is being reduced each year since 2001. This reduction is affecting both the Government and private sector. However, the MOD has not granted any time or money for claims regarding this issue.

Eran Rothberg and Uria Ayai explained further that Arenson of AAB Joint Venture was granted 549 visas for TCNs in 2003. All were designated for work on the Nachshonim Storage Base only. In 2002, Arenson received 720 visas for TCNs, of which 549 were designated for NSB only. In 2001, Arenson received 1000 visas. TCN visas are generally granted under a square meter ratio: 4 workers for every 1000 square meters. (It was noted that Solei Boneh was given 1200 TCN visas in 2003.)

According to Eran and Uria, the MOI is not allowing Arenson to bring in additional TCNs until an accounting is made for those TCNs already within the country under Arenson's visas. The MOI and MOD suspect that Arenson is using its TCNs on other projects within the

**Exhibit 48**

country. A number of projects were listed by the MOD that are currently under construction by Arenson.

Eran stated that ABB Susa did register in the country as a contractor in order to obtain visas for TCNs. However, due to Arenson's failure to account for its TCNs (Where are the 1000 workers it had in 2001?), ABB Susa which is a member of the Joint Venture with Arenson, was not granted any visas.

Eran provided further clarification of the TCN allocation process within the country. He stated that while the Visas are granted for the year beginning in January, the process is time consuming. Therefore, the period generally runs from June (current year) to June (subsequent year). In other words, starting in June 03, Arenson is allowed 549 TCN workers and all of them must be on NSB. This number is not anticipated to change until June 04.

Eran indicated that the MOD is not supposed to get into labor matters on its projects, however, they are assisting on our projects to facilitate the process. It was noted that the MOD no longer allows TCNs on any of its own projects as of January 2002. Regarding NSB, the contractor may (not certain this will happen) be given the opportunity to hire "runners". These persons would be made legal for use on the NSB only. A note would be placed in their passports to this effect. Currently there are about 2000 TCNs that the MOI plans to deport that might be included in this pool of runners.

LTC Liberman stated that he does not believe time is justified on any of our projects. He also requested clarification on what would happen in the worst case, such as the contractor suspending work or quitting. Mike Iarosis explained that the contractor could be Terminated for Default, their bond called, another contractor procured, the remaining dollars used to complete the contract as much as possible – the bond was noted to only be around $6 Million. Mike also mentioned that the JV could possibly be sued for the difference.

LTC Liberman asked about how this could be possible under the design / build process. Mike Iarosis indicated that the contractor's designs were ours and we could possible get another contractor and designer to review them and be made responsible.

Eran asked about bringing in another contractor to complete a portion of the work with the JV. Mike Iarosis noted this would be a partial Termination for Convenience and would not be cost effective.

It was agreed that I would draft a short letter to the contractor informing him that according to Government officials, Arenson was granted a total of 549 TCN visas in 2003 and all of them were for the Nachshonim Storage Base only. Therefore, the project should not have a labor shortage problem.

Michael Roach
Project Engineer

LABOR ISSUES MTG 30 Jun 03

Peri
Erica
Ernst
Ron - Eaton
Mike I
Mike K
Jody B

NSB (549) 1000 → 720 — 2001 need to account for them (dif) 2002
NSB (549) 549 — need to account for them (dif) 2003

Jun 02 → MOD no TCN's

Is there a problem in Israel with Labor
- Problem hiring non Israeli workers Ron
= Gradually reducing visas 2001 70,000/year - 40,000/year
- Problems with TCN's is recognized. Gov & Private
- MOD - no time or money given for classes regarding this issue given.
- ABB Susa denied VISA's.

Amerson → ABB Susa denied because Amerson 57-71 has problems.

- 2003 - Amerson 549 for Washington only
• Need to find out above the 549 workers are that Amerson has in the country.

Amerson has 6 other projects within the country
MOL forgives some records? Maybe
Ron thinks visa's are being used in other projects
No other projects have approved TCN's except NSB
List of names will have note in Visa that says NSB only.

MOD - not supposed to get into matter of labor on projects.
4 persons/1000 $m^2$ as a rule

MOL going to help and might allow some runners to become legal.
[illegible]

→ 599 allocated study for NSB
537 can't support any.

(Contractor's visa's are by name.
Contractor must keep up with them.)

---

Mike I. explained options if contractor leaves.
to the MOD/IDF
T4D
Bond
Hire someone else
Take remaining $'s to reprocure.
Could sue JV for difference.

---

G 00206

**From:** Roach, Michael A NAU
**Sent:** Tuesday, July 01, 2003 6:24 AM
**To:** Iarosis, Mike NAU; Rovero, John L LTC NAU; Thievon, William R NAU; Cheverie, Paul NAU; Bearden, Leslie NAU
**Cc:** Blackburn JR, Joseph W NAU; McPeters, Ronald L NAU
**Subject:** RE: TCN Issues

Here are the enclosures:

Newspaper TCNs.doc (23 KB) MFR TCN Meeting.doc (39 KB) 03-090 Labor Availability.doc ...

-----Original Message-----
**From:** Roach, Michael A NAU
**Sent:** Tuesday, July 01, 2003 12:18 PM
**To:** Iarosis, Mike NAU; Rovero, John L LTC NAU; Thievon, William R NAU; Cheverie, Paul NAU; Bearden, Leslie NAU
**Cc:** Blackburn JR, Joseph W NAU; Roach, Michael A NAU; McPeters, Ronald L NAU
**Subject:** TCN Issues

Everyone,

The TCN issue continues. Enclosed are the following:

1) MFR of meeting held with MOD/IDF.
*IDF and MOD are adamant that a time extension is not justified for the TCN issue. They believe the contractor is using his workers on other projects throughout the country.*

2) Letter sent to contractor as a resultant of the meeting noted above.
*Continuance of previous letters stating time is not justified. Also noted that Arenson's total quota for TCNs in 03 is 549, all of which are for Nachshonim ONLY.*

3) Newspaper article "Construction of Israeli/American Military Base is Stuck"

Please note that we are forwarding a copy of our recent letter along with the referenced contractor's letter to NAU via FedEx.

Thanks,

Michael A. Roach, P.E.
Project Engineer, Nachshonim Storage Base
USACE, Israel Program Office

**Exhibit 49**

WYE RIVER & ISRAEL PROGRAM
FMS Cases IS-B-HAC, HAD & HAF

US Army Corps of Engineers
North Atlantic Division, Europe District
Israel Program Office

WEEKLY STATUS UPDATE

14 February 2003

**NOTE: This status report shows only significant changes from the 7 Feb 03 update.**

**HQ - EUROPE DISTRICT & ISRAEL PROGRAM OFFICE:**

1. Security Update:

   a. The current security situation, coupled with the TCN issue, is beginning to effect construction projects because of lack of available construction manpower countrywide.
   b. Limited travel restrictions remain in place for selected areas of Jerusalem. Prohibition against travel in West Bank and Gaza remains.
   c. **US State department issued an authorized departure for Embassy families and non-essential personnel in Tel Aviv and Jerusalem effective 8 February. IPO family members began departing Israel for CONUS safehavens beginning 12 February. Twenty-one of twenty-three family members plan to depart by 23 February under this authorized departure.**
   d. The IDF continues operations in the West Bank and Gaza areas and continues to arrest suspected militants. Clashes between IDF and terrorists almost daily. There is no change to current security status or posture as a result of current activities. **The IDF closed the West Bank and Gaza this week due to threats based upon intelligence sources.** All Program Personnel are aware of current warnings and are exercising due caution.
   e. IPO has upgraded some residential security and continues to assess for other potential upgrades. Implementing as necessary. Local threat from crime (theft, burglary) has increased recently.
   f. **Embassy continues to plan for ordered departure evacuation contingency scenarios while efficiently processing family members back to US under authorized departure. All IPO personnel have kept abreast of the planning and are prepared to execute if required.**
   g. IPO planning for project coverage based on various contingency scenarios. **Project continuity plans are complete. Coordination with MOD complete. Additional support identified.**

2. Current Activities:
   a. **Execution of Authorized Departure of Family Members and non-essential staff underway.**

**Exhibit 50**

c. Kitchen equipment and gas system designs being finalized by contractor. Awaiting shop drawings from JV. The IDF has ensured the successful installation of the gas lines to and within the building by the proposed use of their own gas contractor.
d. Reviewed initial DSB with IDF's lead architectural designer. Verified the architect's intent for a variety of items within this building.
e. **Held another battery charging system design coordination meeting with IDF on 13 Feb.**
f. **IDF making budgetary considerations regarding user request changes.**

Construction

a. **Walls and floors for Public Buildings in Sector 10.**
b. **Micropile installation in Sectors 12.**
d. Received unsolicited requests regarding differing site conditions in Segments 45 and 56, totaling $404K. Anticipate additional requests. **Review ongoing of USACE consultant's revised geotechnical report.**
e. Contract NAS is currently showing contractor's progress to be 79 days beyond CCD. After the acceptance of the pilot DSB, additional impact to the end date is anticipated to accrue as a result of insufficient resources (TCN Manpower).
f. JV awaiting Ministry of Labor response to request for 519 TCNs (previously allocated to Arenson) to be re-allocated under AAB's name. Arenson is presently supplying TCNs for concrete work. TCN non-availability continues to impact progress and could affect a large delay (6 month to 1 year). Contractor has scheduled a meeting with the contracting officer on 6 March to discuss the TCN issue and how to minimize impact to the construction project.
g. **Interior** work at Initial DSB has resumed with the intention to complete all systems prior to the second envelope test. Results received from envelope test conducted on 23 Jan 03. **Results showed failure IAW contract requirements. A successful result occurred as compared to an alternate ASTM standard. Contractual decisions made on these results might adversely impact the contract.**
h. JV awaiting response on requested waivers on U.S. Flag vessel requirement of shipments of insulated panels from Turkey and spatial frames from Germany.
i. **Conventional structural steel on DSB Type E5 - 6 building roughed in.**
j. **Finalizing change order on relocation of Logistics Overhead crane.**
k. **Continued heavy rains are delaying construction progress.**
l. **Contractor is approaching double digits in his "behind schedule progress". JV has implemented a partial recovery plan. Contractor will increase the number of work crews on the critical path activities of "spatial frames" and "building insulated panels".**

3. Central Resident Office (CRO) Staffing: **One FSN reassigned to NITB in preparation for an ordered evacuation.**

a. Future Activities

a. Sectors 67, 56 and 45 - walls, floors, storm and sanitary sewers.
b. Sectors 10, 91 and 34 - foundations, floors and walls
c. Fill operations in Sector 11 and 12.
d. **Undercutting** of footprints of DSBs in Sector 34 to subgrade.
e. Complete interior and exterior features of the initial DSB.
f. Coordinate a District PDT decision on the ASTM leakage test vs. the pressure test for validation of the DSB envelope construction.
g. Evaluate request for time extension related to the Quarry Strike.