| | | | | |
|---|---|---|---|---|
| 3030 | Client Approve & Issue NTP for DSB | 0 | | 05 Sep 02 |
| 3100 | Construct Group 1 – DSB Buildings | 385 | 06 Sep 02 | 28 Nov 03 |
| 3200 | Construct Group 2 – DSB Buildings | 389 | 24 Jan 03 | 21 Apr 04 |

## D. General Timeline (Items Associated with Claim)

**05 Jun 01 – Government awards the contract to A.A.B Joint Venture in the amount of $124,089,176.00** with contract performance time of 1,095 days. (Ex. 8)

**19 Jun 01 –** Government issues the Notice to Proceed. (Ex. 9)

**26 Sept 01** -- Contracting Officer notes concerns over JV's apparent lack of progress in the first three months since the Notice to Proceed (Ex. 11), stating "Since issuance of the Notice to Proceed on June 19, 2001 you have erected a temporary office complex, started mobilization of your earthworks subcontractor and performed some surveying work. Otherwise, no other construction activities on the ground have been initiated."

**10 Oct 01** – JV responds in JV Letter 01-032 (Ex. 12) to the Contracting Officer's letter regarding performance and notes they are "still well within the proposal schedule" and notes the first DSB (Building 56 A-8) has an early start of 28 Jan 02 and an early finish of 27 Jun 02. Also noted in this letter is JV's proposed deviation, "Additionally, the JV has requested a deviation to the contract to allow Notice to Proceed with concrete work for other DSB's before completion and approval of the initial DSB envelope test. Aside from a few openings and penetrations, which shall wait for envelope test approval, the substantial concrete work is not the discerning factor for ensuring the specified environmental conditions within the DSB's and is work which can effectively and safely be performed without the need to wait for envelope test. Should the JV receive a favorable review of this request, our concrete work on the other DSB's can proceed immediately after completing concrete work on the pilot DSB and provide continuity for the concrete teams as well as significant schedule recovery. This will allow a 4 to 6 month advance start (from proposal schedule) on the majority of the project structures and allow more time for the more critical activities of space frame and insulated panel installation."

**12 Oct 01** – COE Letter 01-033 (Ex. 13) confirms JV's intentions as discussed in the 11 Oct 01 Weekly Progress Minutes No. 6 (Ex. 14) that they will no longer be using Geometrica space frames, as submitted in Transmittals AAB 25, 25A and 25B. (Exhibits 15, 16, 17).

**12 Oct 01** -- COE Letter 01-035 (Ex. 18) responds to JV's request to begin concrete work on DSB's prior to completion of the first DSB and notes the following, "more information is needed before we can make our decision. Your design is not complete and we can not review your critical assumption that concrete elements of the DSB's are not the discerning factor to ensure internal environmental control. I understand the need for a timely response to your request, but in order for us to be confident with our decision, the 100% design package is needed."

**18 Oct 01** – Gordon Simmons sends email (Ex. 19) to Ram Noham, the JV Project Manager for Design regarding dehumidifier design parameter proposed by JV in their design submittal. Mr. Simmons states, "Your design must be reasonable and based on industry practice/industry standard AND your design must meet the functional requirements of the solicitation in all cases."

"The 1% infiltration value used in the 60% calculations is not considered reasonable based on the industry standards."

**27 Oct 01** – A meeting was held to discuss the Design Review Comments for the JV's 80% design submittal (Ex. 20). Of specific note, the government expressed concern with the JV's proposed infiltration rate of 7% for dehumidifier sizing, and the lack of sealing details for the panels. The government expressly stated, "Structural calculations, product information, and detailing is not yet sufficient to ensure the building will function as specified. Several critical items are non-compliant with the RFP."

**13 Dec 01** – A "Design Issues Meeting" was held with attendees from the JV and the government. The JV's minutes of this meeting (Ex. 21) indicate resolution was reached on several items, including compliance with L/600 (deflection requirements) is required for all roof structures, and the government will consider allowing concrete work to begin on other structures prior to completion of first DSB.

**28 Jan 02** – JV begins work on the first DSB foundation in advanced of approval of the overall design for this building which occurred on 06 Feb 02. This deviation was allowed by the Government

**06 Feb 02** – Government accepts and clears for construction JV's final design for Segment I, which includes the first DSB in COE Letter 02-006 (Ex. 22).

**07 Feb 02** – Weekly progress meeting (Ex. 23) notes JV received Uskon (Turkish Manufacturer) space frame shop drawings which are being reviewed by the JV's engineers to ensure compliance with the specifications.

**13 Mar 02** – JV provides Transmittal 19-5-62 (Ex. 24) for Uskon's spatial frame design calculations and shop drawings. COE approves JV's spatial frame submittal on 02 Apr 02, but notes an erection plan is required along with additional information regarding the quality of the space frame members.

**04 Apr 02** -- JV provides JV Letter 02-115 (Ex. 25) with panel deflection test planned onsite for 07 Apr 02 to determine most economical purlin spacing with the minimum panel metal thickness.

**7 Apr 02** – JV conducts panel defection tests onsite (Ex. 26). Result indicates an L/250 to L/300 deflection. Unless panel metal thicknesses are changed, the JV's initial purlin spacing will need to be decreased to achieve the required L/600 deflection.

**08 Apr 02** – JV provides Transmittal AAB 19-8-62A (Ex. 27) with spatial frame product literature on manufacturing and erection. COE disapproves submittal on 07 May 02 because: 1) It was poorly packaged and did not note what Specification Section it was intended to comply with; 2) Several certifications provided did not have anything to do with the submittal space frames, such as guard rails, petroleum products, water pipes of homes, plastic pipes, chains, etc.; 3) The few mil certificates provided were in Turkish, could not be compared against the contract requirements. Strength comparisons for many items were partial German DIN standards or SAE standards and not the referenced standards; and 4) JV's structural designers did not provide any evidence of review and acceptance of this submittal.

**09 Apr 02** -- JV provides Transmittal AAB 19-6-62R1 (Ex. 139) with minor revision to space frame shop drawings. COE acknowledges receipt with no comment.

**09 May 02** -- JV completes foundations for the first DSB.

**12 May 02** – JV provides Transmittal AAB 19-9-62AR1 (Ex. 28) with additional information regarding the space frames materials. COE approves the manufacturer's qualification on 31 May 02. However the bars, cones, sleeves, pins, node, coating and steel selection were disapproved. Compliance with the specifications was not provided for the ASTM's required by the contract. Steel types for the tubes were not as specified. Bolt literature did not indicate full compliance with any standard.

**28 May 02** - JV provides memorandum (Ex. 29) with insulated panel deflection test plan.

**31 May 02** – Government issues contract modification P00009 (Ex. 30). This modification includes the agreements reached at meeting held 13 Dec 01 which include: 1) Maximum deflection of L/600 applies to all roof structure elements including the insulated panels; and 2) The dehumidification system shall be sized based on a 7% air infiltration rate.

**08 Jul 02** – JV resubmits Transmittal AAB 19-10-62 AR2 (Ex. 31) with space frame technical data. COE disapproves space frame technical data on 15 Aug 02. This submittal was disapproved because of 1) Weld quality control; 2) Steel specification for sleeves and cones (SAE 1030, 1045 steel vs. the ASTM A668 Class F specified); 3) Bolt quality issues regarding consistency with either DIN or ASTM requirements; and 4) Material testing program missing.

**21 Jul 02** –JV provides the agenda for dehumidifier factory testing in JV Letter 02-160 (Ex. 32).

**22 Jul 02** – JV notifies Government in JV Letter 02-161 (Ex. 33) of their offsite pressure testing efforts in Ashdod, Israel. Letter included pressure tests on a miniature building.

**24 Jul 02** -- JV provides Manufacturer's Submittal for DSB Insulated Panels (Ex. 34). The panels submitted were a product of Izopoli Ltd. of Bolo, Turkey. Submittal included various certifications and descriptions of the product.

**29 Jul 02** - JV provides Transmittal AAB 19-19-80A (Ex. 35) for panel sealing materials, screws and polyethylene band and JV Letter 02-166 (Ex. 36) for sealing components.

**15 Aug 02** – Government employees Ron McPeters and Mike Roach visit the JV's mockup building in Ashdod, Israel. Photos taken of the mockup (Ex. 37) indicate problems with the contractors' quality and question its suitability for purposes of comparison with a full size structure.

**23 Aug 02** - JV provides Transmittal AAB 19-21-80B (Ex. 38) and Transmittal AAB 19.21.1-80R1 (Ex. 39) including panel erection plan, insulated panel shop drawings and certifications.

**26 Aug 02** -- JV provides Transmittal AAB 19-7-62R3 (Ex. 40) with revised shop drawings for spatial frame purlin. The layout was noted to ensure compliance with the L/600 deflection criteria. COE acknowledged receipt of this submittal without comment.

**29 Aug 02** – Space frames arrive onsite for first DSB; noted in QC Report No. 436 (Ex. 41).

**05 Sep 02** -- Government disapproves Transmittals 80, 80R1, 80A and 80B, and responds to JV Letters 02-161 and 02-166 in COE Letter 02-038 (Ex. 42). The government disapproves the

submittals, as the transmittals and letters indicate the JV is proposing a design which does not meet the contract requirements regarding the building envelope of the DSB's.

**12 Sep 02** – A meeting was held with COE, JV and IDF designers at the office of Assa Aharoni. Minutes prepared by the JV (Ex. 43) indicates that JV is employing the services of a sealing consultant. At this meeting, the JV requests consideration of an alternative pressure test, ASTM E-283.

**17 Sep 02** – A follow-on meeting to the 12 September 02 meeting was held with COE, JV and IDF designers at the office of Assa Aharoni. Minutes prepared by the JV (Ex. 44) list several conclusions regarding proposed sealing details. The JV indicates they will propose an alternate test procedure (ASTM E-283) for the DSB pressure tests.

**20 Sep 02** –JV Letter 02-0194 (Ex. 45) defends Stanley Consultant's role in designing the DSB's. The JV indicates they had a pre-award concern with the envelope testing criteria, which was noted in amendment Question/Answer #1029. They state testing in Ashdod on a mockup DSB indicates the test criteria is not achievable and proposes ASTM E-283 as an alternate testing method. They also noted that they have received useful comments from the IDF's designers and will provide revised shop drawings accordingly.

**22 Sep 02** -- JV Letter Nach 93 (Ex. 46) with minutes of an internal meeting held with JV's designers and Mr. Schneider. These minutes were signed by Shai Vaxman of Baran Group. They agreed to request an alternative pressure test method.

**09 Oct 02** – JV Letter 02-260 (Ex. 47) provides a copy of JV designer's approval of the proposed dehumidifier initial test report. The letter requests that their subcontractor make the noted corrections and proceed with testing the second unit.

**10 Oct 02** -- JV Letter 02-207 (Ex. 48) provides revised insulated panel submittal requesting to use an alternative testing method, ASTM E-283.

**16 Oct 02** -- JV provides Transmittal AAB 19-10.1-62 AR3 (Ex. 49) with resubmittal of space frame materials. COE approves space frame submittal on 18 Oct 02 and notes on the Eng Form 4025 that "This supplemental data completes the submittal for the space frames and allows erection to begin."

**24 Oct 02** -- JV submits RFI DC-038 (Ex. 138A) to use an alternative coating for the bolts used in the DSB structures. COE accepts this request.

**24 Oct 02** -- JV submits RFI DC-039 (Ex. 138B) to use M12 bolts for purlin connections in the first DSB. COE accepts this request.

**28 Oct 02** -- JV submits RFI DC-040 (Ex. 138C) to use an alternative steel material (St52) in the space frame sleeves in lieu of SAE 1030. COE accepts this request.

**03 Nov 02** – JV provides Transmittal AAB 19-20-80 AR2 (Ex. 50) with Izopoli air infiltration test result. COE acknowledges receipt without comment.

**05 Nov 02** – COE Letter 02-045 (Ex. 51) requests JV to address non-visibility of joints and penetrations of bolts.

**05 Nov 02** –JV Letter 02-219 (Ex. 52) states, "The AAB JV has submitted a complete and concise solution, proven through experiments and testing, which meets all specified dry storage requirements, except the possibility of successfully passing the specified envelope pressure test."

**07 Nov 02** – Government issues Letter 02-046 (Ex. 53) to the JV requesting them to "complete the construction of the initial DSB and perform the various tests necessary to prove your design in accordance with Division 02, Section 003, Chapter J of the contract. Your alternative testing procedures shall be evaluated in conjunction with this phase of construction."

**11 Nov 02** – JV provides Transmittal AAB 19-15-62E (Ex. 54) with test results for nodes of the first DSB. COE acknowledged receipt with no comment. These positive test reports allowed the space frame to be lifted into place.

**14 Nov 02** – JV lifts space frame for first DSB as noted in QC Report No. 513 (Ex. 55).

**25 Nov 02** – JV provides memorandum (Ex. 56) regarding the pins and sleeves within the Uskon space frames.

**25 Nov 02** – COE Letter 02-049 (Ex. 57) requests all future space frames utilize the "visual inspection system and control of bolt closing" in accordance with Section 003, Paragraph 8.3 of the contract.

**26 Nov 02** -- JV completes installation of space frame in first DSB and panels arrive onsite as noted in QC Report No. 525 (Ex. 58).

**27 Nov 02** -- JV begins installation of insulated panels on the first DSB as noted in QC Report No. 526 (Ex. 59).

**04 Dec 02** – JV provides memorandum (Ex. 60) noting that the panel laps are correctly oriented for a prevailing wind direction out of the west.

**10 Dec 02** -- JV provides Transmittal AAB 19-22-80 BR1 (Ex. 61) with revision in Detail 5 of the panel erection plan.

**12 Dec 02** -- JV provides memorandum (Ex. 62) with space frame erection certification for the first DSB.

**12 Dec 02** – JV informs COE that they are considering changing space frame manufacturers due to contractual issues with Uskon in Weekly Progress Minutes No. 55 (Ex. 63).

**26 Dec 02** – JV completed rough installation of insulated roofing panels on the first DSB as noted in QC Report No. 555 (Ex. 64). Flashing, sealing and other roofing details remained incomplete.

**07 Jan 03** – JV submits RFI DC-069 (Ex. 65) requesting to use 8.8 grade 20 mm bolts by Mero in locations where Uskon provided 10.9 grade, 16 mm bolts. COE accepts JV's proposal on 15 Jan 03.

**13 Jan 03** – Government acknowledges in COE Letter 03-001 (Ex. 66) that the Pereg humidifier test was conducted on 13 Jan 03 instead of the scheduled date of 14 Jan 03 and letter also includes list of marked deficiencies.

**13 Jan 03** – JV RFI DC-054 (Ex. 67) requests use of alternative purlin galvanization thickness.

**15 Jan 03** –JV conducts a preliminary pressure test.

**16 Jan 03** -- JV provides Transmittal AAB 152 (Ex. 68) for insulated panels for the Logistics Complex from Caesarea Polymers. La Magona steel products are proposed for use in these panels. Deviations to the contract were not noted by the contract and this submittal ultimately received Code F- "Receipt Acknowledged" with no comments on 26 Jan 03.

**19 Jan 03** – JV proposes in email (Ex. 69) to perform the first DSB pressure test again and address the comments of Mr. Aharoni. Test will be performed both in accordance with the contract and in accordance with ASTM E-283.

**21 Jan 03** -- Mr. McPeters, response to JV Chief Quality Control, Leo Price's email (Ex. 70) which provides notification that the "AAB JV will conduct a record test of the pilot DSB on Tuesday, 21 Jan 03.......the tests conducted on 15 Jan 03 were considered informational tests, to demonstrate how the equipment works, as opposed to a record tests. Result of the 15 Jan 03 tests can be provided; however, they are for information only as opposed to record purposes."

**22 Jan 03** – JV submits RFI DC-071 (Ex. 71) requesting to correct steel trusses onsite for Type D, E and F DSB's. COE subsequently approves request on 27 Jan 03.

**23 Jan 03** -- The JV conducts two pressure tests of the first DSB. The building failed the first test, based on the test specified in the contract, with the exception that the DSB was not complete and functional. This is noted in Weekly Progress Minutes No.79 of 23 Jan 03 weekly progress minutes (Ex. 72). The second test was based on the JV's proposed alternate of ASTM E-283.

**31 Jan 03** -- JV submits the first DSB "Pressure Test Report" (Ex. 73). This report includes a summary and partial chronology of preliminary tests conducted by the JV prior to the initial test. The JV uses this report to request the use of alternate testing procedures.

**04 Feb 03** -- JV begins installation of steel elements in the conventional structures (non-space frame) with DSB 56-E5-4 as noted in Daily QC Report No. 595 (Ex. 74).

**10 Feb 03** – JV submits RFI DC-054R1 (Ex. 75) proposing the use of purlins in the DSB's manufactured from steel coils having a coating classification of Z275 – a deviation to the contract. COE subsequently accepts request on 20 Mar 03.

**19 Feb 03** -- Government responds in COE Letter 03-004 (Ex. 76) to JV's pressure test report dated 31 Jan 03 for the first DSB. In this letter, COE does not approve JV's request for use of ASTM E-283, but provides ASTM E-779 as an acceptable alternative.

**28 Feb 03** -- JV provides Transmittal AAB 19-36 (Ex. 77) with shop drawings for a new space frame manufacturer, Mero. COE acknowledged receipt without comment.

**04 Mar 03** – JV provides Transmittal AAB 19-37 (Ex. 78) with detailed testing procedure in accordance with ATMS E-779.

**11 Mar 03** – JV provides Transmittal AAB 19-38 (Ex. 79) with shop drawings for space frames for Type B, C and H DSB's. COE approves shop drawings on 25 Mar 03 with comments.

**12 Mar 03** – Government approves in COE Letter 03-23 (Ex. 80) the JV's alternative pressure testing procedures.

**18 Mar 03** – JV provides JV Letter 03-272 (Ex. 81) advising the Government "The AAB JV shall ensure that BP/Izopoli use first class materials and workmanship for panel accessories (caulk, EPDM, etc.) and shall submit these materials with an installation procedure." JV goes on

to note that "As soon as the AAB JV receive the USACE decision on the purlin galvanization issue and install purlins on DSB 56-E5-4, this building will be paneled to verify the adequacy of our quality control program. In striving to meet the project schedule, the AAB JV has released BP/Izopoli to commence panel production which was only contingent on the above decision to fix the corner concept for the project."

**24 Mar 03** -- JV QC Report 643 indicates flashing and systems were completed on the first DSB (Ex. 82).

**26 Mar 03** -- COE produces punch list (Ex. 83) regarding status of the first DSB.

**27 Mar 03** – COE Letter 03-041 (Ex. 84) requests JV provide their plans for verifying that the system maintains the specified humidity conditions within the DSB's.

**01 Apr 03** – JV Letter 03-283 (Ex. 85) notifies Government of manufacturing error in the structural steel in the Type E DSB's.

**01 Apr 03** – JV conducts second pressure test on first DSB.

**10 Apr 03** -- Modification P00022 (Ex. 86) issued to provide "Z" purlins in the DSB's that are galvanized in accordance with Z275.

**11 Apr 03** -- JV provides Transmittal AAB 19-47 (Ex. 87) for Mero space frame materials. COE acknowledges receipt.

**14 Apr 03** – JV provides Transmittal AAB 19-48 (Ex. 88) with the Mero space frame installation manual. COE acknowledges receipt.

**15 Apr 03** -- JV provides Transmittal AAB 19-49 (Ex. 89) with qualifications of the Mero space frame erector. COE acknowledges receipt.

**18 Apr 03** – JV provides additional DSB panel submittals in Transmittals AAB 19-18.1 (Ex. 90), AAB 19-21.2 (Ex. 91) and AAB 19-22.1 (Ex. 92). These submittals include more shop drawings, product data, test reports and certificates. COE acknowledges receipt with no comment.

**20 Apr 03** -- JV completed steel installation on Building 56 E 3 as noted in QC Report No. 670 (Ex. 93).

**28 Apr 03** -- JV began roofing panel installation on Building 56-E3-3 as noted in QC Report No. 670 (Ex. 94).

**01 May 03** – JV provides Transmittal AAB 19-55 (Ex. 95) with draft first DSB air leakage test.

**06 May 03** – An injury accident occurred on site with one of the employees of the panel installers, requiring a work stoppage on panels (JV issued stop work – Ex. 96).

**14 May 03** –COE Letter 03-055 (Ex. 97) stops all panel work due to serious safety and quality issues. The letter explains that "Because of your space frame material supply issues, you have begun to work on structural steel Building 56-E3-3…" and the panels on this building "were not installed according to the approved detail. Specifically, excessive gaps exist in between the wall and roof panels." Also noted were "purlins being out of plumb and several of the purlins were noted to be bowed in the vertical dimension." Accordingly, Government states, "I will not let this continue. Therefore, you are directed to stop all work related to the panels until you provide me with a satisfactory plan to correct these safety, quality and design issues."

**19 May 03** -- JV provides Transmittal AAB 19-59 (Ex. 98) with official initial DSB air leakage test results.

**22 May 03** -- JV provides JV Letter 03-306 (Ex. 99) with updated safety and quality procedures for the installation of panels.

**22 May 03** -- Mero space frames arrive onsite. JV begins installation at DSB 67-A-7 (Ex. 100).

**26 May 03** -- JV provides Transmittal AAB 15-27 (Ex. 101) with final factory test reports for the DSB Dehumidifiers.

**26 May 03** -- JV requests a time extension in JV Letter 03-308 (Ex. 102) due to a strike that prohibits the arrival of the new space frame materials from Mero.

**30 May 03** –Government requests a schedule analysis for the strike time extension request in COE Letter 03-063 (Ex. 103).

**03 Jun 03** -- COE Letter 03-064 (Ex. 104) approves the first DSB results and notes "work on subsequent DSB envelopes may continue."

**03 Jun 03** -- JV provides Transmittal 34-6 (Ex. 105) with test reports of the Fire Detection and Dry Extinguishing (FD/DE) testing for the first DSB.

**03 Jun 03** - JV provides Transmittal AAB 75-6 (Ex. 106) with test reports of the Intrusion Detection and Access Control System (IDF) testing for the first DSB.

**03 Jun 03** -- JV provides JV Letter 03-314 (Ex. 141) concerning spatial frame activity and strike delay. JV notes that "In December 2002, the AAB Joint Venture decided to change the spatial frame subcontractor. As stated in our Progress Narrative for December 2002 (Ex. 107), this change of subcontractor resulted in the spatial frame erection moving to critical path status and resulted in a two month delay to the critical path. Consequently, panel installation also moved to critical path status." It goes on the state, "On 20 December 2002, an agreement was reached with Mero as the spatial frame subcontractor. During January 2003, the JV prepared and submitted a recovery plan, which focused especially on the resumption of the spatial frame erection. With the exchange of correspondence and schedule delivery updates with Mero, it became apparent that the erection of the spatial frame should be estimated to resume only on 18 May 2003…."

**05 Jun 03** -- JV provides memorandum (Ex. 108) with report of structural steel columns plumb inspection.

**10 Jun 03** -- COE Letter 03-068 (Ex. 109) provides correspondence to JV regarding the quality control of the steel trusses for the DSB's. Fabrication errors, field welds and modifications to these elements were of poor quality. No further field welding was allowed.

**11 Jun 03** –COE Letter 03-070 (Ex. 110) disapproves JV's insulated panels installation procedures submitted in JV Letter 03-306 (Ex. 99) and notes problems are much worse than originally thought, stating "Mistakes are made by all JVs, but to continually build upon deficient work is particularly egregious, especially in light of our past correspondence requesting that you improve your quality control organization. Our repeated requests to have your quality control staff stop deficient work have been ignored. Now there are several buildings with steel erected improperly. The insulation panels were even installed (improperly) on one of these buildings". Government notes they are considering an interim unsatisfactory evaluation.

**19 Jun 03** –JV Letter 03-0830 (Ex. 111) to structural steel subcontractor, Koor Metals Ltd, noting several deficiencies with the steel for the Type "M" Buildings.

**20 Jun 03** -- Government provides COE Letter 03-078 (Ex. 112) to approve dehumidifier test submitted with Transmittal AAB 15-27 (Ex. 101).

**23 Jun 03** –JV Letter 03-326 (Ex. 113) updates review of structural steel welding and repairs in response to COE Letter 03-068 (Ex. 109).

**23 Jun 03** – Leo Price, Quality Control Chief issues JV Letter 03-836 (Ex. 114) with stop work order for all DSB columns.

**26 Jun 03** – Government meets with JV to discuss the status of their quality control organization and their plan to correct the structural steel deficiencies in the DSB's. Implementation was stressed as the key to success, with checks being conducted along the way, preventing further occurrences of such deficiencies. The Government noted many corrections that were necessary. These are documented in the minutes of the meeting in COE Letter 03-093 (Ex. 115) of 2 July.

**26 Jun 03** -- Weekly progress meeting. JV notifies COE they are terminating BP/Izopolli as insulated panel installers (Ex. 116).

**09 Jul 03** – JV requests to restart field welding in JV Letter 03-343 (Ex. 117).

**10 Jul 03** – JV provides results of structural steel survey of DSB's in JV Letter 03-344 (Ex. 118) noting many buildings needing repairs.

**11 Jul 03** – JV provides Transmittal AAB19-64 (Ex. 119) with submittal of Koor as an insulated panel erector.

**13 Jul 03** – JV provides Transmittal AAB 19-65 (Ex. 120) with submittal of Gal Esbest as an insulated panel erector.

**14 Jul 03** – Government accepts Koor and Gal Esbest as insulated panel erectors in COE Letter 03-097 (Ex. 121)

**17 Jul 03** – Government accepts JV's structural steel survey and proposed corrective actions in COE Letter 03-099 (Ex. 122)

**27 Jul 03** – JV resumes work on the DSB panels as noted in QC Report No.768 (Ex. 123).

**29 Jul 03** - JV Memo to COE notes acceptance of Koor and Gal Esbest as insulated panel erectors by panel manufacturer and identifies additional QC staff to oversee the installation process (Ex. 124).

**01 Aug 03** -- Government accepts FD/DE and IDF testing procedures (Ex. 125).

**06 Aug 03** -- Government informs JV in COE Letter 03-103 (Ex. 126) that their performance has significantly improved and an interim unsatisfactory performance evaluation was not appropriate at this time. JV noted as steadily improving in production and quality.

**18 Nov 03** -- Government provides COE Letter 03-139 (Ex. 127) to JV noting a problem exists with the finish of the insulated panels and efforts to localize the problem appeared unproductive. The severity of the problem with the panel paint finish was noted and a request was made to JV to supply chronology of events surrounding this issue.

**20 Nov 03** -- JV provides chronology of events surrounding insulated panel finish in JV Letter 03-428 (Ex. 128). Also includes minutes of 22 Oct 03 and 10 Nov 03 meetings between JV and its supplier, Izopoli.

**23 Nov 03** -- JV provided results of testing that it performed on the subject panels in JV Letter 03-430 (Ex. 129).

**24 Nov 03** - Government acknowledged receipt of JV's chronology of events in COE Letter 03-140 (Ex. 130). Government notes that JV's actions had neither localized nor determined the cause for the finish failure. Serious concerns were noted by Government regarding JV's obligations for this potentially enormous liability issue. JV was informed that Government was considering a suspension in payment for the panels stored and installed onsite unless an immediate and definitive solution was found to the finish problem.

**09 Dec 03** – JV suspends work on insulated panels installation due to defective finish.

**15 Dec 03** – JV informs Government by JV Letter 03-444 (Ex. 131) that "As stated in our weekly meeting of 10 Dec 03, due to the extensive painting peeling from panels and no success in isolating the problem to panels manufactured from certain pre-painted coils, the AAB JV has suspended work on panel installation and is actively pursuing a solution."

**08 Jul 04** – JV submits Request for Equitable Adjustment (REA) in JV Letter 04-545 (Ex. 2) requesting a 205 calendar days time extension from Notice to Proceed through 10 Nov 02 for DSB pressure test research and development effort.

**14 Jul 04** – JV submits certifications in JV Letter 04-550 (Ex. 132) for time extension requested in REA.

**11 Feb 05** -- Lawyers for the JV, Bell, Boyd & Lloyd, submits letter (Ex. 1) to the Contracting Officer with certified claim and request for Contracting Officer's decision for DSB pressure test in the amount of $11,239,552 and a 299 calendar day time extension.

**15 Feb 05** – Bell, Boyd & Lloyd submits letter (Ex. 1) to the Contracting Officer providing missing enclosures from original claim.

**16 Mar 05** -- Contracting Officer, William Mills, submits letter (Ex. 133) to Bell, Boyd & Lloyd requesting Cost and Pricing Data and certification from the subcontractor and identifies 23 Sep 05 as date for issuance of COD.

**23 Mar 05** -- Bell, Boyd & Lloyd letter (Ex. 134) states Cost and Pricing Data is not required and disagrees with the date of COD issuance.

**15 Apr 05** – Contracting Officer reiterates need for JV to provide Cost and Pricing Data and schedule information (Ex. 135).

# ANALYSIS

Although your claim contains neither a cost breakdown, certified cost and pricing data, time analysis, nor supporting schedules (fragnets or schedule excerpts) as required by contract, and as requested repeatedly by my office, we have conducted a claim analysis of the twelve items in your claim, based on the information provided in your letter of 11 February 2005. The analysis is divided into four parts, as summarized below:

| Item | Description | Period | Time Extension (Days) | Cost |
|---|---|---|---|---|
| Part A: Research and Development | | | | |
| 1 | Testing & Mockup Direct Cost | 8 Mar 02 - 23 Jan 03 | | $ 62,964 |
| 2, 3, 4 | Indirect, Extended Overhead & Acceleration Costs | | 196 | $ 5,596,237 |
| Part B: Long Learning Curve/Envelope Sealing | | | | |
| 5, 6, 7 | Indirect, Extended Overhead & Acceleration Costs | April 03 - Nov 03 | 55 | $ 1,660,314 |
| Part C: Replacement of Panel Installer | | | | |
| 8 | Additional Direct Cost | 9 June 03 - 26 July 03 | | $ 2,003,934 |
| 9, 10, 11 | Indirect, Extended Overhead & Acceleration Costs | | 48 | $ 1,449,001 |
| Part D: Deflection Requirements | | | | |
| 12 | Change for Panels | N/A | | $ 467,103 |
| TOTAL | | | 299 | $11,239,552 |

Note: This analysis incorporates by reference the JV's Progress Payment Narratives submitted with their partial payment invoices numbers 7 through 32 for the period March 2002 through December 2003 (Ex. 136), as discussed in the following paragraphs titled "Progress Payment Narratives". Also incorporated by reference are the Primavera project schedule and updates submitted electronically with these invoices, "REV4.PRX" through "REV9.PRX" and "RV10.PRX" through "RV26.PRX" for the same period, which are discussed in the following paragraphs titled, "General Schedule Analysis from Primavera (Ex. 137).

## A. Research and Development Efforts

Your claim requests a 196 calendar day time extension and compensation of $ 5,659,201 ($62,964 in direct costs and $5,596,237 in "Site Indirect Costs" for the JV and "Extended Management & Acceleration Costs" for two subcontractors (EK and Motorola)). No supporting claim documents of certifications have been provided by these subcontractors. This delay allegedly occurred between 08 Mar 02 and 23 Jan 03, a period of 321 calendar days. The specific days of delay are not identified. No fragnet or other schedule analysis has been submitted which would explain the actual days of delay (what days in this period the JV considers to be "delays" as a result of the "R&D" effort). The beginning date of this alleged delay is not clear; however the "end" date appears to coincide with the date of the first DSB test the JV conducted.

The JV's claim appears to categorize all efforts involved in the development of a design which would meet the contract requirements as "Research and Development." No breakdown of what this "effort" involved has been defined in your claim, although the JV has broadly classified it as "testing and mockup," which was neither required by the contract nor requested by the government.

**1. Testing and Mockup Direct Cost**

In your claim, the JV alleges $62,964 in direct costs were incurred as a result of your decision to "build a mock-up in Ashdod and conduct R&D to determine the optimum sealing elements and procedures" in order to meet the contractual requirements for the pressure test. The dates associated with this "testing and mockup" are not clearly defined in your claim, however, they appear to be based upon a decision made solely by the JV on 21 November 2001 (although the government was not informed of this until a design meeting on the 13th of December 2001).

The government neither requested nor required the JV to erect a "mock-up" to conduct testing. The contract specifications clearly indicate where the government expected mockups (for example, Specification 03.03, 07.04.02, 09.03.02, 10.03.03, etc). In fact, the contract requirements clearly state, as the JV has acknowledged, that an "initial" (full size) DSB be erected, tested, and pass two pressure tests before work could begin on any other DSB's.

Regardless of the decision to erect a mock-up, the JV has never substantiated this "mock-up" was erected and sealed in a manner adequate to perform a comparison with the accepted design ultimately submitted by the JV. Neither shop drawings nor descriptions of their construction methods were provided to Government for this mockup. The mock-up was never constructed in the same manner as an actual DSB. When the government visited the mock-up on 15 August 2002, the COR took several photographs which show poor quality of construction, incorrect flashing "details", improper sealing, etc (Ex. 37). In your letter 02-0161, dated 22 July 2002 (Ex. 33), it is evident that the purpose of erecting the mock-up was based on experimentation by the JV to various erection and sealing methods. The conclusions from any "scaled" version of the contractually specified testing conducted on this mockup are inappropriate and do not substantiate the allegation it was "unachievable."

The fact that the JV took it upon its own initiative to erect a "mock-up" of dubious quality and without any verification that the methods, materials, and quality of construction were commensurate with those required by the contract does not obligate the government to compensate the JV for any costs associated with that effort.

**2. Delays to the Critical Path (Completion)**

In reviewing the merit of compensable delay the JV must prove: 1) Completion and testing of the first DSB was the project's critical path throughout the period in question and; 2) Any delays encountered in completing the first DSB are attributable solely to Government's impossible testing criteria and that JV's actions did not contribute or cause the delays in question.

Based on your claim, the JV would have been at least 196 days behind schedule as of 23 January 2003, as this is the period identified as "delay due to "R&D Effort". However, reviewing the modification history of the contract, the contract completion date as of 31 January 2003 was 30

July 2004 (Reflecting time extensions granted through P00019). Modification P00020, issued in March of 2003, granted an additional 16 calendar days due to adverse weather in December 2002 and 18 calendar days due to weather delays in January 2003 (15 prior to/including 23 January). Consequently, the contract completion date as of 23 January 2003 would be 2 September 2004. Adding in the 196 calendar day time extension would place the contractual completion date at 17 March 2005.

Furthermore, if the JV were in fact 196 days behind schedule as of 23 January 2003, would have conducted the initial pressure test on 11 July 2002 (rather than 23 January 2003). However, the floor slab for the first DSB was not even completed until 4 August 2002. It would be physically impossible to erect the spatial frame and/or panels without the floor structure. No "R&D Effort" was necessary to complete the concrete works, and thus there is no possibility the building could have been ready for testing on this date.

**a. Progress Payment Narratives**

A review of the narrative reports submitted with progress payments during this time period (March 2002 to January 2003) indicates the JV lost 56 days on the critical path (going from 15 days ahead of schedule to 41 days behind schedule). (Note: the progress narrative for January 2003 states the JV is 51 days behind schedule; however the progress schedule indicates 41 days. Both indicate the same anticipated completion date, so the Narrative Report is probably a typographical error.)

Excerpts from the Narrative reports for the period between March 2002 and January 2003 indicate no delays to the completion date through May 2002. Beginning in June, the project began to slip behind schedule due to an inadequate work force on the project. Problems with labor were superseded by the problems with the original space frame nodes in the September/October 2002 time frame and the replacement of the space frame manufacturer by the JV. The JV began to make changes in the schedule with each payment request (without identifying the specific changes). Any delays to the completion date were not caused by any "research and development" activities.

The following table summarizes the JV's own notes regarding their lack of progress on critical path activities during this time:

| Month | Inv # | Days Behind Schedule |
|---|---|---|
| March 2002 | 7 | -18* |
| * Narratives indicate the JV is 18 days ahead of schedule | | |
| April | 8 | 5 |
| The primary cause of delay is attributed to the unavailability of TCN labor | | |
| May | 9 | 0 |
| • The primary cause of delay is attributed to the unavailability of TCN labor.<br>• Above all the critical activities mentioned, the most critical is the availability of manpower... availability of TCN labor is a constraint on the Revised Base Line Schedule.<br>• The schedule requires that the spatial frame should be at site on 20 July 2002 and insulated on 10 August 2002.<br>• Construction of Pilot DSB Type A. First pressure test is scheduled on 23 September 2002. | | |

| June | 10 | 14 |
|---|---|---|
| • The primary cause of delay is attributed to the unavailability of TCN labor. Two sets of wall forms for DSB buildings (Type D, E, F, G & L) have been delivered to site since May 2002 but were not used due to the unavailability of manpower and the final construction drawings.<br>• Of all the critical activities mentioned, the one with the most impact is the nonavailability of manpower. Due to Ministry of Labor and Interior current restrictions on importing TCN labor, nonavailability of TCN labor is a constraint on the Revised Base Line Schedule. | | |
| July | 11 | 9 |
| • Although there was an increase in the manpower in July, the total requirement to date has not been met. The two sets of wall forms for DSB buildings (Type D, E, F, G & L) that have been delivered to site since May 2002 were still not in use due to the unavailability of manpower. The most critical path is still the construction and pressure test of Pilot DSB. Late completion date of 06 August 2004.<br>• Design completion is delayed by 3 months to 31 August 02.<br>• Manufacture and delivery of pilot DSB spatial frame and insulated panels. The updated schedule requires that the spatial frame should be at site before 15 August 2002. The erection of spatial frame, installation of insulated panels and all components that are required to conduct the pressure test are the most critical items.<br>• Construction of Pilot DSB Type A. After the July 2002 update the first pressure test should be conducted on or before 20 October 2002 so that the contractual project completion will not be jeopardized.<br>• Erection of spatial frames and installation of insulated panels. This activity also depends on ability to import TCN labor.<br>• Of all the critical activities mentioned, the one with the most impact is the non-availability of manpower. Due to Ministry of Labor and Interior current restrictions on importing TCN labor, non-availability of TCN labor is a constraint on the Revised Base Line Schedule. | | |
| August | 12 | 22 |
| • The negative float increased mainly due to the delay in the erection of spatial frame for Pilot DSB, which turns out to be the most critical activity in the schedule.<br>• Construction of Pilot DSB Type A. After the August 2002 update the first pressure test should be conducted on or before 01 December 2002 this is due to the late erection of spatial frame.<br>• Erection of spatial frames and installation of insulated panels. This activity is the most critical and it also dependent on the ability to import TCN labor.<br>• Of all the critical activities mentioned, the one with the most impact is the non-availability of manpower. Due to Ministry of Labor and Interior current restrictions on importing TCN labor, non-availability of TCN labor is a constraint on the Revised Base Line Schedule. | | |
| September | 13 | 32 |
| • The first activity with a direct impact on the delay as described by the critical path of the NAS is the erection of spatial frame for pilot DSB (Type A, Bldg No. 08 in Lot 56). Erection of spatial frame is scheduled for the last week of October 2002 and, consequently, the first pressure test is foreseen for the third week of December 2002. Any further delay of this activity will definitely jeopardize the completion date of the project.<br>• Receive replacement bolts for Pilot DSB. The erection of spatial frame, installation of | | |

insulated panels and all components that are required to conduct the pressure test are the most critical items.

- As of this report the concrete works is described to be not critical, however, it will be critical if the required manpower is not met.
- Of all the critical activities mentioned, the one with the most impact is the non-availability of manpower. Due to Ministry of Labor and Interior current restrictions on importing TCN labor, non-availability of TCN labor is a constraint on the Revised Base Line Schedule

| October | 14 | |
|---|---|---|

The most critical activity, as described by the updated schedule, is the delayed erection of spatial frame for the Pilot DSB (Type A, Bldg No. 08 in Lot 56). The assembly works was stopped due to material problem of the nodes. The erection is scheduled to re-start on 06 November 2002 to have the first DSB pressure test on 10 January 2003. A day of delay for the erection would mean one additional day of delay to the project completion date.

| November | 15 | 42 |
|---|---|---|

- Milestones completed this month include completed erection of spatial frame and starting installation of insulated panels for pilot DSB. The start and the early completion of spatial frame recovered 5 days of negative float. With the completion of DSB pilot spatial frame, the installation of insulated panels now stands to be the most critical. First pressure test is foreseen to start on 05 January 2003 and is dependent on the sealing works for the building. Aside from the erection of spatial frame steel structure, one non-spatial frame DSB E5 building structural steel is on site ready for erection. It will be very helpful to the schedule if the erection of steel structures could start/continue even without the completion of the first envelope pressure test.
- DSB Pilot Building
  - Started backfill with stabilized cement fill.
  - Completed spatial frame erection.
  - Started insulated panel installation.
- Manufacture and deliver DSB Pilot Personnel Doors.
- Erection of insulated panels for the remaining DSB's after the success of the 1st pressure test. Inability to import foreign specialist erection/installation labor will impact this most critical path activity.
- For concrete work, Biri Barashi (stonework), Rolider (stonework), DS Construction (spatial frame erection) and BP (insulated panels installation) inability to import labor and lack of willing and qualified Israeli labor will severely impact the work and definitely delay project completion.

| December | 16 | 79 |
|---|---|---|

- Milestones completed this month included; the completion of insulated panel installation, installation of steel doors, installation of roll-up door and start of HVAC duct and ventilator installation in the DSB pilot. Sealing of the insulated panels also started during the last week of December 2002. The first pressure test is to be performed in the third week of January 2003.
- The Joint Venture has decided to change the spatial frame subcontractor during this report period. This necessary action has made the spatial frame erection and insulated panels much more critical. It is anticipated that the erection can only resume in the third week of April 2003. The impact of this delay directly affects the installation of insulated panels.

| | | |
|---|---|---|
| The NSA (sp) was changed accordingly.<br>• With the change in spatial frame subcontractor, the installation of insulated panels becomes the most critical activity of the whole project. This activity will be delayed by the impact of the delayed erection of spatial frames. The erection of spatial frame for the next DSB is scheduled to start 20 April 2003 and erection of all spatial frames will be completed on 28 February 2004. The installation of insulated panels could catch up, only if there will be no problem in importing TCN labor.<br>• For concrete work, Biri Barashi (stonework), Rolider (stonework), future spatial frame erection) and BP (insulated panels installation) inability to import labor and lack of willing and qualified Israeli labor will severely impact the work and definitely delay project completion. | | |
| January 2003 | 17 | 51 |
| • Milestones achieved this month include:<br>o First Pilot DSB pressure test performed on 23 January 2003<br>o Started erection of non-spatial frame steel structure in building 56E54<br>• With the change of subcontractor for spatial frame, a major adjustment in logic connection was incorporated in the new update. In summary, spatial frame steel structures should be erected by 6 working crews, completing about 9 to 10 buildings a month and 9 working crews for insulated panels, completing 11 to 12 buildings a month. The JV is soliciting additional subcontractors to provide the required crews. | | |

**b. General Schedule Analysis from Primavera Schedules Submitted with Payments**

The schedule updates provided with the partial payments provide a basis for evaluating the activities ongoing during the period between March 2002 and January 2003. In March 2002, the initial DSB – 56A11 – was not on the critical path. However, by December 2002 the initial DSB had been changed to 56A08 after the JV encountered problems with the concrete on 56A08. Additionally, substantial but undocumented changes in the project schedule logic (re-sequencing of activities) and changes in critical path activities complicate the analysis; the JV revised the schedule almost every month. The JV notes a "major" change in logic was enacted in December because of their decision to replace the space frame manufacturer. The below excerpts from the indicated updates provide an indication of this manipulation.

The analysis indicates that at the end of January 2003, the JV was no more than 41 days beyond the required completion date of the contract. Regardless of all the aforementioned changes, after the issuance of Modification P00020 in March 2003, the JV presented a schedule indicating they were on track for a completion date in accordance with the contract.

Note: when durations are discussed below, they are based upon the JV's use of a 6 day work week plus holidays and hence do not equate to calendar days. A rough approximation of calendar days may be made by multiplying the duration by 7/6.

**March 2002 (REV4).** This schedule includes 202 activities related to panels, including those relating to DSB and non-DSB structures (either for "Insulated Roof and Wall Covering", "Installation of Insulated Roof Panels" or "Installation of Insulated Wall Panels" – hence some buildings are counted more than once). The early start date for the installation of the insulated panels for the initial DSB, at this time identified by the JV as 56A11 (activity A11561921), is 27 June 2002, and a late start of 15 July 02. The initial DSB test, with 15

days of float, could start as late as 21 August 2002 with no impact on the critical path. The second DSB test, also with 15 days of float, could start as late as 01 October 2002.

Although the installation of panels was predicated upon receiving panels, the critical predecessor activities for the insulated panels, identified in the table below, were not linked to the initial DSB panel installation. Nonetheless, they indicate all submittals had been approved and panel procurement had commenced.

| [redacted] | ription | Original duration | Actual duration | Actual start | Actual finis[redacted] |
|---|---|---|---|---|---|
| PTS01050 | Tech. Submittal | 12 | 12 | 21-Nov-01 | 4-Dec-01 |
| PTA01060 | Submittal Approval | 14 | 14 | 9-Dec-01 | 24-Dec-01 |
| PCR01060 | Procurement | 6 | 6 | 25-Dec-01 | 31-Dec-01 |
| PMD01060 | Mfg. & Delivery | 120 | | 1-Jan-02 | 21-Aug-02 (scheduled) |

According to this schedule, the panels were "ordered" on 1 January 2002, with a scheduled duration of 120 days. However, as the schedule indicates no progress on this activity had occurred, Primavera considers the remaining duration to be 120 days, and thus the scheduled finish date was indicated as 21 August 2002.

**June 2002 (REV7).** With this schedule indicating the project was 12 days behind schedule, the early start date for the installation of the insulated panels for the initial DSB, had slipped to 6 September 2002 and was now on the critical path.

In this schedule update, the JV corrected the logic error from the March schedule update and linked the critical predecessor activities for the insulated panels to the initial DSB panel installation. However, the actual start and finish dates of the first three critical predecessor activities had changed, and the Manufacture and Delivery of panels had not actually started. With the submittals approved in January, the panels should have been ordered and on site by now.

| Activity ID | Activity description | Original duration | Actual duration | Actual start | Actual finish |
|---|---|---|---|---|---|
| PTS01050 | Tech. Submittal | 12 | 12 | 4-Dec-01 | 17-Dec-01 |
| PTA01060 | Submittal Approval | 14 | 14 | 18-Dec-01 | 2-Jan-02 |
| PCR01060 | Procurement | 6 | 6 | 3-Jan-02 | 9-Jan-02 |
| PMD01060 | Mfg. & Delivery | 120 | | 1-Jul-02 | 29-Aug-02 |

Even if the panels were on site, the JV could not have installed them, as the space frame was not scheduled to arrive on site before 18 August 02 (Reference activity PMD01041, Space Frame Steel Structure – MFG & Delivery with an actual start date of 10 January 2002). Erection of the Space Frame (activity A11561911) was scheduled for 19 August to 05 September 2002.

**November 2002 (RV12).** With the project now 36 days behind schedule, and the initial DSB now 56A8, installation of the Insulated Roof and Wall Panels (activity A08561921) had started on 27 November 2002. Its predecessor activity, Erection of Spatial Frame Roof (A08561911) had occurred between 10 November and 26 November, although the material had arrived on site on 26 August (PMD01041). A logic error occurs here, as the Spatial

Frame Roof is not linked to any other activity regarding this building, and thus would seem to be independent of basic items such as the foundation. Reviewing all activities identified with this DSB, the preceding activity (based on calendar dates) was Switchboard Cubicle and Protruding Wall, started on 05 September and completed on 10 September. The RC Floor Slab (A08560242) was completed on 04 August, after starting on 18 July. Between 18 July and 5 September, and between 10 September and 27 November, no work occurred on the initial DSB.

Once again, the actual start and finish dates of the critical predecessor activities for the insulated panels to the initial DSB panel installation had changed.

| Activity ID | Activity description | Original duration | Actual duration | Actual start | Actual finish |
|---|---|---|---|---|---|
| PTS01050 | Tech. Submittal | 12 | 12 | 8-Jul-02 | 21-Jul-02 |
| PTA01060 | Submittal Approval | 14 | 14 | 22-Jul-02 | 6-Aug-02 |
| PCR01060 | Procurement | 6 | 6 | 7-Aug-02 | 13-Aug-02 |
| PMD01060 | Mfg. & Delivery | 52 | 87 | 14-Aug-02 | 26-Nov-02 |

**January 2003 (RV14).** This schedule update shows the critical path extending 41 days beyond the completion date, or 19 September 2004. As of this update, the ongoing critical path activities were Drilling and Blasting, Excavation, and Sub-Grade Compaction in Lot 23. No activities associated with the initial DSB, 56A08 (Segment 56, Type A DSB, Building 8) were on the critical path. Although the first DSB test is completed on 23 January, the second DSB test contained 24 days of float. Including the 34 days of adverse weather delays through 23 January (Reference modification P00020), there were actually 58 days of float in the second DSB test.

**March 2003 (RV16).** This schedule update reflects the time extension in modification P00020, signed on March 03, 2003. With the contract completion date now 26 September 2004, the critical path contains no negative float; the JV indicated all work would be completed within the contract performance period.

### 3. Subcontractor Delays

Although no information or supporting claims have been provided by subcontractors in regards to this time period, the JV alleges that both the electrical subcontractor (EK) and communications subcontractor (Motorola) were delayed for the identical time period (08 Mar 02 and 23 Jan 03).

No supporting documentation or claim certifications from subcontractors have been submitted for this portion of the claim, which purports to include "Extended Management & Acceleration" costs. No acceleration order was given by any government representative. As already noted, there was no delay to the critical path as a result of "R&D Efforts."

Additionally, schedule update 45 in June 2005 indicates Motorola was not on site before 29 January 2003 (Installation of Communication & Control System, Activity A08563421) and thus experienced no delay.

The first activity associated with EK is the Foundation Drain Installation on 56A11, which started on 13 March 2002 (A11560150), according to schedule update 45. Schedule REV4