IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 04-1719C, 05-114C |
| | ) | 05-1172C, and 06-49C, |
| THE UNITED STATES OF AMERICA | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY IN FURTHER OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION**

Plaintiff, A.A.B Joint Venture, respectfully requests that the Court enter an order granting leave for Plaintiff to file Plaintiff's Surreply in Further Opposition to Defendant's Motion To Dismiss, Or, In The Alternative, For Summary Judgment As To The M-20 Bolts Claim In No. 05-1172C, And For Summary Judgment As To The L/600 Deflection Claim In No. 05-1172C, in reply to Defendant's Reply to Plaintiff's Opposition, filed October 29, 2007 (ECF Docket Entry No. 96).

Plaintiff requests leave to file a surreply in order for Plaintiff to have a fair opportunity to respond to arguments and factual assertions that the Government raised for the first time in Defendant's Reply. The arguments that Plaintiff will present in its surreply are: (1) the Government's factually erroneous contention that it fulfilled the promise to grant leniency with respect to the pressure test; (2) exceptions to the parol evidence rule which permit Plaintiff to present evidence of the Government's failure to grant leniency to defeat the affirmative defense of accord and satisfaction; and (3) the Government's failure to establish the subject matter and scope of negotiations for the contract modification P00009, contrary to the requirements of *Cyr Constr. Co. v. United States*, 27 Fed. Cl. 153 (1992) which is fatal to the Government's motion for summary judgment. Plaintiff believes that its surreply will be of assistance to the Court in

clarifying the parties' position on important factual and legal issues that Defendant's reply raises. Plaintiff can file its surreply within two business days of the Court granting leave to file.

Should the Court deem it helpful, Plaintiff would be pleased to present argument on the Government's motion.

For the foregoing reasons, Plaintiff respectfully requests that the Court enter an order granting Plaintiff leave to file its surreply and ordering Plaintiff to file its surreply within two business days of such order.

Dated: November 9, 2007

Respectfully submitted,

s/ Brian Cohen
Brian Cohen
BELL BOYD & LLOYD, LLP
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Attorney for Plaintiff A.A.B Joint Venture

Of Counsel:

Philip Clark Jones
Michael J. Schrier
BELL BOYD & LLOYD, LLP
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

**CERTIFICATE OF SERVICE**

I, Brian Cohen, hereby certify under penalty of perjury that the foregoing Plaintiff's Motion For Leave To File Surreply In Further Opposition To Defendants' Summary Judgment Motion will be served automatically via "shalom.brilliant.usdoj.gov" upon ECF filing this 9th day of November, 2007 upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

s/ Brian Cohen
Brian Cohen