IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1719C, No. 05-114C, No. 05-1172C, |
| | ) | and No. 06-49C |
| THE UNITED STATES, | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |
| Defendant. | ) | |

DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant, the United States, respectfully requests that the Court strike plaintiff's opposition to defendant's cross motion for summary judgment and reply to defendant's opposition to plaintiff's motion for summary judgment ("Plaintiff's Opposition"), upon the ground that it is materially incomplete, and we cannot properly reply to it in its present form.

Plaintiffs' Opposition substantially relies upon a declaration from an Israeli attorney, which is attached to Plaintiff's Opposition as one of three supplemental exhibits contained in the appendix to Plaintiff's Opposition. That declaration, in turn, references four attachments to support the assertions made in the declaration. The attachments, however, are missing from the appendix to Plaintiff's Opposition as filed. In their place, there is a singe sheet stating: "Attachments A, B, C and D In Hebrew language translation will be provided." Plaintiff's Opposition, Appendix 13.

According to the declaration to which they are attached, these attachment consist of a January 1, 2002 press announcement from the Israeli Ministry of Labor, a court filing by an Israeli District Attorney in connection with an administrative petition, and two decisions issued by Israel's High Court of Justice. Plaintiff's Opposition, Appendix 9, 11, 12. These attachments

are relied upon in Plaintiff's Opposition and in the referenced declaration to controvert facts that we established in our November 2, 2007 cross-motion for summary judgment concerning policies of the government of Israel relating to the employment of foreign workers. Neither we nor the Court can evaluate the accuracy of plaintiff's assertions as to the content of the referenced documents, or the validity of plaintiff's interpretation of these documents, without seeing the documents. Further, unless and until plaintiff's counsel have seen these documents, they are not in a position to represent that the documents state what they are purported to state. And, since neither copies of these documents in the original Hebrew nor translations thereof have been provided, it appears that plaintiff's counsel did not possess either when they filed Plaintiff's Opposition.

We understand that plaintiff's counsel may have required additional time within which to obtain English translations of these documents, and, perhaps, even the Hebrew documents themselves. If so, however, they could have requested an enlargement of time for this purpose. We would have consented to an enlargement of time for this purpose if asked, but we were not asked. Nor did plaintiff have any basis for assuming that the Court would have denied such an enlargement of time if one had been requested.

For the foregoing reasons, Plaintiff's Opposition should be stricken, with leave to file a complete and proper response to our cross-motion for summary judgment within such time as the Court may direct.

Respectfully submitted,

` JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**Filed electronically**

OF COUNSEL:

PAUL CHEVERIE
Command Counsel
BRETT R. HOWARD
Assistant Command Counsel
Europe District
U.S. Army Corps of Engineers

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

Attorneys for Defendant

December 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**