# INDEX TO APPENDIX


| PLAINTIFF'S EXHIBIT | TITLE | PAGE |
|---|---|---|
| 1 | Management Committee Meeting No. 4, June 4, 2002 | 1 |
| 2 | Letter of July 22, 2002 from Joint Venture | 8 |
| 3 | Letter of September 5, 2002 from Michael Roach | 17 |
| 4 | Letter of November 7, 2002 from Michael Roach | 19 |
| 5 | Letter of February 19, 2003 from Michael Roach | 20 |

**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP
NACHSHONIM STORAGE BASE, ELAD

א. א. ב. - עסקה משותפת
אבב – סוסה/ א. ארנסון/ קבוצת ברן
פרוייקט בסיס אחסון נחשונים, אלעד

Date: 11 June 2002

Pages: 7

(A) Nachshonim Israel

Fax No. 04-623-0230
To: A. Arenson Co.
Attn: A. Arenson / I. Itzhaki / A. Glick

Fax No. 001-732-828-5263
To: ABB SUSA
Attn: A. P. Salvato / B. E. Popowski

Fax No. 03-559-8580 / 08-620-0136
To: Baran Group
Attn: Y-T. Samia / I. Friedman / S. Vaxman

From: S. D. Keeney

Subject: AAB JV Management Committee Meeting #4 – Minutes of Meeting

Attached please find minutes of Meeting of AAB JV Management Meeting #4 of 04 June 2002.

Regards,

S. D. Keeney

משרד העסקה: השיטה 5, פארק התעשייה קיסריה טל. 04-6231111 פקס 04-6230230
J.V.office: 5 HASHITA ST. CEASAREA INDUSTRIAL PARK (ISRAEL) 38900 P.O.B 3566, TEL 972-4-6231111 FAX 972-4-6230230

Plaintiff's Exhibit
1

**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP
NACHSHONIM STORAGE BASE, ELAD

יזם משותף – א. א. ב.
סוסה/ א. ארנסון/ קבוצת ברן – אבב
פרוייקט בסיס אחסון נחשונים, אלעד

11 June 2002

**AAB JV Management Committee**
**Minutes of Meeting #4 – 04 June 2002**

Attendees:

| ABB SUSA | Arenson | Baran |
|---|---|---|
| Enrique Popowski | Avie Arenson | Yom-Tov Samia |
| Paul Salvato | Itzhak Itzhaki | Isaac Friedman |
| Deni Keeney | Amnon Glick | Shai Vaxman |

| No. | Subject | Action By | Date Required |
|---|---|---|---|
| | Review Minutes of Previous Meeting #3 of 17 February 02 | | |
| 1. | **ISO Procedures:** | | |
| 1.1 | Yona Shemer has issued applicable Arenson ISO procedures for Nachshonim.<br>Within 1 month ABB SUSA Total Quality Manager, Rick Livingston to discuss with Arenson counterpart whether there is need for them to meet to review Arenson ISO procedures and assigned responsibilities. If not Livingston would schedule an audit for end of current year. | D. Keeney<br>P. Salvato<br>F.M.Livingston | 04 July 02 |
| 2. | **Budget Target:** | | |
| 2.1 | April Cost forecast has eroded to $480K left in Contingency, mainly due to additional pile length (claim), additional structural steel and additional purlins in spatial frames. Additional spatial frame purlins cost forecast shall be reduced from $1,050K to $400K and additional structural steel cost forecast reduced from $900K to $700K in May Project Control Report | D. Keeney | 22 June 02 |
| 2.2 | A substantial effort shall be made to save 15% on remaining direct procurement and Indirect costs, totaling $22,000K. Present expectation is 0-10% savings on $10,000K of remaining procurement/subcontracts. Present Indirects forecast shows savings of $262K. It is too early for a project 20% complete to establish trend to forecast more savings, but target for Indirect Costs will be to save 15% on remaining $12,000K of future costs. | D. Keeney<br>A. Glick | Continuous |

**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

יזם משותף - א. א. ב.
סוסה/ א. ארנסון/ קבוצת ברן - אבב

NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

| | | | |
|---|---|---|---|
| 2.3 | Present Change Orders are minimal ($500K), but COE states IDF's desire to spend entire "contingency" (no indication of $ value). | D. Keeney | Continuous |
| 2.4 | Claims up to $4,000K for subsurface conditions have a medium chance of success. First portion of claim for Segments #56 and #67 to be presented to all partners for comments before submitted to COE. | D. Keeney | 04 July 02 |
| 3. | **Project Control Report:** | | |
| 3.1 | PCR for period ending 30 April shows new "Current Forecast" with erosion of $91K from as-sold Total Production Costs. Due to above, this shall improve in May PCR to restore a savings. | D. Keeney | 22 June 02 |
| 4. | **Indirect / Direct Labor:** | | |
| 4.1 | Restrictions on TCN labor have slowed opening all 3 fronts (subject of claim) and Indirect Labor deployment, for an apparent savings, but almost certain resulting extent of nightshift supervision and squeezing of schedule will have real cost impact.. | D. Keeney | Continuous |
| 4.2 | It was agreed to negotiate final agreements with labor brokers for newly imported labor and claim for the difference in labor costs from the existing contracts. | I. Itzhaki | 30 June 02 |
| 4.3 | Squeezing the schedule and extending duration of night shifts will only increase required QC coverage.<br>May PCR shall show an Indirect Labor savings of $100K due to deduction in Motorola's subcontract for LV Quality Control services. | D. Keeney | 22 June 02 |
| 5. | **Schedule:** | | |
| 5.1 | All design-approved structural work is proceeding before Pilot Envelope Pressure Test. JV has received a change order (31 May 02) for this schedule relief, but shortage in labor will reduce this advantage. | D. Keeney | Continuous |
| 5.2 | Progress through April shows earnings, per Revised Base Line Schedule, of $22.8M versus $24.2M planned (-1.1%), mainly due to 40 days lost due to heavy rains and restrictions on importing TCN labor. May report shall show revenue of $24.3M versus $26.5M planned (-0.6%). | D, Keeney | 22 June 02 |
| 5.3 | Revised completion date is 28 July 04 and is non-compensable. Progress Curve distributed. JV target is still to complete as originally scheduled, 18 June 04. | D. Keeney | Continuous |

| | | | |
|---|---|---|---|
| 5.4 | It was noted that progress is measured by revenue. To use Arenson's report to track progress by work in place.<br>To start "revenue recognition" measured by cost to date, for actual earned profit. To be coordinated with Arenson accounting procedures who also use revenue recognition based on cost incurred | D. Keeney<br>I. Itzhaki | 22 July 02 |
| 5.5 | Partners agreed to a distribution of a portion of earned profit at end of 3rd quarter, in 1st week of November 2002, with each partners' issue of a bank guaranty to cover the distribution. | M. Gallegos<br>S. Vardizer<br>S. Sasson | 05 Nov 02 |
| 5.6 | Arenson Co., is suing the Ministry of Labor for damages caused by restrictions on importing foreign labor. If the JV is included in the suit, the JV Contract may allow a claim for the costs of litigation. | A. Arenson | Continuous |
| 6. | **Design Contracts:** | | |
| 6.1 | **Design Contracts:** Change Order issued to Stanley to extend services to end of design. 3 engineers to be full time to mid June and on call until mid July. DQC Manager to be full time until mid to end July. Revised design completion is scheduled for 30 July 2002. | S. Vaxman | 30 July 02 |
| 7. | **Exchange Rate:** | | |
| 7.1 | Project benefits for rate from as-bid (4.15 NIS/$) to the negotiated baseline exchange in subcontracts. Indirect Labor paid in shekels benefits the bottom line. Shekel purchases exchange benefit may be countered by inflation.<br>JV already has renegotiated for steel inflation. It was proposed to purchase steel mesh required through December 02 to avoid cyclical high price of steel at end of September. This was rejected, as experience dictates that long-term security and storage of steel would erode any savings. | A. Glick | Continuous |
| 8. | **Prospective JV COE Work:** | | |
| 8.1 | As Jerusalem project (construction only) is open to US, Israeli and US / Israeli JVs, ABB will not participate because of smaller size and formidable Israeli competition, but would assist either partner should they decide to bid. Arenson to advise. ABB handed out USG solicitation announcement.<br>SUSA will not bid the Snifim project, US only, due to size and required expertise. | AAB JV | Sep 02 |
| 9. | **Procurement:** | | |
| 9.1 | • **Spatial Frames:**<br>Received ½ performance guaranty from DS, and will receive from USKON shortly. | A. Glick | 11 June 02 |

**A.A.B JOINT VENTURE**
ABB SUSA\ A. ARENSON\ BARAN GROUP

ידם משותף – א. א. ב.
סוסה/ א. ארנסון/ קבוצת ברן – אבב

NACHSHONIM STORAGE BASE, ELAD

פרוייקט בסיס אחסון נחשונים, אלעד

| | | | |
|---|---|---|---|
| | USKON have requested $1,150K for changes and additional purlins to make panel deflection L/600. This exposure shall be reduced to $400K until final negotiations. | A. Glick | 15 July 02 |
| | Change order issued for relief of minimum bolt M-20 to M-16 ($700K exposure), minimum dehumidifier capacity (7% vs. 15% air infiltration), relief from providing copper bus bars in DSBs, easing of expectations for DSB pressure test and schedule relief in exchange for JV commitment to provide panels to L/600. | D. Keeney | |
| 9.2 | • **Insulated Panels:**<br>To add purlins to spatial frame instead of stiffening panels. R&D in progress to reduce each envelope element's contribution to leakage. D. Keeney to edit R&D reports, submit informally to COE and invite COE / IDF to a test of the mockup in Ashdod.<br>Discussed thermo-dynamics of overpressured DSBs versus additional energy costs. To evaluate what the energy costs are per the RFP. | S. Vaxman<br>D. Keeney | 24 June 02 |
| 9.3 | • **Earthworks:**<br>Off site disposal of excess material has reached 10,000 tons per day, but must approach 20,000 tons per day to complete by end September. Negotiated with alternate trucking company (Yosma Galil) to reduce risk of present hauler (Amirim) not completing the work.<br>Excavation not yet on critical path, but JV faces possible claims from subs for extending into another rainy season. | A. Glick | |
| | Compromise reached with COE for 50% of select fill to be max stone size 3" and 50% max stone size 6" for select fill capping. This should stop claims from subs for conflicting specifications. | D. Keeney | |
| | Received notice of illegal quarrying from Land authority and Arenson lawyer and Baratz have drafted response. Will be allowed to continue excess material export, while negotiating payment to Land Authority. $1,000K remains in cost to cover export of material unsuitable for crushing and Land Authority charge for exporting crushed material. Migdal Tzedek dump to be available around 15 June. | | |
| 9.4 | • **Kitchen & Shop Equipment:**<br>Out for bids to US, local and European suppliers and negotiating to be partially complete by 30 June.<br>Possibility to hedge EURO currency, buying futures was discussed and will be evaluated. | A. Glick | 30 June 02 |

**A.A.B JOINT VENTURE** — ABB SUSA\ A. ARENSON\ BARAN GROUP — NACHSHONIM STORAGE BASE, ELAD

יזם משותף - א. א. ב. — סוסה/ א. ארנסון/ קבוצת ברן – אבא — פרוייקט בסיס אחסון נחשונים, אלעד

| | | | |
|---|---|---|---|
| 9.5 | • **Furniture / Shelving:** Discussed whether this $1M order should be purchased up front and stored for 1.5 years, but double handling and security in storage would erode any potential savings. | A. Glick | |
| 10. | **Cash Flow:** Conservative $200K interest income for money on deposit has been added to Revenues. This takes yearly distributions to partners into account. | D. Keeney | Continuous |
| 11. | **Design:** <br>• Schedule revised to complete 30 July 02. <br>• 100% Seg. #2 & #3 and 60% Seg. #4 submitted. 100% Seg. #4 due to submit 13 June, but may be a couple of days later. IDF have not as yet given electrical comments for Seg. #2 and #3, which must be incorporated into Seg. #4 <br>• DQC and construction review continues. <br>• Change Order for +$120K issued to Stanley. | Ram Noham | 13 June 02 |
| 12. | **Earthworks:** <br>• 2 ½ months behind schedule due to rains and subcontractors coordination. Anticipate a Dec 02 completion. <br>• 45 % excavation and 70% fill completed by end May, but remaining fill in 20cm layers to take 2-3 times the effort as 60cm layers to date. <br>• Rolider's performance and financial situation improved and will review need for backup on a monthly basis. To replace Rolider and/or contract with a third contractor would be very difficult to scope, due to different stages of completion in different Segments with different soil conditions. <br>• Rolider should be protected until end September. <br>• JV supplementing costs for Rolider explosives, some payroll and materials and deducting from invoice. JV paying balance of invoice early with credit for interest. <br>• Arenson has no further acquisition interest in Rolider and is back to full participation in Rolider's affairs. | D. Keeney | 31 Dec 02 |
| 13. | **DSBs** | | |

| | | | |
|---|---|---|---|
| 13.1 | **DSB Pilot:**<br>• Most walls cast and post-tensioned, and received solution for exterior doorframe blockout. Released 1,400M2 spatial frame and panel production after successful deflection test (L/400 for 3.6m span and L/900 for 2.6M span).<br>• Schedule for pressure test delayed 3 months (01 September 02). Izopoli (panel installer) schedule will be reduced from 20 months to 15 months and they must train more crews. | D. Keeney<br><br>D. Keeney | <br><br>01 Sep 02 |
| 13.2 | **Other DSBs:**<br>• Working all available structural work with present equipment. Will most likely rent 2nd crane and purchase 3rd crane to reduce risk of resale.<br>• Proceeding on all available structural work, but slowed by restrictions to import TCN labor, negating advantage. To claim for labor shortage starting June (original schedule for pilot test). | D. Keeney | Continuous |
| 14. | **Unanticipated Subsurface Claim:**<br>• Vast differences in subsurface conditions may preclude a meaningful pile test program.<br>• To date pile length average is 7M versus 4.5M bid. 25,000LM pile added for length and quantity of pile in JV design. Added $700K to cost and will claim for $800K.<br>• 50% available building lot subgrades have required average 50cm replacement. To add to costs (+$250) in May PCR and claim for $300K.<br>• Estimate 300,000M$^3$ (18%) unsuitable material removal. Covered by $1,000K contingency in costs. Low to medium chance for successful claim.<br>• Tracking costs of Geologist and Geotechnical Engineer.<br>• Tracking critical path on revised Base Line Schedule for compensable time extension. | D. Keeney | 4 July 02 |
| 15. | ABB briefly discussed ABB, Ltd announcement of sale of Building Technology Division | E. Popowski | |

Next meeting tentatively scheduled at site for first week in November 2002.

A.A.B JOINT VENTURE
א. א. ב. - יזם משותף
ABB SUSA\ A. ARENSON\ BARAN GROUP
אבב – סוסה/ א. ארנסון/ קבוצת ברן
NACHSHONIM STORAGE BASE, ELAD
פרוייקט בסיס אחסון נחשונים, אלעד

22 July 2002

Ref. USACE/02-0161

Resident Engineer
United States Army Corps of Engineers
Nachshonim Resident Office
Unit 7228, Box 42
APO AE 09830

RE: DACA90-01-C-0043
NACHSHONIM STORAGE BASE

**SUBJECT: Mockup DSB Ashdod Testing**

Dear Sir,

As you have been made aware, the Contractor has been conducting pressure tests on a miniature mockup DSB at BP facilities in Ashdod over the last 3 months. Attached find a copy of test results and some analysis calculations from Gilboa Consulting Engineers.

If so desired, please advise availability to witness an additional test in Ashdod late this week or early next week.

Sincerely,

S. Denison Keeney
P[illegible]ct Director

DISTRIBUTION

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | |
| CH DESIGN ENG | | |
| SITE MGR | | |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | | ✓ |
| SAFETY MGR | | |
| SCHEDULER | | |
| | | |
| STANLEY | | |
| ARENSON | | ✓ |
| BARAN | | ✓ |
| ABB.N.J. OFFICE | | ✓ |
| | | |
| | | |
| SUBJECT FILE | 1.01 | |

15.10.05

משרד האתר: ת"ד 37, ראש העין, טל: 03-933-1473 פקסי: 03-933-1366
J.V.office: P.O.Box 37, Rosh HaAiyn 68100 (ISRAEL), TEL 972-3-933-1473 FAX 972-3-933-1366
משרד העסקה: השיטה 5, פארק התעשייה קיסריה טל. 04-6231111 פקס 04-6230230
J.V.office: 5 HASHITA ST. CEASAREA INDUSTRIAL PARK (ISRAEL) 38900 P.O.B 3566, TEL 972-4-6231111 FAX 972-4-623023

NACHSHONIM PROJECT
JV – ABB/ARENSON/BARAN

# DSB MOCK-UP in ASHDOD

April 2002 – June 2002

Experiments led by:
**PROJECT INSULATION LTD**

Report made by:
**RON BERMAN**

Nachshonim Project
JV - ABB/ARENSON/BARAN

30 June 2002

Subject: Summery of Experiments in DSB Mockup

1) General: The first pressure test resulted in 5 mm $H_2O$ pressure immediately dropping to zero. The last pressure test resulted in a pressure drop from 25mm to 12 mm $H_2O$ in 70 sec and to zero in 290 seconds. There were some limits to this research.

The ultimate solution to seal the panneled structure should address:

a) Safety in erection, sealing and maintenance

b) Ease of Quality Control and Quality Assurance

c) Ecomomic feasibility

2) The materials and the working methods applied in the last experiment are safe to install and maintain, can be readily inspected and tested and are in the economic range for multiple Dry Storage Buildings.

3) The Mockup experiment results do not meet the specification. Calculations attached relate the specified requirements for holding from 25mm to 12mm $H_2O$ pressure for 30 minutes in a full size DSB to holding from 25mm to 12mm $H_2O$ for 5 minutes in the mockup. The best results to date was for this pressure drop after 1 minutes and 10 seconds. Use of other materials would reduce erection and maintenance safety, increase difficulty in inspection, reduce possibility for a consistent application of jointing materials and not be economically feasible for the quantities involved on the Nachshonim project.

As we can see in Gilboa report that this high performance will not effect the electrical consumption at all. In the mockup test results we achieved much better sealing than what we need according the design analysis. It means that we need to discuss the 'COE' to lower the requirements.

Attachments: reports #1,#2,#3.

Ron Berman

Berman Ron

ABB SUSA - P.O.Box 6005, 1460 Livingston Ave., NJ 08902-6005, USA ---------- Tel.=+1-732-9326098
ARENSON - P.O.Box 3566, 5 Hashita St., Caesarea, 38900, Israel ---------- Tel.=+972-4-6231111
BARAN - P.O.Box 11467, 27 Hamezuda St., Industrial Zone, Azur 58001, Israel ---------- Tel.=+972-3-5598570
JV Address- P.O.Box 3566, 5 Hashita St., Caesarea, 38900, Israel ------- Fax=+972-4-6230230, Tel.=+972-4-6231111

# D.S.B. Sealing Experiments in Ashdod Mock Up report no#1

## D.S.B. Mock up

The mock up (see pic. 1) is built proportionately to the designed building DSB Type A with minor differences. The ratio between the mock up and DSB Type A is about 1 to 6. A door is mounted on one of the walls for access to conduct the experiments. A compressor is attached to compress the air to the desired test pressures. A manometer and bubble is installed to measure the internal pressure.

**Compressor Fan**
**(see Picture No. 2)**

Manufacture Data

Fabricator: Shevach
Type: 35n15/150/450
Q: 0.66$m^3$/sec
Dp: 3700 $n/m^2$
Rpm: 2920
Power: 3.1 kw

**Pressure Gauge**
**Scale 0:250 mm $H_2O$**
**(see Picture No. 3)**

**Manometer and Bubble**
**(see Picture No. 4)**

**Smoke Candle (AIR CURRENTS TUBE)**
**(See Picture No. 5)**

Manufacturing by:
DRAGER ROH RC HEM

58001 המצודה 27, ת.ד. 11467, אזור 58001, E-Mail = barangr@inter.net.il Tel :+972-3-5598570
27 HAMETZUDA ST. P.O.B .11467 AZUR, ZIP 58001, ISRAEL Fax:+972-3-5598580

BARAN CONSTRUCTION & INFRASTRUCTURE LTD. בינוי ותשתיות בע"מ

## Test No. 1 date 02 March 04

The mockup building was tested according to the Israel Standard Institute (I.S.I). The blower capacity is 36 m$^3$/sec. The maximum pressure achieved was 5 mm $H_2O$. Leaks were found from top purlins and from 'Top Flex', at corners and between the panels on the roof. The leaks were sealed with silicon. No leaks where found but the higher pressure could not be obtained. I.S.I. report is attached to this document.

**B.P. INSULATION PROJECTS did all the follow experiments.**

After experiment above, a few modifications were made to the mock up.

1) Some roof panels were changed to new ones.
2) A butyl band was installed under the purlins.
3) A compressor fan (blower) was installed outside the mock up with a pipe to the internal space. A ball valve was installed on the internal side.
4) Measuring instruments were installed.

## Test No. 2 date 21 APRIL 02

Description: The mockup was compressed to 100 mm $H_2O$.

Results: The pressure dropped to zero after 8 seconds.

Sealing was checked with smoke candle. A few leaks were found from roof purlins and from some bolts. No leaks were found around the door.

Actions: All the purlins were sealed with silicon on both sides. All the bolts were sealed with silicon from the internal side, in order to prevent leaks from known places. The connection between the panels was sealed temporary with gray duct tape.

58001 המצודה 27, ת.ד. 11467, אזור 58001, E-Mail = barangr@inter.net.il Tel:+972-3-5598570
27 HAMETZUDA ST. P.O.B.11467 AZUR, ZIP 58001, ISRAEL Fax:+972-3-5598580

BARAN CONSTRUCTION & INFRASTRUCTURE LTD. בינוי ותשתיות בע"מ.

## Test No. 3 date 22 APRIL 02

Description: The mockup was compressed to 100 mm $H_2O$.

Results: The pressure dropped to zero after 12 seconds.

Sealing was checked with smoke candle. No leaks were found.

Action: Polyethylene sheets were installed over the floor and sealed with gray duct tape to the walls in order to prevent leaks from the floor and from the connection between walls and floor.

**(See Picture No. 7)**

## Test No. 4 date 23 APRIL 02

Description: The mockup was compressed to 100 mm $H_2O$.

Results: The pressure dropped to zero after 22 seconds.

Sealing was checked with smoke candle. No leaks were found.

Action: Polyethylene sheets were installed over the floor (as in Test No. 3) and under the roof panels and sealed with duct tape to the walls in order to prevent leaks from roof and panel-wall connection. The panel connection joints remained sealed with duct tape.

**(See Picture No. 6)**

## Test No. 5 date 24 APRIL 02

Description: The mockup was compressed to 100 mm $H_2O$.

Results: The pressure dropped to zero after 27 seconds.

Sealing was checked with candle candle. No leaks were found.

Polyethylene and the tape checked for leaks in pressure of 100 mm $H_2O$ and found to be good sealing materials.

Action: New polyethylene sheets were installed over the floor and under the roof panels and sealed with duct tape to the walls. A welded steel box was fabricated to test each individual element separately.

**(See Picture No. 6 and No. 7)**

58001 המצודה 27, ת.ד. 11467, אזור 58001, E-Mail= barangr@inter.net.il Tel :+972-3-5598570
27 HAMETZUDA ST. P.O.B.11467 AZUR, ZIP 58001, ISRAEL Fax:+972-3-5598580

## Test No. 6 date 25 APRIL 02

Description: The mockup was compressed to 100 mm $H_2O$.

Results: The pressure dropped to zero after 27 seconds.
Sealing was checked with smoke candle. No leaks were found.

Action: Sealing tape was changed to butyl tape.

## Test No. 7 date 26-28 APRIL 02

Description: The mockup was compressed to 100 mm $H_2O$.

Results: The pressure dropped to zero after 30 seconds.
**(See Picture No. 8)**

## Individual Element Tests with Welded Steel Box

**Box details (See Picture No. 9)**

Dimensions: 40cm x 40cm x 40cm

The box was built from 2mm plates, 5 sides closed and one side open. 40mm wide flange was installing on the open side. Manometer was installed from the backside with an air supply valve.

The experiments with the box had the objective of checking each of the three elements (bolt penetration, panel connection and sealing tape between walls and floor) separately.

## Bolt Tests date 25/04/02

Preparation: A piece of panel without seams or bolts was bolted to the box on the open side.

Results: Panel allowed no leakage at 250 mm $H_2O$.

## Bolt Test No. 1 One bolt screwed to the panel.

Description: Box was compressed to 100 mm $H_2O$.

Results: (See Table 1)

Action: To make the experiment shorter, screw three bolts to the panel.

## Bolt Test No. 2 Three bolts screwed to the panel.

Description: Box was compressed to 100 mm $H_2O$.

Results: (See Table 1)

## Bolt Test No. 3 Three unscrewed bolts.

Preparation: Three bolts were tested loose (gap of 10mm between bolt heads and panel).

Description: Box was compressed to 100 mm $H_2O$.

Results: (See Table 2)

Conclusions: Pressure dropped to zero after 66 seconds.

## Bolt Test No. 4 Three fully seal bolts.

Preparation: Three bolts screwed tight against the panel and sealed with silicon and butyl band seal

Description: Box was compressed to 250 mm $H_2O$.

Results: No pressure drop after 10 minutes.

Conclusion: Leaks from the bolts can be sealed with silicon and butyl band.

**(See Picture No. 10)**

58001 המצודה 27, ת.ד. 11467, אזור , E-Mail = barangr@inter.net.il Tel :+972-3-5598570
27 HAMETZUDA ST. P.O.B.11467 AZUR, ZIP 58001, ISRAEL Fax:+972-3-5598580

BARAN CONSTRUCTION & INFRASTRUCTURE LTD. ברן בינוי ותשתיות בע"מ.

## Bolt Test No. 5 Three bolts screwed to internal purlin coated with butyl band seal.

Preparation: Three bolts were screwed through the panel and purlin (coated with butyl seals)

Description: Box was compressed to 100 mm $H_2O$.

Results: (See Table 1)

Conclusion: Placing sealing on the purlins will diminish air-leakage.

58001 המצודה 27, ת.ד. 11467, אזור, E-Mail = barangr@inter.net.il Tel :+972-3-5598570
27 HAMETZUDA ST. P.O.B.11467 AZUR, ZIP 58001, ISRAEL Fax:+972-3-5598580

DEPARTMENT OF THE ARMY
U.S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

5 September 2002

DISTRIBUTION

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | |
| CH DESIGN ENG | | |
| SITE MGR | | ✓ |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | | ✓ |
| SAFETY MGR | | |
| SCHEDULER | | |
| | | |
| STANLEY | | |
| ARENSON | | |
| BARAN | | |
| ABB.N.J. OFFICE | | |
| | | |
| | | |
| | | |
| SUBJECT FILE | 1.02 | 5.06 |

SUBJECT: Nachshonim Storage Base, El'ad, Israel,
Contract No. DACA90-01-0043,
Insulated Metal Panel Submission, (COE-02-038)

Mr. S. Denison Keeney – Project Director
ABB Susa/A. Arenson/Baran Group
Post Office Box 37
Rosh HaAyin, Israel 68100

FAX: Arenson
ATTN: I. Itzhaki
A. Glick

FAX: BARAN
ATTN: Isaac Friedman
S. Vaxman
R. Nohum

FAX: ABB SUSA
ATTN: A.P. Salvato

Sir:

This letter is written in response to your Metal Panel Transmittals 0080, 0080R1, 0080A, 0080B, Serial Letter USACE/02-161 regarding the Mockup DSB Ashdod Testing, and Serial Letter USACE/02-166 regarding your structural engineer's submittal comments.

The referenced correspondence all relate to the "building envelope" of the Dry Storage Buildings. Because the project contains 119 dry storage buildings, the importance of this feature can not be overstated. This is why all of the bidder's were evaluated, in part, according to their experience with dry storage buildings. It was recognized that this experience would be needed to successfully design the building's envelope. The Joint Venture's proposal contained strong dry storage experience through that of ABB Susa and Stanley Group. This experience and statement that "SAB subcontracts the technical lead, and design QC role to Stanley Consultants International (Stanley). Stanley provides extensive experience in the design of multi-building complexes and dry storage facilities. . ." helped the Joint Venture secure the award of this project.

Therefore I am disappointed with your submission of this very important element of the project where your subcontractor states that the specified "Pressure criteria can't be achieved." This statement calls into question the contract requirements regarding the building envelope of the Dry Storage Buildings and essentially restarts the design process regarding this critical element of work. Note, this was done without any comments being provided from the experienced dry storage designer's of ABB Susa or Stanley Group.

This is why the referenced submittals are disapproved. As your subcontractor has stated they do not meet the building envelope test specified in Section 02.003. Chapter J. <u>Building Envelope</u>.

I will work with you in expediting the design and review of any subsequent submittals regarding this subject. I understand from informal conversations that a building sealing consultant is becoming involved in this aspect of the project and will review the submittals and other design related activities. This is a positive step that should lead to the resolution of this issue. The IDF and myself are willing to meet at anytime to discuss your designs and thoughts regarding this matter.

Sincerely,

Michael A. Roach, P.E.
Contracting Officer's Representative

DEPARTMENT OF THE ARMY
U.S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

November 7, 2002

SUBJECT: Nachshonim Storage Base, El'ad, Israel,
Contract Number DACA90-01-C-0043,
Panel Submittal, (COE 02-046)

Mr. S. Denison Keeney - Project Director
ABB Susa/A. Arenson/Baran Group
PO Box 37
Rosh HaAyin 68100 (Israel)

Dear Sir:

The Envelope of the Dry Storage Buildings (DSB's) is very important to the success of this project. These buildings must efficiently maintain the humidity levels specified by the contract. Your submittal (0080 AR1) indicates that your system will achieve these results within or below the energy usage referenced by the contract.

Therefore, please complete the construction of the initial DSB and perform the various tests necessary to prove your design in accordance with Division 02, Section 003, Chapter J of the contract. Your alternative testing procedures shall be evaluated in conjunction with this phase of construction.

If there are any further questions, please call.

Sincerely,

Michael Roach, P.E.
Contracting Officer's Representative

DISTRIBUTION

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | |
| CH DESIGN ENG | | |
| SITE MGR | | ✓ |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | | ✓ |
| SAFETY MGR | | |
| SCHEDULER | | |
| Ron Baran | | ✓ |
| STANLEY | | |
| ARENSON | | ✓ |
| BARAN | | ✓ |
| ABB.N.J. OFFICE | | ✓ |
| | | |
| | | |
| | | |
| SUBJECT FILE | 1.02 | |

5.06
15.10.05

✓FAX: BARAN
ATTN: I. Friedman, S. Vaxman, R. Noham
✓FAX: Arenson

Plaintiff's Exhibit
4

i, A. Glic

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
EUROPE DISTRICT, ISRAEL PROGRAM OFFICE
CENTRAL RESIDENT OFFICE
Unit 7228, Box 42
APO, AE 09830

**DISTRIBUTION**

| NAME | ACTION | INFO |
|---|---|---|
| PROJECT DIR | | |
| CH DESIGN ENG | | |
| SITE MGR | | ✓ |
| ADMIN MGR | | |
| PROC MGR | | |
| Q.C. MGR | ✓ | |
| SAFETY MGR | | |
| SCHEDULER | | |
| Ron Berman | | ✓ |
| STANLEY | | |
| ARENSON | | ✓ |
| BARAN | | ✓ |
| ARR.K.A OFFICE | | ✓ |
| Ram Nahum | | ✓ |
| | | |
| | | |
| SUBJECT FILE | 1.02 | |

15.10.05

CC: SHAI VAXMAN

February 19, 2003

SUBJECT: Nachshonim Storage Base, El'ad, Israel,
Contract Number DACA90-01-C-0043,
Dry Storage Building Pressure Test, (COE 03-004)

Mr. S. Denison Keeney - Project Director
ABB Susa/A. Arenson/Baran Group
PO Box 37
Rosh HaAyin 68100 (Israel)

A Milestone!

Dear Sir:

I have reviewed your alternative Dry Storage Building (DSB) testing procedure along with your pressure test report, submitted on January 31, 2003 for the initial DSB.

A careful review of the these documents indicates that the testing procedure that you proposed, ASTM E 283/783 is considered more of a laboratory test for individual elements, such as doors and windows rather than an entire building envelope. The data gained from your initial test appears encouraging, but is inconclusive due to the nature of the test performed.

An acceptable alternative to this test is ASTM E 779. (Enclosed) It is a field test performed on an entire building envelope. The target values included in your initial test proposal (a leakage rate of .02 cfm/ft2 at 8 mm of water gauge) are appropriate for use in the ASTM E 779 test. However, the test procedure should include a maximum pressure of 12 mm of water gauge to create the data curve required by this procedure.

I will gladly expedite the review of your revised plan based on ASTM E 779. I look forward to witnessing an acceptable and final pressure test conducted in the completed initial Dry Storage Building.

If there are any further questions, please call.

Sincerely,

Michael Roach, P.E.
Contracting Officer's Representative