IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Nos. 04-1719C, 05-114C, |
| | ) | 05-1172C, and 06-49C |
| THE UNITED STATES OF AMERICA | ) | (CONSOLIDATED) |
| | ) | (Chief Judge Damich) |
| Defendants. | ) | |

**UNOPPOSED MOTION TO FILE CORRECTED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND CORRECTED MEMORANDUM IN REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, A.A.B Joint Venture, respectfully requests leave to file the attached Corrected Memorandum Of Points And Authorities In Opposition To Defendant's Cross-Motion For Summary Judgment And Corrected Memorandum In Reply To Defendant's Opposition To Plaintiff's Motion For Summary Judgment (with appendix). Counsel for the United States does not oppose this motion. In support of this motion plaintiff represents as follows:

1. On December 3, 2007 Plaintiff filed its Memorandum Of Points And Authorities In Opposition To Defendant's Cross-Motion For Summary Judgment And Memorandum In Reply To Defendant's Opposition To Plaintiff's Motion For Summary.

2. The appendix submitted with the Opposition/Reply included a declaration from an Israeli attorney, Roy Blecher. The declaration in turn, referenced four attachments in support of the declaration. However, given the time constraints plaintiff was unable to submit either Hebrew or English translation of the four attachments. In the absence of those documents plaintiff inserted a page in the

appendix which stated "Attachments A, B, C and D in Hebrew language translation will be provided." Plaintiff's Opposition, Appendix 13;

3. On December 6, 2007 defendant filed a motion to strike plaintiff's Opposition/Reply based upon the failure to include the four attachments to Mr. Blecher's declaration.

4. Plaintiff has now obtained full and complete English translations of the four attachments, which are included in the attached corrected appendix.

For the foregoing reasons, plaintiff requests that its Unopposed Motion For Leave To File A Corrected Memorandum Of Points And Authorities In Opposition To Defendant's Cross-Motion For Summary Judgment And Corrected Memorandum In Reply To Defendant's Opposition To Plaintiff's Motion For Summary Judgment should be granted.

Dated: December 19, 2007

Respectfully submitted,

s/ Brian Cohen
Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

Attorney for Plaintiff, A.A.B Joint Venture

Of Counsel:
Philip Clark Jones
BELL BOYD & LLOYD, PLLC
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
(202) 466-6300

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Unopposed Motion to File Corrected Memorandum Of Points and Authorities in Opposition to Defendant's Cross-Motion for Summary Judgment and Corrected Memorandum in Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment (with exhibits) was served by electronic transmission and first class mail, postage prepaid, this 19th day of December, 2007, upon:

Shalom Brilliant, Esq.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

s/ Brian Cohen
Brian Cohen