IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| A.A.B JOINT VENTURE, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case Nos. 04-1719C, 05-114C, 05-1172C and 06-49C (CONSOLIDATED) (Chief Judge Damich) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties, through their respective counsel, hereby jointly move the Court to amend the Scheduling Order to provide for completion of expert depositions, from January 31, 2008, to February 15, 2008.

The parties completed the exchange of expert reports and rebuttal reports on November 30, 2007. Based upon these reports, it is presently contemplated that there will be ten expert witnesses, two of whom reside in Israel. The parties have attempted to schedule the depositions of these witnesses by January 31, 2008, the current deadline for completion of expert depositions. Although most of the depositions have been taken, the schedules of many of the witnesses and of counsel made it impossible to complete all of the depositions by that date. In particular, the parties jointly decided to attempt to complete domestic depositions first, then proceed with depositions in Israel. Due to scheduling issues, the parties were unable to arrange depositions in Israel until the week of February 11. Israel depositions have been agreed to for February 12, 13, 14 and 15, 2008, subject to the Court's granting an extension of time for this purpose.

Neither party will be prejudiced by the requested amendment of schedule, and it would be in the interests of justice to approve the requested amendment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: 1/31/08

Brian Cohen
BELL BOYD & LLOYD, PLLC
1615 L Street, N.W.
Suite 1200
Washington, DC
(202) 955-6823 (phone)
(202) 835-4130 (fax)

Of Counsel:
Philip Clark Jones

*Attorneys for Plaintiff*

Dated: 1/31/08

**Filed Electronically**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 31st day of January 2008, a copy of the foregoing "JOINT MOTION TO AMEND SCHEDULING ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Shalom Brilliant**